# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### MARSHALL DIVISION

| | | |
|---|---|---|
| **NINA TAYLOR,** *et al.,* | § | |
| | § | |
| *Plaintiffs,* | § | **CIVIL ACTION NO. 2:11-CV-57-DF** |
| | § | |
| **V.** | § | |
| | § | |
| **TURNER INDUSTRIES GROUP, LLC,** | § | **JURY TRIAL DEMANDED** |
| *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

## FIRST AMENDED COMPLAINT

Plaintiffs Nina Taylor, John Wilson III, Hillary Arvie, Will Barker, Russell Batiste, Bobby Batton, Kenneth Ray Beard,  Isaac Bell, Larry Bell, Daniel Bellard, Brandon Beroid, Marion Berry, Clarence Bertrand, Ladray Bias, Todd Bills, Edward Blake, Kevin Ray Blue, Trudy Braxton, Orren Brew, Brandon Brisco, Michael Brooks, Jeffre Brown, Gita Brown, Elmer Burns, Alton Burrell, Harvey Butler, David Butler, Katrina Calligan, Frederick Canady, Erely Carvin, Ja'Keistan Cash, Swiney Caesar, Henry Celestine, Phyllis Celestine, Shelby Celestine, Jr., Shelby Celestine, Sr., Tasheena Celestine, Wilson Chavis, Brenda Citizen, Shawn Citizen, Derran Clark, Derrick Clark, Darrias Clement, Ronald Coleman, Dwayne Colston, Corey Cooper, Robert Crown, Michael Daniels, Trillis Danielson, Alcide Davis, Steven Dawson, Henry Dogan, Gregory Dorsey, Chris Doucett, Marcus Doucette, Shawn Ducre, Jermaine Dugas, Jocelyn Duhon, Carl Eddington, Brenda Edwards, Anitra Edwards, Glenda Edwards, Larry Edwards, Eavy Ellis, Vera Ellis, Virgil Ethridge, Jr., Laura Evans, Shannon Facione, Cheryl Falola, Untellez Paul Fields, Joseph Finch, Daniel Fontenot, Donald Franklin, Edwin Franklin, Robert Freeman, Darryl Freeman, John Freeman, Tonya Frye, Javion Garrett, Kerry Garvin,

Delvin Gims, Camille Gobert, Nicole Gobert, Odessa Gobert, Terry Gobert, Tommie Gobert, Michael Gold, Courie Goodly, Joseph Gordon, Marcus Green, Zavier Green, Charles Grier, Rogers Guidry, Elliot Guillory, Junior Hall, Kenneth Hanks, Cortney Harden, Steven Harmon, Reginald Harmon, Royal Harvey, Richard Hearn, Joseph Henderson, Mark Henry, Billy Hill, Larry Hinderson, Tony Holt, Cody Howard, Alisha Howard, Jerry Hudson, Lamont Jack, Gil Jackson, Joseph Jackson, Crandal Jackson,  Chauncey Jackson, Shelia Jackson, Terrence James, Rick James, Cornelius Jeffery, Corwin Jeffrey, Michael John, Kevin Johnson, Lorenzo Johnson, Alfred Jones, Bryant Jones, Eric Jones, Ernest Jones, Ethel Jones, Melvin Jones, Ronald Jones, Roy Jones, Savoy Jones, Shaun Jones, Kenneth Wayne Judson, Corey Kaough, Daryl Kelly, Allen Keys, Tonia Keys, Stacy Larce, Terell Leblanc, Edward Leday, Harry Lemonier, Abraham Lewis, Shannon Lewis, Anthony Lily, Ana Lucas-Ortega, Michael Malbrough, Monica Malbrough, Don Marks, Mitchell Marshall, Scott Matthews, Johnny McNeil, Debra McZeal, Stacy McZeal, Sheldon Melton, Szcwealion Milton, Craig Minor, Marcus Mitchell, Kenneth Mitchell, Gregory Moore, Otis Moore, Dorris Nwosu, Jamarrio O'Bear, Anessa Papillion, Christopher Papillion, Ruby Papillion, Norman Pattum, Marcus Payne, Danny Peck, Joshua Pete, Jr., Joshua Pete, Sr., Roslyn Phillip, John Pitre, Jr., Joseph Porter, Earl Price, Cavik Prudhomme, Donald Prudhomme, Cedric Pruitt, Freddie Queen, Crystal Ray, Eddiemae Reado, Joseph Redmon, Veronica Reed, Brenda Richard, Tony Richard, Joseph Richard, Reginald Richard, Carl Richard, Norman Richards, Sammy Ricks, Jr., Timothy Rigmaiden, Johnny Robinson, Earl Robinson, Wilda Robinson, Gralin Robinson, Sherrvondalon Rolax, Kenneth Ross, Felicia Rougeau, Alvin Roussell, Larell Route, Varlon Route, Thomas Rucker, Jr., Milton Ryan, Chris Ryan,  Charles Sampson, Harold Savoy, Sr., Carletta Sebro, Mary Semien, Alvin Sherman, Pernell Simien, Melchezideck Simon, Patricia Slidell, Louis Smith, Tyrone Steptore, Kenneth

FIRST AMENDED COMPLAINT

Stewart, Leroy Stewart, Joshua Stewart, Calvin Stewart, Jr., Calvin Stewart, Sr., Pamela Thomas, Robert Thomas, Joe Thomas, Jr., Ulacier Thompson, Keelye Tomlinson, Yvonne Turner, Larry Tutson, Jr., Kevin Victor, Artigus Viney, Conrad Viney, Conway Viney, Shayla Vital, Kenneth Walker, Larry James Walker, Brandon Wallace, Deondra' Wallace, Melvin Ward, George Waters, Jammie Watson, Joseph Paul West, Jr., Derrick Wicker, Tonette Wilkes, Morgan Williams, Clarence Williams, Delvechio Williams, Gideon Williams, Franklin Wilson, Roy Wiltz, Wesley Wiltz, Michael Woods, Oran Woods, and Kevin Young (collectively, "Plaintiffs"), by and through their attorneys, bring this action on behalf of themselves and other similarly-situated individuals for damages and other legal and equitable relief from the Defendants' violation of the laws proscribing discrimination based on race, color, and retaliation, stating the following as Plaintiffs' claims against Turner Industries Group, LLC and Turner Industries, LLC and their related subsidiaries, successors, and assigns ("Defendant," "Defendants" or "Turner").

## INTRODUCTION

1.     This is an action brought by Plaintiffs seeking damages from Defendants for acts of intentional discrimination based on gender, race, color, and national origin, as well as for acts of retaliation, because Plaintiffs engaged in protected activity. Defendants' acts of discrimination and retaliation are in violation of the Civil Rights Act of 1871, as amended, 42 U.S.C. § 1981 *et seq*.; the 1991 Civil Rights Act, as amended, 42 U.S.C. § 1981a *et seq*.; Title VII of the Civil Rights Act of 1964, as amended and 42 U.S.C. § 2000e *et seq*.

2.     Employees at Turner have faced racial discrimination, retaliation, and a hostile work environment for many years. They have faced racial demarcations such as: "nigger," "colored," "coon," swastikas, drawings of nooses hanging around the necks of Black people,

3

racist jokes, confederate flags, and Aryan Brotherhood symbols (including "KKK" and lightning bolts, a symbol known to be used by the KKK).

3.      Employees of Turner were also subjected to racist jokes, remarks, and derogatory names on a daily basis.  These racially offensive names include "coon," "monkey," "colored boy," "bubba" and "boy."

4.      Discrimination became even more rampant after the election of President Obama, when White employees began drawing graffiti singling out Obama.  White employees wrote hateful graffiti about the President, such as "Fuck Obama Black Ass Nigger," "we will never have a nigger running this country," and "kill Obama."  Supposed "jokes" were also commonplace, such as, "If Turner keeps hiring Blacks, Obama will have to pay child support to Turner."

5.      Other Black workers employed at Turner experienced similar discrimination. Examples of such discrimination include, but are not limited to, the following:

- A Black female was hung in effigy when a white protective suit was stuffed like a dummy, hung from a noose off of a truck, and had her nickname written across it.

- Black employees witnessed hangman's nooses at work.

- Black employees faced segregation in the workplace.

- In October 2007, several Black female Turner employees were riding in the back of a Turner truck driven by a White female Turner employee, when she backed up into another vehicle. The driver did not stop to make a report but instead kept on driving. The Black women were ultimately taken to the hospital.  When they returned to work a few days later, the Black women were

FIRST AMENDED COMPLAINT

all laid off, while the driver was not disciplined and continued to work for Turner.

- During the 2008 presidential election, Black workers were told they would be given November 5th off to "go vote" – but the election was on November 4th.

- In 2009, a bus full of Turner workers traveled over 200 miles from Lake Charles, Louisiana to a worksite known as the Marathon Plant. When they arrived, a White supervisor at the plant, Willie Hunt, separated the workers by race. He proceeded to give the White workers assignments. He ordered the Black workers to go back on the bus and to leave the plant. No factor other than race mattered. The Black workers were replaced with White workers who were brought in for the job.

- Black female employees at Turner sites were prevented from using interior restrooms, but were instead required to use the outdoor portable restrooms with the men.  White female Turner employees were permitted to use the interior bathrooms.

- White supervisors refused to allow Black employees to take time off when there was a death in the employee's immediate family.

- Black employees were forced to do the most dangerous work that White employees refused to complete, despite the fact that the Black workers had often been hired for a completely unrelated task.

- Black employees with decades of experience and relevant certifications were passed over for jobs and promotions that were instead handed to White men straight out of high school.  On one occasion, a White man walked out of

5

FIRST AMENDED COMPLAINT

Turner's employment office and said to a group of prospective Black employees, "Why are they telling you all they have no work, when they have jobs for Whites?"

- On October 19, 2010, Turner's Vice President of Specialty Services berated a White Turner project manager who was defending the actions of his Black employees.  Turner's Vice President said, "You're a stupid mother fucker because these Niggers don't give a damn about you."  The Turner Vice President was suspended for two weeks, but then returned to his duties.  When dozens of Turner employees—both Black and White—complained about his return, Turner's Senior Vice President said, "This is not an election. We don't care what you have to say, this is how we do it. If you don't like it, then you better learn to love it."

6.    Beginning in March 2009, charges were filed in the EEOC on behalf of Plaintiffs Nina Taylor and John Wilson, III (the "Original Charging Parties").

7.    On or around March 31, 2010, the EEOC issued their determination ("EEOC Determination") regarding the merits of the above-mentioned charges.[1]  The EEOC determined "that on a regular basis . . . Black employees [at Turner] were subjected to unwelcome racial slurs, comments and intimidation, racial graffiti, nooses in the workplace and other symbols of discrimination."  The EEOC also concluded that Black workers were denied promotions and disciplined more harshly than Whites, and that Managers at the plant not only were aware of a hostile environment, they also targeted workers who complained and disciplined White employees who opposed the harassment.

---

[1]  A redacted copy of the EEOC Determination is attached hereto as Exhibit 1.

FIRST AMENDED COMPLAINT

8.      Michael Fetzer, the EEOC's district director in Dallas, Texas wrote that Turner managers were aware of a hostile work environment for Black employees but failed to make changes. Black workers received different, lower-paying job assignments and were denied promotions.

9.      On or around April 14, 2010, a press conference was held in Dallas regarding the EEOC's Determination.  Coverage of the press conference appeared on nightly news broadcasts on all major Dallas television networks, and the story appeared in various print media outlets, including the *Dallas Morning News*, the *Wall Street Journal*, the *New York Times*, CNN, and in hundreds of other daily newspapers worldwide via the Associated Press.

10.      On or about April 15, 2010, Turner issued a letter to all Turner employees and posted the letter on their website, informing all employees of the EEOC Determination.

11.      In response to the intense media coverage and Turner's own communications regarding the EEOC Determination, hundreds of current and former Turner employees began contacting Plaintiffs' counsel to report similar experiences of racial discrimination, a hostile work environment, and retaliation at the hands of Turner.

12.      On or around April 27, 2010, Louis Smith, a Black Employee of Turner's Baton Rouge/Port Allen, Louisiana facility, reached out to Plaintiffs' counsel to report racial discrimination, a hostile work environment, and retaliation in the Turner Baton Rouge/Port Allen facility.  Dozens of other current and former employees of Turner's Baton Rouge/Port Allen facility followed suit.

13.      On or around May 19, 2010, Robert Thomas, a Black Employee of Turner's Lake Charles/Sulphur, Louisiana facility, reached out to Plaintiffs' counsel to report racial discrimination, a hostile work environment, and retaliation in the Turner Lake Charles/Sulphur

FIRST AMENDED COMPLAINT

facilities.   Scores of other current and former employees from Turner's Lake Charles/Sulphur facility followed suit.

14.     Scores of other current and former employees of Turner's facilities in Paris, Texas, Beaumont/Port Arthur, Texas, Longview, Texas and Monroe, Louisiana have subsequently reached out to Plaintiffs' counsel to report racial discrimination, a hostile work environment, and retaliation at their respective Turner facilities.

15.     Plaintiffs are current and former hourly employees at Turner and have endured racial epitaphs and graffiti at the work place.  They have faced the physical, life-altering threat of having nooses hung at the workplace. They have not been afforded the same opportunities for advancement or placement as their white counter-parts. Their workplaces are regularly filled with disparate treatment and derogatory slurs.

16.     Numerous Plaintiffs met repeatedly with management to voice their concerns and filed written internal and external complaints about receiving severe disparate treatment, being forced to work in pervasively racially hostile work environments, and then facing retaliation by upper management when they complained of these issues.  Rather than address these concerns, management ignored their pleas for help and encouraged employees to continue their discriminatory actions.

17.     Plaintiffs demand a trial by jury.

## JURISDICTION AND VENUE

18.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, which confers original jurisdiction upon this Court for actions arising under the laws of the United States, and pursuant to 28 U.S.C. §§ 1343(3) and 1343(4), which confer original jurisdiction upon this Court in a civil action to recover damages or to secure equitable relief (i) under any Act

FIRST AMENDED COMPLAINT

of Congress providing for the protection of civil rights; (ii) under the Declaratory Judgment Statute, 28 U.S.C. § 2201; and (iii) under 42 U.S.C. § 2000e, *et seq.*, as amended, 42 U.S.C. § 1981 *et seq.*, as amended and  42 U.S.C. § 1981a *et seq.*, as amended.

19.     Venue is proper in this Court pursuant to 42 U.S.C. § 2000e-5(f)(3), inasmuch as this judicial district lies in a State in which the unlawful employment practices occurred.  Venue is also proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (c), in that the Defendant maintains offices, conducts business, and resides in this district, and a substantial portion of the acts that make up the basis of the complaint occurred within this judicial district.

## **PARTIES**

20.     Defendants Turner Industries Group, LLC and Turner Industries, LLC are Louisiana limited liability corporations with their principal place of business located at 8687 United Plaza Blvd., Baton Rouge, Louisiana  70809.  Defendants operate facilities in Port Allen, Sulphur and New Orleans, Louisiana; Houston, Beaumont, Corpus Christi and Paris, Texas; and Decatur, Alabama.  Defendant Turner Industries Group, LLC may be served with process through its counsel of record.  Defendant Turner Industries, LLC may also be served with process through its counsel of record.

### *Lead Plaintiffs*

21.     Plaintiff Nina Taylor is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Texas.

22.     Plaintiff John Wilson, III is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

FIRST AMENDED COMPLAINT

*Paris, Texas Title VII & § 1981*

23.     Plaintiff Todd Bills is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

24.     Plaintiff Ja'Keistan Cash is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

25.     Plaintiff Darrias Clement is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

26.     Plaintiff Darrias Clement is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

27.     Plaintiff Virgil Ethridge, Jr. is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

28.     Plaintiff Joseph Finch is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

29.     Plaintiff Kerry Garvin is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

FIRST AMENDED COMPLAINT

30.     Plaintiff Junior Hall is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

31.     Plaintiff Billy Hill is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

32.     Plaintiff Tony Holt is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

33.     Plaintiff Cornelius Jeffery is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

34.     Plaintiff Corwin Jeffrey is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

35.     Plaintiff Roy Jones, Jr. is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

36.     Plaintiff Scott Matthews is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

FIRST AMENDED COMPLAINT

37.     Plaintiff Johnny McNeil is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

38.     Plaintiff Marcus Mitchell is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

39.     Plaintiff Joseph Porter is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

40.     Plaintiff Cedric Pruit is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

41.     Plaintiff Sammy Ricks, Jr. is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

42.     Plaintiff Johnny Robinson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

43.     Plaintiff Charles Sampson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

FIRST AMENDED COMPLAINT

44.     Plaintiff Brandon Wallace is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

45.     Plaintiff Michael Woods is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

### *Paris, Texas § 1981*

46.     Plaintiff Kenneth Ray Beard is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

47.     Plaintiff Corey Cooper is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

48.     Plaintiff Steven Dawson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

49.     Plaintiff Carl Eddington is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

50.     Plaintiff Richard Hearn is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

FIRST AMENDED COMPLAINT

51.     Plaintiff Alfred Jones is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

52.     Plaintiff Eric Jones is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

53.     Plaintiff Szcwealion Milton is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

54.     Plaintiff Earl Robinson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

55.     Plaintiff Deondra' Wallace is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

*Port Arthur, Texas Title VII & § 1981*

56.     Plaintiff Terrence James is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

57.     Plaintiff Ana Lucas-Ortega is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Texas.

FIRST AMENDED COMPLAINT

*Port Arthur, Texas § 1981*

58.    Orren Brew a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

59.    Plaintiff Henry Celestine is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

60.    Plaintiff Don Marks is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

61.    Plaintiff Tonette Wilkes is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Texas.

*Longview, Texas Title VII & §  1981*

62.    Plaintiff Michael Daniels is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Texas.

*Sulphur/Lake Charles, Louisiana Title VII & §  1981*

63.    Plaintiff Will Barker is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

64.     Plaintiff Brandon Beroid is a person who has been aggrieved by Defendant's actions.   He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

65. Plaintiff Marion Berry is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

66.     Plaintiff Michael Brooks is a person who has been aggrieved by Defendant's actions.   He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

67.     Plaintiff Alton Burell is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

68.     Plaintiff Harvey Butler is a person who has been aggrieved by Defendant's actions.   He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

69.     Plaintiff Phyllis Celestine is a person who has been aggrieved by Defendant's actions.   She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

70.     Plaintiff Shelby Celestine, Sr. is a person who has been aggrieved by Defendant's actions.   He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

71.     Plaintiff Wilson Chavis is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

72.     Plaintiff Derran Clark is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

73.     Plaintiff Derrick Clark is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

74.     Plaintiff Chris Doucett is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

75.     Plaintiff Shawn Ducre is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

76.     Plaintiff Jermaine Dugas is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

77.     Plaintiff Jocelyn Duhon is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

78.     Plaintiff Brenda Edwards is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

79.     Plaintiff Eavy Ellis is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

80.     Plaintiff Vera Ellis is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

81.     Plaintiff Laura Evans is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

82.     Plaintiff Cheryl Falola is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

83.     Plaintiff Untellez Paul Fields is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

84.     Plaintiff Daniel Fontenot is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

85.     Plaintiff Javion Garrett is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

86.     Plaintiff Delvin Gims is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

87.     Plaintiff Courie Goodly is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

88.     Plaintiff Rodgers Guidry is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

89.     Plaintiff Steven Harmon is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

90.     Plaintiff Jerry Hudson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

91.     Plaintiff Gil Jackson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

92.     Plaintiff Joseph Jackson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

93.     Plaintiff Ernest Jones is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

94.     Plaintiff Ethel Jones is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

95.     Plaintiff Savoy Jones is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

96.     Plaintiff Corey Kaough is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

97.     Plaintiff Daryl Kelly is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

98.     Plaintiff Allen Keys is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

99.     Plaintiff Tonia Keys is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

100.    Plaintiff Stacy Larce is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

101.    Plaintiff Edward Leday is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

102.    Plaintiff Abraham Lewis is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

103.    Plaintiff Shannon Lewis is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

104.    Plaintiff Mitchell Marshall is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

105.    Plaintiff Debra McZeal is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

106.     Plaintiff Craig Minor is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

107.     Plaintiff Kenneth Mitchell is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

108.     Plaintiff Dorris Nwosu is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

109.     Plaintiff Christopher Papillion is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

110.     Plaintiff Norman Pattum is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

111.     Plaintiff Danny Peck is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

112.     Plaintiff John Pitre, Jr. is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

113.    Plaintiff Crystal Ray is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

114.    Plaintiff Eddiemae Reado is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

115.    Plaintiff Joseph Redmon is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

116.    Plaintiff Veronica Reed is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

117.    Plaintiff Brenda Richard is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

118.    Plaintiff Tony Richard is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

119.    Plaintiff Timothy Rigmaiden is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

120.    Plaintiff Wilda Robinson is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

121.    Plaintiff Felicia Rougeau is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

122.    Plaintiff Milton Ryan is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

123.    Plaintiff Mary Semien is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

124.    Plaintiff Alvin Sherman is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

125.    Plaintiff Pernell Simien is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

126.    Plaintiff Melchezideck Simon is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

127.     Plaintiff Pamela Thomas is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

128.     Plaintiff Robert Thomas is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

129.     Plaintiff Ulacier Thompson is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

130.     Plaintiff Yvonne Turner is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

131.     Plaintiff Larry Tutson, Jr. is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

132.     Plaintiff Kevin Victor is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

133.     Plaintiff Shayla Vital is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

134.    Plaintiff Melvin Ward is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

135.    Plaintiff Roy Wiltz is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

136.    Plaintiff Wesley Wiltz is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

137.    Plaintiff Kevin Young is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

*Sulphur/Lake Charles, Louisiana § 1981*

138.    Plaintiff Hillary Arvie is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

139.    Plaintiff Bobby Batton is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

140.    Plaintiff Daneil Bellard is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

141.    Plaintiff Clarence Bertrand is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

142.    Plaintiff Ladray Bias is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

143.    Plaintiff Kevin Ray Blue is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

144.    Plaintiff Trudy Braxton is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

145.    Plaintiff Jeffre Brown is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

146.    Plaintiff Katrina Calligan is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

147.    Plaintiff Erely Carvin is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

148.     Plaintiff Swiney Ceasar is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

149.     Plaintiff Shelby Celestine, Jr. is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

150.     Plaintiff Tasheena Celestine is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

151.     Plaintiff Brenda Citizen is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Texas.

152.     Plaintiff Shawn Citizen is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

153.     Plaintiff Ronald Coleman is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

154.     Plaintiff Dwayne Colston is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

155.    Plaintiff Trillis Danielson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

156.    Plaintiff Marcus Doucette is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

157.    Plaintiff Anitra Edwards is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

158.    Plaintiff Glenda Edwards is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

159.    Plaintiff Donald Franklin is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

160.    Plaintiff Robert Freeman is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

161.    Plaintiff Tonya Frye is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

162.    Plaintiff Camille Gobert is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

163.    Plaintiff Nicole Gobert is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

164.    Plaintiff Odessa Gobert is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

165.    Plaintiff Terry Gobert is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

166.    Plaintiff Tommie Gobert is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

167.    Plaintiff Zavier Green is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

168.    Plaintiff Charles Grier is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

169.    Plaintiff Elliot Guillory is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

170.    Plaintiff Kenneth Hanks is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

171.    Plaintiff Reginald Harmon is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

172.    Plaintiff Joseph Henderson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

173.    Plaintiff Mark Henry is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

174.    Plaintiff Michael John is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

175.    Plaintiff Kevin Johnson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

176.    Plaintiff Bryant Jones is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

177.    Plaintiff Melvin Jones is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

178.    Plaintiff Ronald Jones is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

179.    Plaintiff Terrell Leblanc is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

180.    Plaintiff Harry Lemonier is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

181.    Plaintiff Anthony Lily is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

182.    Plaintiff Michael Malbrough is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

183.     Plaintiff Monica Malbrough is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

184.     Plaintiff Stacy McZeal is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

185.     Plaintiff Gregory Moore is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

186.     Plaintiff Otis Moore is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

187.     Plaintiff Anessa Papillion is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

188.     Plaintiff Ruby Papillion is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

189.     Plaintiff Joshua Pete, Jr. is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

190.    Plaintiff Joshua Pete, Sr. is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

191.    Plaintiff Roslyn Phillip is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

192.    Plaintiff Cavik Prudhomme is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

193.    Plaintiff Donald Prudhomme is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

194.    Plaintiff Joseph Richard is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

195.    Plaintiff Reginald Richard is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

196.    Plaintiff Norman Richards is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

197.    Plaintiff Sherrvondalon Rolax is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

198.    Plaintiff Kenneth Ross is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

199.    Plaintiff Chris Ryan is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

200.    Plaintiff Harold Savoy, Sr. is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

201.    Plaintiff Patricia Slidell is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

202.    Plaintiff Tyrone Steptore is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

203.    Plaintiff Kenneth Stewart is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

204.    Plaintiff Leroy Stewart is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

205.    Plaintiff Joe Thomas, Jr. is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

206.    Plaintiff Keelye Tomlinson is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

207.    Plaintiff Artigus Viney is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

208.    Plaintiff Conrad Viney is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

209.    Plaintiff Conway Viney is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

210.    Plaintiff Larry James Walker is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

211.    Plaintiff George Waters is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

212.    Plaintiff Jammie Watson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

213.    Plaintiff Joseph Paul West, Jr. is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

214.    Plaintiff Clarence Williams is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

215.    Plaintiff Morgan Williams is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

216.    Plaintiff Oran Woods is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

*Baton Rouge/Port Allen, Louisiana Title VII & § 1981*

217.    Plaintiff Russell Batiste is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

218.    Plaintiff Isaac Bell is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

219.    Plaintiff Larry Bell is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

220.    Plaintiff Brandon Brisco is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

221.    Plaintiff Michael Gold is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, a White Jewish male citizen of the United States of America and is a resident of the State of Louisiana.

222.    Plaintiff Joseph Gordon is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

223.    Plaintiff Royal Harvey is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

224.    Plaintiff Larry Hinderson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

225.    Plaintiff Cody Howard is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

226.    Plaintiff Lamont Jack is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

227.    Plaintiff Crandal Jackson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

228.    Plaintiff Shelia Jackson is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

229.    Plaintiff Shaun Jones is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

230.    Plaintiff Earl Price is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

231.    Plaintiff Freddie Queen is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

232.    Plaintiff Gralin Robinson is a person who has been aggrieved by Defendant's actions.   He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

233.    Plaintiff Alvin Roussell is a person who has been aggrieved by Defendant's actions.   He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

234.    Plaintiff Larell Route is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

235.    Plaintiff Varlon Route is a person who has been aggrieved by Defendant's actions.   He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

236.    Plaintiff Thomas Rucker, Jr. is a person who has been aggrieved by Defendant's actions.   He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

237.    Plaintiff Carletta Sebro is a person who has been aggrieved by Defendant's actions.   She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

238.    Plaintiff Louis Smith is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

239.    Plaintiff Joshua Stewart is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

240.    Plaintiff Calvin Stewart, Jr. is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

241.    Plaintiff Calvin Stewart, Sr. is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

242.    Plaintiff Franklin Wilson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

243.    Plaintiff Derrick Wicker is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

244.    Plaintiff Gideon Williams is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

*Baton Rouge/Port Allen, Louisiana § 1981*

245.    Plaintiff Edward Blake is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

246.    Plaintiff Gita Brown is a person who has been aggrieved by Defendant's actions. She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

247.    Plaintiff Alcide Davis is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

248.    Plaintiff Henry Dogan is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

249.    Plaintiff Gregory Dorsey is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

250.    Plaintiff Larry Edwards is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

251.    Plaintiff Shannon Facione is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

252.    Plaintiff Edwin Franklin is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

253.    Plaintiff Darryl Freeman is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

254.    Plaintiff John Freeman is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

255.    Plaintiff Marcus Green is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

256.    Plaintiff Cortney Harden is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

257.    Plaintiff Alisha Howard is a person who has been aggrieved by Defendant's actions.  She is and has been, at all relevant times, an African-American female citizen of the United States of America and is a resident of the State of Louisiana.

258.    Plaintiff Chauncey Jackson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

259.    Plaintiff Rick James is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

260.    Plaintiff Lorenzo Johnson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

261.    Plaintiff Kenneth Wayne Judson is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

262.    Plaintiff Sheldon Melton is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

263.    Plaintiff Jamarrio O'Bear is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

264.    Plaintiff Marcus Payne is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

265.    Plaintiff Carl Richard is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

266.    Plaintiff Delvechio Williams is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

FIRST AMENDED COMPLAINT

*Monroe, Louisiana Title VII & § 1981*

267.    Plaintiff Elmer Burns is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

268.    Plaintiff David Butler is a person who has been aggrieved by Defendant's actions. He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

269.    Plaintiff Frederick Canady is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

270.    Plaintiff Kenneth Walker is a person who has been aggrieved by Defendant's actions.  He is and has been, at all relevant times, an African-American male citizen of the United States of America and is a resident of the State of Louisiana.

**EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES**

271.    Plaintiffs who have herein alleged claims pursuant to Title VII have timely filed complaints of discrimination with the EEOC.

272.    Plaintiffs who have herein alleged claims pursuant to Title VII have either received their Notice of Right to Sue letters from the EEOC or have requested said Notice of Right to Sue letters prior to the filing of this Amended Complaint.

**STATEMENT OF FACTS**

**A.    FACTS COMMON TO ALL PLAINTIFFS**

273.    Black employees of Turner have been subjected to discrimination and harassment for many years.  This discrimination and harassment manifested itself through the direct manner

FIRST AMENDED COMPLAINT

in which Turner management and co-workers treated Plaintiffs, and by the systemic atmosphere of bigotry that surrounded them at work.  The discrimination and harassment continues to this day.

274.    For years Black employees have been subjected to racial slurs at Turner, including the prolific use of the word "nigger."  White employees felt empowered to call Black employees "boy."  This was a common means of harassing Black employees.

275.    Black employees have been subjected to nooses displayed on tool boxes, hanging from scaffolds and off of company trucks.  When employees complained, they were either ignored or laughed at.

276.    Further, the bathrooms and other fixtures at Turner facilities were covered in racial graffiti, including phrases using the word "nigger," "go back to Africa," "KKK," swastikas, and depictions of lynchings.  When complaints were made, Turner would not take timely or effective remedial measures to remove and prevent the racially offensive language and symbols.

277.    These examples are only a few of the obvious and severe indications that Turner management allowed its White employees to harass and degrade Black employees on a daily basis.  Statements of this kind existed throughout the workplace, and were condoned and encouraged by Turner management.

278.    Turner further discriminates against Black employees by creating a disparity in pay.  White workers on the same shift performing the same tasks as Black employees are often paid more money than Black employees doing the same work.

279.    Black workers are not given equivalent raises as their similarly situated White co-workers.  Moreover, White workers with less experience were consistently hired in favor of

FIRST AMENDED COMPLAINT

and/or received promotions and wage increases over more qualified Black employees.  White employees have been given more opportunities than Black employees to obtain additional training or take tests to advance in the company.

280.   The level of discipline is also much higher for Black employees.   White employees may receive light discipline in situations for which Black employees were suspended or terminated.

281.   The terms and conditions of employment relating to Black employees, and those who associate with or support Black employees are significantly altered by the discrimination against said employees who are subjected to discrimination in Turner's hiring, work assignment, and firing policies.

282.   When Black employees apply for work with Turner, they are often told that Turner is not hiring or that only the lowest paying positions are available, such as laborers, fire watch/hole watch positions, and helpers.  Black employees with qualifications to work in craft positions are routinely hired into low-level positions.  Meanwhile, White applicants, even those with less experience and qualifications than Black applicants—in many cases straight out of high school—are frequently hired into higher paying positions or allowed to test for higher level positions over Black applicants applying at the same time.

283.   Turner has engaged in blatant segregation whereby crews of workers are often assembled along racial lines.  Black employees are routinely given more difficult, dangerous, and dirty jobs compared to their similarly situated White co-workers.

284.   When Turner's work on third party sites (e.g., Conoco Phillips, Exxon Mobil, CITGO, Marathon) is winding down, Black employees are often laid off in a disproportionate

FIRST AMENDED COMPLAINT

manner as compared to White employees; whereas, White employees will either remain on a job or be immediately transferred to another job.

285.    White employees who have been terminated or otherwise discontinued their employment with Turner, will customarily be rehired before or instead of any Black employees.

**B.      FACTS SPECIFIC TO EACH PLAINTIFF**

<u>*LEAD PLAINTIFFS*</u>

*Nina Taylor*

286.    Taylor is a Black female who worked for Turner at its location at Exxon Mobil in Beaumont, Texas.

287.    On October 21, 2009 at approximately 7:00 a.m., Taylor was told to clean gang boxes along with White Turner employee Joe Rickett.  While doing so, Rickett discovered a noose that had been placed in the gang box.  When Taylor saw the noose and took out her camera phone to take pictures of it, Rickett began to untie the noose.  Steve Martino, a White Turner general foreman, then shoved Taylor aside and told her "put that damn camera up" and told Taylor to not get upset because "this was just a joke."

288.    Taylor found this to be no joke and was physically and emotionally disturbed that this hangman's noose was left in her workplace.  As she became visibly upset and offended Taylor was taken to a room and held against her will for two hours while numerous White managers berated her and questioned her.  Despite her repeated requests, and calls to her brother, a local policeman, she was not allowed to leave the room.  Ultimately, Taylor suffered a significant anxiety attack and as she charged for the door to leave the room, she was chased by these men.

FIRST AMENDED COMPLAINT

289.    Taylor immediately complained about the presence of the noose and again, no effective remedial action was taken.  Instead, upon her return to work, she learned that her co-workers were aware that she had filed a complaint and one White co-worker warned her not to eat her lunch one day as someone had gone into her lunch and spit into her food.

290.    Taylor and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, promotion, and work assignment policies.  For example, after the noose incident, Taylor was told by Turner human resources agent Glenn Fisher that as soon as a position was available at Turner's Motiva, Huntman, or Total sites, she would be transferred.  On November 4, 2009, Taylor learned of other workers being hired into positions similar to hers at those locations.  When Taylor called Fisher to inquire about the promised transfer, he said "there was nothing available for [her]."

291.    Taylor is also aware that Fisher gave the answers to the pipe fitter exam to White Turner employee Jason Smith so he could get hired on as a pipe fitter with top pay at Exxon Mobil.  Black employees, regardless of their level of experience or certifications, were generally not brought in at a level higher than helper.

292.    Throughout her employment at Turner, Taylor has been subjected to a racially hostile atmosphere.  For example, a Black co-worker named John Wilson, III had a disagreement with Martino.  Wilson then found a picture of a hanged man drawn on a lunch table where he customarily sat.  When Wilson complained, Martino simply marked it out with a pen.  Wilson then faced threats of intimidation, and was constructively discharged.

293.    Taylor is also aware that Black Turner employee Byron Bean was sent a text message by his Turner foreman that said "the KKK is behind you" when Bean was seen talking to a White female Turner employee.

FIRST AMENDED COMPLAINT

294.    Throughout her employment Taylor has been subjected to racial slurs used by White employees to harass and degrade minorities.  For example, approximately one week after Martino was brought on as general foreman, Taylor heard him say "even one nigger on my job is too many" as she walked by him.

295.    Taylor was aware that Black Turner employees Shelton Polk and Kenneth "Big Baby" were driven in a truck by a White Turner employee named Victoria.  While driving, Victoria used the word "nigger" several times, (e.g., "she's acting like a nigger"), and when asked to stop doing so, responded by saying she "would say whatever she wanted."  Victoria was suspended for three days, but no other punishment was meted out.

296.    After she had been ultimately transferred to another location with Turner, on or about March 12, 2010, at approximately 3:15 p.m. Taylor witnessed White Turner employee Rachel Touchet repeatedly make racist comments to Black Turner employee Cheryl Jordan, saying she was going to "beat that Black bitch ass" and that she would "skull drag that Black bitch."

297.    Taylor complained about this incident to Leanne Maples, head of Human Resources for Turner based out of Baton Rouge.  Again, no timely or effective remedial action was taken.

298.    It was evident that no matter where someone worked for Turner, there would be blatant acts of harassment and discrimination towards Black employees.

299.    Taylor is aware that she and other similarly situated Black co-workers are also subjected to harsher discipline in comparison to White workers. On or about February 17, 2010, Taylor was required to see the company medic, because her supervisors would not accept the

FIRST AMENDED COMPLAINT

medical release provided by Taylor's doctor.  Upon information and belief, White Turner employees were not subjected to this disparate treatment.

300.    In October 2010, Taylor complained that co-workers had thrown objects at her from scaffolding.  Upon information and belief, Black Turner employees who accidentally drop objects from scaffolding have been suspended or even terminated.  When Taylor complained of the same type of incident, her foreman responded by saying her complaint was "bullcrap."

301.    The conduct alleged above violates Title VII of the Civil Rights Act of 1964 and Section 1981 of the United States Code as the Defendant has engaged in the practice of discrimination and retaliation against Plaintiff Taylor.

### John Wilson, III

302.    Wilson is an African-American male who worked for Turner at its location at Exxon Mobil in Beaumont, Texas.

303.    Out of approximately fifty to sixty workers in the C-10 unit, only five workers were Black.

304.    Throughout his employment, Wilson was subjected to a racially hostile atmosphere and racially derogatory statements and slurs in the portable bathrooms such as, "hang all the niggers, send them back to Africa," "Blacks are nothing but porch monkeys," "KKK rules, "Black motherfuckers need to go to hell."

305.    Within a few months of Wilson beginning his employment with Turner as a pipefitter helper, he experienced differential treatment due to his race.  Specifically, on Friday, October 2, 2009, several workers from the C-10 unit went out to lunch.  While out to lunch, Wilson and a Black co-worker who were dining across from a White female co-worker, were warned via text message, "You need to leave that White girl alone, the KKK is watching you."

FIRST AMENDED COMPLAINT

When they returned from lunch, all the White employees were allowed to go to the smoke bin, but Wilson was not.  He was stopped by his supervisor, Martino, and told to go back to work. Wilson told Martino that he felt he singled Wilson out because he was Black.   Immediately after this, Chad Hebert, Wilson's foreman, informed Wilson that he was in line to be laid off.  After this, several of Wilson's White co-workers made threatening glances and statements towards Wilson, telling him to stop causing trouble.

306.   On Monday, October 5, 2009, Wilson sat down at the same lunch table where he had eaten his lunch for the previous three months.  Wilson looked down and saw a picture of a hanged man drawn on the table with the name "J. Will," Wilson's nickname, written next to it. When Wilson reported this to his foreman and the safety manager, Martino simply marked it out with a pen.  No further action was taken.

307.   Wilson reported what had happened to the Exxon Mobil Representative.  Wilson was called into the main office and told that a woman, Leanne Maples, from Human Resources in Baton Rouge wanted to speak with him on the phone about what had happened.  Wilson started to explain to Leanne Maples how he felt discriminated against, and specifically told Ms. Maples that he felt he was being discriminated against.  Ms. Maples told Wilson that she did not feel he had been discriminated against and that he should go back to work.  Wilson continued to feel threatened by his White co-workers, many of whom were known KKK members.

308.   Based on the threats of intimidation, Wilson explained that he did not feel comfortable working in such an environment and felt it necessary to leave on October 5, 2009.

309.   The conduct alleged above violates Title VII of the Civil Rights Act of 1964 and Section 1981 of the United States Code as the Defendant has engaged in the practice of discrimination and retaliation against Plaintiff Taylor.

FIRST AMENDED COMPLAINT

### *PARIS, TEXAS TITLE VII & § 1981*

### *Todd Bills*

310.    Bills is an African-American male who began his employment with Turner in the Paris, Texas plant on and around February 18, 2010.  He was employed until on and around May 12, 2010.  Bills returned to work for Turner in October of 2010 and was terminated in retaliation for complaining about a hostile work environment.

311.    Bills was hired as a helper in Bay 6 of the Paris, Texas plant and was making $8.50 an hour.

312.    Throughout his employment at Turner, Bills has been subjected to a racially hostile atmosphere.  In and around November 1, 2010, Bills had to carry a 177-pound pipe to a different area of the plant.   A White welder, Mark Lawler, was assisting him with moving the pipe.  Because the pipe was extremely heavy, Bills suggested they put the pipe on a roller.  Bills was holding the back end of the pipe, while Mr. Lawler was holding the front end.  Bills could not see the front of the pipe and he asked the welder which way he wanted it to go, and Mr. Lawler responded, "Just put the mother fucker in there." Bills explained to Mr. Lawler that he could not see, and because Mr. Lawler was at the front he had to tell him where he wanted it. Mr. Lawler suddenly threw the pipe to the ground. Bills then set the pipe down and told Mr. Lawler that he did not care about the pipe or his attitude.  Bills complained to his supervisor, Todd Hurley, and he put in a complaint with Susan Denton in Human Resources.  Ms. Denton told Bills that there was nothing that she could do. Upon information and belief, there has been no further investigation.

FIRST AMENDED COMPLAINT

313.    The level of discipline is also much higher for Black employees.  Bills has witnessed Black employees receiving suspensions for situations that White employees are not given suspensions for.

314.    For example, in October of 2010, Shannon Howard, a Black tacker, was coming out of the restroom without his safety goggles on.  Supervisor Todd Hurley suspended Mr. Howard for the rest of the day and the following day.  However, later that same day, Mr. Hurley caught a White pipefitter, Kevin Crumbley, without his safety goggles on.  Mr. Hurley simply told Mr. Crumbley to put his goggles back on, but he did not receive a suspension.  Ricky Hutchinson, the plant supervisor, suspended another Black employee, Johnny Robinson, for not having his safety goggles on.

315.    Throughout his employment Bills has been subjected to racial slurs used by White employees to harass and degrade minorities. White employees complain about not being able to say "nigger" anymore, but they say it anyway.

316.    On December 3, 2010, a White worker, Cameron Wooder, said to Bills, "You look like a Black Super Mario Brother. When is your video game coming out?" Bills responded, "What video game?"   Then, Mr. Wooder replied, "The Black Ghetto Brothers."   Bills complained to Human Resources about this incident.   Mr. Wooder only received one day suspension for this, despite Turner's policy to terminate any workers who are found to engage in such conduct.

317.    In and around December 7, 2010, Turner conducted a drug test.  Bills took his drug test and passed.  Terry Anderson, a White employee, took the urine sample of another employee, Shannon Howard, to be tested.  Bills was called to the office and told that he violated company policy for taking Shannon Howard's urine sample to be tested, even though Bills had

FIRST AMENDED COMPLAINT

not done so.  On December 14, 2010, Bills was terminated based on these fabricated events and told that he violated company policy.

### Ja'Keistan Cash

318.    Cash is a Black male who was employed at Turner Industries in Paris, Texas, as a welder from around June of 2008 to around March of 2010 making approximately $17.75 per hour.

319.    Cash and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti at Turner. For example, Cash has seen "anti-Black campaign" surrounded by swastikas, "Aryan pride" with two bolts in the middle and swastikas around it, and confederate flags with "White pride" written on them.

320.    Cash and other similarly situated Black co-workers are also subjected to harsher discipline in comparison to White workers. For example, in November of 2009, a rule was implemented at Turner that workers could not use their cell phones, but since Cash began working at Turner he frequently saw White workers talking on their cell phones. Then, when Deon, a Black employee, was caught on his cell phone, he was immediately fired.

321.    Cash and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, promotion, and work assignment policies.

322.    White workers consistently receive promotions over more qualified Black workers. White workers were typically promoted within weeks of working at Turner. For example, if White workers wanted to become welders it would only take them a couple of months, but if a Black worker wanted to become a welder it would take him at least six months if not more.

FIRST AMENDED COMPLAINT

323.     Turner has a progressive discipline system in place for firing people. It is supposed to work on a system of ten points, and if you reach those ten points then you are fired. Cash was fired because he reached nine points within one year.

324.     This point system was not always enforced, however.   Cash knows of a White worker that reached ten points and was fired, but went to talk to his supervisor and was hired back within the next week.   However, Cash tried to call his supervisor after he was fired and his supervisor told him there was nothing he could do.

### *Darrias Clement*

325.     Clement is employed at Turner Industries in Paris, Texas. He began working at Turner as a helper on October 11, 2006 and is currently employed as a tacker.

326.     Clement and his similarly situated Black co-workers were subjected to a hostile environment at Turner Industries. For example, about a year ago Clement was called "boy" by a White co-worker. Clement asked him to stop calling him that.

327.     Clement and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the restrooms at Turner. For example, Clement often saw depictions of swastikas, lightning bolts, "f all Niggers," and "White power." He also observed rebel flags on welding hoods.

328.     Black employees have less opportunity for advancement than White employees at Turner Industries. For example, about two years ago, Clement picked up the trade of fabricating. Supervisor Clay McKnight told him he was next in line to get a table. Instead, they gave the table to a White worker from the night shift. This is when Clement decided to become a certified welder, because he did not think he would be given the opportunity to get a table and fabricate.

FIRST AMENDED COMPLAINT

329.    Clement became a certified welder about one year ago, but has not yet been given the opportunity to weld. He was concerned about working the night shift when his wife became pregnant. Clement informed Turner of this, but was not given the opportunity to work the day shift. Instead, Clement saw less experienced White employees who had become certified welders after him, put on the day shift. He specifically remembers a White employee, Steven Shelby, who was sent to the day shift, about three months ago. About one month ago Clement observed his foreman ask another White employee to weld numerous times, but has not yet asked Clement to weld.

330.    Clement and his other similarly situated Black employees are subjected to further harassment and discrimination at Turner industries.

331.    There are "huddle meetings" every morning at Turner. Approximately five minutes after a huddle meeting ended, Clement was engaged in a conversation with a Black co-worker at their work station. Supervisor Clay McKnight walked over to them and said "You all need to get busy." Clement's fitter had gone to look for sketches, so Clay told him to pick up a broom. The floor was still very clean because Clement had swept the day before. Clay then said to him, "Do something other than stand around and talk." At this time, other White workers were sitting around talking and not told to sweep or get to work. This happened about eight months ago, and Kerry Garvin was there working beside Clement.

332.    Another time, Clement's foreman told him to run the crane after he had already began preparing to work with his fitter. There were other people there who knew how to run the crane and could have done it instead. Typically, workers who have someone to work with do not get singled out and told to do a different job. Clement feels he would not have been singled out if he were White.

FIRST AMENDED COMPLAINT

333.    Black workers at Turner Industries are watched more closely than White workers. For example, immediately after a morning huddle meeting, supervisor Clay McKnight walked up and stood behind Clement and another Black employee as a form of intimidation.

### Robert Crown

334.    Crown is a Black male who was employed at Turner Industries in Paris, Texas, beginning in or around March of 2010. He began working as a security guard earning $7 per hour. Then he moved to crane operator earning $10.25 per hour. He was laid off on October 13, 2010.

335.    Crown and his similarly situated Black co-workers have been and continue to be subjected to a racially hostile work environment.

336.    On August 4, 2010, Crown suffered a hernia and was rushed to the emergency room. After surgery and eleven days in the hospital, Crown was cleared to go home. Crown then brought his hospital paperwork to Turner and saw the Turner physician and took a physical. After failing the physical, the physician advised Crown not to return to his regular job. However, Crown was told that Turner would accommodate his light duty request after he was released by his surgeon. Crown was released from his surgeon to resume work on light duty on October 12, 2010.

337.    On October 13, 2010, Crown went back to Turner to begin work again as he was told he could. However, a man working in the office known as "Jimmy" told Crown that he had been fired. Crown then went to HR, but was told that after two weeks of absence from work any employee is fired. Upon information and belief, Crown would not have received this treatment had he been White.

FIRST AMENDED COMPLAINT

338.     White workers who have been injured and needed to be accommodated with light duty status have been accommodated. When Crown worked as a security guard, he knew of a White worker who had a pipe fall on his foot. Turner put him in stores and had him hand out gloves, safety glasses, brushes and other supplies people needed.

### *Virgil Ethridge, Jr.*

339.     Ethridge is a Black male who began his employment at Turner Industries in Paris, Texas, as a painter's helper on or around June 24, 2009 and is currently employed, making $9.69 per hour.

340.     Ethridge and his similarly situated Black employees are subjected to discrimination through unfair compensation. Painters typically "top-out" their pay at approximately $19 per hour. There is a Black painter, Michael Liscomb, who has been working for Turner for about ten years and just recently topped-out his pay. However, there is another White painter, Hershall, that has only been working for Turner for four years and he has also just topped out his pay.

341.     Typically promotions were based on seniority; however, when a White worker came in and claimed he had inspection experience, Turner hired him and claimed promotions were now based on experience rather than seniority. No other workers were interviewed for that job. Upon information and belief, the rule changed in order to hire a White employee and prevent Black employees from receiving a promotion.

342.     Ethridge and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

FIRST AMENDED COMPLAINT

343.    Ethridge has industrial engineering experience, and applied for a position nothing his experience in industrial engineering.  In spite of these qualifications, Ethridge was placed in one of the lowest paying positions at Turner in the maintenance department.

### *Joseph Finch*

344.    Finch is a Black male who is employed at Turner Industries in Paris, Texas. He began working at Turner   on April 2, 2005 and is still employed there.

345.    Finch works the night shift and has observed that there are only about 6 Black workers and approximately 90-100 White workers.

346.    Finch and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory statements. For example, during the summer of 2007, Finch was working the guard shack on the second shift. On that particular day, the gate post was supposed to be down, but Finch left it up. Richard McClyea came by and asked, "Why the hell is my gate post down?" Finch said he forgot. Richard McClyea responded, "You damn Black people, boy, I'll tell you…"

347.    Also, in 2008 David Autry had filled in for Greg Baker who was sick. David Autry called Finch a "Stupid mother fucker." Finch reported this to Greg Baker and Stacy in HR. No disciplinary actions were taken.

348.    In 2008, Finch often heard White workers say "What's up Nigger." White workers also referred to Finch as "the tool room bitch".

349.    In or around September 2010, Finch saw White workers wearing rebel flags around the Turner work site.

350.    Finch and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed at Turner. For example, in 2008 Finch was

FIRST AMENDED COMPLAINT

working in the tool room. He left to use the restroom and was only gone for about 5-10 minutes. When he returned, his door was half-way locked. Finch managed to open it and peak in where he saw Jason Milligan, the foreman for welders on the night shift in there. "Nigger" was written in green spray paint across his desk. Jason was cleaning it off his desk with acetone. He shut the door in Finch's face and later told Finch to pretend he didn't see it. Jason took a picture of the graffiti with his phone and called Ricky Hutchinson to come up there. Dakota Davidson was the last person in the tool room, but nobody ever found out who actually did it. Now there is a camera in the tool room.

351.    Jason Milligan, a White employee also filed against Turner and posted the picture of "Nigger" graffiti on the internet.

352.    Turner further discriminates against Black employees by creating a disparity in pay. For example, Finch worked as a tool room supervisor earning $11.43 per hour. However, the White tool room supervisor was paid $16/$17 per hour. Finch received a 35 cent raise about 7 months ago.

353.    Turner also discriminates against Black employees by disciplining them more harshly than White employees. For example, Black workers are generally yelled at if they are not constantly moving and working. However, White employees are generally not yelled at for standing around, taking their sweet time, or avoiding work.  On one particular slow day in or around April 2010, Finch was on the internet in the tool room and supervisor Chad Moorison walked up to the door and said, "You are suspended for the rest of the day." When asked why, Mr. Moorison responded "Because you are on your damn cell phone." Finch defended himself, explaining that many other white employees were on their phones as well. Mr. Moorison

responded "I'm not worried about them mother fuckers. I'm worried about you on your damn cell phone."

### *Kerry Garvin*

354.    Garvin is a Black male who was employed at Turner Industries in Paris, Texas as a tack welder from March 2003 to September 2010.

355.    Garvin and his similarly situated Black co-workers have been subjected to a racially hostile atmosphere at Turner. For example, Garvin saw graffiti on bathroom walls with the word "Nigger," drawings of swastikas, and other racial slurs.

356.    Garvin also saw confederate flags at Turner work sites. These flags were also on some White workers' toolboxes in Bay 6. He heard White workers using racial slurs and talking about "defending the toolbox" and "defending the confederate flag."

357.    White workers with little experience were given jobs over Black workers with more experience. For example, in 2006 or 2007, Garvin asked his White supervisor, Chad Morrison, if he could be promoted to the fabricator position which earns about $17-$23 per hour. Garvin had been as a tack welder for over a year earning about $15 per hour and was never promoted. Roddy Hutchinson, a White worker, was promoted to the fabricator position after working as a tack welder for only a few months. He had no prior plant experience.

358.    Garvin and his similarly situated Black co-workers are not given the same opportunities to advance at Turner that White workers are given. Garvin asked his supervisor if he could go to welding school, and his White supervisor said there would not be a welding class. However, Garvin knows a White employee who was sent to welding school at that time.

359.    Turner discriminates against Black employees through the point system for absences. For example, in August 2010, James Elrod, a White employee that worked with

FIRST AMENDED COMPLAINT

Garvin, left work early. He should have received a point for this, but he did not. Around the same time, Garvin received a point for an absence when he did not go in to work one day.

360.    However, he had been out of work for his allowed bereavement period and was never told he was scheduled to work for the day he received his point. He was also never given any notice that he received the point, though Turner is supposed to give employees written notice. Instead, he found out about the point when he was terminated for too many absences. Upon information and belief, a White employee would not have been terminated in the same situation.

### *Junior Hall*

361.    Hall is a Black male who first began employment at Turner Industries on July 1, 2009 in Paris, Texas. He was employed as a security guard his entire time at Turner earning $7.50- $8.50 per hour.

362.    Hall began working on the night shift, then became a floater working all three shifts, and ended his employment working the night shift. He was terminated on November 3, 2010.  Hall and his similarly situated Black co-workers were subjected to a hostile environment at Turner industries. Hall observed this hostile environment, even while the first Turner law suit was going on.

363.    Turner promotes White employees over more qualified Black employees. Hall observed this going on inside the plant, but not within his small group of security guards, which included one Black female and one White female, as well as himself.

364.    Turner promotes White employees over more qualified Black employees. Hall observed this going on inside the plant, but not within his small group of security guards, which included one Black female and one White female, as well as himself.

FIRST AMENDED COMPLAINT

365. Black employees were given less desirable jobs than White employees at Turner Industries. For example, Hall was employed as a junior level position, but he has a bachelor degree in computer science and industrial education. With his qualifications and experience, he should have been placed at a higher level job to begin with.

366. Black employees have less opportunity for advancement than White employees at Turner Industries. For example, Hall observed Turner routinely deny more Black employees than White employees the opportunity for additional job training. He noted Turner gave approximately one Black employee to every five or six White employees the opportunity for additional training to become welders.

367. Turner discriminates in terms of how employees are disciplined if they come back from breaks late, or show up to work late, miss days, or make any mistakes on the job. For example, Hall observed that White employees were excused from such incidents more often than Black employees.

368. Turner lays off Black employees in a disproportionate manner as compared to White employees. Throughout Hall's employment at Turner, he noted the majority of employees laid off were Black.

### *Billy Hill*

369. Hill is a Black male who was employed at Turner Industries in Paris, Texas as a laborer from February 2008 to mid-January of 2010.

370. Hill and his similarly situated Black co-workers have been subjected to racially derogatory statements. Sometime between Thanksgiving and Christmas of 2009, Hill was waiting in line to buy a sandwich when he saw a group of White workers looking at a cell phone

FIRST AMENDED COMPLAINT

and laughing. The cell phone showed a picture of Black man in a cage with the caption "Coon Hunting."

371. Hill and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti at Turner. Hill saw confederate flags hanging in the welding area. In the bathrooms he saw swastikas, derogatory comments about Africa, drawings of nooses and lynchings. Many workers wore clothing with confederate flags, had tattoos of confederate flags, and had confederate flags on their trucks.

372. Hill and his similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

373. When Hill was hired, he was told he would be placed in the maintenance department. He has prior maintenance experience. Instead of being placed in maintenance, he was asked to work outside. He had to spend all day outside sweeping and "busting up" concrete. He asked several times when he would be placed in maintenance. He was always told that there were no openings at the time. Four months after he was hired, two White workers were hired into the maintenance department with no prior maintenance experience.

374. Once Hill realized that he would not be placed in maintenance, he asked to be transferred to the paint department to become a painter. Once in the paint department, Hill began doing painter's work. He asked to have his pay increased to painter's pay. Turner would not do this. The entire time Hill was at Turner he received only one 25 cent raise and he did not receive a raise after being there six months, as he should have. Turner employees generally received a raise after six months.

375. Hill complained to his supervisors, Ray Butler and Byron Hornberger, about how he was not being paid fairly. Because of his complaints, he was transferred to blasting. He was

FIRST AMENDED COMPLAINT

told that he would earn $10 an hour in blasting. However, he did not receive any pay increases in blasting.

376.    Hill complained of racial discrimination several times. He complained to Turner HR representative Stacy Robinson. She told him to talk to his supervisor about it. He complained to Hornberger several times. Hornberger told him not worry about it. He complained to Butler. Butler told him that Turner would fire him if he kept complaining.

### *Tony Holt*

377.    Holt is a Black male who began his employment with Turner Industries in Paris, Texas in 2002.  He is presently employed with Turner.

378.    Holt was hired as a helper, and started out making $7.50 an hour.  He only got a few raises throughout his employment at Turner, and is now making $13 an hour.  White helpers who were hired years after him are either making the same as Holt now or are making more.

379.    Holt works in the Blast Department under supervisor Byron Hornberger.  There are four blasters in the department and there are supposed to be three to four helpers in the department as well.  In and around 2005, Holt was the only helper in the Blast Department for an entire year.

380.    Holt and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner.  A White employee, Clyde, used to call a Black worker, Glen Williams, a "dumb nigger" on a regular basis in and around 2003 or 2004.  Mr. Williams had a heart condition and was laid off as a result; however, a White employee with the same heart condition was allowed to remain at Turner.

381.    In addition to White workers using racial slurs, White workers also regularly made nooses and hung them on trailers.

FIRST AMENDED COMPLAINT

382.     Holt and his similarly situated Black co-workers have also been subjected to racially offensive graffiti throughout Turner facilities and job sites. Holt would see offensive comments such as, "Niggers go home," and "Niggers ain't shit" in the restrooms.  He last saw graffiti in and around 2007.

383.     The Blast Department is composed of six Black employees and one Mexican employee.  The Blast Department is near the Shipping Department, which consists of mainly White employees.  The Shipping Department has a heated break room with a lot of furniture that men in the Shipping Department have made themselves.  They can lounge in there and take breaks when they wish without reprimand.  However, the Blast Department has a break room that had one chair in it.  The chair was taken out of the room in and around the end of 2009 or beginning of 2010.  If I and my similarly situated co-workers take a quick break we get hounded by the supervisors.

384.     There was a petition that was sent around in the Blast Department telling employees that the job was going to be shut down and if they signed the petition stating that there was no racism the job could continue.  Holt signed this petition because he was afraid that the job would shut down and he would no longer have work.

### *Cornelius Jeffery*

385.     Jeffery is a Black male who was employed at Turner Industries in Paris, Texas from July 28, 2009 to mid-January of 2010 as a helper. He reapplied to work with Turner in September of 2010.

386.     Jeffery and his similarly situated Black co-workers have been and continue to be subjected to racially derogatory statements on a daily basis. Black workers were often singled

FIRST AMENDED COMPLAINT

out and referred to by their race, like "this Black guy," or "that Black guy." White workers were not treated this way. They were simply referred to by their names.

387.     Jeffery and his similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The bathrooms were constantly covered in offensive comments such as, "Niggers don't belong here," and he has seen drawings of White people wearing KKK hats.

388.     White workers with less experience consistently received promotions and wage increases over more qualified Black employees. Workers who are there for six months are supposed to receive raises. Jeffery was there seven months but never received a raise.

389.     Jeffery's mother was sick in the hospital, but Turner would not give him time off to take care of his mother. Shortly before he requested time off, a White worker was allowed to take a week off to care for a family member. This was in mid-January of 2010 and Jeffery had to leave work to be with his mother. He felt this was unfair that White workers had been given time off and Jeffery was not allowed to take time to be with his mother.  She passed away in early February of 2010.

390.     Jeffery filled out a new job application to work at Turner in September of 2010 in the Paris hiring office. He was willing to work any job that was available; however, he has not been contacted for re-employment.

### *Corwin Jeffrey*

391.     Jeffery is a Black male began his employment at Turner Industries in Paris, Texas as a helper in January of 2010, and is presently working at Turner as a tack welder in Bay 1 on the day shift.

FIRST AMENDED COMPLAINT

392.     Jeffrey and his similarly situated Black co-workers have been subjected to racially offensive graffiti displayed in the restrooms at Turner. For example, when Jeffrey first started working at Turner, he saw the word "Nigger" written on the bathroom walls.

393.     Black employees have less opportunity to advance than White employees at Turner Industries. For example, Jeffrey had asked his boss, Clay McKnight about welding opportunities, but was ignored for about one month. Then, Jeffrey went to Mr. Thunderbird to find out information on the welding class, but was not told anything. Eventually, he was able to take the tack welding test with about 3 or 4 other people. Jeffrey felt that Black employees have to try much harder than White employees to obtain opportunities for advancement.

394.     Turner further discriminates against Black employees by creating a disparity in pay. For example, three months after he was hired he took and passed a tack welding exam. As a tack welder he earned approximately $11.50 on the night shift. When he moved to the day shift in or around September of 2010, his pay was reduced by 25 cents.

395.     In or around October of 2010, Jeffrey received a 40 cent raise and then two weeks later he received a 16 cent raise. Around the same time, a White worker received a dollar raise. Everyone in the Bay received a raise around that time, but White workers received larger raises than Black workers. Jeffrey asked Clay McKnight why he received a 40 cent raise and then a 16 cent raise, while White workers received a dollar, but McKnight did not have an answer for him.

396.     In Bay 1 there are only four Black tack welders and about five White tack welders. A White tack welder earns approximately $16 per hour. However, Jeffrey is Black and he currently earns $12 per hour.

397.     Turner further discriminates against Black employees by disciplining them more harshly than White employees. Jeffrey went to court on January 5, 2010, for child support and

FIRST AMENDED COMPLAINT

showed his paperwork as proof to Stacy Robinson in Human resources. To Jeffrey's knowledge, employees are not supposed to receive a point for missing work due to court dates. He was excused for Jury duty, but was given a whole point for missing work on January 5, even though he had all the papers to prove it. He is planning on talking to someone at Turner about this point received.

398.    White workers are given better shifts than Black workers at Turner Industries. For example, it is standard for all employees to start working on the night shift after finishing welding class. A White employee, Steven Shelby, immediately began working the day shift after finishing welding class. Black workers generally have to work the night shift before they are allowed to work the day shift.

399.    Jeffrey and other similarly situated Black employees are subjected to further discrimination and harassment at Turner Industries. For example, after a huddle meeting on or around January 6, 2010 people were preparing their equipment to start work. Jeffrey was discussing new rules that had just been implemented with a Black co-worker. Clay McKnight stood there watching him until he stopped talking.

400.    That same day, the buzzer went off at 12:30 and Jeffrey was having a conversation with a Black co-worker. McKnight went up to them and told them, "When the buzzer goes off, you all need to get in your spots." McKnight did not approach anyone else in the Bay at this time. Jeffery feels McKnight is much harsher towards Black workers than White workers when it comes to following standard procedures.

### Roy Jones, Jr.

401.    Jones Jr. is a Black male who has been employed as a pipe cleaner helper for Turner Industries in Paris, Texas from around October 2006 to August 2010.

FIRST AMENDED COMPLAINT

402.    Jones Jr. and his similarly situated Black co-workers have been subjected to a racially hostile atmosphere at Turner's facilities. For example, White workers would leave notes on his truck calling him "nigger" and saying, "I know you sell drugs you nigger fucker." Jones Jr. reported these notes to management, but Turner did not do anything to stop the notes.

403.    White workers frequently used racial slurs and made racist jokes. For example, a White supervisor, Rusty Anderson, would frequently tell racist jokes. Jones Jr. did not report it, out of fear of being fired.

404.    Jones Jr. and his similarly situated Black co-workers have also been subjected to racially offensive graffiti at Turner. This graffiti included "KKK" and depictions of swastikas and nooses.

405.    Many White workers had depictions of confederate flags on their gloves and helmets. There was also a noose found on the floor in one of the bay areas. Management knew of these occurrences but failed to take any kind of action to prevent them.

406.    Jones Jr. and his similarly situated Black co-workers have also experienced discrimination in Turner's promoting and firing policies.

407.    For example, a White worker named Cody started in the same position as Jones Jr. Cody was promoted after only working a month in the position, and at the time Jones Jr. had been working in that position for two years.

408.    Turner would also "randomly select workers" to fire due to reductions in force. Black employees were laid off in a much greater proportion than White employees.

409.    There was a difference in disciplinary actions taken against White and Black workers. For example, Black workers who were late getting back from lunch were generally fired, while White workers were generally written up or suspended.

FIRST AMENDED COMPLAINT

*Scott Matthews*

410.    Matthews is a Black male who began his employment at Turner Industries in Paris, Texas on or around June 30, 2009. He currently works at Turner.

411.    Matthews and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory statements. One specific incident occurred on May 11, 2010. Matthews was tacking while a White worker called out "Nig" and another White worker followed with "ger." Matthews reached out to a member of the clergy, Pastor Rogers, on the phone that night to tell him what had happened. Pastor Rogers then told Turner Superintendent Tom Glasgott.  Glasgott called in that side of the bay, but they allegedly could not distinguish who said what. Stacey Robinson was present in the office. Their investigation led to simply switching out one employee for another, and no one was immediately fired.

412.    Matthews and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the restrooms at Turner. Matthews has seen offensive graffiti such as "niggers" and "KKK." He saw this regularly through January to March of 2010. Turner finally painted over the bathroom walls in Bay 6.

413.    Matthews saw a noose in Bay 4. He was working as a helper at the time.

414.    Matthews and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

415.    In or around August 2009, Matthews observed that Turner hired less qualified White workers over more qualified Black workers. For example, Matthews applied to be a tacker; however, Turner hired him as a helper. At the time, there were two White applicants who applied for helper positions, but instead they were put in tacker school and hired on as tackers.

FIRST AMENDED COMPLAINT

Matthews was already qualified as a CDL driver and feels he was overlooked because of his race.

416.    Matthews likes to keep his area at work clean, so he sweeps it often. On several occasions, Turner supervisor Todd Hurley has seen him cleaning and told him not to sweep 10-15 minutes before it was time for his shift to end. However, Matthews frequently saw White workers at tables around him sweeping and putting away equipment long before it was time to go home. They were never given any trouble from Hurley.

### *Johnny McNeil*

417.    McNeil was employed at Turner Industries in Paris, Texas as a paint mixer in May 2008. He was laid off in August 2010.

418.    McNeil and his similarly situated Black co-workers were subjected to racially derogatory statements and slurs. White workers often called Black employees "boy" or "them boys."

419.    McNeil and his similarly situated Black co-workers were subjected to racially offensive graffiti displayed in the restrooms at Turner depicting swastikas, saying "niggers don't run shit" and racist statements about President Obama.

420.    McNeil and other similarly situated Black employees were subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

421.    McNeil requested promotions that were denied and was paid less than other workers. For example, there was a White paint mixer that was paid $14.75 an hour, but McNeil was only paid $12.50 an hour.

422.    McNeil was fired for misconduct. He takes blood pressure medication that can cause drowsiness. Another worker told management that he was asleep. McNeil confronted the

FIRST AMENDED COMPLAINT

man who complained about him. The man then complained to management that he was being harassed, so McNeil was fired. The work force commission determined that he was entitled to unemployment. Other White workers have been involved in similar situations and they were not fired.

### *Marcus Mitchell*

423.    Mitchell began working for Turner Industries in Paris, Texas in 2005. He is currently employed with Turner as a receiver.

424.    Mitchell and his similarly situated Black co-workers have been and continue to be subjected to racially derogatory statements. He has been told angrily by White workers that he is just like his brother Karl Mitchell, who was one of the Original Charging Parties. Mitchell believes they were trying to provoke a fight. He has also been called "water boy" when he gets water.

425.    Mitchell and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the buildings at Turner.  Mitchell saw written "Fuck Obama Black Ass Nigger." Mitchell also saw a depiction of a Black woman performing oral sex on a White man labeled "Nigger Bitch." He also remembers a locker painted with the confederate flag.

426.    Mitchell saw a noose hanging two years ago. A White worker named Charlie said it was nothing, and added that "they play with that on the nightshift."

427.    Mitchell and other similarly situated Black employees are subjected to further discrimination by Turner's hiring and pay disparities. For example, Eric Whitaker, who is White, started working for Turner after Mitchell. However, Whitaker is paid more than Mitchell.

FIRST AMENDED COMPLAINT

### *Joseph Porter*

428.    Porter was employed at Turner Industries in Paris, Texas between 2000 and 2002 as well as October 2009 through February 6, 2010 as a Class A Welder and also as a welding instructor.

429.    While Porter was working at Turner, he frequently overheard White employees telling racially offensive jokes. Many of the jokes suggested that Black people were like monkeys. In the restrooms he has seen references to the KKK, Nazis and swastikas.

430.    As a Class A Welder, Porter made $24 per hour. Once at Turner, Porter went through the welding test with four or five other White welders. He passed all the tests and the White welders failed the second part of the tests. After he completed the tests, Porter was offered a salary of $21 per hour. The other White welders, who failed the second part of the tests, were offered a salary of $24 per hour. He complained to Turner supervisor Ricky Hutchinson, and was told that if he did not like it, he could leave.

431.    During his first three weeks of work, Porter was harassed by Hutchinson. Almost all of his welds were red flagged during visual inspection even though there was nothing wrong with his welds and no one could explain why they were being flagged. By flagging the welds, Hutchinson was making it more likely that Porter's pay would be reduced. This same treatment did not occur to the White welders.

432.    During his employment, Porter was told by a White worker, with no welding experience, who had been recently hired as a laborer, that management wanted him to have Porter's job. The White worker then proceeded to ask Porter to help him train for Porter's job.

433.    Porter and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

FIRST AMENDED COMPLAINT

434.    Porter noted that many of the Black workers were relegated to work in the paint shop which is difficult and dangerous, while White workers are not forced to work in the paint shop.

435.    While working at Turner, Chad, the Night Supervisor, called Porter into an office and asked him several questions about Stanrod Johnson, who was one of the Original Charging Parties.   Porter was told that Turner wanted to get rid of Johnson. Porter was told to report everything Johnson did and to document when Johnson came to work and when he left. Porter also saw that cameras were placed over Johnson's work area and everything Johnson did was scrutinized. Upon information and belief, Johnson was treated this way because he complained of racial discrimination at Turner.

436.    When Porter returned to Turner in 2009, he saw that many of the Black workers he had known in 2002 had not been promoted. For the most part, all the Black workers were in the same positions they had held for years, but the White workers had been promoted to better positions. He also saw inexperienced White workers hired and placed into positions over more experienced Black workers. He saw that Turner readily offered welding training to White workers but not to Black workers and if the Black workers entered into welding training, the White workers would pass through the welding training quickly but the Black workers were held back.

437.    White employees were given more slack when it came to taking breaks. When White employees came back from breaks late, they never got disciplined. However, a Black employee with a legitimate excuse who came back ten minutes late from a break was given a three-day suspension.

FIRST AMENDED COMPLAINT

### *Cedric Pruitt*

438.    Pruitt began his employment at Turner Industries in Paris, Texas on or around January 29, 2007. He currently works at Turner.

439.    Pruitt and his similarly situated Black co-workers have been and continue to be subjected to racially derogatory statements. White workers would often use the term "boy" or "y'all people" when referring to Black co-workers.

440.    Pruitt and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed at Turner job sites. He would see graffiti such as "nigger" and "this White boy will fuck a bunch of Nigger bitches."

441.    After Pruitt finished working the first shift, Pruitt was forced to clean up this racially offensive graffiti in the break rooms, bathrooms and offices. Someone else was finally hired to clean it up in November of 2007.

442.    Pruitt and other similarly situated Black employees are subjected to further discrimination by Turner's unfair compensation. For example, after Pruitt became a full time blaster in or around February of 2007, he made approximately $10 per hour, but he saw job postings for his position advertising $13 per hour. Pruitt was not offered this salary when he became a blaster. It took Pruitt two years to obtain wages that high.

443.    Pruitt has noticed that when new White workers are hired they are consistently hired into higher paying positions than Black workers. White workers are also hired into positions with no experience over more qualified Black workers.

444.    Pruitt and other similarly situated Black co-workers are also subjected to harsher punishment in comparison to White workers. Pruitt has witnessed White workers sleeping in their work areas and their superiors would walk right past them and not reprimand them.

FIRST AMENDED COMPLAINT

However, if a Black worker was caught sleeping he or she would be immediately terminated or at the very least suspended for three days.

445.    White workers at Turner generally show no regard for the safety of the Black workers. Even when there is lightning outside and the Black workers are working on a steel platform, the White workers will tell them to keep working. Black blasters have been told by White employees to keep blasting or go home, because they were not going to do it.

446.    Furthermore, Pruitt was injured on September 13, at approximately 4 p.m. when a pipe fell on him while working in his blast booth. He reported the event to his foreman and they went to the safety office. At approximately 7 p.m. Pruitt's head started to hurt very badly but was only given ibuprofen. The next day Pruitt went to see the company doctor and was told that he had strained the muscles in his neck. Turner has not yet tried to do anything to help him after his injury.  Upon information and belief, White workers were not treated in such a manner.

### Sammy Ricks, Jr.

447.    Ricks was employed at Turner Industries in Paris, Texas as a helper on August 10, 2005. He is presently employed at Turner.

448.    Ricks and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory statements. While in the restroom, he overheard someone complaining about "that fucking nigger." He could not see who it was.

449.    Ricks and his similarly situated Black co-workers have been subjected to racially offensive graffiti displayed in the restrooms at Turner. He has seen offensive graffiti such as, "Niggers go back to Africa," "Coons," and "White Power." He last saw this graffiti in the bathrooms in and around 2009.

FIRST AMENDED COMPLAINT

450.    In and around the end of 2009 or beginning of 2010, Ricks saw a White employee, who went by the name "Butch," painting a confederate flag on a locker.

451.    A whole group of workers complained about the locker box painted with a confederate flag. They complained to Khushrooh Parbiwalla, a Turner supervisor. Parbiwalla did not do anything and could not understand why the Black workers were offended.

452.    There was a noose hung at Turner while he was working. Ricks saw pictures of the noose.

453.    Ricks and his similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

454.    Ricks was lead vendor operator and would train workers to become vendor operators. After he trained the White workers they would make more than he did. He earned $17.50 as a vendor operator. Josh Givens, a White employee, who Ricks trained, earned $18.25.

455.    When work started to slow down, and Ricks was transferred to a new position where he became a tractor driver. As a tractor driver, his pay was taken down to $13.90; however, Ricks negotiated a pay increase to $15 an hour with his supervisor, Glenn Turk, since this was still significantly less than what he was making. There were other White workers with less experience who were not demoted. Ricks has not had a pay raise in two years.

456.    Upon information and belief Ricks and other Turner employees are no longer allowed to bring cell phones to work so that they cannot take any pictures of graffiti, or offensive depictions.

### *Johnny Robinson*

457.    Robinson is a Black male who was employed at Turner Industries in Paris, Texas on or around 1999 as a tacker and pipefitter. He currently works at Turner.

FIRST AMENDED COMPLAINT

458.     Robinson and his similarly situated Black co-workers have been and continue to be subjected to racially derogatory jokes and comments. For example, he has frequently heard White workers say, "If Turner keeps hiring Blacks, Obama will have to pay child support to Turner." Robinson has also often heard Black people referred to as "niggers."

459.     Robinson and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed at Turner job sites. For example, he has seen "Nigger hang from a tree," and "fuck you niggers, go back to Africa." He has also seen a noose and several confederate flags hung in the bays at Turner.

460.     There is less opportunity for Black workers than White workers to advance at Turner Industries. For example, he has been told he would need to work the night shift to be promoted, but he sees that White workers do not have to work the night shift to be promoted.

461.     He has noticed that less qualified White workers are consistently promoted over more qualified Black workers. For example, Robinson currently works under White workers who were hired long after him and promoted over him.

462.     Robinson tried for years to become a pipefitter with Turner, but his White supervisor, Benny Johnson, would not promote him. He was qualified to work as a pipefitter, and had previously worked as a pipefitter for Turner on a separate job. Benny Johnson was recently fired for openly stating, "No lazy nigger is going to get a pipefitter's table in my bay." Robinson believes Johnson was referring to him when he made the statement, because Robinson was the only Black worker trying to become a pipefitter in the bay supervised by Johnson. After Johnson was fired, White workers and White management, such as Ricky Hutchinson, blamed Robinson for Johnson's termination and targeted him for additional harassment and retaliation.

FIRST AMENDED COMPLAINT

Robinson was recently suspended for not wearing safety glasses while operating a crane. Other White workers are given warnings for that type of infraction. Upon information and belief, he believes he would not have been suspended, if it were not for Benny Johnson's termination.

### Charles Sampson

463.    Sampson has been employed at Turner Industries in Paris, Texas as a painter's helper since May of 2005.

464.    Sampson and his similarly situated Black co-workers have been subjected to a racially hostile atmosphere while working for Turner. For example, there is often graffiti in the bathrooms near the break room. The graffiti contains racial slurs including "Nigger" and depictions of swastikas and lightning bolts.

465.    Turner discriminates against workers by creating a disparity in pay. Around May of 2010, Dennis Milton, a White employee who started as a painter's helper three weeks before Sampson, told Sampson that he began at a salary of $8.50 an hour. Sampson's beginning salary was $7.50 an hour.

466.    Sampson also did not receive regular raises. Employees are supposed to receive a raise after six months of work, but he did not get a raise until he had worked for nine months. Also, in 2008 and in 2009, he was told he was up for a raise. Both times he did not receive the raise.  When Sampson inquired what the top pay for his position was, he would not get an answer.  Sampson did not receive a raise from Turner for two to three years.

467.    White workers are given preferential treatment for work assignments. White workers are often able to request assignments or transfers, and their requests are usually granted. Black workers mainly work in the lower paying and more dangerous positions, such as jobs

FIRST AMENDED COMPLAINT

working with toxic paint, while the higher paying welding and shipping positions are staffed almost entirely with White workers.

468.    Will Crosby, a Black employee, works as a capper in the Shipping Department. He has held this job for over one year, and does the job himself, even though the job requires the help of at least two or three other workers.  In and around December of 2010, Will missed a few days of work, and Turner filled his position for those days with three or four workers.

469.    On and around February 1, 2011, there was an ice storm.  The outside temperature was seventeen degrees Fahrenheit with a wind-chill of seven to ten degrees Fahrenheit.  Curtis Craig, a Black employee was forced to work outside on a tractor with hail and ice, which created extremely dangerous working conditions.   In contrast, a White employee in the Shipping Department was excused from working outside in these conditions.

470.    On and around February 1, Will Crosby, who has been with the company for twelve years and has experience doing touchup paint, applied for a different position doing touchup paint in the Shipping Department.  Rather than hire Will for the position, a new White applicant, Justin McDowra, was hired.

### Brandon Wallace

471.    Wallace is a Black male who was employed at Turner Industries in Paris, Texas in or around September of 2007 until February of 2010. He earned $11.75 an hour and worked as a helper and tacker.

472.    Wallace and his similarly situated Black co-workers were frequently subjected to racial bias openly expressed by management at Turner. For example, Chad Morrison was a supervisor who was openly prejudiced towards Black workers. Instead of disciplining Morrison, Turner promoted him to General Foreman.

FIRST AMENDED COMPLAINT

473.    Wallace frequently heard racially offensive jokes and the use of the word "nigger." He specifically recalls an occasion when a Black worker from the tool room went to the restroom, and a White worker wrote "nigger" on his desk. Turner did not investigate the matter and nobody was disciplined.

474.    Wallace and his similarly situated Black co-workers have been subjected to racially offensive graffiti displayed at Turner job sites. For example, he has seen graffiti in the bathrooms calling Black people "niggers." Many people complained about the graffiti, but it was allowed to stay up for long periods of time.

475.    Wallace has seen several nooses at Turner, one which was hanging in a back room. On one occasion, a White worker told Wallace, "I'll show you a trick…" He then tied a piece of rope into a noose. When Wallace became upset, the White worker just laughed at him.

476.    Wallace and other similarly situated Black employees were subjected to further discrimination by Turner's lack of opportunity for Black workers to advance. For example, Wallace attended Turner's tacking school for a year and a half before he was allowed to work as a tacker. However, White workers usually only attended a few weeks of school before becoming tackers. Black workers are rarely allowed to complete the training to become tackers. Steve Footnote and David Brandenburg were overly critical of the Black worker's work. Footnote would make Wallace redo his work without giving him a reason. When Wallace asked for help, Footnote and Brandenburg generally refused, saying they had to help other workers. Others in the class have commented that Wallace was treated unfairly. When he complained to his supervisor, he was just told to work harder.

477.    Wallace has observed less qualified White workers consistently being hired over more qualified Black workers. For example, in 2008 Wallace passed a test to become a forklift

FIRST AMENDED COMPLAINT

operator, believing he would receive an operator position that Turner had available. However, the open position was given to a less qualified White worker instead of Wallace.

### Michael Woods

478.    Woods is a Black male who began working for Turner Industries in April of 2009 in Paris, Texas as a parts puller.

479.    Woods was laid off on March 15, 2010. His ending salary was $9 an hour.

480.    During the Obama campaign there was severe racial hostility at Turner. Many White workers at Turner made offensive comments such as "that nigger ain't gonna do nothing." These things were openly stated by David Miller, a welder, and Ricky Hutchinson, a supervisor. Woods also heard many offensive jokes and comments such as, "If you put Black lips on the wall they will stick and be there all day," and "Black people have hair like felt." Black jokes were openly made among certain White workers and it was common for Woods and his similarly situated Black co-workers to overhear them. Woods also heard Miller refer to Black people as "niggers."

481.    Throughout his employment, Woods saw confederate flags and lightning bolts around Turner facilities. He also saw workers with confederate flag tattoos and confederate flags in workers' lockers.

482.    Woods saw several nooses around Turner facilities. Woods specifically recalls seeing one drawn on a wall in the parts room in 2009.

483.    Woods was denied raises. Turner gives employees raises after six months. Woods did not receive a raise after six months. Woods asked his supervisor, Benny Johnson, for a raise and Johnson said he would put in a request. However, Woods never received a raise.

FIRST AMENDED COMPLAINT

484.    Woods is a certified welder and went to a welding college. After welding college, Woods was hired by Turner. When Woods was first hired, he attended an orientation with a White male classmate. The White classmate was sent to Turner's welding school to become a welder. Even though he was a certified welder, Woods was not allowed to go to Turner's welding school. He was told that he needed to practice on his off hours before he could attend the school. Woods worked from 5 a.m. to 5 p.m. The welding school closed at 2:30 p.m. He had no opportunity to become a welder.

485.    Black workers routinely received the worst assignments. Hutchinson forced Black workers, including Woods, to clean up after the White workers. White workers are not forced to clean up.

486.    In March of 2010, Woods's aunt was in a car accident, so he traveled out of state to be with her. Woods had a friend call Turner to tell them he would be missing work. Woods missed two days of work, returned to work, worked for four hours out of his typical eight-hour day and then was terminated for "no call, no show" for the two days that he missed. White workers regularly miss days or fail drug tests and they are not terminated.

### *PARIS, TEXAS § 1981*

### *Kenneth Ray Beard*

487.    On December 17, 2007, Beard began working for Turner Industries in Paris, Texas as a crane operator.  When Beard first began working for Turner Industries, he was paid $10 an hour.  Beard was laid off July 20, 2008.

488.    Beard heard Black employees at Turner called monkeys, gorillas and niggers. Beard also saw offensive graffiti in the restrooms at Turner, such as a drawing of a Black man and noose with the caption "kill that nigger," "if a nigger uses this toilet we have to sanitize it."

FIRST AMENDED COMPLAINT

489.    In July 2008, Beard saw a noose in the bathroom.  Beard saw several confederate flags in the work areas and in the parking lot.

490.    Beard was paid less than White crane operators. Other crane operators earned $14 an hour.

491.    Beard wanted to become a welder, so he asked Billy Powel if he could attend class. Powel refused to let him attend. Beard was told that he needed to learn on his own time. White workers were allowed to attend classes and practice on the job.

492.    Beard has reapplied for work at Turner Industries. Despite his efforts, his experience, and other qualifications, he has not been re-hired.

### *Corey Cooper*

493.    Cooper is Black male who began working for Turner Industries as a blaster in Paris, Texas in February of 2007. Cooper was laid off in November of 2009.  Turner paid him $10.00 per hour.

494.    White workers normally do not work in the blasting area because it is very dangerous. When he tried to transfer to a safer position, Turner management refused to let him transfer.

495.    Cooper and his similarly situated Black co-workers have been and continue to be subjected to racially derogatory statements. For example, Cooper often heard White workers say things such as, "We don't need a Black president," and "we have a monkey president."

496.    Cooper and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the restrooms at Turner, depicting confederate flags with "fuck Black people" written next to them.

FIRST AMENDED COMPLAINT

497.     Cooper often saw confederate flags on lockers and complained about it to Turner foreman Dennis Milton.

### *Steven Dawson*

498.     Dawson began working for Turner Industries in Paris, Texas in and around 1998 as a cleaner and then moved up to a lead-man. His supervisors were Lonny Ackley and Kyle Wolf.

499.     When Dawson first began working for Turner Industries, he was paid about $8 an hour.  He was laid off in or around 2008.  His ending salary was about $11 an hour.

500.     On a daily basis, he was referred to by the nickname "Black redneck," mostly by Lonny Ackley and Kyle Wolf. He complained to Mr. Ackley and asked him to stop.  Mr. Ackley said they were just joking with him and would not stop.

501.     In and around 2005, Dawson went to the parking lot to get in his 1979 Dodge van. He noticed several workers standing in the parking lot looking at him, including Mr. Ackley. Later after driving all over town, Dawson saw that someone had put a large sign on the back of his car that said "Black redneck."

502.     Rusty Vasinger and his son called Dawson a "fucking nigger."  He complained to Mr. Ackley.  Mr. Vasinger and his son were called into the main office but were not fired or disciplined.

503.     Dawson would give instructions to White workers, some would refuse the instructions. He was frequently called "Nigger" and some White workers would say, "We don't take instructions from Niggers."

504.     Dawson and his similarly situated Black co-workers have also been subjected to racial graffiti.  The bathrooms were constantly covered in racially offensive slurs and comments

FIRST AMENDED COMPLAINT

such as, "we hate Niggers," and "this plant is taken over by Niggers." There was also graffiti on the lockers that said "Whites only" and "White power."

505.    Dawson worked in a crew with two other Black men.  Mr. Ackley would make them go and help other crews that were behind, forcing extra work on them.  He did not do this to the White crews. Dawson complained to Mr. Ackley about this but nothing changed.

506.    Dawson applied to become a welder, but was told that he was not qualified. There were no other lead-men that were Black in his department.  Some White workers had a problem with me being in a position of authority.

507.    Part of Dawson's job required him to take paperwork to the office.  He became platonic friends with two of the White women that worked there. Once Mr. Ackley realized this, Dawson was told he could not go to the office anymore.  One of the White women was fired shortly thereafter.

508.    Roy Jones, a Black worker bought an escalade with inherited money.  People at Turner left racially offensive notes on his car saying he was a drug dealer and he should not have that car.

509.    Turner claimed that Dawson was drinking alcohol because he was taking cough medicine. They gave him a drug and alcohol test, which he passed.  He was fired the next day for "missing too many days of work."

### Carl Eddington

510.    On or around April 20, 2005, Eddington began working for Turner Industries in Paris, Texas in the Bending Department. Eddington was laid off on or around October 2, 2008.

511.    Eddington and his similarly situated Black co-workers were subjected to a racially hostile work environment while working at Turner. For example, virtually every day Eddington

FIRST AMENDED COMPLAINT

heard racial slurs and other derogatory statements like "nigger." Eddington was offended by this behavior and reported it to his immediate supervisor, but nothing was done regarding the issue.

512. Eddington saw racially derogatory graffiti in the restrooms and dark corners of Turner work sites, including "KKK" and swastikas. The graffiti would be cleaned up about once a year before inspections, but it would be right back up the next day.

513. Eddington also saw nooses hanging on tables while working at Turner Industries.

514. Turner discriminates against Black employees by creating a disparity in pay. For example, Eddington witnessed White employees hired into positions making approximately $12 per hour, but it took him three years to receive a salary that high. In a matter of a few weeks, those same employees that were hired in at $12 an hour received raises making their salary $17-$20 an hour. During his entire time working at Turner, Eddington never received a raise and was only given an increase in pay when the entire plant received an increase.

515. Turner also discriminates against Black employees by disciplining them more than White employees. For example, if a White employee were caught doing something wrong on a job site they would receive a warning or would be laid off for a couple of days and then hired back. However, if a Black employee was caught doing something wrong, they would immediately be fired and generally not be hired back. For example, a White employee, Curt Woodall, got in a fight and another White employee, Billy Seat, failed a drug test. Both are against Turner's rules, but both White workers were hired right back. Upon information and belief, those workers would not have been hired back if they were Black.

516. Black workers were consistently the first to be laid off while White workers were transferred to other job sites. Even during times when Turner was in the middle of a "reduction of force," White employees were still getting hired.

FIRST AMENDED COMPLAINT

517.    Eddington complained to superiors at Turner about discrimination, but he was never taken seriously. In 2008, when Eddington was not given a raise that the rest of the plant received, he quit.

518.    Garvin is a Black male who was employed at Turner Industries in Paris, Texas as a tack welder from March 2003 to September 2010.

519.    Garvin and his similarly situated Black co-workers have been subjected to a racially hostile atmosphere at Turner. For example, Garvin saw graffiti on bathroom walls with the word "Nigger," drawings of swastikas, and other racial slurs.

520.    Garvin also saw confederate flags at Turner work sites. These flags were also on some White workers' toolboxes in Bay 6. He heard White workers using racial slurs and talking about "defending the toolbox" and "defending the confederate flag."

521.    White workers with little experience were given jobs over Black workers with more experience. For example, in 2006 or 2007 Garvin asked his White supervisor, Chad Morrison, if he could be promoted to the fabricator position which earns about $17-$23 per hour. Garvin had been as a tack welder for over a year earning about $15 per hour and was never promoted. Roddy Hutchinson, a White worker, was promoted to the fabricator position after working as a tack welder for only a few months. He had no prior plant experience.

522.    Garvin and his similarly situated Black co-workers are not given the same opportunities to advance at Turner that White workers are given. Garvin asked his supervisor if he could go to welding school, and his White supervisor said there would not be a welding class. However, Garvin knows a White employee who was sent to welding school at that time.

FIRST AMENDED COMPLAINT

523.    Turner discriminates against Black employees through the point system for absences. For example, in August 2010, James Elrod, a White employee that worked with Garvin, left work early. He should have received a point for this, but he did not.

524.    Around the same time, Garvin received a point for an absence when he did not go in to work one day. However, he had been out of work for his allowed bereavement period and was never told he was scheduled to work for the day he received his point. He was also never given any notice that he received the point, though Turner is supposed to give employees written notice. Instead, he found out about the point when he was terminated for too many absences. Upon information and belief, a White employee would not have been terminated in the same situation.

### *Richard Hearn*

525.    In or around January of 2004, Hearn began working for Turner Industries in Paris, Texas as a helper. He became a painter for Turner a few months later.  When Hearn first began working for Turner Industries, he was paid approximately $8.50 an hour. Hearn was laid off on November 24, 2009.

526.    Hearn often saw offensive graffiti depicting confederate flags and comments such as, "Nigger go back to Africa" in the restrooms at Turner work sites.

527.    Hearn witnessed a disparity in pay between White and Black workers. He started as a painter at a salary of $10 an hour, while White painters started at salaries of approximately $11 an hour. White workers would also typically receive pay increases to $17 or $18 an hour, but Black workers in the same positions working for the same amount of time would not receive these wage increases.

FIRST AMENDED COMPLAINT

528.    White employees are allowed to request different positions, but Black employees are not. For example, Hearn asked to be transferred because the paint he worked with was affecting his health and giving him a rash. Hearn's White supervisor, Byron Hornberger, threatened to dock his pay and to fire him for requesting the transfer.

529.    White employees are hostile towards Black employees on a daily basis. White employees refused to eat lunch with Black employees. The White employees would generally leave the Black workers to eat in the break room and the White workers would eat their lunch in the foreman's office. White employees also routinely refused to work with Black employees.

530.    Black employees are typically disciplined more harshly than White employees. White employees are generally not disciplined if they arrive late or leave early, but when Black employees come in late they are usually told they will be suspended if it happens again.

531.    Hearn has tried reapplying for work with Turner multiple times. He last went to apply for work on August 26, 2010. A former co-worker of Hearn's, Mitchy Hall, who is a blaster for Turner, told Hearn that Turner was hiring. But when he went into the office, he was told that they were not hiring. However, four new employees were hired that day, and they were all White.

### *Alfred Jones*

532.    In or around September 2007 Jones began working for Turner Industries in Paris, Texas as a sweeper. In February 2008 he became a tagger.  When Jones first began working for Turner Industries, he was paid approximately $7 an hour. As a sweeper he was paid approximately $8.60 an hour. Jones was laid off in or around April 2008.

533.    Jones experienced a racially hostile atmosphere while working for Turner Industries. For example, in February 2008 he saw graffiti in the bathrooms depicting swastikas

FIRST AMENDED COMPLAINT

and the phrase "Niggers don't belong here." Jones told a supervisor, Bishop, about the graffiti, and was told to just not pay attention to it. The graffiti was covered a month later.

534.    Jones also frequently heard racial slurs while working for Turner. In March 2008, a White crane operator called him "Nigger." Jones reported this to his White supervisor, Billy. Billy then called Jones into his office, removed him from his job as a tagger, and told him to go back to cleaning and sweeping.

535.    Turner discriminates against Black employees in its promotion and hiring practices. Many White workers are hired into high paying positions despite lack of experience and qualifications. It is also common for White workers to be given assistance when taking tests in order to advance in the company. Black workers are not given such assistance.

### Eric Jones

536.    In or around 1996, Jones began working for Turner Industries in Paris, Texas as a pipe cleaner making approximately $8.50 per hour.  Jones was laid off by Turner on or around February 15, 2009, and was making $12.25 per hour.

537.    Jones and his similarly situated co-workers were subjected to a racially hostile environment at Turner. For example, White workers would often tell racist jokes at the expense of Black workers. White workers, including foremen, would also frequently wear confederate flags on their helmets, caps or bandanas.

538.    On one occasion, Jones became aware that his foreman, who was White, was spreading rumors about him and telling people that he was selling drugs on the job. When Jones went to the supervisor to discuss the issue, nothing was done about it and approximately three weeks later Jones was fired.

FIRST AMENDED COMPLAINT

539.    Black workers were frequently subjected to racial graffiti at Turner job sites. For example, graffiti such as confederate flags, "Blacks," and "niggers" were frequently seen in the bathrooms. Jones reported this to his foreman and afterwards the graffiti was painted over, but no action was taken to stop whoever was writing it. This graffiti was also seen on lockers and tables at the Turner site.

540.    Jones was terminated without cause. He was told by his foreman, Randy, that he could work one weekend and leave whenever he wanted. Jones returned to work on Monday, and worked up until 2:30 p.m. Randy then came to escort him off the premises because another foreman reported to Prentice Martine, the superintendent, that he had left work on the weekend without permission. Randy was given orders to walk Jones out, even though he had given him permission to leave on the weekend.

541.    Jones has reapplied with Turner several times since he was terminated and most recently when he returned to Turner he was told that all the spots were filled for workers.

### Szcwealion Milton

542.    In or around August of 2005, Milton began working for Turner Industries in Paris, Texas as a tractor driver. All tractor drivers were Black.  When Milton first began working for Turner Industries, he was paid approximately $7.10 an hour. He was laid off in or around May of 2009.

543.    Milton saw racially offensive graffiti at Turner work sites. The graffiti included things such as, "White Power," "nigger," and depictions of monkeys labeled "niggers," swastikas and confederate flags.

544.    White workers often hung confederate flags at work. A White worker named Ricky Morton frequently wore a bandana with the confederate flag on it.

FIRST AMENDED COMPLAINT

545.    Turner generally does not offer promotions to Black employees. For example, Milton observed that only two out of twenty foremen at his location were black.

546.    White Turner supervisors often took actions to separate Milton from other Black employees. They did not take this action against White workers. Milton complained about this to Byron Hornurger, but he did not do anything to punish the supervisors.

547.    Black workers are often told by Turner that they are not hiring, but Turner has simultaneously hired White workers. For example, each Thursday there was an orientation for new workers, so in one month there were four classes of new workers. During one month, Milton observed that only two of these new workers were Black.

### Earl Robinson

548.    In or around January of 2008, Robinson began working for Turner Industries in Paris, Texas as a laborer making approximately $7 per hour. Robinson was laid off on May 18, 2009.

549.    Robinson and his similarly situated Black co-workers have been subjected to a racially hostile work environment. For example, Black workers are often referred to as "Black boy." After Obama was elected, White workers hardly spoke to Black workers at all.

550.    Once, Robinson's uncle (who was also a Turner employee) was sitting on a couch in the back while on his break. White workers came in and removed the couch and put it into the foreman's office. A White foreman said, "I bet another nigger ain't gonna get to lay on this couch."

551.    In the last six months Robinson was employed at Turner, he felt a severe amount of hostility. White workers became afraid to talk to Black workers for fear of being associated with them.

FIRST AMENDED COMPLAINT

552.    Robinson has seen offensive graffiti in the restrooms at Turner, including: confederate flags, "White only," "fuck y'all Black ...," "fuck Obama," "Niggers," "Blacks," and "fuck you Niggers."

553.    There have also been nooses at Turner job sites hanging over the gates or on specific Black workers' lockers. For example, Robinson's uncle, Johnny Robinson, once had a noose hung on his locker.

554.    Turner also discriminated against Black employees by creating a disparity in pay. For example, Robinson was hired into Turner doing labor work, making approximately $7 per hour. He did not know of any other employees that were hired making that same amount. His understanding is that all employees were to start at $8.50 per hour, and other White laborers were making at least $8.50 per hour. Some White workers even said, "I ain't never heard of anyone coming in and getting paid $7 per hour." Even after Robinson was promoted to tacker, he was still only paid $8.50 despite the fact that he was certified and was supposed to be making $11.50 per hour.

555.    Foremen generally asked upper management for raises for their White workers, but not for their Black workers. Robinson asked for a raise on several occasions, but was always given an excuse for why he would not receive one.

556.    Black employees at Turner are also subjected to harsher punishment than White workers. Robinson once witnessed a Black employee get suspended for talking on his cell phone due to the "no cell phone" policy, but he has seen White employees use their cell phones on job sites and did not seen them reprimanded.

557.    Black workers at Turner are discriminated against due to Turner's hiring, firing, promotion, and work assignment policies.

FIRST AMENDED COMPLAINT

558.     For example, White employees were consistently promoted more quickly than Black employees. White employees who did not even know how to tack were given tacker positions over qualified Black employees.

559.     Black workers were consistently given the lowest paying jobs with the most tedious tasks. For example, Robinson was continually put on odd jobs so that he would not get the practice he needed to do tacking, which is what he was certified to do.

### Deondra' Wallace

560.     Wallace began working for Turner Industries in Paris, Texas in June of 2009.  He was terminated on December 17, 2009.

561.     Wallace and his similarly situated Black employees were subjected to further discrimination by Turner's hiring, firing, promotions, and work assignment policies.

562.     Wallace is a nationally certified welder, and went to school for welding prior to working at Turner.  However, when he applied for a position at Turner, he was told that he had to start off in the lowest paying position.  He was hired as a helper, making $8.75 an hour.  When Wallace was in orientation, he learned that newly hired White employees were not hired in at the lowest paying positions; some of them were hired as tackers with absolutely no prior experience tacking.

563.     Within one month of working at Turner, Wallace decided to get his license to be a forklift driver.  From that point on, he was requested to do forklift driving on multiple occasions; however, he never got paid as a forklift driver.  The pay for forklift drivers was $9.50 an hour.

564.     Wallace spoke to his supervisor, Heath Figuero, about getting paid for the work that he was doing as a forklift driver.  Wallace's requests were ignored.

FIRST AMENDED COMPLAINT

565.   Wallace's cousin, Brandon Wallace, had been a forklift driver and left this position.  Wallace was supposed to replace him, but a new White employee was hired for the position instead.

566.   Since Wallace had one of the lowest paying positions, he wanted to do what he could to get promoted to a welder.  He went to the tacking school to practice.  He had to be observed in order to be given permission to be sent to tacking school to become a tacker and then a welder.  It did not matter that he was already nationally certified as a welder.  No one would observe me and so he was never sent to take the tacking test.  White workers would be sent to take the test after only one week of practice.

567.   The level of discipline is also much higher for Black employees.   White employees may receive light or no discipline for situations that Black employees could be terminated for.  For example, many of the White employees on his crew sat in Heath Figuero's office during work hours and they would look at pictures on their cell phones of the deers they had killed during hunting season or pictures of their trucks. These workers were never disciplined for this even though it is against Turner policy for employees to have cell phones at work.

568.   On December 17, 2009, Wallace's daughter texted him on his cell phone, and he was texting her back to make sure everything was all right.  Heath Figuero saw that he was on his cell phone and terminated him on the spot.

569.   In around June of 2009, Wallace and his similarly situated Black co-workers were subjected to racially offensive graffiti displayed in the restrooms at Turner, including offensive comments such as, "Hang Niggers," and "monkeys should not work here."

FIRST AMENDED COMPLAINT

## *PORT ARTHUR, TEXAS TITLE VII & § 1981*

### *Terrence James*

570.    James is a Black male who has been employed at Turner Industries in Port Arthur, Texas as a carpenter, boilermaker, foreman, and cement finisher since 1998. He was laid off in or around March of 2010 and was rehired on August 30, 2010.

571.    Turner discriminates against Black employees by creating a disparity in pay. In each position that James has held, White workers in his same position have been paid a few more dollars per hour than Black workers. As a carpenter he made $17 per hour, while White carpenters made $20 - $25 per hour. As a foreman he was paid either $25 or $27 per hour, while White foremen were paid $29 per hour. Presently, James makes $22 per hour as a cement finisher. White cement finishers make $24 or $25 per hour.

572.    James and his similarly situated Black co-workers have also been subjected to discrimination through Turner's hiring and promoting policies. For example, James was recently hired as a millwright, where he would have been making around $30 per hour. However, his White supervisor transferred him to the cement finisher position and hired a White employee as a millwright instead. He is now making $22 per hour in this position.

573.    In addition to hiring White workers over Black workers for higher-paying positions, Turner also hires more White workers than Black workers for most other positions. At his present job, James is one of only five Black workers out of a total of about twenty workers. The rest are White.

574.    White employees are usually promoted over Black employees, though some of the White employees have less experience or skill. There are only a few Black foremen, but there are

FIRST AMENDED COMPLAINT

many White foremen. One White foreman used to repeatedly ask those he supervised how to perform his duties.

575.     James and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of this are nooses hung at job sites and racial slurs written on walls, such as "fuck you Blacks," "Blacks not allowed," "Niggers," and "you all need to get out of here."

576.     Black workers are usually given less desirable positions than White workers. Black workers deal with a lot of grease, dirt, and dangerous conditions, while White workers usually are given the more desirable jobs and do not have to deal with these conditions.

577.     Turner also retains more White workers than Black workers. When James finished work at a job site in March, he was told he would be transferred to another site. Instead, he and many other Black workers were laid off, while White workers were retained and transferred to the other site.

### Ana Lucas-Ortega

578.     Lucas-Ortega is a Black female who began her employment with Turner Industries in 1995. She worked on and off for Turner in Port Arthur, Texas and Sulfur, Louisiana up until October 14, 2010.

579.     Lucas-Ortega worked in Turner's Port Arthur office for approximately one year prior to being sent into the field. She in an NCCER certified boilermaker and in 1996 and 1997 worked as a boilermaker.

580.     In October of 2010, Lucas-Ortega was hired for a job in Sulfur, Louisiana as a helper. She was paid $19 an hour. She told her the superintendent, Tim Guidry, that she was a certified boilermaker. He said that he would look into it. Lucas-Ortega was asked to do

FIRST AMENDED COMPLAINT

boilermaker work, but she was not paid as a boilermaker. Boilermakers on this job were paid $23.76 an hour. There were ten helpers on this job, and the majority of them were Black.

581.    In and around March of 2009, Lucas-Ortega applied for a job as a boilermaker through Turner's Lake Charles, Louisiana office. She was hired as a boilermaker for one month and a half.

582.    In and around 2008, Lucas-Ortega was working in Port Arthur for RSC and subbing under Turner in the tool room. Turner signed the inventory and time reports. A White Turner employee called Lucas-Ortega a "bitch" and nothing was done to reprimand or discipline the employee. The Turner employee reported Lucas-Ortega and Lucas-Ortega explained what happened. The White employee was told to stay away from Lucas-Ortega, but he received no disciplinary action.

583.    In and around February of 2006, Lucas-Ortega worked in Port Arthur as a helper and was neglected by her foreman and superintendent after an injury. Lucas-Ortega was constantly being watched and was told that she had "two strikes against you, you are a woman and you're Black."

584.    Throughout Lucas-Ortega's employment with Turner, White workers with less experience consistently received promotions and wage increases over more qualified Black employees. White employees were also given more opportunities than Black employees to get additional schooling or take tests to advance in the company.

585.    Lucas-Ortega and her similarly situated Black co-workers were subjected to harassment and a racially hostile atmosphere while working at Turner. White employees frequently used racially offensive slurs such as "nigger" when referring to Black employees. A

FIRST AMENDED COMPLAINT

foreman, Chuck Cormier heard a White employee calling a Black employee a "nigger" and he simply walked the other way and pretended he did not hear anything.

586.    In and around 2006, a White male employee called a Black female employee, Angela, a "nigger bitch." Angela hit the White employee. Angela's tires were flattened later that day and then she was fired. The White employee did not receive any disciplinary action.

587.    In and around 2006, Lucas-Ortega was injured and filed an incident report. She was terminated the following day.

588.    Lucas-Ortega and her similarly situated Black co-workers have also been subjected to racially offensive graffiti in the bathrooms and other parts of Turner's facilities. Lucas-Ortega recalls seeing things such as, "nigger bitch," "go back to Africa," as recent as 2009. She has also seen nooses in 2009, White workers would make nooses on their breaks, hang nooses on their backpacks, and no one was ever disciplined for this.

589.    Lucas-Ortega previously filed a discrimination claim with the EEOC in Houston, charge number 460-2006-00882. She received a right to sue letter. After she filed this claim, she was barred from the company in 2006, but was eventually allowed back. In spite of this, whenever Lucas-Ortega applies for boilermaker positions, she is typically told that only helper positions are available. White boilermakers are typically hired for boilermaker positions when they apply for work.

### ***PORT ARTHUR, TEXAS § 1981***

### ***Orren Brew***

590.    Brew began working for Turner Industries in Port Arthur, Texas in 1997 as a scaffold builder and helper making approximately $9 per hour. He was employed off and on at Turner until around 2008.

FIRST AMENDED COMPLAINT

591.    Since Brew began working for Turner, he and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere.

592.    For example, Brew witnessed racial graffiti and depictions throughout Turner facilities and job sites including racially offensive statements like "nigger," "put all the niggers back on a boat back to where they came from," and "y'all outta place here niggers – there are no street corners or liquor stores out here for y'all." Brew also saw drawings of lightning bolts, KKK, and swastikas. There are workers that even wear working gloves with swastikas on them.

593.    On more than one occasion, Brew saw nooses hung on Turner work sites.

594.    Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees. For example, Brew knew his craft well and knew Turner's operating procedures so well that he was qualified to become a foreman, but less qualified White workers were promoted to foremen over him.

595.    Turner discriminates against Black employees by disciplining them more than White employees. For example, White workers were often permitted to take longer breaks than Black workers and Black workers would often be reprimanded if they took breaks at all.

596.    Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

597.    When people went into Turner's hiring office, Black workers were often told there was no work available, while at the same time White workers were hired right there on the spot.

598.    In his own personal experience Brew found Glen Fisher to discriminate against Black applicants. He generally hired White workers over Black workers, regardless of their qualifications or experience. Fisher generally only hired Black workers is if there was a severe

FIRST AMENDED COMPLAINT

work deficiency. Once Black workers were qualified to receive overtime pay, Fisher typically laid them off.

599.   Brew most recently returned to Turner to inquire about employment on September 10, 2010. He saw that Turner was in need of experienced boilermakers, which is one of his specialties. Every time Brew went in looking for work, Turner said they were not hiring. However, he saw Turner hiring White workers at the time. Brew is a certified boilermaker, but despite his best efforts, he has never been called back.

### Henry Celestine

600.   In or around 1996, Celestine began working for Turner Industries in Lake Charles, Louisiana and in Port Arthur, Texas.

601.   When Celestine first began working for Turner Industries, he was paid approximately $10-$12 an hour. He was laid off in or around 2007. When Celestine was laid off, he was making around $20 an hour.

602.   Celestine saw racially offensive graffiti and nooses at Turner work sites. The graffiti included drawings of hangings, Black men being dragged, racist jokes, and the letters "KKK." He also once saw a White worker make a noose.

603.   White workers typically referred to Black workers as "nigger" or "boy."

604.   White workers with little to no experience would be paid as much as or more than more experienced Black workers in the same position.

605.   Celestine witnessed discrimination in how employees were disciplined at Turner. White employees were allowed to take days off, but Black employees were threatened with layoffs if they asked for time off. Also, White supervisors would watch Black employees more

FIRST AMENDED COMPLAINT

closely than White employees, and they were constantly looking for Black employees to make mistakes.

606.    White workers received more opportunities for additional training programs than Black employees; consequently, more White employees had opportunities for advancement at Turner.

607.    During layoffs, Black workers were generally fired before White employees.

608.    On a few occasions, Celestine went in to Turner Industries to sign up for work and was told Turner was not hiring. However, he noticed White workers being hired at the time.

### *Don Marks*

609.    Marks began working for Turner Industries in Port Arthur, Texas in 2003 as a pipefitter journeyman making $27 per hour.

610.    Since Marks began working for Turner, he and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner. For example, Black workers are consistently called "Nigger" by White workers.  There are also White workers that openly admit to being members of the KKK.

611.    Due to this racial hostility, many Black workers are afraid to approach White supervisors because they do not want to confront prejudice or be discriminated against.

612.    Marks has witnessed racial graffiti and depictions throughout Turner facilities and job sites including racially offensive statements like "Nigger" and "go back to Africa."

613.    Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees. Upon information and belief, this is why an overwhelming majority of the supervisors, foremen and general foremen are White.

FIRST AMENDED COMPLAINT

614. Black employees are subjected to further discrimination by Turner's hiring, firing and work assignment policies. Whenever there is a large layoff or a work reduction, the first group to be fired is usually full of Black workers.

615. Marks was fired in 2009 for an alleged small infraction that never actually happened. He was working at Dupont and a foreman came and escorted him to the gate. When Marks asked why he was being fired, he was told it was because an operator asked Marks to get out of his chair and Marks refused to get out. This event never happened. Marks then called Human Resources and talked to Glen Fisher and expressed his concern and frustration about being fired for no reason. Fisher said he would investigate, but when Marks tried to call him back he never answered or returned his calls and the issue was never investigated.

### Tonette Wilkes

616. Wilkes is a Black female, and she began working for Turner Industries in Nederland, Texas on September 9, 2007 as a laborer. She was laid off on November 9, 2007.

617. Turner discriminates against Black employees by assigning the less desirable jobs to Black employees, and the higher paying, more desirable jobs to White employees. Wilkes was originally hired to clean the trailers located on the job site. In and around September 23, 2007, she was replaced by a newly hired White employee. Wilkes was told that her new responsibilities would involve picking up trash outside. When Wilkes asked her supervisor, Brian Floyd if she had not been doing a good job and why she was moved, he said, "If you want this job, you do what I tell you to do."

618. Wilkes also approached Kathy, a White female foreman over the laborers, to ask her about why she had been moved. Kelly told Wilkes, "You just do what I tell you to do, you'll do better picking up this trash."

FIRST AMENDED COMPLAINT

619.    Wilkes was working in uncomfortably hot weather conditions. Whenever she tried to take a water break, Kathy would ask what she was doing and demand that Wilkes get back to work.

620.    Wilkes and her similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries. When Wilkes was working in the trailers, she heard employees in management telling racist jokes and laughing as she was cleaning their offices. They would also go to the bathroom and not flush the toilets when they knew Wilkes was going to be cleaning the bathrooms.

621.    On November 2, 2007, Wilkes requested to speak to her supervisor, Brian Floyd, about her paycheck because she was missing some hours. He told Wilkes to go into his office and when she did he said, "You sure do have a nice body." When Wilkes asked about her check, he asked Wilkes if she did "sex on the side," implying that she would prostitute herself out to him. He wanted to meet Wilkes outside the gate to have sex with him. Wilkes explained that she was there to do her job and nothing else. The following week Wilkes was laid off on November 7, 2007.

622.    Wilkes and her similarly situated Black co-workers were also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, the bathrooms were constantly covered in racially offensive slurs such as, "I hate niggers," "fuck niggers," and a drawing of a man hanging from a noose with the following written: "this is a nigger and this is what we do to a nigger." Wilkes also saw racial slurs written on the walls in the refinery.

623.    Wilkes and her similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies. When Wilkes was laid off on November 7, 2007, she saw new faces of White employees being hired.

FIRST AMENDED COMPLAINT

624.     Ever since Wilkes was laid off in November of 2007, she has reapplied to work with Turner. Most recently, she reapplied to work with Turner on October 7, 2010. Wilkes was told that unless she was a combination welder there were no other positions available.

### LONGVIEW, TEXAS TITLE VII & § 1981

#### Michael Daniels

625.     Daniels began his employment at Turner Industries in Longview, Texas in approximately January of 2010 until May of 2010 as a pipefitter making $23 per hour.

626.     While Daniels was working at Turner, he frequently overheard White employees telling racially offensive jokes and referring to Black workers as "spooks."

627.     Daniels and his similarly situated Black co-workers were also subjected to racially offensive graffiti at Turner job sites. For example, in the restrooms Daniels saw, "I'm sitting on the shitter trying to shit out a Nigger," as well as references to the Aryan Brotherhood.

628.     Turner also discriminates against Black workers through its hiring, firing, promotion, and work assignment policies.

629.     For example, work assignments at Turner were usually segregated with White workers consistently receiving more important and easier job assignments than Black workers.

630.     It is also difficult for Black workers to receive a promotion at Turner. On several occasions Mr. Daniels asked for a promotion to a maintenance position for which he was well qualified, but was never promoted.

631.     Turner frequently hired White workers into positions like pipefitter with no previous experience, but often refused to hire Black workers with little or no experience. Also, when Black workers were hired it was typically for temporary positions, while White workers were usually hired for permanent positions.

FIRST AMENDED COMPLAINT

632.    Black workers are also fired in a disproportionate manner in comparison to White workers. For example, Mr. Daniels was laid off by Turner with a group of workers that was, by Mr. Daniels' estimation, 95% minority.

### *LAKE CHARLES/ SULPHUR, LOUISIANA TITLE VII & § 1981*

### *Will Barker*

633.    Barker was employed at Turner Industries in Lake Charles, Louisiana, beginning in September 1993. He worked in the Environmental Department. He was laid off in March 2010.

634.    During Barker's time working at Turner, he worked with six other employees in the Environmental Department. Two were Black and four were White.

635.    Barker and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory slurs and statements. White employees often called Barker "nigger." Employees were told in safety meetings "not to use the N-word," but the practice continued. These meetings were held once a week.

636.    Barker and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the facilities at Turner. The word "nigger" is posted everywhere, "all niggers should die", nooses with Black men hanging and swastikas. Nothing was ever done about the graffiti.

637.    Barker experienced Turner more strictly enforcing rule violations against Black employees. If a Black worker missed a couple of days, he would be suspended. If a White worker missed a couple of days, he would not even be written up.

FIRST AMENDED COMPLAINT

*Brandon Beroid*

638.    Beroid was employed as a laborer for Turner Industries in Lake Charles, Louisiana from March of 2007 to December of 2009.

639.    Beroid and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries.

640.    Beroid and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, when a Black employee went out with a White woman, the portable toilets had "no good niggers dating a White woman" written on the walls.

641.    The Laborer department consists of approximately twenty people. It is one of the lowest paying departments and consists mostly of Black employees.

642.    Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift, performing the same tasks, are paid more money than Beroid and other similarly situated Black employees.

643.    If a White worker left employment at Turner for any reason, including finding other work or doing "turn-around" work at different plants, White employees would immediately receive top pay upon their return to Turner. Black employees who had left and returned for the same reasons would either be offered reduced pay with incremental increases to get back to the rate they previously earned, or would be offered lower positions with lower pay altogether.

644.    Similarly, Turner laid-off more Black employees than White employees. For example, if the Crafts Department needed to lay off employees, White employees would not be terminated but, instead, would be transferred to the Labor Department. Meanwhile, Black

FIRST AMENDED COMPLAINT

employees from the Labor Department would be terminated to make room for the transferred White employees.

645.    White employees who were transferred to the Labor Department maintained the Crafts Department's higher rate of pay. This resulted in Black labor workers being paid significantly less than White labor workers.

646.    When workers would be rehired, the White workers were transferred back to the Crafts Department while Black workers were hired into the Labor Department. If Black employees wanted to move to Crafts Departments, they were told that the only available position was in Labor.

647.    White workers with less experience consistently received promotions and wage increases over more qualified Black employees. For example, Beroid was hired as a laborer at $14.75 an hour. Beroid was given a forklift test and passed, and was therefore both a laborer and forklift operator. However, while forklift operators were paid approximately $19 per hour, Beroid was not given that pay raise but still required to do the work of both laborer and forklift operator.

648.    Turner allows employees to take a helper's test. An employee who passes the test would be able to transfer to a different department with higher pay. The pay would be based on the score on the helper's test. When first hired, White employees would be told about the helper's test but Black employees would not. Even if a Black employee passed the helper's test, they would be forced to stay in the labor crew while White employees who passed with lower scores and little experience, would be transferred to the Crafts Department with higher pay.

649.    In February of 2008, Beroid took the helper's test and passed with a score of 94. His score was so high that he was considered to be a first class helper. Despite Beroid's high

FIRST AMENDED COMPLAINT

score, he was not promoted nor was he given the required pay raise. With his score, he was to receive $19 per hour but only received a one dollar raise.

650.    The Electrician Department had only White employees. No Black employees were hired into the department despite having higher qualifications than White employees within the department.

651.    In or around 2008, Beroid applied for an electrician position but was denied the position. He was told that there were no openings in the department but soon thereafter, approximately six White employees were hired in the electrician department.

652.    If an employee passes the helpers test, a supervisor from the Electrician Department can recommend the employee to take the NCER test. The NCER test is for all crafts positions. In or around 2009, despite Beroid's over fifteen years of experience as an electrician and his high score on the helpers test, Beroid was denied the opportunity to take the NCER exam and/or a position in the Electrician Department.

653.    Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees. Qualified Black employees have been skipped in favor of promoting White employees even when the Black employees have passed qualifying procedures necessary for the promotion.

654.    Turner discriminates against Black employees by disciplining them more than White employees. White employees may receive light discipline for instances that Black employees could be terminated for.

655.    If you were Black and made any kind of mistake, you would be fired whereas White employees would hardly be disciplined. For example, on one occasion there was a lock box found in a metal dumpster. Of all the supervisors, a Black maintenance supervisor, Enrico

FIRST AMENDED COMPLAINT

Williams, was blamed for not watching the dumpster which was not a part of his job duty. He was then replaced with a White employee.

656.     On one occasion, a Black employee left a bicycle behind a truck and the truck ran over it. She was terminated because it was a safety issue. However, just two days earlier, a White employee hit the safety man while driving and was only given three days of suspension.

657.     Black employees are subjected to further discrimination by Turner's hiring, firing and work assignment policies.

658.     When an employee is terminated by Turner, that employee is eligible for rehire as a priority over employees who have never worked for Turner previously. Terminated employees are to report to Turner's administrative office either in person or by phone to inquire as to any available positions in the area.

659.     Black employees are terminated in a disproportionate manner as compared to White employees. Black employees who are eligible for reassignment are often told no positions are available, despite the fact that new White employees or White employees from other areas of the company are given jobs instead of the Black employees.

660.     If there are White employees who have been terminated, have left for better paying jobs, or otherwise discontinued their employment with Turner, they are customarily rehired before or instead of any Black employees.

661.     Turner would often send Black employees letters on Thursday instructing them to report to a new plant on Monday. When the employees would get to the new job site, they would be laid off. Meanwhile, White employees were hired to replace them at the previous job site.

FIRST AMENDED COMPLAINT

662.     In or around December 2009, while Beroid was working at Conoco, he too was sent a letter instructing him to report to a new plant that following Monday. However, when he reported to the new plant, he was terminated. He was replaced by a White employee.

### Marion Berry

663.     Berry is a Black female who was employed at Turner Industries in Lake Charles, Louisiana in March of 1999 as a helper. She was laid off on June 29, 2010.

664.     Throughout Berry's employment with Turner Industries, Turner discriminated against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks were paid more money than Berry and other similarly situated Black employees.

665.     In March of 2008, Berry was working routine maintenance, but receiving helper pay, which was $18.25 per hour. She worked in this capacity for two years, until she and all other similarly situated Black employees working routine maintenance were replaced by White employees who were paid $20-$25 per hour to do the same work. Berry and her similarly situated Black employees were transferred to a different worksite.

666.     Berry and her similarly situated Black co-workers were subjected to harassment and a racially hostile atmosphere while working at Turner. In and around April of 2009, Berry was working in the tool room with several other Black co-workers and the electricity went out. Berry informed her supervisor, BK Crochet, and he refused to let them stop working. Berry and her similarly situated Black co-workers had to continue working with no air conditioning and no lights. They worked in these conditions for three days straight.

667.     In and around November of 2009, Berry was working in the tool room as an attendant. She had home base preference, meaning that her position was secure; however, a

FIRST AMENDED COMPLAINT

White employee, Judy Gill, was given her shift and Berry was switched to the night shift. Berry was more qualified and had more experience than Judy Gill and other White employees who were promoted over Berry.

668.    Throughout Berry's employment with Turner Industries, she and her similarly situated Black co-workers were subjected to racial graffiti throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs referencing "niggers." Whenever these conditions were reported to supervisors, the bathrooms would eventually be spray painted, but the graffiti was always replaced a couple days later.

669.    Berry last applied for work with Turner on July 7, 2010, but was told that no positions were available. If there are White employees who have been terminated, have left for better paying jobs, or otherwise discontinued their employment with Turner, they are customarily rehired before or instead of any Black employees.

### *Michael Brooks*

670.    Brooks was employed at Turner Industries in Lake Charles, Louisiana, as a laborer in and around July 17, 1990 until November 3, 2009.

671.    Throughout Brooks's employment with Turner, out of approximately thirty-five labor and maintenance workers he worked with, eight were Black.

672.    Brooks and his similarly situated Black co-workers have been and continue to be subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and comments such as: "Niggers need to find their own workplace," "KKK," and swastikas.

FIRST AMENDED COMPLAINT

673.    In November of 2009, a noose was hung in one of the portable bathrooms. Supervisors knew about the noose, eventually took it down, and told workers to continue working.

674.    White workers with less experience consistently received promotions and wage increases over more qualified Black employees. White employees were also given more opportunities than Black employees to get additional schooling or take tests to advance in the company.

675.    White workers were always hired or rehired before any Black workers were hired or rehired.  When Brooks and his similarly situated Black co-workers tried to get rehired, they had to sit around and wait for several hours before being told that there was nothing and that they should go home.

### *Alton Burrell*

676.    Burrell began his employment with Turner Industries in Lake Charles, Louisiana in October of 2004. He worked off and on and was last rehired at the end of September of 2010. Burrell was laid off on October 21, 2010.

677.    Burrell was initially hired as a B-craft boilermaker, making between $20 and $22.65 an hour. In and around 2006, Burrell became nationally certified as an A-craft boilermaker, but was not paid at the A-craft rate by Turner. While working at the CITGO plant in 2006, 2007, and from September 2010 until October 21, 2010, Burrell was only getting paid $22.65, while White A-craft boilermakers were getting paid $26 an hour.

678.    White employees, regardless of their experience or qualifications, are given higher paying positions at Turner over more qualified Black employees. Some White workers get supervisor pay without even being supervisors.

FIRST AMENDED COMPLAINT

679.    Burrell and his similarly situated Black co-workers were subjected to harassment and a racially hostile atmosphere while working at Turner. In and around 2007, Burrell was working with another boilermaker while a team consisting of two White boilermakers and two White helpers were working in a separate area. The White workers climbed down from the unit that they were working on and left some of the materials that they used, rather than cleaning them up. The foreman over the job, Coby Burton, a White male, asked Burrell and the other Black boilermaker to clean up after the White crew. Burrell refused to do this because as a craftsman, it was not his job to clean up after a completely separate team of workers. Additionally, Burrell pointed out to Burton that the team had two helpers and it was their job to clean up after the job. The following day, Burrell was transferred to another job location.

680.    Also in 2007, Burrell asked one of his helpers, a White male, to get a wrench for him. The helper said, "Why don't you get it?" Burrell explained what happened to his foreman, Burton, and Burton did not care nor did he do anything to discipline the helper.

681.    Burrell and his similarly situated Black co-workers were also subjected to racial graffiti and offensive depictions throughout Turner facilities and job sites. Burrell saw two nooses hung at the CITGO plant in 2006 and 2007. He saw another noose hung at the Energy plant also around 2006 or 2007. The bathrooms were constantly covered in racial graffiti including offensive jokes involving Black men and comments such as, "Niggers are lazy and don't want to work," "White power," and "kill all niggers." Whenever the graffiti was reported nothing was done.

682.    Turner also discriminates against Black employees in terms of their hiring, firing, and work assignment policies. Burrell was told he was getting laid off on October 21, 2010 because they had to make room for a group of White workers who had completed another job.

FIRST AMENDED COMPLAINT

### *Harvey Butler*

683.    Butler was employed at Turner Industries in Lake Charles, Louisiana, as a supervisor and boilermaker in January1996. He was laid off on April 24, 2010.

684.    Butler was one of two Black Turner supervisors at the CITGO site. There were around ten White Supervisors. In April of 2010, Mr. Butler was the only Supervisor or boilermaker laid off from his area.

685.    Butler and his similarly situated Black co-workers have been and continue to be subjected to racially segregated crews. The workers assigned to Butler's crew are Black. Other crews are almost entirely White.

686.    Butler and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory statements and racially offensive jokes while at Turner. He would overhear groups of White workers telling offensive jokes and laughing. During the presidential election, Butler was asked by White Superintendents Frank Byrd and Derrick Heme who he was voting for. They made several negative comments about President Obama with racial overtones.

687.    Butler and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the restrooms at Turner. He frequently saw things like the word "Nigger" written on the walls.

688.    In 2008, Larry Tutson, a Black male, and Gerry Jackson, a Black male, who worked under him on his crew saw a noose hanging from the ceiling at Turner.

689.    Butler and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

FIRST AMENDED COMPLAINT

690.     After Tutson and Jackson complained about the noose, management told them to take the rest of the day off. The next day they were laid off. Upon information and belief, they were laid off in retaliation for their complaint. When workers in Butler's crew were laid off, he was told in advance and had an opportunity to discuss the matter with Turner. However, Butler was not told in advance when Tutson and Jackson were laid off and the matter was not discussed with him. He was informed that they had been laid off by other workers, not by management. Butler believes that Tutson and Jackson should not have been laid off. They were experienced and hardworking. Furthermore, the job they were on was just starting. He needed them on his crew.

691.     Butler has seen that it is very difficult for Black workers to get promoted. He has seen many instances where White workers were promoted into positions that Black workers should have received.

692.     Butler has been unfairly laid off and demoted many times. For example, two weeks before he was laid off his position was downgraded to boilermaker. No other workers were downgraded. After he was downgraded, he was assigned to work under Foreman Cody Burton, a White male, who he had previously supervised. Butler had been with Turner six or seven years longer than the Burton.

693.     Two days before he was laid off, Supervisor George Benglis, a White male, assigned him to hole-watch for an entire night. Typically this was a position workers would rotate through during the course of the night. A White worker with his qualifications would not have been assigned this job for the entire evening. The next night, when he was assigned hole-watch again for the entire evening, he objected and asked that the assignment be rotated among the workers. He was called at home the next day after work and told that he was being laid off.

FIRST AMENDED COMPLAINT

Generally, Turner tells people at work, face to face, when they are being laid off. He immediately called Turner headquarters to complain that his lay off was unfair.

694.    In 2005 or 2006, Butler was working at Turner's CITGO site as a Supervisor. The superintendent asked him to have one of his workers take the day off because another worker needed hours. None of his workers wanted to take the day off. So the Superintendent then told him to take the day off, which he did. When Butler returned to work, he had been demoted and he was now working for the new worker. He was told he had to accept it. Butler's pay was downgraded from $32 an hour to $25 an hour.

695.    In 2009, when a turnaround finished, Butler was transferred and his pay was lowered by $10 an hour. There were approximately ten other supervisors on the turnaround. They were all White. None of them suffered a similar pay cut.

696.    In 2010, Butler was sent to work on a crew of four workers as a boilermaker and not a supervisor. He was working under supervisor George Benglis. There was an accident involving a forklift. Butler was not involved in the accident, but he was sent home. Turner disciplines supervisors by sending them home when there is an accident. Butler was unfairly sent home as he was not a supervisor at the time nor was he receiving supervisor's pay. The actual supervisor of the crew, who was White, was not disciplined.

697.    When supervisor Robert Forester, a White man, went on vacation, Butler filled in for him, but was only paid as a foreman. Forester was a supervisor and was receiving supervisor's pay. Butler was told that in order to be considered a supervisor he needed to have ten workers on his crew. White workers with four workers on their crew were considered supervisors.

FIRST AMENDED COMPLAINT

### Phyllis Celestine

698.    Celestine began her employment at Turner Industries in Lake Charles, Louisiana in and around January of 1994 as a laborer. She has worked on and off for Turner until she was last laid off on March 27, 2010.

699.    Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Celestine and her similarly situated Black co-workers. White employees were making $17 or $18 per hour doing fire watch-hole watch, while Black employees doing the same work were paid $4 to $5 per hour less. By 2010, her pay had increased to $16 per hour. Turner promoted Celestine to labor foreman for a new turnaround at the CITGO Plant. She was one of two labor foreman on this job, the other being a White female. This other woman received a rate of $27 per hour while Celestine received only $25.

700.    White workers with less experience consistently received promotions and wage increases over more qualified Black employees. White employees were also given more opportunities than Black employees to get additional schooling or take tests to advance in the company.

701.    Celestine and her similarly situated Black co-workers were subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of this are the regular use of racially offensive names and slurs such as "nigger," to refer to Black employees, and telling racially offensive jokes on a regular basis.

702.    Celestine and her similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and depictions such as: "KKK," "niggers,"

FIRST AMENDED COMPLAINT

"KKK vs. Black Panthers." There were also drawings of Black individuals being hung by nooses from trees. Nooses were also hung around the facilities. Turner did nothing to stop this behavior.

703.    Celestine and her similarly situated Black employees were subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

704.    Black employees were routinely assigned degrading and less desirable jobs. Black workers were also routinely assigned jobs that were outside the scope of their specialty. Black workers were assigned jobs that were at higher altitudes, which was more dangerous than the jobs on the ground. White employees were given easier assignments and jobs on the ground.

705.    Workers were also divided according to their race. Black workers would typically be assigned to work together and White workers were assigned to work together.

706.    Dudley Roy, a White supervisor, would transfer large numbers of Black employees to the WR Grace facility, which meant that they were ultimately going to be laid off. Black workers were singled out for this type of transfer regardless of their performance or seniority.

707.    Black employees were also laid off in a disproportionate manner as compared to White employees. Black employees who were eligible for reassignment were often told that no positions were available, despite the fact that new White employees or other White employees from other areas of the company were given jobs instead of Black employees.

### *Shelby Celestine, Sr.*

708.    Celestine Sr. began his employment at Turner Industries in Lake Charles, Louisiana in and around January of 2001. He is presently employed at Turner.

FIRST AMENDED COMPLAINT

709.    Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Celestine Sr. and other similarly situated Black employees.

710.    Celestine Sr. initially started as a helper, making $10.50 per hour. Eight months later, he became a boilermaker, making $13.50 per hour. A year and a half later he was promoted to foreman, being paid $18.50 per hour. Six months later, Celestine Sr. was promoted to supervisor making $30.25 per hour. White supervisors were making $32.50 per hour. Starting in and around November of January of 2009, Celestine Sr. was still considered a supervisor, but only being paid $25 per hour. White supervisors were making $32.50 per hour.

711.    In and around March of 2010, Celestine Sr. asked his site manager, Dudley Roy, for supervisor pay and also for transportation for his workers. Roy denied both requests. Roy explained that Celestine Sr. needed a certain number of workers in order to make supervisor pay and receive transportation. However, other White supervisors, Ken Maddox and Arron Daigle, had no minimum requirements for transportation of their crew or for supervisor pay.

712.    Over the course of five years as a supervisor, Celestine Sr. received supervisor pay for approximately fifteen days. White supervisors received supervisor pay for each day.

713.    White workers with less experience consistently received promotions and wage increases over more qualified Black employees. White employees were also given more opportunities than Black employees to get additional schooling or take tests to advance in the company. For example, Chris Batiste, a Black employee who has been employed with Turner for six years as a pipefitter, has never been given the opportunity to be a foreman or supervisor, but many White employees who have been there for less time and are less experienced are promoted for these positions.

FIRST AMENDED COMPLAINT

714.    Black employees typically have to pay for their own schooling if they want to be promoted, whereas Turner will pay for White employees to obtain additional training. Rico Redeaux, a Black employee, asked Dudley Roy if he could be sent for additional training as a planner. This request was denied.

715.    Celestine Sr. and his similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and comments such as: "Blacks are dogs," and other degrading comments about "niggers."

716.    The level of discipline is also much higher for Black employees. White employees may receive light discipline for instances that Black employees could be terminated for. In and around December of 2008, Celestine Sr. had some workers helping him set up some barricade tape. Celestine Sr. crossed the red barricade and he was suspended for a week because of this. White employees have done this before, but have not been suspended.

717.    Celestine Sr. and his similarly situated Black employees are subjected to further discrimination by Turner's firing, and work assignment policies. In and around 2010, Celestine Sr. told Dudley Roy that Willie Jones, a Black employee, is a good, hard worker. A few days later, Willie Jones was laid off. At this same time, two other Black employees were laid off and replaced by White employees.

### *Wilson Chavis*

718.    Chavis began his employment with Turner Industries in Lake Charles, Louisiana on January 1, 2006 as a helper. He became a B-craft boilermaker in April of 2009. Chavis was laid off on June 17, 2010.

FIRST AMENDED COMPLAINT

719.    Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Chavis and his similarly situated Black co-workers. In or around January or February of 2007, White helpers would receive B-craft boilermaker pay while performing the same helper work that Chavis and his similarly situated Black co-workers performed.

720.    White workers with less experience consistently received promotions and wage increases over more qualified Black employees. White employees were also given more opportunities than Black employees to get additional schooling or take tests to advance in the company. White employees who were working for about one or two months would be able to test for higher paying positions. White employees were also given assistance while taking tests, but Black employees were never provided with assistance while taking tests.

721.    Chavis and his similarly situated Black co-workers were subjected to harassment and a racially hostile atmosphere while working at Turner. When Chavis was working as a helper on the night shift, Jeff Floyd, the foreman for the night shift, would yell, scream, and berate Black employees in front of other workers.

722.    When it rained during work hours, White employees would wait for the rain to let up, but when Black employees tried to wait they were reprimanded. In and around December of 2007, Chavis joined a group of White employees who were waiting for the rain to let up, and Jeff Floyd started cursing at Chavis and his similarly situated Black employees. While yelling at Chavis, Mr. Floyd shook his finger in Chavis's face.

723.    In and around 2007, while working at Turner's CITGO site, a White co-worker tied a noose right in front of Chavis.

FIRST AMENDED COMPLAINT

724.    Chavis and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and comments such as: "Nigger," "All niggers are grease monkeys," "KKK." Chavis also saw nooses drawn in the bathrooms, swastikas in the bathrooms and on White workers' arms. White workers routinely wore confederate flags on their hard hats.

725.    Chavis tried reapplying for work with Turner on July 15, 2010. He was told that there were no positions available. However, White applicants were being hired during this time. Many former Black employees were also told that only lower paying positions were available, when in fact, White employees were being hired into the higher paying positions.

### Derran Clark

726.    Clark is a Black male who was employed as a welder for Turner Industries in Lake Charles, Louisiana in or around 2000 or 2001 until October 28, 2010.

727.    Clark and his similarly situated Black co-workers have been subjected to racially offensive graffiti at Turner's facilities. For example, Clark has seen graffiti at Turner job sites saying, "Niggers go back to Africa" and "KKK."

728.    Clark often heard White employees call Black employees "boy."

729.    Clark and his similarly situated Black co-workers have also experienced discrimination in Turner's hiring and firing policies.

730.    Clark has witnessed that it is normal for more White workers to be hired than Black workers. For example, on his most recent welding job, only four or five out of about twenty welders were Black.

FIRST AMENDED COMPLAINT

731.    Black employees are generally the first to be fired during layoffs. For example, at Clark's last job site, he and the other Black welders were laid off. White workers who were not as skilled at welding were retained.

732.    Clark also noticed discrepancies in salaries and promotions between White workers and Black workers. White workers usually made a few dollars more than Black workers in the same positions, and White workers were often promoted to the more desirable jobs. Also, White welders that had just finished welding school were retained when more experienced Black welders were fired.

### *Derrick Clark*

733.    Clark began his employment as a helper and fuel truck driver in October 2005 at Turner Industries in Lake Charles, Louisiana. His initial rate of pay for this position was $18 per hour. He was laid off in June 2010.

734.    In 2005, every employee at Turner received a $4 per hour raise. Soon after receiving this company-wide raise, Clark was told by his White supervisor that he was making too much money. Clark was told that he could either go into the field, or maintain his job and receive a pay cut to $15 per hour, which was the pay laborers earned. After this incident, Clark often received laborer's pay for the work he did as a helper and/or fuel truck driver, both of which are higher-paying positions than a laborer.

735.    Turner also discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks were paid more money than Clark and other similarly situated Black employees.

736.    Throughout his employment at Turner, Clark and his similarly situated Black co-workers were subjected to harassment and a racially hostile atmosphere while working at Turner.

FIRST AMENDED COMPLAINT

Clark routinely heard White employees saying, "Man, you saw the monkey's running?" "I saw this Nigger running on TV this weekend." After making such racially derogatory statements, the White employees would look around the room at Black employees and laugh. White employees would also gesture with a rope and say to Black employees: "Let me put this around your neck."

737.    Clark and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and comments such as: "Blacks ain't good for nothing but digging a hole;" "Niggers need to go back to their homeland and leave the White people their jobs." Clark also saw nooses drawn inside the bathrooms.

738.    The level of discipline is also much higher for Black employees. White employees may receive light discipline for instances that Black employees would be terminated for. For example, around November 2008, a White employee missed around four days of work, but supervisors neither did nor said anything to the White employee. However, when Black employees missed any work, they were reprimanded by their supervisors.

739.    Clark and his similarly situated Black co-workers are subjected to further discrimination by Turner's hiring, firing, and work assignment policies. When Black employees are laid off, if they are rehired they typically are rehired at lower paying positions than their previous job.

740.    Clark has tried reapplying for work with Turner since June 2010, but has repeatedly been told that there is no work. New White employees continue to be hired by Turner.

### Chris Doucett

741.    Doucett was employed at Turner Industries in Lake Charles, Louisiana, as a helper in December 2006. He was laid off in March 2010.

FIRST AMENDED COMPLAINT

742.     Doucett and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory statements. White workers often told Black employees that they "do not like niggers." Nick McColt called one Black employee a "workman nigger." Doucett never witnessed a supervisor do anything in response to a racial slur.

743.     Doucett and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the restrooms at Turner depicting swastikas, drawings of people hanging, and the rebel flag.

744.     There was a noose hanging from a structure in 2006-2007.

745.     Doucett and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

746.     The crew breakdown is never proportional between Black and White employees. For every 20 White employees, there would be one Black employee.

747.     Layoffs are biased, and Black employees are generally the first to be laid off. It was also very common for Turner to transfer White employees during a mass layoff while Black workers were fired.

748.     Doucett saw White employees hired while there was a "reduction in force."

749.     Doucett knows a White helper who is paid $21 an hour while Doucett, a boilermaker, is paid $22 an hour. This is unfair because Doucett is the one showing the helper how to do the work. Doucett constantly worked beyond what was called for in his position without receiving higher pay. He started working as a helper, but they wanted him to do the work of a boiler maker without receiving a raise.

750.     When Doucett wanted to report the discriminatory practices he would call the Baton Rouge office, but they would never do anything.

FIRST AMENDED COMPLAINT

### *Shawn Ducre*

751.     Ducre was employed at Turner Industries in Lake Charles, Louisiana, initially as a helper in 2003, and he was eventually promoted to boilermaker. He was laid off in and around November 13, 2009.

752.     While at a turnaround at CITGO, Ducre was one of two Black employees on the night shift. Many of the White employees on this shift would sleep during the shift or not work. Most White employees refused to work with Ducre and his similarly situated Black co-worker.

753.     Ducre and his similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of this are the regular use of racially offensive names such as "boy," and "monkey," used by White employees aimed at minority employees.

754.     Ducre and his similarly situated Black co-workers have been and continue to be subjected to racial graffiti and depictions throughout Turner facilities and job sites. The facilities and portable bathrooms contained comments and slurs such as: "monkeys," "go back to Africa," "you monkeys go back to where you came from." Sometimes these comments would be carved into the wood in the smoke area and carved into picnic tables where Ducre and his similarly situated Black co-workers ate or took breaks.

755.     Ducre and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

756.     When an employee is furloughed by Turner, that employee is eligible for rehire as a priority over employees who have never worked for Turner previously. Terminated employees are to report to Turner's administrative office either in person or by phone to inquire as to any available positions in that area.

FIRST AMENDED COMPLAINT

757.    Black employees are selected for furlough in a disproportionate manner as compared to White employees. Moreover, Black employees who are eligible for reassignment are often told no positions are available, despite the fact that new White employees or other White employees from other areas of the company are given jobs instead of the Black employees.

758.    When Ducre was laid off in November of 2009, he went back to the office to apply for another job and was told that there was nothing available.

759.    A disproportionate number of Black employees were laid off in November of 2009 and all White employees who had worked with Ducre and his similarly situated Black co-workers, were moved to new positions when the job was completed.

760.    Upon information and belief, Black workers who have been laid off and then rehired are rehired at positions that pay less than the positions they held prior to being laid off. Many Black craftsmen making between $21 and $22 per hour have been rehired at helper's pay making approximately $18 per hour.

### *Jermaine Dugas*

761.    Dugas is a Black male who was employed at Turner Industries in Lake Charles, Louisiana, as a laborer from October 2005 until March of 2010.

762.    Dugas and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory statements. Dugas heard many offensive comments and jokes in the lunch tent. Racist jokes beginning with "why did the Black man . . ." were common. He also heard adult Black workers referred to as "boy."

763.    Dugas and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the restrooms at Turner. He saw things like

FIRST AMENDED COMPLAINT

"niggers go back to Africa," "we should have kept y'all as slaves," KKK, swastikas and lightning bolts.

764.    In 2007, he saw a noose in the bathroom at the CITGO site.

765.    Dugas and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies. For example, Dugas wanted be a helper, but was never allowed to take the test to become one. Dugas witnessed White workers being allowed to take the helpers as soon as they started at Turner. Some White workers directly out of high school with no experience were allowed to start at Turner as helpers. Dugas asked to take the test approximately five times. He asked Davis Brown, a White male Turner employee, and Nolan Myers, a White male Turner employee.

766.    Dugas never received a raise in the five years he worked at Turner. He did not even receive the standard raise Turner gives after an employee has been there six months. White workers regularly receive raises. Dugas asked to receive raises approximately ten times.

767.    At the Turner site at Conoco, the White workers work inside in the tool areas. The Black workers work outside in the heat. He witnessed this from October to November 2005 and in 2006. It also happened at the Turner location at Westlake Petrochemical in 2007.

768.    At the end of 2008, Dugas's entire crew of thirteen Black workers was laid off. The crew was replaced by White workers. The crew was told that they had to be laid off because the other workers, all of whom were White, were out of work and Turner did not want to lay them off.

FIRST AMENDED COMPLAINT

*Jocelyn Duhon*

769.    Duhon is a Black female employed at Turner Industries in Lake Charles, Louisiana as a utility worker. Duhon began working for Turner on April 4, 2004 and is responsible for fire watching and hole watching.

770.    Duhon and her similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner.

771.    For example, Duhon and her similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The word "nigger" was written all over the bathrooms.

772.    White workers with less experience consistently received promotions over more qualified Black employees. On one occasion, Amy Jennings, a White female, was awarded the superior job of Slicker Shack by Donald Bealer. Jennings was a new employee and lacked the requisite experience necessary for the position. In fact, Jennings told Bealer that she had never done that job before but she was awarded the position over Duhon and other more qualified Black employees.

773.    Turner was more lenient on White employees than on Black employees. The level of discipline is also much higher for Black employees. White employees may receive light discipline for instances that Black employees would be terminated for. For example, White employees take more smoke breaks than are allowed and would not be reprimanded as would Black employees.

774.    The White employees mistreated and took advantage of Duhon. Duhon complained to her supervisor Pat Miller and asked him why he allows the mistreatment to go on. She asked him if it is going to take her putting on a blond wig and shaking it in front of him to be

FIRST AMENDED COMPLAINT

treated right. He responded "yes, you may have to." The next day Duhon complained to Andy Welch and asked to be transferred to a different plant to escape the harassment. Despite the transfer, she still suffers harassment because of her race.

### Brenda Edwards

775.    Edwards is a Black female who was employed at Turner Industries in Lake Charles, Louisiana, on February 9, 1994 as a boilermaker helper. She last worked as a foreman for fire-watch hole-watch in June 2009. She was laid off on June 17, 2010.

776.    Edwards and her similarly situated Black co-workers have been and continue to be subjected to racially offensive statements, slurs and harassment at Turner Industries. In 2010, White worker Dana Hebert told Black workers Edwards and Karina Ballard that "Black people are afraid of the water, so they do not bathe." She also said that "Black people do not get lice because their hair is too greasy." Edwards and Bellard complained about these racially offensive statements to John Reed. Shortly thereafter, Reed reprimanded Edwards telling her that he had done an investigation and found that she had cursed at Hebert, which was not true.

777.    When Edwards complained about Hebert's racially offensive statements, she was told this is your "second time" referring to her 2007 complaint about discriminatory layoff. After Edwards' complaint about Hebert, Ben Bourgeous, who works in Human Resource for Turner, held a meeting with Edwards, Hebert and several other Black workers who were not involved in the incident. The workers in the meeting were told things like "you have to get along" and "I bet you can think of people who do not have jobs right now." The other Black workers in the meeting did not understand why they were there and why their jobs were being threatened. Edwards was laid off eight days after she complained of Hebert's statements.

FIRST AMENDED COMPLAINT

778.     Edwards and her similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti and depictions throughout Turner facilities and job sites. Edwards has seen "we will never have a nigger running this country" and "kill Obama" written in the restroom.

779.     Edwards and other similarly situated Black employees are subjected to segregated restrooms at Turner Industries. White women are allowed to use the inside restrooms and Black women are not. Turner had signs that said the restrooms were out of order, but Edwards saw White women going in and using them.

780.     Edwards and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

781.     Black employees are given the harder jobs. Black women are given the worst jobs. Edwards often had to sweep and pick up trash. White women generally do not have to do this, and are instead given jobs in the office or ride in trucks as runners.

782.     Edwards graduated from safety training in 2007. Since graduatin, she has asked John Reed to move her to the safety department several times, but he has failed to do so. There are no Black women in the safety department at Turner. A White worker in the safety department told Edwards that Turner will not hire Black women for the safety department.

783.     In 2007, there was a lay off where a group of six Black women were laid off and replaced by White women whose jobs had ended at another site. Edwards complained to Dudley Roy. Roy said he would try to find work for the Black women, but he did not. All of the Black women lost their jobs.

784.     Edwards and other similarly situated Black co-workers have been and continue to be subjected to un-fair compensation based on discrimination. White worker Savannah Tungstan

FIRST AMENDED COMPLAINT

was a fire-watch hole foreman on the night shift. Edwards was a foreman on the day shift. Once the job ended, Edwards and Tungstan were both demoted. Tungstan continued to be paid as a foreman but Edwards' pay was reduced. She complained to John Demare. He told Edwards he knew it was not right but that there was nothing he could do because it had been Dudley Roy's decision to reduce her pay.

785.    On September 29, 2010, Edwards received a call from Turner giving her another job. However, she was demoted from foreman to a working hand position. Her pay was lowered from $27.25 to now $17.45.

### *Eavy Ellis*

786.    Ellis is a Black female who has been employed as a hole-watcher and fire-watcher for Turner Industries in Lake Charles, Louisiana from 2002 to present making $12.85 per hour.

787.    Ellis and her similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries.

788.    In 2004 when Ellis was on her lunch break with co-workers, there was a TV show playing in which a woman was pregnant. One of the White workers said disparagingly that perhaps the baby would be Black. Ms. Ellis has also heard White co-workers discussing slavery in an offensive way while on the job.

789.    In the summer of 2010, Ellis saw a noose hanging in the unit at Turner's operations at Sasol and it stayed hanging for two days. Upon information and belief, Turner did not conduct any investigation into the matter.

790.    Ellis and her similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, in the restrooms Ellis

FIRST AMENDED COMPLAINT

has seen offensive graffiti, including remarks suggesting that Black people come from monkeys and apes.

791.     Turner discriminates against Black employees by creating a disparity in pay. Ellis asked for a raise a few years ago because she was performing helper's work. Her supervisor first told her that she would have to take the helper's test in order to receive helper's pay. When Ellis reminded her supervisor that she had already taken the helper's test and passed, her supervisor told her that there was nothing he could do to increase her pay.

792.     Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees. Turner hires White women with no experience, giving them better jobs and better pay than Ellis receives. The White women are assigned to work in the office, the warehouse and the tool room. Ellis is assigned to work in the field.

793.     For example, supervisor Earnest Tarver (White) would regularly assign Ellis to clean the gang box, which was an extraordinarily dirty job. Tarver would never assign Fabian (White), who worked with Ellis and who had the same position as Ellis, to clean the gang box.

794.     In 2005, Ellis was placed in a job doing hole-watch and fire-watch. She had been at that job for about three weeks when a new White woman was hired. The new woman was given Ellis's job. Ellis was then sent to work a much less desirable job sixty feet up in the air. When she complained to Paul Barter, he became very angry.

795.     In November 2008, Ellis was working at the Turner location at the CITGO site. When work was beginning to slow down the employees were told that only employees who had missed work or who had been late would be laid off. Ellis had not missed work or been late, but she was laid off. A White woman, Jodie Lyn, had missed work and had been late, but she was not laid off.

FIRST AMENDED COMPLAINT

796.     During the week of September 20, 2010, Ellis asked to attend the Lift Observer's class, which is supposed to be open to all employees. She was told by supervisor Steve Lebron "I can't let you do it". He then said he was sorry and that he hoped he had not hurt her feelings.

### *Vera Ellis*

797.     Ellis is a Black female who was employed as a boilermaker for Turner Industries in Lake Charles, Louisiana. She has worked on and off since 1995.

798.     Ellis and her similarly situated Black co-workers have been subjected to a racially hostile environment at Turner Industries. For example, she has heard sexually and racially offensive language at Turner including the use of the word "nigger." White workers have openly expressed the notion that African Americans are intellectually inferior. Ellis has also witnessed a White supervisor and White foreman participating in conversations that are racially and sexually offensive. Offensive statements directed towards her include, "bring your Black ass over here."

799.     Around the Turner work sites, Ellis has seen several nooses. She has seen workers making nooses and laughing about it. For example, a White worker tied a noose in front of her and said, "These are for the niggers." Ellis has also seen several nooses hanging around the Turner restrooms.

800.     Ellis has been subjected to sexually and racially offense graffiti and drawings in the restrooms at Turner. For example, she has seen sexually graphic derogatory depictions of Black women. There have also been sexually offensive comments on the restroom walls directed towards her personally by name.

801.     Ellis and her similarly situated Black co-workers have experienced discrimination in Turner's promotion and salary raise policies.

FIRST AMENDED COMPLAINT

802.    For example, it is easier for White people to be hired and promoted than for African Americans at Turner. Turner prefers to hire White workers regardless of experience. Ellis has seen management supply the answers for a test to White men. Ellis has also trained newly hired White workers, only to see them promoted over her.

803.    Ellis noticed that White workers are usually given better job assignments, while Black workers are given more difficult work. For example, White worker's job preferences are taken into consideration, while the Black women's job preferences are not. Ellis is sometimes forced to work as a fire-watch hole-watch or laborer, even though she is a qualified boilermaker. This has happened to her, even when Turner had boilermaker positions available. White male boilermakers are not forced to work as laborers or to perform hole watch – fire watch.

Ellis and her similarly situated Black co-workers have been subjected to discrimination in Turner's termination policies. For example, Black women are the first to be laid off regardless of experience and job performance. This has happened to Ellis many times.

### Laura Evans

804.    Evans is a Black female who was employed as a hole watch-fire watch for Turner Industries in Lake Charles, Louisiana. She began working for Turner in or around January 2009 and was laid off in or around February 2010. She received a salary of $13 an hour.

805.    Evans and her similarly situated Black co-workers have been subjected to discrimination in Turner's hiring and firing policies. For example, Evans went to Turner's offices to apply for work, but was told that they were not hiring. However, while in the office Evans saw White workers being hired for positions for which Evans was qualified.

806.    Evans was injured while working for Turner. The day after she was injured she was laid off. When she was laid off, she was laid off with a group of mostly Black workers.

FIRST AMENDED COMPLAINT

807.     Evans has also observed that Black workers are treated differently than White workers when injured. White workers are usually taken to see a doctor if they are injured, and Turner usually follows up to check on their condition. When Evans injured her knee on the job, she was taken to the company nurse. The nurse was supposed to follow up with her the next day, but never did. Instead, Evans was laid off the next day.

808.     Evans and her similarly situated Black co-workers have experienced discrimination in Turner's promotion and salary raise policies. White workers are usually promoted over Black workers who are more qualified for the position and have seniority. Also, Evans has observed White workers being given raises, but Evans never received a raise while working for Turner.

### Cheryl Falola

809.     Falola is a Black female who started working for Turner Industries in Lake Charles, Louisiana in 1997 as a laborer. Falola worked at two different Turner sites: CITGO, located in Sulfur, Louisiana, and Marathon, located in Garysville, Louisiana. Falola last worked for Turner in October of 2010, and was forced to leave because of the discrimination she faced on a daily basis.

810.     Falola applied as a welder, but Turner would only hire her in a laborer position. She was told that she had to work for two years as a laborer before being able take a test to work as a helper. She would then need to work another two years as a helper before being able to test for a boilermaker position, for which she was already NCC certified.

811.     As a laborer, Falola made $10.85 per hour. After working as a laborer for two years, Falola tested to become a helper and worked as a helper for nine and one-half months. At this time, she was allowed to test for a boilermaker position. White workers never had to work a

FIRST AMENDED COMPLAINT

whole year as a helper before taking the boilermaker test. They would work for a few weeks before taking the test and then they would become boilermakers. She passed the test and was qualified as an A-craft boilermaker. However, Turner consistently refused to place Falola in boilermaker positions.

812.   Falola occasionally was given work as a boilermaker for turnarounds that were short in duration, but she would always be dropped back to a helper position. Boilermakers made $20 per hour, while helpers made $16 per hour.

813.   John, a White Turner employee, took the boilermaker test after Falola was certified as a boilermaker. On a turnaround, John was hired as a boilermaker and Falola was hired as a helper. John received boilermaker pay, and Falola received helper pay.

814.   In and around 2006 to 2007, Falola was told that if she accepted a transfer she would be able to return to CITGO in 2007 as a boilermaker. Falola worked at various other job sites from 2006 to 2007 as a boilermaker, and when she returned to the CITGO job site in 2007, she was not hired as a boilermaker; rather, she was hired as a helper.

815.   Turner supervisors treat employees differently according to race when referring workers to the schooling program which enables employees to gain the skills and certifications necessary for promotions. Turner supervisors have repeatedly referred young, inexperienced White workers over experienced, qualified Black workers.

816.   Falola and her similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of this are the regular use of racially offensive names such as "nigger" and "wet back" used by White employees aimed at minority employees.

FIRST AMENDED COMPLAINT

817.    In January of 2004, Falola personally experienced racial discrimination while working with other Turner employees as those employees often told racist jokes. Falola was also called a monkey and reported this incident to her supervisor, Mike Pussant, who failed to reprimand the responsible employee. In retaliation for this, Falola was transferred to a more dangerous area of the plant. Furthermore, she was subsequently laid off after the incident.

818.    Falola and her similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. There were drawings of Black co-workers hanging from nooses as well as drawings of swastikas and racially offensive words in the bathrooms and on tables such as: "nigger go home," "niggers are good just to wipe my ass," "dirty niggers." There were also depictions of Black men being hung by nooses.

819.    The conditions of the bathrooms were particularly offensive. The doors would be covered in feces; male workers would ejaculate inside the bathrooms on the walls and on the doorknobs. They were never asked to clean up after themselves. White female employees were allowed to use bathrooms located in trailers, while Black female employees were only allowed to use the portable bathrooms, which were covered in feces and semen.

820.    A glaring example of the discriminatory animus that Black employees faced occurred in 2009. Falola and a bus full of workers traveled over 200 miles to a worksite known as the Marathon Plant. When they arrived, a White Turner supervisor at the plant, Willie Hunt, separated the workers by race. He proceeded to give the White workers assignments and they went on their way. He ordered the Black workers to go back on the bus and to leave the plant. Falola's exceptional qualifications and many years of experience were ignored because she was Black. No factor other than race mattered. The Black workers were replaced with White workers

FIRST AMENDED COMPLAINT

who were brought in for the job. This was a devastating, shocking, and humiliating experience for Falola and those similarly situated Black employees who were subjected to this situation.

821.    Falola started working on a short-duration turnaround on Monday, September 13, 2010. She was hired as a boilermaker on the night shift, and is making $22.35 per hour. She was the only Black female boilermaker. Out of about thirty boilermakers, there were six Black boilermakers, including Falola. Although Falola was hired as a boilermaker, her foreman, Paul, who is a White male, did not let her do many of the tasks that she was qualified to do. Instead, Falola was asked to pick up trash and find tools.

822.    Falola was hired for a new job with Turner at Entergy on October 15, 2010. White employees on this job wore racially offensive symbols. Specifically, one White employee displayed confederate flags and Nazi symbols on his welding hood for four consecutive days. He was allowed to work and display these offensive signs without reprimand. Finally, on October 31, Falola addressed Arthur Goodly, in Safety, to ask employees to remove their offensive symbols. The White employee displaying these symbols was approached by Goodly and asked to remove them from his head. On that same shift, Falola was returning from a break and heard another White employee say in front of multiple workers, "I'm glad there are only three niggers on this crew." This incident caused Falola great distress. When she returned to work, she injured herself while grinding. She went to Goodly, who had Falola complete a drug and alcohol test. Falola requested a layoff because she did not want to work in these conditions.

### *Untellez Paul Fields*

823.    Fields is a Black male who had been employed at Turner Industries in Lake Charles, Louisiana as a laborer and boilermaker since February of 2006. Fields was terminated on June 17, 2010.

FIRST AMENDED COMPLAINT

824.     Fields and his similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The bathrooms were constantly covered in racially offensive slurs and depictions including a drawing of a Black co-worker hanging from a noose as well as drawings of swastikas and "KKK" written on the walls. The bathrooms and walls in the facilities were also covered in racially offensive comments such as: "All Niggers should die."

825.     Fields witnessed the termination of three Black employees at Turner by a supervisor without cause to replace them with three White employees.

826.     Black employees are laid off in a disproportionate manner as compared to White employees. Moreover, Black employees who are eligible for reassignment are often told no positions are available, despite the fact that new White employees or other White employees from other areas of the company are given jobs instead of the Black employees.

827.     Black employees are not afforded the same opportunities to work as White employees are concerning certain stages of extended projects. For example, White employees often work during all stages of projects, while Black employees do not get assigned to either the pre-start up or shut down phases of the projects. This unfair treatment leads to disparities in gross pay.

### Daniel Fontenot

828.     Fontenot is a Black male, who was employed at Turner Industries in Lake Charles, Louisiana, as a helper and laborer from 2005 to July 29, 2010.

829.     Fontenot and his similarly situated Black co-workers have been and continue to be subjected to racial statements and slurs. Fontenot has heard a White worker say, "what do you call Obama in Chinese? Obama Ching Ching." Fontenot responded to the worker "No, you call

FIRST AMENDED COMPLAINT

him President." Fontenot was laid off that day. He believes he was laid off because of what he said. Fontenot heard Shane Caswall telling a racist joke using the word Nigger. He also overheard other people using Nigger.

830.    Fontenot and his similarly situated Black co-workers have been and continue to be subjected to racial graffiti and depictions throughout Turner facilities and job sites. The bathrooms were constantly covered in racially offensive slurs and comments such as:

831.    "KKK is watching you Nigger," and "the definition of a Nigger is a man who wants what the White man has but doesn't want to work for it." People complained in meetings about the graffiti. It was never cleaned up. Fontenot also saw a drawing of a noose in the bathroom.

832.    Fontenot and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

833.    Fontenot has been assigned to tasks that White workers would not be assigned to, such as removing bolts from the ground, working in scaffolding, and picking up trash along the road all day without water. He has also been required to do the work of a helper while being paid as a laborer.

834.    Fontenot was paid $13 -$15 an hour. Kevin Bourque, a White worker was hired for his first job with Turner at $17 hour doing the same work as Fontenot. Fontenot was demoted two years ago from helper 1 to helper 2. He was told to "take it or leave it."

835.    Fontenot has a college degree and has worked as an IT contractor. He moved to Louisiana to take care of his mother and has worked for Turner since then. Despite his experience, and other qualifications, Fontenot has not been re-hired by Turner Industries.

FIRST AMENDED COMPLAINT

### *Javion Garrett*

836.    Javion Garrett was employed at Turner Industries in Lake Charles, Louisiana, as a laborer from January 2010 to May of 2010.

837.    While at Turner, Garrett felt racial hostility. There were groups of White workers that would glare at him. Some White workers would not respond to him or the other Black workers, if spoken to.

838.    Garrett and his similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. For example, in the restrooms he saw "black hoes" written.

839.    This environment existed throughout Garrett's employment at Turner.

### *Delvin Gims*

840.    Gims is a Black male who became employed at Turner in Lake Charles, Louisiana, as a scaffold builder in December 21, 2008 making $22.45.  Gims was laid off on October 31, 2010.

841.    Gims and his similarly situated Black co-workers have been and continue to be subjected to a racially hostile environment.

842.    White employees will refuse to speak to Black scaffold builders and will instead only speak to the White members on the crew.

843.    One worker, Joe Garland (White), had a confederate flag in his truck and told Gims that he was a member of the KKK. If Garland would see any Black workers up on the scaffold he would make racist jokes.

FIRST AMENDED COMPLAINT

844.    Black workers also have to time their breaks to the minute, but White workers are given more leeway and can take smoke breaks during the day. This is not allowed of the Black workers.

845.    Gims has complained to Supervisor Justin Crain (White) as recently as August of 2010 about the discrimination, but Crain told him that he does not want to hear about it and he will not do anything about it. In fact, it has mandated that no one speak of it.

846.    Gims frequently sees racially offensive graffiti in the restrooms at Turner. He often sees the images of Obama with a target on it, confederate flags, and the word "nigger."

847.    Gims knows of several White Turner employees who make a few dollars more per hour than Gims for doing the same job. He has heard the White workers, particularly Pat Gay, openly talk about this.

848.    Gims also knows that if a Black worker is accused of doing something wrong he stands no chance of keeping his job. For example, Gims recalls a man named Mel Johnson (Black) being fired because someone accused him of making a wide turn while driving a forklift. He was not given a chance to defend himself but instead was immediately transferred.

849.    Starting in September of 2010, Gims was working on an all Black crew with Melchezideck Simon and under the supervision of Courie Goodly, one of the only Black foremen on the night shift. Gims and Simon performed many of the fundamental tasks to prepare the unit for all the other crews. However, on October 31, 2010, Gims was laid off. Then, on November 1, 2010, Simon was laid off. Many other White workers who had not been there as long and were not as experienced as Simon and Gims remained on the job. Goodly was also demoted and taken off the night shift. It is common practice at Turner for Black workers to be

FIRST AMENDED COMPLAINT

laid off first regardless of their experience and qualifications. Upon information and belief, both Gims and Simon were laid off in retaliation for filing discrimination charges with the EEOC.

### *Courie Goodly*

850.     Goodly is a Black male who began his employment with Turner Industries in Lake Charles, Louisiana in January of 1999. Goodly was laid off by Turner on December 31, 2010.

851.     Goodly was initially hired as a laborer, and worked in this position for a couple of years while making $7 an hour. He then became a helper and made a few dollars more per hour. A couple of years later, Goodly became a B-craftsman. He took a test through Turner to have a B-craft position and worked as a B-Craft for about two more years. In this position, he was paid $16 an hour, but he was paid less than White B-craft employees. The reason he was given for his lower pay was because he had not passed the national test; however, many of the White B-craftsman who received higher pay had not passed the national certification test either.

852.     Goodly was doing journeyman work, but not getting paid for it. He asked his supervisors at the time about receiving B-Craft pay, but they told him they would only increase his pay rate if he took a layoff and then they hired him back. His supervisors at the time were Leonard Manuel, Pat Lopez, Allen Benoit, and Frank Byrd.

853.     Goodly returned to work with Turner in November of 2007 as a scaffold carpenter journeyman, making $22.45 with a two dollar incentive.

854.     It is rare for Turner to promote Black workers into supervisor positions. Goodly was one of few Black employees to have been promoted to the position of foreman. He took over as a foreman in December of 2009 for a White foreman, Justin Crain, who was moved to another part of the plant. Craine was getting paid at least a dollar more per hour as a foreman than

FIRST AMENDED COMPLAINT

Goodly. Goodly remained in this position until the end of March or the beginning of April of 2010. At that point, the site manager, Kurt Chesson, hired Robert Elliot, a White employee who had previously worked for Turner and quit. Elliot was given Goodly's position as foreman. Goodly was forced to return to his journeyman position.

855.    Around March or April of 2010, when Robert Elliot was rehired, he gave a safety meeting because Roger Prince was absent that day. Elliot took his place for that day. After the safety meeting, Elliot told a story about an incident that took place the night before.  Thieves had attempted to steal his next door neighbor's four-wheeler. Elliot went outside and the guys ran off. Then Elliot said, "Those guys were probably some of Goodly's friends."  Goodly, Mel Simon, Herbert Bernard, Delvin Gims, Pat Francis, and Lester Joseph – all Black employees, were present at this meeting. The majority of the Turner workers at the meeting were White, and they laughed when Elliot made this comment.

856.    Goodly inquired about a foreman position with Paul Bader. Bader said that there was no position at the time, but he told Goodly that he could work for him on nights.

857.    On September 20, 2010, Bader called Goodly and asked him to be a foreman on the night shift.

858.    On September 21, 2010, Goodly started as a foreman on the night shift. He was given an all Black crew of four men. Bader told Goodly that these workers were not good and that they did not want to do anything. Goodly knew this was not true since he had worked with them before. At the end of the first day, he turned in the percentages of the jobs that were completed and the other foreman and Paul Bader were all shocked at how much had been completed. Billy Touvell, a White foreman, who was originally the foreman over Goodly's crew said, "I couldn't get them to do anything, but I see that they like to work for Blacks."

FIRST AMENDED COMPLAINT

859.    Goodly learned from Pat Gay that he had been approached by three Turner employees and inquired from Gay whether Goodly had ever mentioned anything about a lawsuit against Turner. Gay told Goodly that the three employees explained to him that Goodly was going to be given a foreman position because they were scared that Goodly was going to do something after the turnaround.

860.    Goodly had asked Gay a few times whether he felt that there was discrimination at Turner. Gay responded, "oh yeah."

861.    On September 25, 2010, a new turnaround started and Goodly was working the night shift. Paul Bader, Jeff Gary, and Billy Touvell all had a meeting without Goodly. The other foremen picked the workers who they wanted and left the remaining workers for Goodly. Goodly realized that he was given workers who all the other foremen felt were either not good workers or inexperienced. Upon information and belief, the other foremen wanted to make Goodly's job more difficult. The majority of workers left for Goodly were Black.

862.    Goodly has also been subjected to harassment and a racially hostile atmosphere while working at Turner. White employees frequently tell racist jokes and say things such as "go ahead and crack that whip on them." Goodly also heard one foreman or supervisor calling for an employee, Steve Pickering, who went by the nickname, "Cotton." Goodly then heard over the radio, "How about you cotton picker?"

863.    In or around October 15, 2010, a White employee, Robert Young, who worked on the night shift for Goodly, was laid off. Pernell Simien, a Black employee, who worked on the day shift, was laid off. Two days later, Young was hired on the day shift and Simien has not been rehired.

FIRST AMENDED COMPLAINT

864.    In and around the week of October 18, 2010, Robert Courvile, a White employee who was working as a foreman, slapped another employee. This is grounds for termination, but Courvile was suspended for three days and then brought back to work.

865.    In and around 2009, Herbert Bernard, a Black foreman was caught on his cell phone and he was demoted. Within the same week, Brian Edwards, a White supervisor was on top of a scaffold with no harness, a violation which is grounds for termination. Edwards was only given three days off and no demotion.

866.    Goodly and his similarly situated Black co-workers have also been subjected to racially offensive graffiti and depictions throughout Turner facilities and job sites. Even after Turner sent out a letter in September of 2010 stating that it will not tolerate racial graffiti, Goodly has seen things such as "niggers do not belong here," "wetbacks," "southern pride," KKK is here."

### *Rogers Guidry*

867.    Guidry is a Black male who has been employed at Turner Industries in Lake Charles, Louisiana, as a pipefitter on and off since 1989 making $24 per hour. Guidry is still currently employed at Turner.

868.    Guidry and his similarly situated Black employees are subjected to work in a racially hostile environment. In the 1990s, Guidry saw a noose at the entry to the Entergy site.

869.    Guidry and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, promotion and work assignment policies.

870.    Minorities at Turner do not have the same opportunities for promotion that White workers do. He worked for several years as a helper and was then promoted around 1992 or 1993

FIRST AMENDED COMPLAINT

to a pipefitter while working at the CITGO plant. His promotion came at the request of CITGO personnel and it is Guidry's belief that he would not have been promoted without the request.

871.    Many young White workers who Guidry has trained have been promoted over him and other Black workers into supervisory positions.

872.    White workers at Turner are also groomed for management and provided training, while the Black workers are hired to work the lower level jobs in the fields and are not offered the training or the same opportunities for advancement.

This environment has existed since Guidry began his employment at Turner and exists until this day.

### Steven Harmon

873.    Harmon began his employment with Turner Industries in Lake Charles, Louisiana on September 6, 2006.

874.    In November 2008, Harmon was involuntarily transferred.

875.    In December 2008 Harmon was also denied a promotion to the position of foreman. No reason was given for denying him this promotional opportunity. Upon information and belief, Harmon was discriminated against because he is Black.

### Jerry Hudson

876.    Hudson is a Black male who began working for Turner Industries in Lake Charles, Louisiana in and around August of 2008 as a helper. While he worked the day and night shifts, the majority of his time was spent on the day shift. On the day shift, the majority of workers were White. Hudson was laid off on March 31, 2010.

877.    Turner consistently discriminates against Black employees through disparities in pay between White and Black workers in the same positions and through failing to promote

FIRST AMENDED COMPLAINT

qualified Black employees in favor of less experienced White employees. For example, as a helper, Hudson initially made $12 per hour, and asked for a raise several times, as other White helpers were making as much as $20 per hour. Many White employees who were hired after Hudson with little or no experience were automatically given top helper pay or promoted to foreman or other higher positions within short periods of time. Hudson finally received a raise in April of 2009 to $14.35 per hour.

878.    Throughout Hudson's employment at Turner, White employees were routinely given preference for additional work, referred to as "call outs." Whenever Hudson or his similarly situated Black co-workers signed up for a call out, they were always told by Turner management that there was no extra work; however, White employees would still receive calls to work on call outs.

879.    Turner discriminates in promoting its workers to superintendent positions. There is only one Black worker in a superintendent position Hudson is aware of even though other Black employees are qualified, have the work experience to perform superintendent duties and have inquired about promotions to superintendent.

880.    In March of 2010, Hudson was working as a helper for a Black boilermaker. They were the only two Black workers on this particular job and they were often paired together because White employees refused to work with Black employees. Upon reporting this to the superintendent, Robert Thompson, he said, "What do you want me to do about it," indicating that he was not going to do anything. Turner management has failed to take any corrective or disciplinary action with regard to this state of affairs.

881.    Hudson endured harassment and a racially hostile atmosphere, regularly overhearing White employees referring to Black workers as "niggers."

FIRST AMENDED COMPLAINT

882.    Hudson and his similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. There were also drawings of Black workers hanging from nooses, as well as drawings of swastikas and racially offensive words such as "nigger."

883.    In January of 2010, Hudson was driving to work and saw a Turner truck with a noose hanging from it. He reported this to security and eventually the noose was removed, but no one was reprimanded for the incident and no investigation ensued.

884.    As a result of his complaints and the recent public exposure of this environment at the Company, Hudson and other similarly situated Black co-workers have been subject to further harassment.

### Gil Jackson

885.    Jackson is a Black male who was employed at Turner Industries in Lake Charles, Louisiana, as a boiler maker from April 2006 to May 2010.

886.    Jackson and his similarly situated Black co-workers have been and continue to be subjected to racial statements and slurs. He heard "nigger" on a daily basis. In one instance, Chris, a foreman, called Jackson "bubba." When he reported it, he was told that "Chris did not mean anything by it."

887.    Jackson and his similarly situated Black co-workers have been and continue to be subjected to racial graffiti and depictions throughout Turner facilities and job sites. The bathrooms were constantly covered in racially offensive slurs and comments such as: "Nigger" and drawings of nooses hanging Black people.  White employees at Turner would wear the rebel flag on their helmets.

FIRST AMENDED COMPLAINT

888.    Jackson and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

889.    Jackson has seen White employees hired when there was a "reduction in force." Turner laid off Black employees and hired White ones the very same day. Black workers went to the office to get work but were told that there is none; but then White employees told workers that they had been called by Turner and told that they were hiring.

890.    When Jackson's mother passed away, he missed a day for the funeral. When he came back to work the next day, he was fired, even though he was supposed to automatically have time off for a death in the family.

891.    It took Jackson about a year to have the opportunity to take the test to become a boilermaker. He saw White employees get the opportunity to become a boilermaker within days of coming on the job.

892.    Jackson has applied for work at Turner Industries as recently as August 3, 2010. Despite these efforts, his experience, and other qualifications, he has not been re-hired.

### Joseph Jackson

893.    Jackson is a Black male who was employed as a laborer, boilermaker helper and journeyman boilermaker with Turner Industries in Lake Charles, Louisiana. Jackson's employment with Turner started in 1986 and lasted until April of 2010. Jackson has reapplied for work almost every day since his employment ended.

894.    Turner discriminates on the basis of race in the assignment of work. Jackson worked with a shift containing approximately 30 workers, with his immediate crew consisting of 15 employees. Jackson was the only Black worker within this immediate crew.

FIRST AMENDED COMPLAINT

895.    Turner terminates a disproportionate amount of Black workers when a job is completed, while White workers are retained either by transferring the White employee to a different location or to a different position. Turner would also pursue hiring White employees at the same time they laid off Black employees apparently for lack of available work.

896.    Turner discriminates against Black workers by assigning the most arduous, dirty or dangerous jobs to the Black employees while allowing White employees to refuse to perform certain tasks in favor of higher paying, easier jobs. Black workers are suspended or terminated if they refuse to perform the assigned work. Also, when larger jobs come in that usually ensure long term employment, Dudley Roy, a superintendent at Turner, consistently selects only White employees for these jobs, even if the White workers have significantly less experience than eligible Black employees.

897.    Jackson and his similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of this are the regular use of racially offensive names such as "nigger" by White employees aimed at minority employees. The White employees at Turner commonly referred to Black workers as either "Bigun" or "Bubba," both of which are racially offensive terms for a Black man.

898.    Turner discriminates in its promotion practices. White workers with less experience receive promotions and wage increases over more qualified Black employees. Jackson once trained a new White employee to be a helper, and within six months, that same employee was in a supervisory role over Jackson. New job openings are never announced; rather, Turner officials just hire White employees to vacated position without notifying Black employees.

FIRST AMENDED COMPLAINT

899. Turner discriminates against Black employees by creating a disparity in pay. While Turner pays the same rate to journeymen craft workers, entry level White laborers and helpers receive top pay while Black workers receive the entry level pay for these positions. Jackson also worked beyond the duties associated with his position, as he performed journeyman level work while only being compensated as a helper. Turner took no corrective action regarding this behavior.

900. Jackson and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. Jackson saw the word "nigger" repeatedly, "Niggers go back to Africa," "KKK," "White Power" and swastikas all over the bathroom walls. Co-workers also wore confederate flags and swastikas on their clothing. Turner management failed to take action to either clean this graffiti or stop it from recurring.

901. On Jackson's last attempt to find work with Turner, Mike Ashford, the recruiting coordinator for Turner, told him there was no work available and to try again at a later time. A White employee was hired that same day for a position Jackson would have taken but for Mike Ashford's racial animus toward Black workers.

### *Ernest Jones*

902. Jones is a Black male who has been employed at Turner Industries in Lake Charles, Louisiana as a scaffold builder on and off from October of 2002 to present. He most recently started working for Turner again on August 16, 2010.

903. Jones and his similarly situated Black co-workers have been and continue to be subjected to various racially offensive jokes at Turner. His supervisor Carlin Richard told him an offensive joke using the word "nigger." At the time, Jones complained to Richard that the joke was offensive. Richard was often hostile towards the Black workers, including Jones, and he

FIRST AMENDED COMPLAINT

often tried to intimidate Black workers with threats of termination. White workers were never treated this way.

904.    Jones has seen offensive graffiti in the restrooms at Turner. He saw depictions of White men having sex with Black women accompanied by derogatory comments. He saw an offensive joke that asked "how many niggers does it take to change a light bulb?" He also saw derogatory comments about Hispanics, including "why are they hiring those pinto bean mother fuckers?"

905.    Jones and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

906.    On one turnaround in 2006 or 2007, Jones was told that he would be promoted to foreman. However, a White B craft carpenter, Jeff, who Jones had helped train, was promoted to foreman instead. When Jones complained, Carlin Richard sent him home and switched his shift to days, which earned a dollar an hour less than he earned on his previous shift.

907.    In 2008, after Jones had been working at Turner's site at Westlake for five years without any problems, he was transferred to a temporary position on a turnaround that had only two days of work remaining. Jones was told that he was being transferred out of his position at Westlake because there was a White worker who had previously worked for Turner and wanted to return. At first, when Jones was told he was being transferred so someone else could have his job, he thought it was a joke.

908.    Jones saw Turner hire very young White workers with no experience and then place them into the position of foreman or supervisor. A Black worker would not have been hired into these positions, and would be fired for not knowing how to do their job. When Jones complained that these workers did not know how to do their jobs, he was told to train them.

FIRST AMENDED COMPLAINT

### *Ethel Jones*

909.    Jones is a Black female who began her employment at Turner Industries in Lake Charles, Louisiana as a welder in February of 1989. Jones was most recently laid off on May 11, 2010. Jones has also performed duties as a helper while employed at Turner.

910.    Turner discriminated against Jones first in 2004, where Jones worked as a helper and performed all duties associated with that position but was compensated at the lower rate of a laborer. Jones never received the proper compensation for this work.

911.    In and around 2006, Jones was also specifically targeted because of her race. The son-in-law of Cricket Stanley, an employee at the same plant as Jones, called her a "Black Bitch." Jones filed a complaint with Turner in regard to this incident, but the responsible employee was transferred rather than terminated. Jones was transferred and subsequently laid off because of this incident and her complaining about the racist comments.

912.    Jones has witnessed White employees at Turner talk dirty around Black employees, including the White workers' desire to engage in sexual acts with "Niggers" or "Nigger Women."

913.    Turner discriminates against Black employees by failing to offer promotions or educational opportunities to Black workers. Turner instead offers these opportunities to less qualified White employees. Qualified Black employees are often skipped in favor of promoting White employees despite their inexperience and short tenure with the company.

914.    Turner supervisors also treat employees differently according to race when referring workers to the schooling program which enables employees to acquire the skills necessary for promotions. Turner supervisors have repeatedly referred young, inexperienced White workers over experienced, qualified Black workers. Jones has repeatedly sought

FIRST AMENDED COMPLAINT

advancement opportunities and asked to take position tests at Turner, but these requests have been denied since her employment began.

915.    Jones has been discriminated against by the manner in which Turner assigns work to their employees. White workers are the last employees laid off and the first to be rehired when new work is available.

916.    In and around 2006, Jones filed a grievance against Michael Ashford, a recruiter at Turner and the one responsible for placing employees at specific job sites.  Ashford continuously denied Jones employment while hiring White employees for positions for which Jones was qualified. Michael Ashford also continually laid off Black workers first when jobs were completed and would hire Black workers last when new work became available. Hiring and firing decisions were being made based on race, not qualifications.

917.    Jones was being compensated at the "A Craft" level and was grandfathered into a new certification program which allowed her to maintain this status without having to seek re-certification. In and around 2007, Jones was continually denied employment, and was told that it was because she lacked this certification. However, upon information and belief and based upon her qualifications, Jones was not hired because of her race rather than her lack of certification.

918.    Jones and her similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. There were also drawings of Black workers hanging from nooses, as well as drawings of swastikas and racially offensive words. Jones has also seen "KKK" and "White Power" written throughout Turner facilities.

919.    Turner discriminates against Black employees by disciplining them more than White employees. Jones has witnessed White employees arrive late to work without reprimand, while Black employees have been suspended or terminated for the same behavior.

FIRST AMENDED COMPLAINT

920.    The level of discipline is also much higher for Black employees. White employees receive light discipline for situations where Black employees are terminated.

921.    A glaring example of the discriminatory animus that Black employees faced occurred in 2009. Jones and a bus full of workers traveled over 200 miles to a worksite known as the Marathon Plant. When they arrived, a supervisor at the plant, Willie Hunt, separated the workers by race. He proceeded to give the White workers assignments and they went on their way. He ordered the Black workers to go back on the bus and to leave the plant. Jones' exceptional qualifications and many years of experience were ignored because she was Black. No factor other than race mattered. The Black workers were replaced with White workers who were brought in for the job. This was a devastating, shocking, and humiliating experience for Jones and those similarly situated Black employees who were subjected to this situation.

### Savoy Jones

922.    Jones is a Black male who was became employed at Turner Industries in Lake Charles, Louisiana, as a boilermaker in 2003 and is still currently employed for Turner.

923.    Jones and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory statements. He has often heard Black people referred to as "you people" or "your people." He frequently hears racially offensive jokes.

924.    Jones frequently sees racially offensive graffiti in the restrooms and in the dark corners at Turner. He often sees the word "Nigger" written, and has seen a drawing of a hangman's noose with the word "Nigger" written next to it.

925.    In 2007, he saw a noose lying on a bench in the lunch tent at the Conoco work site.

926.    Jones has complained to his supervisors, John Reed and David Brown.

FIRST AMENDED COMPLAINT

927.    Jones and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

928.    Black workers are the first to be laid off. Turner has never had a problem with his work, but Jones has been laid off three times. Most recently, he was laid off in June of 2010. When he was laid off, his position was given to a White person.

929.    Jones also saw that White workers are given more frequent pay raises than Black workers. When Jones asked his supervisor for a raise, he was drug tested three times in one month. He believes this was done in retaliation for asking for equal pay. Jones states that when Turner wants to get rid of employees, they will give them frequent random drug tests and if the employee passes the drug tests, then they will be transferred to a temporary position and laid off shortly thereafter.

930.    Jones also stated that he started as a laborer and had to work his way up to helper. He asked his supervisor David Brown several times to take the test and Brown said he would look into it but no results came of that. He worked for about a year before he was allowed to take the helper's test after he was finally given permission to take the test from another supervisor. White workers were hired off the street as helpers with no experience and without having to take the test.

931.    Jones states that Black workers at Turner are given the dirty and difficult work and are often sent to work at great heights on scaffolding and the White workers are not given the same types of assignments.

FIRST AMENDED COMPLAINT

### *Corey Kaough*

932.    Kaough is a Black male who was employed at Turner Industries in Lake Charles, Louisiana, as a welder. He was hired in or around September 18, 2008 and was fired in or around February 12, 2010.

933.    Kaough and his similarly situated Black co-workers have been and continue to be subjected to various racially offensive jokes and statements. He has heard White workers refer to Black workers as "nigger." He has also heard President Obama referred to as "Nigger President," by White workers. When work was performed improperly, White workers would refer to it as "nigger rigged."

934.    Kaough and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the restrooms at Turner. For example, Kaough would often see the word "nigger" written on the walls and depictions of swastikas. He has also seen White co-workers with tattoos of confederate flags, KKK symbols, and swastikas.

935.    Kaough and other similarly situated Black employees are subjected to further discrimination by Turner's promotion, work assignment, and termination policies.

936.    For example, in his time working at Turner Industries, Kaough observed it was much more difficult for Black workers to receive promotions than White workers. The management is almost entirely made up of White workers and favors White workers for promotion over more qualified Black workers.

937.    From Kaough's experience, Black workers were often assigned the work that White workers did not want to perform. White workers were generally allowed to turn down work assignments, while Black workers were not. For example, Turner often hired Kaough for

FIRST AMENDED COMPLAINT

laborer positions, even though he is an experienced welder. Upon information and belief, Kaough would not have been required to work in a laborer's position if he were White.

Kaough was recruited out of welding school by Turner. He was offered several positions by other companies, but he accepted a position with Turner because they offered him a yearlong contract. However, five or six months into his contract with Turner, he was laid off. Upon information and belief, Kaough would not have been laid off if he were White.

### Daryl Kelly

938.    Kelly is a Black male who began his at Turner Industries in Port Allen, Louisiana on February 2, 1998 as laborer in the maintenance crew, making $9 per hour. Eventually, Kelly was promoted to a helper in 2000. His employment ended on January 3, 2010.

939.    Kelly and his similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of this are the regular use of racially offensive names such as "nigger" by White employees aimed at minority employees. The White employees at Turner referred to Kelly as either "Bigun" or "Bubba," the latter being a derogatory term for a Black man.

940.    Turner discriminates on the basis of race in the assignment of work. Kelly was the only Black worker on his shift of thirty workers. Dudley Roy, a superintendent, and Frank Byrd, a supervisor, are responsible for the work assignments and continually assign Black workers less desirable, more dangerous and arduous jobs.

941.    Kelly and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. A threat was made directly to Kelly in one of the bathrooms, where an employee had written "We're going to hang Bubba." Kelly also saw swastikas, "KKK" and "White Power" all over the bathrooms. Turner

FIRST AMENDED COMPLAINT

management failed to take action to either clean this graffiti or stop it from recurring. In June of 2007, Kelly saw a noose hanging in the welding shop on scaffolding; Leonard Manuel, a supervisor, came and removed the noose.

942.    Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Kelly and other similarly situated Black employees. For example, Kelly was a helper-2 and received helper-2 level pay, while White workers who were also helper-2 status received helper-1 level pay. One White helper, nicknamed "Shaggy," outwardly told Kelly he had a higher rate of pay in the same position.

943.    Turner discriminates in its hiring practices. Kelly sought work from Turner on April 20th, 2010 and was told by Mike Ashford the only position that was available was a helper position paying $9 per hour. The job was in Paris, Texas, however, and Kelly refused to travel for the low paying job. Since this incident, Kelly has reapplied for work with Turner, but has been rejected—even through new White workers are hired and given higher paying jobs. Kelly tried to get work for three weeks straight by going to Turners office every day at 7:30 am. Turner has yet to offer him a new job.

944.    Turner discriminates in its promotion practices. White workers with less experience consistently received promotions and wage increases over more qualified Black employees. Kelly once trained a new White employee, Daniel Moore, to be a helper, and within six months, Daniel was Kelly's foreman. There were no Black supervisors or foreman in Kelly's unit, as Black men would only receive these positions over laborers.

945.    Turner discriminates against Black employees by disciplining them more than White employees. Black employees are regularly disciplined for assisting other Black employees

FIRST AMENDED COMPLAINT

but White employees are permitted to help other White employees. The level of discipline is also much higher for Black employees. White employees may receive light discipline for instances that Black employees could be terminated for. For example, in October 2009, Kelly and three other workers, two of which were White, were operating a man-lift when a bottle rack broke because of one of the workers on the lift. Kelly had been directing traffic at the time, but Stuart Smith, a superintendent, fired Kelly and claimed he was at fault. The White workers were not disciplined.

946.   Kelly's daughter has sickle cell anemia. One day, Kelly received clearance from his immediate supervisor to leave 5 minutes early to tend to his daughter. Dudley Roy found out and suspended Kelly for a week for leaving early.

### *Allen Keys*

947.   Keys began working for Turner Industries in Lake Charles, Louisiana in and around 2003 or 2004 as a boilermaker.  He worked on and off until October 2009.  He last applied for work on August 2, 2010.

948.   Keys worked at different turnarounds, which are job sites that can last anywhere from a few weeks to a months.  When working at turnarounds, it was rare to see Black workers in supervisory positions.  Out of eight to ten foremen, there were one or two Black foremen.

949.   Throughout Keys' employment at Turner Industries, he was subjected to racial graffiti and depictions throughout Turner facilities and job sites.  The portable bathrooms were constantly covered in racially offensive slurs and comments referencing "nigger," and "niggers." He also saw drawings of men hanging from nooses.

950.   Keys has been subjected to harassment and a racially hostile atmosphere throughout his employment with Turner Industries.  In October of 2009, Keys was working with

FIRST AMENDED COMPLAINT

a multi-craft White worker who went by the name "Pudding." He regularly called me a "biggun." Keys told Pudding that he did not like being called a biggun and that he thought it was racist. Keys reported this to his supervisor and was laid off that night. The reason given to Keys was that there were cutbacks and his name was at the top of the list. White employees on this shift had missed days or came late to work. They were not laid off.

951.    When Keys reapplied for work on August 2, 2010, he was told that there were no boilermaker positions. Instead, he put in an application for a helper position. As a boilermaker Keys made $20 to $22 per hour, but as a helper he would make only $15 or $16 per hour. When White employees are rehired, they either come in at the same pay as they were making before or they are paid more.

### *Tonia Keys*

952.    Keys is a Black female who began her employment at Turner Industries in Lake Charles, Louisiana in November of 2004 as a hole-watch and fire-watch worker, and has also performed the duties of helper. She worked at two different Turner sites: CITGO, located in Sulfur, Louisiana, and Conoco, located in Westlake, Louisiana and other locations in the Westlake and Sulphur areas. She was laid off and rehired multiple times since she began with Turner. She was laid off a final time in April of 2010. Since then, she has repeatedly inquired about resuming her employment at Turner.

953.    Turner discriminates against Black employees by failing to offer promotions or educational opportunities to Black workers. Turner instead offers these opportunities to less qualified White employees. Qualified Black employees are often skipped over in favor of promoting White employees despite their inexperience and short tenure with the company.

FIRST AMENDED COMPLAINT

954.    Keys was employed as a helper for the last three years and had not been given opportunities to advance within the company during that time-frame.

955.    Turner supervisors also treat employees differently according to race when referring workers to the schooling program which enables employees to gain the skills necessary for promotions. Turner supervisors have repeatedly referred young, inexperienced White workers over experienced, qualified Black workers to the schools.

956.    In and around 2006, Keys was told on numerous occasions by supervisor Mike Ashford that Turner did not have enough work to hire her. However, Turner continued to hire back White employees after telling Keys there was no work.

957.    Keys has experienced sexually offensive behavior, including unwanted touching by supervisors and sexual advances by management officials at Turner. David Brown once told Keys "If you were nicer to me, you would work all the time…you need to be nicer to me." Keys believed this was a sexual proposition by Brown and was upset that her ability to work was hinged upon her race and gender.

958.    Keys is aware of other White employees being given work by David Brown during the same time periods she sought work and was denied, especially during the summer months. Upon information and belief, Keys did not get hired during these periods because she rejected the sexual advances of Brown.

959.    Keys and her similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. For example, one bathroom had the following comment: "All Niggers, this is where you belong" with an arrow pointing into the toilet. There were also drawings of Black workers hanging from nooses, as well as drawings of swastikas and racially offensive words.

FIRST AMENDED COMPLAINT

960.    During the presidential campaign of Barack Obama, White supervisors at Turner told Black workers that they did not have to come to work on November 5th so that they could "go vote." However, the election was on November 4th.

961.    White management officials at Turner would have Black employees spy on other Black workers. For example, in and around 2010, Lou Bailey, a Black employee at Turner, would watch all Black workers and report only Black workers who were supposedly not doing their jobs.

962.    The level of discipline is also much higher for Black employees. White employees may receive light discipline for instances that Black employees would be terminated for. Turner discriminates against Black employees by disciplining them more than White employees. Keys has witnessed White employees arrive late to work without reprimand, while Black employees have been suspended or terminated for the same behavior.

963.    Keys once worked a shift that entitled her to split time at one high altitude station during bad weather with another White employee, but upon the end of her time at the post, the White employee had gone home and Keys had to work both periods. The White employee was not reprimanded for leaving. Keys experienced sickness after having worked the extra period at the high altitude position, but returned to work the next day only to be assigned to the acid detail at the plant.

964.    In April of 2010, Keys was accused of having walked off the job when she was actually taking lunch. Upon information and belief, Keys was suspended because of this incident due to racial animosity towards Black employees by Turner management officials rather than having the situation properly investigated.

FIRST AMENDED COMPLAINT

965.    Black employees are consistently assigned harder jobs and given inexperienced helpers. For example, Keys was frequently assigned to high altitude positions during stormy conditions and placed on acid detail at Turner while given an inexperienced helper who did not know how to perform the proper job duties.

### Stacy Larce

966.    Larce is a Black female who was employed at Turner Industries in Lake Charles, Louisiana, as a hole-watch fire-watch in October 2009. She was laid off in March 2010.

967.    While at Turner, Larce overheard comments with racial innuendos in the lunch tent.  She also saw sexually and racially offensive graffiti in the portable bathrooms.

968.    Larce was injured on the job after being sent to work in a dark alley, where an uncovered valve system that should have had a cap knocked her unconscious and injured her eye. The safety should have been monitored by her White supervisor, Misty. Turner initially tested her for drugs and refused to let her see the company doctor. Three days later her supervisor Darren Broussard let her see the company doctor, and she was subsequently laid off. Turner will not let her see the injury report. Upon information and belief, a White employee would have been taken to the hospital immediately after such an incident.

969.    Black workers were given the more difficult and dangerous work assignments. For example, when Larce was doing hole-watch fire-watch with Dawn Trahan, a White female Turner employee, Larce's job assignment was to climb a 225 foot tower several times a shift. Dawn Trahan did not have to climb the tower at all.

970.    Larce experienced discrimination in hiring. She applied for work at Turner and was told there were no open hole-watch fire-watch positions. Immediately after this, Larce witnessed a White woman named Theresa being hired for a hole-watch fire-watch position.

170

FIRST AMENDED COMPLAINT

971.    Turner does not promote Black workers. On the job Larce was on, there were no Black female foremen and only two Black foremen out of about 20 foremen total.

972.    Larce has seen that Turner paid White workers more than the Black workers. For example, Theresa is a White woman who does hole-watch fire-watch, but she receives a higher helper's salary.

### Edward Leday

973.    Leday is a Black male who has been employed as a boilermaker for Turner Industries in Lake Charles, Louisiana in or around 2000 to the present.

974.    Leday and his similarly situated Black co-workers have been subjected to racially offensive graffiti at Turner's facilities. For example, Leday has seen graffiti in the bathrooms and in the lunch area saying, "Kill all the niggers," and a portable toilet drain labeled "Nigger drinking straw."

975.    Leday has also seen several nooses hanging at Turner's work sites. As recently as September 2010, he saw a noose hanging from an electrical panel. Employees have complained about the offensive graffiti and the nooses, but Leday has not seen Turner conduct any kind of investigation into these incidents or take any action to prevent these incidents.

976.    Leday and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory slurs and statements. For example, he has heard White workers say things like, "Why do these Black motherfuckers keep getting jobs?"

977.    Leday and his similarly situated Black co-workers have also experienced discrimination in Turner's hiring and firing policies.

FIRST AMENDED COMPLAINT

978.    For example, White workers are usually hired for higher-paying positions such as the helper position, despite being unqualified. Black workers are usually hired for laborer positions, even if they are qualified for a helper position.

979.    Leday once went to Turner offices seeking work and was told Turner was not hiring. As he was leaving, he noticed the employee orientation room was full of White applicants in lines waiting to receive information about their new jobs. On other occasions when he had been told Turner was not hiring, Leday observed White workers being hired for positions for which he is qualified.

980.    Leday and his similarly situated Black co-workers have also been subjected to a lack of opportunities for advancement at Turner. Leday asked to take the test to become a helper many times over a span of two years before he was allowed to take the test. However, during those two years, he observed White workers with no experience who were allowed to take the helper test immediately after being hired.

981.    Also, White workers are often sent to work out of state, where they receive a much higher hourly wage plus a per diem allowance. Black workers are generally not given the opportunity to work out of state.

982.    Leday has not received a periodic raise while working at Turner, but he has observed that most White workers receive periodic raises.

983.    Leday and his similarly situated Black co-workers have also experienced discrimination in Turner's disciplinary policies. For example, James Anderson, a Black worker, was fired for not tying a harness onto scaffolding properly. A White worker committed the same offense a few days later and was not fired.

FIRST AMENDED COMPLAINT

*Abraham Lewis*

984.    Lewis is a Black male who was employed as a boilermaker for Turner Industries in Lake Charles, Louisiana in or around 1988 until August 2, 2010.

985.    Lewis began to work for Turner as a laborer making $7 per hour. He took multiple tests, including a national test, to become a helper and then a boilermaker. He was employed as a boilermaker for Turner in 1996 making $23.41 per hour.

986.    Lewis and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, in the bathrooms, there were pictures of Black men getting sodomized by a White man. There were also derogatory statements such as "niggers go back to Africa," "F niggers," and when Hispanics were working at Turner "go back to Mexico" was also written in the bathrooms.

987.    Also, a safety meeting was held while Obama was running for President and the head safety employee said that everyone who was voting for Obama shouldn't vote Tuesday but should wait until Wednesday.

988.    Similarly, wage increases are given after the completion of on the job training, but this training is not given to every employee. On the job training is usually given to White employees who then make a few dollars more per hour. It is also more common for White employees to be promoted to higher paying jobs than Black employees.

989.    When Lewis asked for on the job training he was told that no one knew who he needed to talk to in order to get it.

FIRST AMENDED COMPLAINT

*Shannon Lewis*

990.     Lewis is a Black male who began working for Turner Industries in Lake Charles, Louisiana in 1998 as a helper. He worked on and off for Turner, until he was terminated on October 15, 2010.

991.     While working at Turner, Lewis was continuously verbally harassed by other employees. Kenny, a White foreman, used to address Lewis as "boy." When Lewis confronted Kenny about this, he would simply walk away.

992.     At the Conoco site, in April of 2010, one White worker refused to work with Lewis because he "does not work with niggers." The foreman moved Lewis instead of the White worker.

993.     In the restrooms at the Conoco & Phillips sites, in and around 2009, racially offensive graffiti was constantly on the walls. The graffiti consisted of comments such as, "go home niggers," "KKK," or "nigger," and there would be pictures of the confederate flag and swastikas. One stall had a Black man hung by a rope around his neck. Lewis reported it to a foreman and he said that he would get someone to clean it up. Lewis eventually stopped going into the restroom because it was never cleaned up. He also saw racial graffiti in July of 2010 at the Turner site at WR Grace, which is where he last worked before being terminated in October of 2010.

994.     In October of 2009, when Lewis finished a unit, he was transferred and then laid off along with the other Black workers that had just finished the job. He was told by Heather, the Turner time keeper, that all the Black employees were all replaced with White workers who were transferred.

FIRST AMENDED COMPLAINT

995. Lewis witnessed supervisors and foremen at Turner would tip off White employees of when drug tests were going to be held. This was to ensure that the White worker would miss work on the day of the drug test and avoid the risk of failing.

996. In August of 2008, Lewis was forced to work in the lightning and thunder even though all workers are supposed to stop work in those conditions. Lewis also had to ride back in an uncovered truck in the rain.

997. White Turner foreman Brad Morgan did not treat Black employees fairly. He would try to make every task difficult for a Black worker and put all Black workers on lower paying and lower qualified jobs than what our title called for. For example, if a Black pipefitter came on, Morgan would assign him the work of a laborer.

998. In July of 2010, a fist fight broke out among two White workers. These workers did not receive any disciplinary action and there was no investigation into this fight. However, when two Black employees get into a fight, they are both terminated, regardless of the circumstances and facts surrounding the fight.

### *Mitchell Marshall*

999. Marshall is a Black male who began his employment with Turner Industries as a pipe-fitter helper in Lake Charles, Louisiana on February 10, 1992. Marshall ended his employment with Turner on June 11, 2009, but returned on September 15, 2010 and currently holds a pipe-fitter position on the day shift.

1000. Marshall and his similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. Marshall has seen graffiti saying "Niggers go back to Africa," "KKK," and "White Power." Co-workers also wore confederate flags and swastikas on their clothing. Turner management failed to take action to either clean this

FIRST AMENDED COMPLAINT

graffiti or stop it from recurring after reports of this behavior reached Turner management officials.

1001.  Turner discriminates against Black employees by creating a disparity in pay. Marshall received a promotion to superintendent upon the removal of the site's acting superintendent at LA Pavement; however, Marshall was the only superintendent put on hourly pay, whereas all other superintendents were White and given a salary.

1002.  Turner discriminates on the basis of race in assigning jobs to workers based on crafts. On Marshall's current shift, there are 12 pipe-fitters. Marshall is the only Black pipe-fitter. Turner segregates the workforce by placing a vast majority of Black workers in helper or laborer positions, thereby holding higher paying positions (craftsmen or journeymen positions) for White workers.

1003.  Marshall and his similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner. In 2005, while Marshall was working under the supervision of Lennis Vincent, Marshall overheard Vincent call Marshall a nigger. Marshall reported this to Dane Morvaint, another supervisor, who instituted no investigation or disciplinary action against Vincent.

1004.  Turner discriminates against Black employees by disciplining them more than White employees. The level of discipline is also much higher for Black employees. White employees may receive light discipline for instances that Black employees would be terminated for. White employees also receive warnings about behavioral problems, whereas Black workers are immediately disciplined. For example, one White employee named David Daigle caused two safety stand-downs in one month and received no disciplinary actions for these incidents. Black workers would be fired on the spot for causing even one safety stand-down.

FIRST AMENDED COMPLAINT

1005.   On June 11, 2009, Dane Morvaint intentionally told Marshall the wrong time for a superintendent meeting. Marshall was immediately demoted from superintendent to craftsman without investigation. Marshall spoke to Dudley Roy, a superintendent at the site, but Roy did nothing to put Marshall back into his position. A White supervisor named Corville took Marshall's superintendent position, and Turner laid off all the Black workers who worked under Marshall's supervision and replaced them with White workers to work under Corville. Marshall immediately requested to take one week of vacation to cool off. Upon returning to work, he found that he had been terminated.

1006.   When attempting to return to work in August and September of 2010, Marshall would call Turner's Human Resources department and ask if any positions were available. On repeated occasions, Turner Human Resources employees informed Marshall there was no work for him, yet continued to hire White employees with three or fewer years of experience. Marshall had 18 years of experience on the job.

### Debra McZeal

1007.   McZeal is a Black female who began working at Turner Industries in Lake Charles, Louisiana, in or around 2008 as a laborer. When she first began working for Turner Industries, she was paid approximately $12.50-$14.85 per hour. McZeal currently works at Turner.

1008.   McZeal has been subjected to discrimination by Turner's hiring policies. McZeal went to Turner's office and was told they were not hiring. Later, she found out her White friend was hired that same day, for a position for which McZeal was qualified.

1009.   McZeal and her similarly situated Black co-workers are subjected to discrimination by Turner's firing policies. For example, McZeal has been laid off approximately

FIRST AMENDED COMPLAINT

six times since she began working for Turner. She often sees Black workers laid off before White workers, regardless of skill and experience. McZeal has also seen White workers transferred to a different job within Turner, instead of being laid off.

1010.  McZeal believes Turner gives Black workers more difficult work assignments than White workers. For example, she was assigned to work at the Conoco site with one other Black woman and four White women. The other Black woman and McZeal were assigned to sweep all day, while the White women were assigned to sit and watch for fires. She complained to the foreman, and he said he would look into it, but nothing was done.

### Craig Minor

1011.  Minor is a Black male who was employed at Turner Industries in Lake Charles, Louisiana, first in 1995 for about one month and then again in January of 2010. When he applied in 2010, he was told that he would work for two months on a turnaround. He only worked for two nights and was then laid off.

1012.  Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Minor and other similarly situated Black employees. When Minor was hired in 1995, he worked as a helper making $13 per hour. White helpers were making $18 to $19 per hour. Then, in 2010 Minor was hired as a helper on a scaffold crew, working with approximately twenty White employees. Three of them were helpers, and the rest were scaffold builders. Minor was paid $15 per hour. Upon information and belief, similarly situated White helpers were making a few dollars more than Minor and his similarly situated Black co-workers.

FIRST AMENDED COMPLAINT

1013.   In January of 2010, Minor worked the night shift, along with approximately 500 other employees. All the Black workers on the night shift were laid off, and all the White workers were kept.

1014.   In the two nights that Minor worked for Turner he was subjected to racial graffiti and depictions in the portable bathrooms at the turnaround facility he was assigned to which was located in Texas. The bathrooms were covered in racially offensive slurs and comments such as: "All these niggers need to pack their bags and go back to Louisiana." There was also a derogatory picture of a Black man with a penis in his mouth.

1015.   Minor and his similarly situated Black employees were also subjected to harassment and a racially hostile atmosphere while working at Turner. On Minor's first day working, Roy Wiltz, a Black boilermaker heard a White boilermaker say, "Damn niggers are trying to take all the damn jobs."

1016.   Minor and his similarly situated Black employees were subjected to further discrimination through Turner's hiring, firing, and work assignment policies.

1017.   The day after Minor was laid off, he heard that there was going to be another turnaround. Only White applicants were being hired for this turnaround. Minor arrived at the hiring office at 6:45 a.m. and did not leave until 9:35 a.m. While he was waiting, he saw twenty White employees sent out to work with hardhats. Minor and other similarly situated Black applicants were told there was no work and that they should leave.

### Kenneth Mitchell

1018.   Mitchell is a Black male who began his employment as a helper in 1987 at Turner Industries in Lake Charles, Louisiana. His initial rate of pay for this position was $9 per hour. He was laid off on August 14, 2010.

FIRST AMENDED COMPLAINT

1019.   Turner discriminates against Black employees by promoting inexperienced White workers over more qualified Black employees, and denying Black workers the opportunity for promotion or advancement. White workers would be put through training and were making top pay as a boilermaker within about six months of being hired. Despite requesting additional training and promotions throughout his employment, it took Mitchell eleven years to be promoted to boilermaker.

1020.   Turner also discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Mitchell and other similarly situated Black employees.

1021.   Mitchell became a boilermaker in 2000, and was paid $15 per hour in this position. White boilermakers were paid $18 to $20 per hour.

1022.   Throughout his employment at Turner, Mitchell and his similarly situated Black co-workers were subjected to harassment and a racially hostile atmosphere while working at Turner. Mitchell routinely heard White employees saying, "Niggers shouldn't be here," "Mexicans shouldn't be here," and regularly using the term "nigger" to refer to Black employees.

1023.   Mitchell and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and comments such as: "niggers are monkeys." Mitchell also saw nooses hung inside the maintenance shop about four times a year.

1024.   Mitchell and his similarly situated Black co-workers are subjected to further discrimination by Turner's hiring, firing, and work assignment policies. When Black employees are laid off, if they are rehired they typically are rehired at lower paying positions than their previous job.

FIRST AMENDED COMPLAINT

1025.   Mitchell was laid off on August 14, 2010. He has tried reapplying for work with Turner since then, but has repeatedly been told that there is no work. New White employees continue to be hired by Turner.

### *Dorris Nwosu*

1026.   Nwosu is a Black female who was employed at Turner Industries in Lake Charles, Louisiana, as a helper from May 1997 to May 2010.

1027.   Nwosu and her similarly situated Black co-workers have been and continue to be subjected to racial statements and slurs. Nwosu has overheard "nigger" being said at Turner. When President Obama took office in 2009, she heard statements like "they feel they can do anything now." It was understood by Nwosu that "they" referred to Black people.

1028.   Nwosu and her similarly situated Black co-workers have been and continue to be subjected to racial graffiti and depictions throughout Turner facilities and job sites. Nwosu saw a drawing of a Black women bending over with a statement "that's all you are good for." She has seen "nigger" written in the restrooms.

1029.   Nwosu and her similarly situated Black co-workers have been and continue to be subjected to racial discrimination on a daily basis. There are restrooms in the control office at Turner's W.R. Grace site. Turner lets the White women use the restrooms, but not the Black women. Once Nwosu tried to use those restrooms, but was told they were off limits. The White women still go in there.

1030.   Nwosu and her similarly situated Black co-workers have been and continue to be subjected to the dirty work. Turner makes Black certified craft workers pick up trash and water down the site. Nwosu has been asked to hole watch-fire watch, for which she was over qualified,

FIRST AMENDED COMPLAINT

even when there were people there to do it. Almost every job they want Nwosu to hole watch-fire watch and pick up trash, rather than work as a boilermaker.

1031.   Nwosu started from the bottom and had to work her way up. She began as a helper, but could not get a lot of work. So she took the boilermaker test. Once she took the boilermaker test, Turner told her she needed a national certification. She still had a hard time finding work. Certification is not required of the White workers; only about 30-40% of Turner boilermakers are certified. Nwosu is at the top of her field, but she got the worst work and is frequently laid off. Other White workers are not as frequently laid off.

1032.   On Feb. 16, 2009, Nwosu traveled over 200 miles to Baton Rouge for a boilermaker job, where she and the other workers were then taken by bus to the jobsite. After they got off the bus, Forman Willie Hunt separated out the White workers and had them stand to the side. Then he told the group of Black workers (5 or 6 women and 2 men), "I don't need any of you. Get back on the bus." Hunt then told the driver to take them to the gates, meaning they were being sent home. Hunt did not know the Black workers, their skills or qualifications; they were singled out based solely upon race. The Black workers were very upset and refused to get back on the bus. Nwosu and the others went to the office and complained to Thomas. Nwosu was given a job in the warehouse as a laborer, a position far below her skill level. She worked that job from February- July 2009. Ethel Jones called Turner's main office and complained. They said they would investigate, but nothing ever happened. After the bus incident, while Nwosu was working in the warehouse as a laborer, Turner continued to hire boilermakers at that job site where she was sent away from.

1033.   On August 2, 2010, Nwosu went to Turner at 6:30 am, far before the office was open. She had been told they would be hiring 40 workers. Mike Ashford then said it was reduced

FIRST AMENDED COMPLAINT

to fifteen, but Nwosu saw twenty or more White people being hired and the only people waiting outside for work were Black.

1034.   Nwosu has worked under White foreman Jason Bartle, who is younger and less experienced than her. She was the only Black woman on the crew. Bartle would only give her helper work, such as sending her to get permits and tools.

### Christopher Papillion

1035.   Papillion is a Black male who began working for Turner Industries in Lake Charles, Louisiana in and around 1999 as a helper. In 2001, he became lead carpenter and then a lead carpenter foreman from 2002 until 2005. Papillion was rehired in April of 2009 as a lead carpenter and worked until February 12, 2010 when he took job with a different employer.

1036.   Turner discriminates by paying Black employees less than White employees in the same positions. As an A-craft carpenter, his pay increased to approximately $18 per hour, but as a lead carpenter foreman, Papillion should have earned $23 per hour. Turner paid Papillion only $20 per hour.

1037.   Papillion and his similarly situated Black co-workers have endured harassment and a racially hostile atmosphere throughout their entire employment with Turner Industries. In and around 2002, Papillion worked a job in Arizona under Denis Malone, the Construction Manager. While on this job, Malone called an employee a "nigger" in Papillion's presence. No disciplinary actions were taken in response to this incident.

1038.   Papillion and his similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and comments such as: "niggers ain't shit," "get the niggers off the job," and "Hispanics run the job." Papillion also saw depictions of Black

FIRST AMENDED COMPLAINT

co-workers hanging from nooses. These depictions were reported to Turner management and the Safety Department would spray paint over it; however, the graffiti and depictions always returned a few days later.

1039.   Turner discriminates against Black workers in their hiring practices. During June 2009, Papillion worked a job where, out of fifty employees, only seven were Black. Papillion and his similarly situated Black co-workers were put into positions helping White employees rather than performing their duties.

### *Norman Pattum*

1040.   Pattum began working for Turner Industries in Lake Charles, Louisiana as a helper in 1992.  He was laid off in March of 2009, his ending salary at this point was $24.50 an hour as a helper and a rigger.  Pattum returned to Turner as a welder in September of 2010.

1041.   While working for Turner, he heard multiple racial slurs. He heard "Nigger" used in passing while in the break areas and has seen fights break out over the usage in the lunch area. Pattum has been called "hand," "boy," and "bubba."

1042.   In the last few years working at Turner, Pattum saw depictions of lynchings drawn on several chalk boards. In the restrooms, he saw racially offensive graffiti including comments about "Niggers" written on the walls.

1043.   Many White employees wear bandannas with Confederate flags and hard hats with Confederate flag stickers.

1044.   Turner discriminates against Black workers when giving out work assignments.

1045.   In the 1990's when Pattum was working as a helper, he was doing the work of a journeyman, but was only getting helper pay.  He asked to be promoted or given a raise but was

FIRST AMENDED COMPLAINT

denied. He had to go over his boss's head to get permission to take the welding test, which was necessary to advance.

1046.   When Pattum got injured on the job, he saw the company medic who told him that his injury was "not that serious."   Then Pattum went to his own doctor who gave him an MRI and saw that he had 5 slipped disks in his back. Pattum brought the results to the office but was told that he could not leave work despite the injury.

1047.   The level of discipline is also much higher for Black employees.   White employees may receive light discipline for instances that Black employees could be terminated for.   Steve Labron, a White supervisor, was particularly harsh on Norman. Eventually the superintendent noticed and told Mr. Labron to leave Norman alone.

1048.   In March of 2009, Pattum was working in the western division as a rigger. He was removed from his position and told to do welding in the coker. The coker was very dirty and the White welders refused to work in there. Once Pattum had removed the dirty pipes and was ready to finish the welding, he was told to stop so that the White welders could finish and take the credit for doing the work. Pattum was so upset by the racial favoritism that he asked to be moved to the western division.

1049.   While working in the western division, Pattum became seriously ill and asked to be moved back to the eastern division to be closer to family. Once he returned to the eastern division, he failed a drug test due to his medication. It took multiple doctor's notes and expensive extra tests to clear up the situation, which should have been easily resolved.

1050.   Pattum was laid off in March of 2009, but returned to work at Turner in September of 2010 as a welder at WR Grace.   On Tuesday November 17, 2010, Pattum was working on a tank.   One employee noticed a leak and informed the supervisor in Safety.   Pattum

FIRST AMENDED COMPLAINT

slipped and fell on his back as a result of the leak.  He was not allowed to go to the hospital, but he was taken to the Turner Safety trailer to be tested for drugs and alcohol.  Everyone in the work area had to fill out an incident report, including Pattum.  Pattum was told to go home, shower, and come back to work.  The following morning, he woke up and his back was in a lot of pain.  When he returned to work he informed his supervisor that his back was hurting.  He was then taken to a physician and the physician found that Pattum had a lot of tension in his back and could not climb or pick up anything, or be in the hole.  Pattum was placed on fire watch and hole watch, but this was also painful for him.  On Thursday, Pattum tried to complete his work on the tank that he originally was working on, but his back was still very tight.  The following day, he was in so much pain that he could not go to work.  When he went to work on Monday, November 22, he saw that his name was not on the sign in sheet.  He received a pink slip, which indicated that he was being laid off due to a reduction-in-force.

1051.  Pattum was the only worker laid off on November 22.  A week before Pattum was injured, about six to seven workers had been hired for a two day project and laid off after their two days.  They were then all rehired on Monday November 17, the day before Pattum was injured.  All of these workers were White.

1052.  Pattum also worked with a female White welder, named Emma.  Emma was known to not do very much work, and she often spent her days taking long breaks.  Emma is still employed at Turner.

1053.  Pattum also experienced a racially hostile atmosphere while at WR Grace.  Black employees would all take their breaks in one trailer and they were completed segregated from White workers.  White workers had their own trailers to take their breaks in.  There were also

FIRST AMENDED COMPLAINT

many more White workers than Black workers on his shift.  Pattum was one of about fifteen Black workers and thirty White workers.

### Danny Peck

1054.  Peck is a Black male who was employed at Turner Industries in Lake Charles, Louisiana, as a helper in March 1996. Peck is currently employed by Turner.

1055.  Peck and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory statements. Some of the derogatory names Black workers are called are "monkey," "boy," and "Black shit." The slurs get worse when employees are at Turner's CITGO site, because there are more employees. The superiors know about the slurs, and most of them join in. When confronted, they ask "can't you take a joke?" and try to laugh it off.

1056.  Peck and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the restrooms at Turner. Although the graffiti is at the Conoco site, it is especially bad at the CITGO site, which is much larger. In the CITGO restrooms, every stall has a swastika or the word "nigger." The graffiti in the restrooms had pictures of swastikas, nooses, and the word "nigger." The graffiti seemed to get worse after President Obama was elected. An example of something written in a stall is "The country is going to shit because of the shit President." Supervisors would tolerate the graffiti and did not act until someone complained about it. Even then, the graffiti was back up the next day.

1057.  At CITGO, there was a Black female employee who wore a White suit to work every day. One day when she came into work in 2005, there was a noose hanging from the scaffolding attached to a White suite and her nickname "Pepper" written on the side of it.

FIRST AMENDED COMPLAINT

1058.  Peck and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

1059.  Turner is segregated when it comes to the race of helpers on the job. The vast majority of the time there are all Black helpers and no White helpers.

1060.  It is very common for Turner to hire White employees while there is a "reduction in force" and Black employees are being laid off. It is common to see them layoff a Black worker and hire a White employee.

1061.  Turner discriminates when it comes to the pay rate of its employees. An inexperienced White employee was hired as a helper and made $20 an hour. His father is supervisor Woody Doyle. Peck found out how much the White helper made because he thought he was a craftsman and asked how much Peck made.

### John Pitre, Jr.

1062.  Pitre Jr. is a Black male who began working for Turner Industries in Lake Charles, Louisiana in and around 1996 as laborer. He worked on and off and was sent to different locations through the Sulphur, Louisiana office including; Robinson, Illinois in and around 1997 or 1998, New York and New Jersey in and around 1999 or 2000, and Lake Charles until he quit in and around May of 2008. He was rehired on February 9, 2011 at the Citgo refinery and currently works at Turner Industries.

1063.  Pitre Jr. began working for Turner as a laborer, and remained in this position for about three or four years. He was initially paid $8 per hour, and by 1997 or 1998, his pay went up to $9 or $10 per hour. He then worked as a helper level one, earning $21 per hour after taking the helper test in 2000.

FIRST AMENDED COMPLAINT

1064.   On February 9, 2011, Pitre Jr. was rehired by Turner as a helper level 2, earning $18.50 an hour. However, he is qualified to work as helper level 1, and previously worked as a helper level 1 for Turner, earning $21 an hour. When he was offered the position as helper level 2, he pointed out his qualifications for a level 1 helper.  He was told Turner does not hire workers directly into helper level 1 positions.  However, at the same time he was rehired, Turner hired a white woman.  Pitre Jr. saw her work slip that said she was hired as a helper level 1.

1065.   White employees were given more opportunities than Black employees to get additional schooling or take tests to advance in the company. The helper test was always given to White workers. Pitre Jr. asked his supervisor, Chuck Bennet, if he could take the test. He was told they were not testing at the time. So, Pitre Jr. went and took the test on his own. His pay increased to $18 or $19 per hour. His ending salary in 2008 was $21 per hour.

1066.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks were paid more money than Pitre Jr. and his similarly situated Black co-workers. White helpers were making $25 or $26 per hour, while Pitre Jr. made $8-$21 per hour.

1067.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. A lot of White employees were hired as boilermakers, but they had no experience or knowledge of how to do their jobs. Pitre Jr. had to show many of those White workers how to do their jobs.

1068.   Newly hired White employees were sometimes promoted to higher paying positions than Pitre Jr. within only one week. In and around 2004 or 2005, Pitre Jr. was working with a White helper who was hired after him. When Pitre Jr. returned from a job at another work site, the newly hired White helper had been promoted to foreman.

FIRST AMENDED COMPLAINT

1069. Throughout his employment with Turner, Pitre Jr. was subjected to harassment and a racially hostile atmosphere. White employees tried to provoke Black workers with racist jokes and comments. He was asked things such as, "John, how can you afford to drive this kind of vehicle," and "Do you sell dope on the side?" Many White workers also referred to Black workers as "boy." If Black workers spoke to a supervisor about it, the supervisor would brush it off or ignore it all together.

1070. In and around 1997 or 1998, when Pitre Jr. was working out of Robinson, Illinois there were not many Black workers. He asked some of the White workers where all the Black people were and a White worker responded, "Last time we saw a nigger, he was hanging from a tree," pointing out to the trees.

1071. In and around 2001 or 2002, Pitre Jr. was working at Conoco. Ricky Chandler, who he believes was a KKK member and a scaffold builder at Turner, showed up to work wearing his KKK cap and rebel flags. No one on the crew wanted to work with him, but Pitre Jr. was sent to work with him that day. Pitre Jr. asked him about his participation in the KKK, and Chandler told him, "Blacks should stay with Blacks, and Whites should stay with Whites." Chandler said he would work with a Black man, but he felt that "they should go back to Africa; they don't do anything but hang out on street comers and rob people."

1072. In or around 2001 or 2002, Pitre Jr. asked Richard McVay, a White supervisor, why there were no Black foremen. McVay said, "A Black man can't do that job, he's not qualified."

1073. On February 13, 2011, while Pitre Jr. was climbing up scaffolding, a White female co-worker yelled out, "look at that monkey climb!"

FIRST AMENDED COMPLAINT

1074.   Throughout Pitre Jr.'s employment with Turner Industries, it was common to see nooses put up by White workers. They stood around in a circle, making nooses right in front of Black workers, and laughed about it. Pitre Jr. worked with scaffold builders, so there was a lot of rope around. As a result, the White scaffold builders sometimes made nooses while on the scaffold and sent them over to Pitre Jr. and his similarly situated Black co-workers. The last time Pitre Jr. saw a noose at Turner was in or around February of 2007.

1075.   Throughout Pitre Jr.'s employment with Turner Industries, he was also subjected to racial graffiti and depictions throughout Turner facilities and job sites. In or around 2001 or 2002, Pitre Jr. complained to his supervisor, Randy, about the portable bathroom that he used, which were covered in racial slurs. He told Pitre Jr. to go to another one. Pitre Jr. then explained that they were all covered in offensive slurs. Randy then told him not to use any.

1076.   In or around February of 2007, the bathrooms were constantly covered in racially offensive slurs and comments such as, "niggers go back to Africa"

1077.   During the week of February 9, 2011, Pitre Jr. saw offensive graffiti including, "fuck niggers," and "I hate niggers." Pictures of this graffiti were taken on February 9, 2011 and February 10, 2011.

1078.   The level of discipline is much higher for Black employees, than White employees. White employees may receive light discipline for instances that Black employees could be terminated for. White workers were allowed to leave early if they were getting additional schooling. Whenever Pitre Jr. asked to leave early to go to school, his requests were denied. White workers were also allowed to come in late without consequences, but Black workers were threatened with suspension or termination for the same conduct.

FIRST AMENDED COMPLAINT

1079.   In late Fall, White employees were excused from work for a few days to go duck hunting or deer hunting. When Pitre Jr. brought in a doctor's note and asked for a day off to go to a doctor's appointment, Turner told him he would be put on the list for the next layoff.

1080.   Pitre Jr. was subjected to further discrimination by Turner's hiring, firing, and work assignment policies. Black workers were generally given the less desirable, dirtier jobs while White workers were given the more desirable, higher paying positions.

1081.   Black workers were frequently laid off before White workers. However, when White workers requested a lay off in order to accept a better paying job, their requests were generally granted. Pitre Jr. asked Dudley Roy, the superintendent, for a layoff in May of 2008 because he had received a better job offer. Roy refused to lay off Mr. Pitre Jr. and told him he had to quit.

1082.   Since Pitre Jr. was rehired in February 2011, he has observed he is the only Black worker on his crew and feels he is treated differently than the White helpers. The White workers tend to communicate with him less and he is not given instructions or directions about the day's tasks. White helpers are generally given instructions, so they understand what the assignments are, and this makes their jobs easier.

### *Crystal Ray*

1083.   Ray is a Black female who was employed at Turner Industries in Lake Charles, Louisiana, as a hole watch-fire watch from August 2006 to March 20, 2010.

1084.   Ray and her similarly situated Black co-workers have been and continue to be subjected to racial statements and slurs. Both male and female Black employees were called "boy."

FIRST AMENDED COMPLAINT

1085.   Ray was the target of a racially offensive joke in May or June of 2007. She was on break sitting down looking at a magazine when craftsman Denzell Clark said "what do you get when you cross a nigger with an octopus?" Baron Guidry, another White craftsmen, replied "no, what?" and at that moment Jody Seale, a supervisor, got up and left the room. I told my superintendent Kenny Guidry what happened and he said "there is not any sense in that" and called Clark into his office. Both Clark and his wife Sandra later apologized to Ray, but he was not disciplined.

1086.   Ray and her similarly situated Black co-workers have been and continue to be subjected to racial graffiti and depictions throughout Turner facilities and job sites. There was often the word "nigger" written inside the stalls of the restroom, confederate flags, swastikas, and there was even a drawing of a noose and a stick person with curly hair or braids hanging from it. On the lunch tables, there were confederate flags and swastikas carved into the wooden benches. They drawings were never cleaned up.

1087.   On the CITGO site in November 2007 there was a noose hung in the trailer where gas was stored. Two Black employees reported it and were both given two days off. When they returned they were laid off.

1088.   Ray has applied for work at Turner Industries as recently as July 30, 2010. Despite these efforts, her experience, and other qualifications, she has not been re-hired.

### *Eddiemae Reado*

1089.   Reado is a Black female who has been employed as a hole watch-fire watch for Turner Industries in Lake Charles, Louisiana from 1996 until the present.

1090.   Reado and her similarly situated Black co-workers have been subjected to discrimination in opportunities for advancement. Black employees who ask to take the test to

FIRST AMENDED COMPLAINT

become a helper, which is a higher paid position, are not given the opportunity to take the test by White supervisors.

1091.   Reado has observed that White workers are usually paid more than Black workers. New White workers who had never worked in a plant before would be offered higher paying jobs making $17 or $18 an hour, while Black workers were never offered these positions.

1092.   Reado worked as a runner, which has a higher salary than hole watch-fire watch, for a short period of time, but she was denied a higher salary.

Reado has been subjected to harassment and a racially hostile atmosphere while working for Turner. White workers frequently use the word "Nigger" when referring to Black men and women.

### *Joseph Redmon*

1093.   Redmon is a Black male who was employed as a forklift operator for Turner Industries in Lake Charles, Louisiana in or around 1978 and again on December 24, 2009 until he was laid off in July of 2010.

1094.   His supervisor, Steve Monk (White) was prejudiced against Redmon and his nephew Donald. Redmon and his nephew were the only two Black employees in his department. They were required to load and unload the forklift, move materials around and bundle them up. However, Monk did not allow them to put the bundles in stock; only White employees placed bundles in stock while the Black employees were required to do the harder tasks of cutting and bundling materials.

1095.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift, performing the same tasks, are paid more money than Redmon and other similarly situated Black employees. For example, Redmon was paid $9.50 an hour plus

FIRST AMENDED COMPLAINT

a $1 incentive. In December of 2009, he was given a fifty cent raise. However, White employees who were "leading" the crew were paid approximately $13 an hour.

1096.   Redmon was laid off in July of 2010 and three White employees were hired in his place. This was part of Turner's discriminatory pattern and practicing of hiring White employees and terminating more qualified and experience Black employees.

1097.  If there are White employees who have been terminated, have left for better paying jobs, or otherwise discontinued their employment with Turner, they are customarily rehired before or instead of any Black employees.

1098.   Redmon has consistently tried to reapply to Turner but was told that business was slow and there were no openings. However, White employees are hired and are awarded these open positions.

### *Veronica Reed*

1099.   Reed is a Black female who began working at Turner Industries in Lake Charles, Louisiana, in or around May 2009. She worked as a fire watch/hole watch making approximately $10 to $13 per hour and was laid off in or around March 2010.

1100.   Reed and her similarly situated Black co-workers have been and continue to be subjected to a racially hostile work environment at Turner Industries.

1101.   On one occasion, Reed worked with a Black woman who was injured on the job. The woman was knocked unconscious and suffered a severe eye injury, but she was not taken to the hospital. Instead, she was drug tested and immediately laid off. Reed believes that a White worker would not have been treated this way and that her Black co-worker was treated in this manner because of her race.

FIRST AMENDED COMPLAINT

1102.   Black workers at Turner are frequently subjected to using segregated restrooms. Only White workers were allowed to use the restrooms in the offices, while Black workers would have to go to a gas station to use the restroom.

1103.   Reed and her similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti and depictions throughout Turner facilities and job sites. For example, in the restrooms Reed often saw "nigger" and other racial slurs in the restroom.

1104.   Reed and other similarly situated Black co-workers have been and continue to be subjected to un-fair compensation based on discrimination. Reed is aware of at least one White worker in her same position that was paid $2 per hour more than she was.

1105.   Black workers often received worse work assignments than White workers. White workers are typically assigned to work in warmer areas, while Reed, on one occasion, was forced to work in an area so cold, with no protection that she had to use discarded plastic wrap to keep warm.

1106.   Reed was one of the first to be laid off at her job site ahead of White workers who had missed work days or slept on the job. Although she was laid off the same day as another White worker, that worker was rehired by Turner the next day and Reed was not. It was commonplace for Black workers to get laid off at Turner while White workers were either rehired or transferred to other job sites.

1107.   Since being laid off, Reed has returned to Turner to apply for work and has been told they aren't hiring currently, but to sign the "out-of-work" list and leave. However, she has seen White workers being hired and taken into the back to fill out paperwork. On one occasion, a White man walked out of the office and said to a group of Black, prospective employees, "Why are they telling you all they have no work, when they have jobs for Whites?"

FIRST AMENDED COMPLAINT

### *Brenda Richard*

1108.   Richard is a Black female who began her employment with Turner Industries in Lake Charles, Louisiana in 1996. She was laid off on October 7, 2010.

1109.   Richard is a nationally certified welder and has been listed in Turner's employee database as a welder since 1996; however, she started off as a helper making $15 an hour for approximately one year before becoming a pipefitter. Turner has never hired her as a welder.

1110.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Richard and her similarly situated Black co-workers. As a pipefitter, Richard's pay changed with whatever plant she worked at. White pipefitters were always paid a couple dollars more than Black pipefitters.

1111.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. White employees were also given more opportunities than Black employees to get additional schooling or take tests to advance in the company. Some White workers would come to work for Turner straight out of high school, with no prior plant experience, and they would be promoted to foreman or supervisor within one year.

1112.   Throughout her employment at Turner Industries, Richard and her similarly situated Black co-workers were subjected to harassment and a racially hostile atmosphere. One example of the discrimination faced by Black employees faced occurred in 2009. Richard and a bus full of workers traveled over 200 miles to a worksite known as the Marathon Plant. When they arrived, a supervisor at the plant, Willie Hunt, separated the workers by race. He proceeded to give the White workers assignments. He then ordered the Black workers to go back on the bus and to leave the plant. Richard's status as a certified welder and many years of experience were

FIRST AMENDED COMPLAINT

ignored because she was Black. No factor other than race mattered. The Black workers were replaced with White workers who were brought in for the job. This was a devastating, shocking, and humiliating experience for Jones and those similarly situated Black employees who were subjected to this situation.

1113.    Richard worked on several turnarounds and at different plants located in Louisiana and Texas throughout her employment with Turner. She was hired as a pipefitter for a turnaround at Sasol in Westlake, Louisiana on September 31, 2010. When she arrived on the job she was the only Black female worker—all other workers were White. When her supervisor, Rodney Chandler saw Richard, he said, "I don't want no laborers." Richard responded, "I'm not a laborer, I'm a fitter."

1114.    Richard also overheard Chandler and her foreman, Derrick Sonnier, tell Richard's helper to not help her. A White co-worker told Richard, "I ain't never work with no women." He also told her, "I ain't seen no Black pipefitters."

1115.    While working on this turnaround, Richard would request help from different helpers and no one wanted to work with her.

1116.    On October 7, 2010, Richard approached Chandler and requested a transfer. He would not transfer her. Instead, Chandler laid Richard off.

1117.    After Richard was laid off she spoke with Ben Bourgeois, in Human Resources in Lake Charles, Mike Ashford, and another White female employee. Richard was told that she had to stay out of work for thirty days before she could be rehired. Richard explained what happened on her last turnaround at Sasol, and despite this she continues to be mistreated because she is Black.

FIRST AMENDED COMPLAINT

1118.   Richard has also been subjected to racial graffiti throughout Turner facilities and job sites. When Richard was working in Gonzales, Texas in and around 2009, she would see racially offensive graffiti on the work tables that depicted Black women in degrading ways. She would see comments such as, "All Black women are only good for is laying on their backs, or on their knees," and there would be drawings of Black women laying on their backs with a White man on top of her or a drawing of a Black woman on her knees with a White man standing in front of her. Richard also saw "nigger," and "y'all need to go back to Africa," written on the work tables and in the portable bathrooms.

### Tony Richard

1119.   Richard is a Black male who began his employment with Turner Industries in Lake Charles, Louisiana on February 26, 2008. He was laid off on May 15, 2010.

1120.   Richard and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries.

1121.   Richard and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, drawings of monkeys next to the word "Nigger," hate speech about President Obama such as "we are going to kill you Nigger" and "this Nigger is not my president," drawings of Blacks being hung from a noose and "I hate Niggers, go back to where you came from" were among the depictions and racial slurs written and/or drawn on the bathroom walls. There were also sexual depictions of Black females getting semen sprayed on them and/or being urinated on.

1122.   Among depictions of the Aryan race, White power symbols and nooses, also written on the walls was "311." "311" symbolizes KKK (the eleventh letter of the alphabet, written three times).

FIRST AMENDED COMPLAINT

1123.   When Richard and other Black employees reported the racial depictions, they were told to ignore it. While Turner would sometimes spray paint over the graffiti, the graffiti would return in less than one week.

1124.   Richard and similarly situated Black co-workers were subjected to harassment and discrimination by White co-workers. Supervisors and foremen would call Black employees names like "Bubba," "Bub," and "boy."

1125.   While Black employees were leading prayers, White workers, such as Supervisor Duberry and one of Duberry's foremen, Mark, would say "fuck these Niggers." When we would pray for safety and for the safety of our country and President, they would curse President Obama, stating "fuck that Nigger, he is not my President."

1126.   If a White worker left employment at Turner for any reason, including finding other work or doing "turn-around" work at different plants, White employees would immediately receive top pay upon their return to Turner. Black employees who had left and returned for the same reasons would either be offered reduced pay with incremental increases to get back to the rate they previously earned, or would be offered lower positions with lower pay altogether. Black employees were told that they would have to wait 30 days before applying to be re-hired.

1127.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift, performing the same tasks, are paid more money than Richard and other similarly situated Black employees. For example, a Black laborer would perform helper work but was compensated at $13 an hour as a laborer. However, a White worker would perform the same task and be paid $18-$19 an hour. Black employees are not fully compensated for the work they do.

FIRST AMENDED COMPLAINT

1128.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. For example, Richard was not allowed to take the helper test. He was told he needed a supervisor to refer him to take that test; no White supervisor would refer him. However, White employees were allowed to take the test without a supervisor's permission.

1129.   Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees. Qualified Black employees have been skipped in favor of promoting White employees even when Black employees have passed qualifying procedures necessary for the promotion. It took Richard six months to move up from laborer to helper but White laborers with less qualification and experience were immediately promoted to helper.

1130.   Openings for new supervisory or foreman positions are often not posted. Instead these positions are automatically awarded to White employees without even notifying Black workers that these positions were open. Additionally, White employees would skip over positions and be promoted from helper straight up to boilermaker, pipefitter, or even foreman.

1131.   Turner often paid for White employees to go to school while they worked for Turner, but Black employees were not afforded the same opportunities. If Black employees wanted to go to school, they would have to pay for it themselves. Furthermore, White employees were admitted into ABC schools while Black employees were denied admission.

1132.   Turner segregated Black employees and White employees. Often times, White employees would be in one crew and would be given easier tasks. Black employees would be in another crew, and would be required to perform the more difficult jobs. This segregation often occurred because White employees refused to work with Black employees.

FIRST AMENDED COMPLAINT

1133.  In or around October of 2009, Turner would group employees to work on particular projects, Black employees and White employees were often grouped with their own race. If there were mixed crews, there would be about ten White employees to every one Black employee.

1134.  Enrico Williams, the only Black supervisor at Turner, was fired for allegedly throwing his lock box. However, Williams was not the type of person to do something like that; it is clear to Richard that Williams was set up. Once Williams was fired, a White employee was hired to replace him.

1135.  Turner discriminated against Richard and other similarly situated Black employees by assigning Black employees undesirable jobs that White employees did not want to do. Black employees were assigned jobs that White employees "should not have to do." Black employees were consistently assigned dirty work (work that would literally make a worker dirty) outside of their craft specialties while White employees were assigned easier and cleaner higher paying jobs.

1136.  In or around November of 2009, there was a live gas pipe that had not been shut off. White employees were not required to work in that unsafe area so Black employees were performed the work in the unsafe area.

1137.   Black employees were forced to work night shifts while day shifts were awarded to White employees. Richard was hired to work day shifts but was transferred to the night shift to accommodate White employees.

### Timothy Rigmaiden

1138.  Rigmaiden is a Black male who began his employment with Turner Industries in Lake Charles, Louisiana in or around 2005. He is currently still employed by Turner.

FIRST AMENDED COMPLAINT

1139.   Rigmaiden and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries. For example, he frequently heard racially offensive jokes. These offensive jokes were often told by Mat Cart and Nick LaComb. Rigmaiden would hear jokes during work, at lunch and at the gate. He complained about the jokes to John Reed and Van Winkle. They both said they would do something about it but no disciplinary actions were taken. Rigmaiden has also been called a "nigger" by Mat Cart, Nick LaComb, and Clint Lebleau.

1140.   Rigmaiden and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, in the restrooms, he has seen swastikas, "White is right," drawings of nooses around Black people's necks, and "nigger" written on the walls. The graffiti was allowed to remain up for long periods of time.

1141.   Rigmaiden has seen several nooses at Turner. He has seen them hanging in the acid plant and at SRU number 10. Upon information and belief, the nooses were not investigated or that anyone was disciplined for putting these nooses out. Rigmaiden last saw a noose in and around November of 2010. He has also seen swastikas in the restrooms and other offensive depictions. Black workers have complained but nothing has been done to reprimand those who are responsible for continuing to display racially harassing symbols.

1142.   Rigmaiden was paid less than the White boilermakers. The White boilermakers earned approximately $24 an hour, while Rigmaiden was only making $20 an hour.

1143.   In or around 2007, a White foreman was telling a racist joke and then pulled a knife on Rigmaiden. He and the White foreman were sent to a White safety officer. The White officer threatened Rigmaiden by telling him he would lose his job if he formally complained

FIRST AMENDED COMPLAINT

about the incident or looked for a lawyer. The White foreman who pulled the knife was not disciplined; he was instead transferred to a different crew.

### Wilda Robinson

1144.   Robinson is a Black female who began working at Turner Industries in Lake Charles, Louisiana in 2002 as a hole and fire watcher. She worked on and off for Turner up until April of 2010.

1145.   Robinson and her similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries.

1146.   Robinson and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, racial slurs like "Blacks are pigs," "Blacks stink," and cursing specific Black employees were written all over the bathroom walls.

1147.   In or around the end of 2007, Robinson took the helper's test and passed. She was promoted to foreman in or around 2009. Robinson was paid $15.60 an hour. Although she received a raise and was eventually making $22 an hour as a foreman, other White foremen were paid $26 an hour.

1148.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift, performing the same tasks, are paid more money than Robinson and other similarly situated Black employees.

1149.   When Robinson was working for Turner at the CITGO plant, she had enough experience and qualifications to become a foreman but was not given the position.

1150.   In and around 2007, a foreman position was available at Turner, and Robinson and Joselyn Duhon (Black) were both experienced enough and qualified for the position.

FIRST AMENDED COMPLAINT

However, Amy Jennings (White), who had just been hired and had no prior experience, was given the foreman position.

1151.   In or around August of 2009, Robinson became ill and could not work. When the doctor released Robinson and allowed her to go back to work, she worked for two weeks and then was laid off.

### Felicia Rougeau

1152.   Rougeau is a Black female who was employed at Turner Industries in Lake Charles, Louisiana in August of 1999, initially as a laborer. Rougeau also worked as a fire watch-hole watch worker in 2005 and in a maintenance position in 2008. She was laid off in 2008, but last applied for work with Turner on July 1, 2010.

1153.   As a laborer, Rougeau made $8 per hour, and did not receive a wage increase to $10 per hour until 2005. Then, in 2008, Rougeau made $18 per hour working in a maintenance position.

1154.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Rougeau and other similarly situated Black employees. Many White laborers were receiving helper pay, even though they were still performing laborer tasks.

1155.   Throughout her employment, Rougeau and her similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner. Rougeau has seen nooses hung in Turner facilities on both the night and day shifts when working on different turnarounds. For a job that lasted three to four months, it was common to see nooses hung at least twice.

FIRST AMENDED COMPLAINT

1156.   Rougeau and her similarly situated Black co-workers were also subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and comments such as: "niggers suck," and "nigger bitches."

1157.   Throughout her employment, Rougeau saw new White employees being hired straight out of high school in helper positions. They are often promoted without testing for higher paying positions, which Black employees must test for in order to be promoted. Many of these new White employees are promoted to foreman positions within a few weeks.

1158.   In and around 2004, Rougeau was told that if she went to ABC School, her certification would be honored and she would receive a promotion. Rougeau wanted to attend ABC School in order to be promoted, and Turner typically paid for employees to attend. However, Rougeau was denied this opportunity, and so she paid to go to ABC School herself.

1159.   In and around 2006, Rougeau spoke with Superintendent Dudley Roy about the possibility of a promotion to a foreman or a safety position. She was told that she had to gain experience doing various assignments before being promoted, however, White employees would be promoted without having any additional experience. Around the time when Rougeau asked Dudley Roy for a promotion, Roy promoted a White employee, Helda, who did not have any other experience.

1160.   In and around 2006, Rougeau was assigned to a job for a White female foreman. When Rougeau showed up to work, the foreman said, "I don't want her" and Rougeau was then transferred to a different shift.

1161.   Rougeau reapplied for work with Turner on July 1, 2010. She was told that Turner was not hiring; however, Rougeau saw new White employees being hired at that time.

FIRST AMENDED COMPLAINT

### Milton Ryan

1162.   Ryan is a Black male who was employed at Turner Industries in Lake Charles, Louisiana, in or around 1985 as a laborer. He last worked for Turner in or around April 2010 as a helper making approximately $18.65 per hour, after which he was laid off.

1163.   Ryan and his other similarly situated Black co-workers have been and continue to be subjected to racially offensive statements, slurs and harassment at Turner Industries. For example, White workers would refer to Black workers as "boy."

1164.   Ryan and his other similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti and depictions throughout Turner facilities and job sites. For example, he saw a man hanging from a noose drawn in the bathroom.

1165.   Black employees are terminated in a disproportionate manner as compared to White employees. Black employees who are eligible for reassignment are often told no positions are available, despite the fact that White new employees or other White employees from other areas of the company are given jobs instead of the Black employees. Ryan was laid off before a White worker, who was taking a week vacation.

1166.   Since being fired, Ryan has reapplied at Turner Industries and signed the "out-of-work" book, as recently as September of 2010. He has been told that turnarounds are coming soon, but has never been called back for a job. Due to the fact that Ryan's position is in high demand, upon information and belief, he is not being called for work because of his race.

### Mary Semien

1167.   Semien is a Black female who began her employment with Turner Industries in Lake Charles, Louisiana in September of 2005 as a carpenter's helper. She was laid off in June of 2010.

FIRST AMENDED COMPLAINT

1168.   Semien was initially paid $10.88 per hour, and then she received a raise in 2005 bringing her salary to $14.88 per hour. In 2006, she received one more raise bringing her salary to $15.88 per hour. This remained her salary until she was laid off in June of 2010.

1169.   White workers were hired in at higher paying salaries than Black employees. White employees were also given more desirable jobs and assignments. For example, Semien learned that Kelly, a White employee, was initially hired with no experience at a starting salary of $20 per hour. White workers were also generally promoted to higher paying positions over more qualified Black employees. White employees would start out as fire watch-hole watch workers and then move up to runners, which involved running errands for the superintendent, escorting people around the facility, checking the time, and making sure everyone signed in.

1170.   Although Semien was hired as a carpenter's helper, she was expected to do janitorial work. Black women were generally given janitorial work.

1171.   White workers are generally given more opportunities than Black workers to take additional training and schooling in order to advance in the company. For example, in and around 2008 and 2009, Semien and her similarly situated Black co-workers learned that White employees were being offered training in pipefitting and boilermaker training. While they were in school, they got paid $20 an hour. Leonard Manuel was the superintendent at the time, and he purposely did not tell any of the Black carpenters' helpers because he did not want them to get the additional training. Semien and her similarly situated Black co-workers only learned of this once the classes had started.

1172.   Semien was afraid to complain to anyone because complaining would likely lead to getting laid off.

FIRST AMENDED COMPLAINT

1173.   Semien and her similarly situated Black co-workers have also been subjected to racial graffiti and offensive depictions throughout Turner facilities and job sites. The bathrooms were constantly covered in racially offensive slurs and comments including: "nigger" and "I like Black pussy." Nothing was ever done to address the degrading and offensive graffiti.

### *Alvin Sherman*

1174.   Sherman is a Black male who was employed at Turner Industries in Lake Charles, Louisiana as a welder. He first worked for Turner in or around 1990/1991 and last worked for Turner on August 20, 2010. During his employment at Turner, he worked at Sasol, Conoco and PPG.

1175.   Sherman and his similarly situated Black co-workers were subjected to various racially derogatory statements. He frequently heard statements including "we got our quota of one black guy in the shop."  There were about ten to thirty guys in his crew and only one or two of them were Black. He did not report this for fear of losing his job.

1176.   Sherman and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the restrooms at Turner. For example, Sherman often saw depictions of Black men hanging from nooses in the bathrooms on Turner job sites.

1177.   White workers made nooses and hung them on the job site. Sherman remembers one specific incident at Citgo in 1999.

1178.   Turner further discriminated against Black employees by disciplining them more harshly than White employees. For example, if a Black worker missed a day of work, he would generally be laid off. However, if a White worker missed a day of work, he generally would be given a free pass.

FIRST AMENDED COMPLAINT

1179.   Sherman and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing and work assignment policies.

1180.   White employees with less experience are often hired over Black employees with less experience. For example, Sherman was qualified for a foreman or supervisor position, and applied for the position of a welding inspector.  He had spoken to supervisor Chasson about applying for this position since around 2009. A White employee with no welding experience was given the job over Sherman. He inquired about the job at least five times, but was not given the job. A week later, two White welders with very little experience were given the jobs.

1181.   Turner generally laid off Black workers more frequently than White workers. Black workers are terminated more often than White workers, and often without a reason.

1182.   Black workers were given harsher, more difficult work assignments than White workers. For example, Turner assigned Black employees to work inside dark and dirty tanks. White workers generally did not have to do this.

### *Pernell Simien*

1183.   Simien is a Black male who was employed at Turner Industries in Lake Charles, Louisiana, as a helper in 1989 as a scaffold carpenter. He was laid off multiple times between 1989 and October of 2010.

1184.   The last turn around Simien worked at Turner had 20 carpenters and only one was Black. There were also fifteen laborers and only one was Black.

1185.   At the Turner Sasol site, there are thirty Forman, but only one of them is Black. Out of ten supervisors, none are Black.

FIRST AMENDED COMPLAINT

1186.   Simien and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory statements and slurs. He frequently heard Black people being called "nigger" at Turner.

1187.   In fact, Simien has felt personally victimized multiple times. In or around 2004, he was working at Turner's CITGO site. On the bus a White worker yelled at him, "stand up god damned nigger". The White worker was fired for thirty days and then rehired.

1188.   In 2005, part of Simien's job was ordering material and supplies. Lenard Manual told him that it was "a White man's job". He was then replaced by a White worker. Simien complained to White supervisor Dudley Roy. Roy told him to "go back to work if you want a job".

1189.   In 2005, Chris Coots called Simien a "nigger." In return, Simien called Coots "poor White trash." Simien was fired but Coots was not.

1190.   One time, when Simien was being laid off, he learned that Lenard Manual said Simien would never work for Turner again.

1191.   Simien was laid off several times because he was attending school full time. However, White employees were allowed to attend school full time with no negative repercussions. In fact, one White employee, Bret Burgess, who was attending school full time, was permitted to go to school at 8am until 3pm. After class, Bret would work for around thirty minutes and then leave for the day. Bret was never laid off because of his school attendance.

1192.   Simien and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the restrooms at Turner. He has seen such things as: "nigger," "niggers go back to Africa" and drawings of a noose. This offensive graffiti

FIRST AMENDED COMPLAINT

has been allowed to stay up for years. Simien has also seen "nigger" written on car bumpers in the parking lot.

1193.   He has seen workers with Confederate flags and Nazi stickers on their hard hats. Also, he has seen White workers wear White pride t-shirts.

1194.   There was a noose hanging from a car bumper in a parking lot. On many occasions, Simien has been riding on the work bus and White workers will pass around a noose and laugh about it. This has happened at least once a year since 1989.

1195.   Simien and his other similarly situated Black co-workers are subjected to further discrimination by Turner's hiring, firing, promotions and work assignment policies.

1196.   Turner lays-off Black workers instead of White workers, and promotes White workers to positions for which Black workers are more qualified. These promotions are based on race. For example, there are White supervisors who are illiterate and they have been promoted over more qualified Black workers.

1197.   In 2003, Simien was at CITGO when Mel Simon, a Black worker was managing the scaffolding division. Mel Simon was told that he was being demoted because he was Black and was told to train his replacement. Simon refused and was laid off. He was replaced by White worker Tommy Savant.

1198.   In 2004, White worker Sheronda was showing a picture of her mixed race children. A White supervisor named Kenny said "I didn't know you date niggers." Sheronda was laid off shortly thereafter. When Simien complained about this, supervisor Jerold Decker told him not to interfere.

FIRST AMENDED COMPLAINT

1199.   Simien is trained and qualified to be a boilermaker and pipefitter, but Turner will not hire him into those positions. He completed the training in 2008 and has asked repeatedly to be placed in a boilermaker or pipefitter position. He is always told "not right now."

1200.   Simien was rehired onto a new turnaround on Monday July 6, 2010. Simien met with other employees on October 5, 2010 who were interested in filing claims of discrimination against Turner. Simien was told by current Turner employees that at this meeting, employees were present who informed the company of the people involved in filing claims of discrimination and that those people would be laid off. Simien was retaliated against and laid off on October 14, 2010. Shortly after this, other Black employees including Delvin Gims and Mel Simon, who were present at the October 5, 2010 meeting, were also laid off.

### Melchezideck Simon

1201.   Simon is a Black male who began his employment with Turner Industries in Lake Charles, Louisiana in 2000 as a carpenter. He was laid off on November 1, 2010.

1202.   Simon and his similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner.

1203.   Simon and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. Examples of this are "nigger lover" and derogatory comments about Black females.

1204.   Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees.

1205.   Simon's immediate supervisor, Robert Elliot (White), would treat Simon differently than he would treat White employees. Each morning, the supervisors would instruct each department on the day's assignment. However, White employees would only pass

FIRST AMENDED COMPLAINT

instructions to other White employees. Therefore, even though Simon was more experienced than other employees in his department, the White supervisors never passed the instructions to him.

1206.   Simon complained to Superintendent Preston Jordan (White). Jordan told him to talk to Elliot and tell him that he is there to help him and not hurt him. Simon approached Elliot the very next day to discuss the problems he was having. However, Elliot brushed the conversation off and did not change his behavior.

1207.   Turner discriminates against Black employees by disciplining them more than White employees. Black employees are regularly disciplined for assisting other Black employees but White employees are permitted to help other White employees.

1208.   White employees would report Black employees who took smoke breaks. While Black employees would be disciplined for taking their breaks, White employees were not disciplined.

1209.   Rocky Prince (White) instructed Simon to work in the LAD unit which involved building scaffolds. However, in order to work in this unit, training must be provided and in some areas, full body suits were required. Simon was not provided with any training nor was he provided with protective body suits. When Simon questioned Mr. Prince about the lack of training, he was told he didn't need it.

1210.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Simon and other similarly situated Black employees.

1211.   Starting in September of 2010, Simon was working on an all Black crew with Delvin Gims and under the supervision of Courie Goodly, one of the only Black foremen on the

FIRST AMENDED COMPLAINT

night shift. Simon and Gims performed many of the fundamental tasks to prepare the unit for all the other crews. However, on October 31, 2010, Gims was laid off. Then, on November 1, 2010, Simon was laid off. Many other White workers who had not been there as long and were not as experienced as Simon and Gims remained on the job. Courie Goodly was also demoted and taken off the night shift. It is common practice at Turner for Black workers to be laid off first regardless of their experience and qualifications. Upon information and belief, both Gims and Simon were laid off in retaliation for filing discrimination charges with the EEOC.

### Pamela Thomas

1212.   Thomas is a Black female who was employed by Turner Industries in Lake Charles, Louisiana in 1999 as a fire watch-hole watch worker. Thomas was terminated on November 13, 2009.

1213.   Throughout Thomas's employment at Turner, Black employees made up the majority of lower paying labor positions including fire watch-hole watch workers, while White employees made up the majority of higher paying positions including boilermakers, helpers, and welders.

1214.   Thomas and her similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. Examples of this include use of "nigger" written in the portable bathrooms.

1215.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. Thomas was paid $13.50 in her position as fire watch-hole watch, and this remained her pay for the last few years that she worked with Turner.

FIRST AMENDED COMPLAINT

1216.   When White employees refused to do certain tasks or informed their supervisors that they would not do certain tasks they were often given other assignments. Thomas and her similarly situated Black co-workers always had to do the assignments that were given to them.

1217.   On one particular occasion, a White employee, Lindsey, was told to sweep and she was given a broom, along with Thomas and her similarly situated Black co-workers. Lindsey refused to sweep and put the broom up against the wall. She was allowed to do another assignment that did not involve sweeping or cleaning.

1218.   White employees were allowed to sit down and take breaks. They were never reprimanded for these actions, but Thomas and her similarly situated Black employees would be told that they could not do this.

1219.   In fact, Black employees are subjected to further discrimination by Turner's hiring, firing and work assignment policies.

1220.   In and around October of 2009, Thomas was working on a turnaround at the railroad track as a crossing guard. She was told by her supervisor, David Brown, that they had four weeks left on the job. The following day, she was taken off the job and was told that they were having cutbacks so Thomas would be put into a regular maintenance position. However, Thomas's position was replaced by a White female employee. Thomas questioned her supervisor and he was angered by this. As a result, Thomas's new assignment was to sweep and pick up trash.

1221.   Whenever newly hired White employees came onto the turnaround, positions were either taken away from Black employees or new positions with not much responsibility were created for White employees. One new White employee was given a newly created

FIRST AMENDED COMPLAINT

position, which involved driving a truck around the turnaround and delivering water to the workers.

1222.   On another occasion, Andy, a White employee who was in the same maintenance position as Thomas, was taken off the job and given an office job where she filed papers. When Thomas went to her supervisor and explained that she had two years of college education and was capable of filing papers too, he told her that she should be grateful for having a job at all.

### *Robert Thomas*

1223.   Thomas is a Black male who has been employed on and off as a helper and boiler maker at Turner industries since September 9, 2005. Thomas was most recently laid off on May 14, 2010 while working at Lake Charles, Louisiana.

1224.   Thomas's excellent score on his boilermaker test lead him to be labeled as an "A Craft" Journeyman Mechanic. Thomas had his "A Craft" label revoked because Mike Ashford, a recruiter for Turner, told Thomas he needed to be nationally certified to work as a Journeyman Mechanic. Thomas, however, was grandfathered in under a new Turner policy and was not required to have the certification. The revocation of the status resulted in Thomas losing between two and three dollars pay per hour.

1225.   Thomas then sought to get nationally certified. In order to do so, a supervisor must recommend a worker to be placed in a class, and because there are very few Black supervisors at Turner and White supervisors very rarely recommend Black employees, Thomas was unable to secure the recommendation needed to regain his "A Craft" Journeyman Mechanic status.

1226.   Thomas and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. For example, in Turner

FIRST AMENDED COMPLAINT

restrooms, racially offensive writings insinuating Black or Hispanic workers belong in the toilet have been repeatedly witnessed by Thomas and his similarly situated Black co-workers. There have also been drawings of Black co-workers hanging from nooses as well as drawings of swastikas and racially offensive words. Thomas has seen "KKK" written on White workers' gloves and hardhats.

1227.  Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Thomas and other similarly situated Black employees.

1228.  Turner discriminates against Black employees with regard to hiring and advancement opportunities. Turner officials will refer inexperienced White employees to get work-related education over more experienced and qualified Black workers. This also prevents Black workers from receiving promotions.

1229.  Thomas has been discriminated against when Turner distributes work to their employees. White workers are the last employees laid off and the first to be rehired when new work is available.

1230.  Thomas has been referred to by racially offensive names, such as "Bubba" or "Bigun." Thomas also witnessed a White worker refer to Cheryl Falola as a Nigger.

1231.  Turner also discriminates against Black employees by assigning more arduous and dangerous jobs to Black workers instead of equally distributing these assignments among all employees. For example, Thomas and a group of Black employees were assigned to a high altitude detail in extremely cold weather, and once the portion of the job Thomas' group was working on finished, all the Black workers were laid off and replaced by another group of White workers who had no work to complete for the remainder of the work period.

FIRST AMENDED COMPLAINT

1232.   Brad Floyd, a White supervisor at Turner, consistently lays-off Black workers instead of White workers when projects are completed. White workers are transferred to other jobs while Black workers are forced to seek employment elsewhere or wait for a job assignment. Also, Dudley Roy, a superintendent and recruiter, would often transfer only White employees to jobs at different sites while leaving Black workers to find other employment.

1233.   Howard Nelson, a superintendent at Turner, would treat Black workers in his unit much more harshly than the White workers. For example, if Howard Nelson saw a Black employee taking a cigarette break, he would chastise the employee and send him back to work. When Nelson saw White employees taking cigarette breaks, he would often join and converse with them.

1234.   Thomas has witnessed White employees cooking, watching movies and sleeping on company time without reprimand. Black employees would be immediately terminated for this behavior.

### *Ulacier Thompson*

1235.   Thompson is a Black female who began working for Turner Industries in Lake Charles, Louisiana in and around 2006 as a helper. She worked on and off until March 13, 2010 when she was laid off. Thompson last applied for work on July 20, 2010.

1236.   Thompson had much higher qualifications than many of her co-workers because of having attended Safety School. Turner could have hired her for a safety position making upwards of $23 per hour; however, Thompson received $17.50 per hour as a helper. Turner intentionally reserves these higher paying Safety jobs for White workers, as evidenced by the vast majority of safety position being occupied by White employees. Furthermore, there were no Black women in the Safety Department.

FIRST AMENDED COMPLAINT

1237. Thompson and her similarly situated Black co-workers were subject to harassment and a racially hostile atmosphere. From 2006 through 2008, nooses were placed inside Black workers' tool boxes on numerous occasions.

1238.  Throughout her employment at Turner Industries, the bathrooms were constantly covered in racially offensive graffiti and depictions, including references to "niggers" on the walls and throughout the facility.

1239.  In December of 2007, Thompson performed the work of a boilermaker but received a lower pay rate than other employees despite her being qualified for the position. She received $21.50 per hour, which was considered helper pay at that particular facility, while White boilermakers generally made $27 per hour.

1240.  Turner consistently discriminated against Black workers through the layoff system by targeting significantly larger numbers of Black employees for layoffs and retaining the White employees.

1241.  Upon reapplying for work on July 20, 2010, Turner's human resources department informed Thompson that there were no positions open; however, Turner Industries continued to hire returning White employees on the spot, or even new White applicants, over Black workers.

### Yvonne Turner

1242.  Ms. Turner is a Black female who was employed at Turner Industries in Lake Charles, Louisiana in 1985, and worked on and off for Turner until she was laid off on March 18, 2010.

FIRST AMENDED COMPLAINT

1243.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Ms. Turner and her similarly situated Black employees.

1244.   Throughout Ms. Turner's employment with Turner, White workers were always making a few more dollars than Black workers. Some White workers would be hired with no prior experience or qualifications and would automatically make top pay. White helpers would be getting B-craft pay, so rather than making $9 or $10 per hour; they would make $21 per hour.

1245.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. White employees were also given more opportunities than Black employees to get additional schooling or take tests to advance in the company.

1246.   In and around 2007 or 2008, Ms. Turner was told that workers could attend ABC school, to become certified as a boilermaker after four years of experience in the company. There were White workers who were allowed to attend ABC school after only being at Turner for six months. Once the ABC classes had started, about half of the Black workers in attendance were laid off.

1247.   Ms. Turner and her similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner. In and around October or November of 2008, Ms. Turner was working on a C4 shutdown. She was the craftsman and had three young White workers under her. While working there, a White protective suit that they had to wear was stuffed like a dummy, hung from a noose off of a truck and had Ms. Turner's name written across it. No one from Turner did anything. The supervisor

FIRST AMENDED COMPLAINT

did not do anything. For this particular job, there were approximately 300 employees and on the day shift only three or four employees were Black.

1248.   Ms. Turner and her similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and comments such as: "niggers go back to Africa."

1249.   The level of discipline is also much higher for Black employees. White employees may receive light discipline for instances that Black employees could be terminated for. For example, if a Black worker did something wrong or complained he or she either got terminated or was suspended for three days. White employees would get into accidents or do something else wrong and nothing was ever done. Often, the same White workers who did something wrong were promoted.

### *Larry Tutson Jr.*

1250.   Tutson Jr. is a Black male who was employed as laborer and a top helper at Turner Industries in Lake Charles, Louisiana from January 2000 through March 19, 2010.

1251.   Tutson Jr. would often perform the duties of a boilermaker or pipefitter without being compensated above his hourly rate as a top helper.

1252.   Tutson Jr. and his similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites, including repeatedly encountering racially offensive drawings illustrating the killing of Black workers in the bathrooms at Turner. There have also been drawings of swastikas and racially offensive slurs directed at other minority employees.

FIRST AMENDED COMPLAINT

1253.   Tutson Jr. reported such graffiti to management but was told to ignore it and to get back to work. Turner officials have consistently refused to take corrective action when informed about the graffiti and racial depictions.

1254.   In or around 2007, Tutson Jr. and his Black co-worker Gary Jackson encountered a noose hanging from the rafters while collecting materials for their job assignment in the tool room. They did not approach Turner management at first because they feared they would lose their jobs in retaliation.

1255.   However, Tutson Jr. and Jackson ultimately did complain about the noose to both R.D. Brown, the Superintendent on the job, and Dudley Roy, a Turner site manager. Both Tutson Jr. and Jackson were instructed to take time off work so that they could calm down. However, even though they were instructed to take the two days off, Tutson Jr. and Jackson were only compensated for one day. Furthermore, Turner failed to discipline any employees for hanging the noose.

1256.   When Tutson Jr. and Jackson returned to work, both were on the job for only two days and then were laid off. Tutson Jr. was told the layoffs were necessary as part of a force reduction, but only Tutson Jr. and Jackson suffered the layoff. Upon information and belief, they were laid off in retaliation for reporting this racially discriminatory occurrence.

1257.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Tutson Jr. and other similarly situated Black employees.

1258.   Tutson Jr. attended the ABC Schooling program at Turner to achieve an upgraded status as pipefitter. Upon completing his two year course, Tutson Jr. was told he would receive the status of "B Craftsman" and receive just over a two dollar per hour raise in pay from $20.68

FIRST AMENDED COMPLAINT

to $22.75. White employees rarely attended classes yet still received the "B Craftsman" rating and their increase in pay. However, Tutson Jr. was not granted the "B Craftsman" status or the raise he was entitled to. Tutson Jr. worked for nine months without receiving his raise.

### Kevin Victor

1259.   Victor was employed at Turner Industries in Lake Charles, Louisiana, initially as a hydra-blaster in February of 2005 until the middle of 2006, then again as a boilermaker's helper in and around March of 2009 to December 2009. Victor worked for Turner again in April or May of 2010 and then for two weeks as a laborer in November of 2010.

1260.   In and around 2005 and 2006, when Victor worked as a hydra-blaster, he was one of six Black employees out of thirty workers. In and around 2009, when Victor worked as a boilermaker's helper, there were only three Black workers among the approximately twenty to thirty workers at the site.

1261.   Victor and his similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of this are the regular use of racially offensive names such as "nigger" used by White employees aimed at minority employees. White employees have also hung nooses around the facilities.

1262.   One White employee who worked with Victor tied a knot at Victor's request and when Victor tightened the knot he saw that it was a noose.

1263.   In and around May of 2009, Victor was working in a tank with a White employee. Victor reached up to bolt something and dropped the bolt. The White employee called Victor a "nigger."

FIRST AMENDED COMPLAINT

1264.   When Victor reported this incident to his supervisor, nothing was done to reprimand the White employee; however, Victor was demoted to a position that required him to pick up cigarette butts and trash. The White employee was eventually promoted to foreman.

1265.   Victor and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and comments such as: "Go back to Africa nigger," "Obama is ruining the country," and drawings of confederate flags.

1266.   In and around April of May of 2010, Nick LaComb, a White employee, called Victor a "nigger." LaComb was not reprimanded for this.

1267.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Victor and other similarly situated Black employees.

1268.   Victor had been receiving $9 per hour initially as a hydra-blaster and then $11 per hour after wage increases. However, White employees doing the same work were making $13 per hour.

1269.   When Victor worked as a helper, he was receiving $17.50 per hour. White employees in the same position were making between $18 and $19 per hour.

1270.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. White employees were also given more opportunities than Black employees to get additional schooling or take tests to advance in the company.

FIRST AMENDED COMPLAINT

1271.   Victor asked to receive additional schooling on numerous occasions and was always told that he needed more experience. Newly hired White employees would be sent for additional schooling with little or no experience.

1272.   If there are White employees who have been terminated, have left for better paying jobs, or otherwise discontinued their employment with Turner, they are customarily rehired before or instead of any Black employees. Victor was called in November of 2010 to work for Turner as a laborer for two weeks even though he is a B-craft boilermaker. White boilermakers were called and hired for boilermaker positions during this time.

### Shayla Vital

1273.   Vital was employed at Turner Industries in Lake Charles, Louisiana, in the position of fire watch-hole watch. She worked three turnarounds, which are worksites in different plants, in and around November of 2006, October of 2008, and February of 2009. Each turnaround lasted about three to four weeks.

1274.   Vital and her similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of this are the regular use of racially offensive names such as "nigger" used by White employees aimed at minority employees.

1275.   On numerous occasions in February of 2009, Vital and another Black co-worker, Tanya, went to a White employee who was in charge of giving out tools and equipment. Vital and her Black co-worker were always denied equipment while White employees were not routinely denied tools and equipment. On one particular day in February of 2009, when Vital was refused a pair of safety glasses, she questioned the White employee, who responded by saying, "goddamn niggers."

FIRST AMENDED COMPLAINT

1276.   Vital and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and comments that included constant use of: "nigger" and "niggers."

1277.   Vital and her similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

1278.   When working a small turnaround, there were typically four or five fire watch-hole watchers. When working a large turnaround, there were typically eight to ten fire watch-hole watchers. In both the small and large turnarounds, the easier tasks were given to White fire watch-hole watchers, while the more dangerous and difficult jobs were given to the Black fire watch-hole watchers.

1279.   For example, White fire watch-hole watchers would be given assignments that were either on the ground or to ride the elevator and take people up and down. Black fire watch-hole watchers had to climb and work from higher, more dangerous positions.

1280.   In all of the turnarounds that Vital and her similarly situated Black co-workers worked, White female fire watch-hole watchers were also given supervisory positions where they determined which workers they wanted and which workers would continue onto other turnarounds. The majority of workers that were chosen to continue working were White.

1281.   In February of 2009, Vital and her similarly situated Black co-workers were told that when the current turnaround ended they would be sent to the next turnaround. However, when the February 2009 turnaround ended, Vital and her similarly situated Black co-workers were laid off. Workers that were allowed to continue in the next turnaround were White employees and less experienced than Vital and her similarly situated Black co-workers.

FIRST AMENDED COMPLAINT

1282.   Vital last applied for work in and around November 1, 2009. She filled out an application and was told that there were no positions at that time, but if something opened up she would be called. While Vital was at the office, she saw White applicants being sent into the back office to be hired for positions.

### Melvin Ward

1283.   Ward began working for Turner Industries in Lake Charles, Louisiana in and around 2000 as a laborer and continued at that position for five years. He then worked as a helper to a boilermaker and received a promotion to boilermaker. He was laid off on January 19, 2010 and reapplied for work in June of 2010.

1284.   As a laborer, Ward made $10 per hour, and as a helper he received $14.95 per hour. Turner routinely discriminates in their promotion policies, promoting White laborers and helpers to higher paying positions before Black employees with more experience.

1285.   Turner also discriminates against Black workers by paying them lower wages that White workers employed at the same position. For example, as a boilermaker Ward earned $23 per hour, while White boilermakers typically made two to three dollars more in pay. Also, Turner placed inexperienced and unqualified White employees in boilermaker positions to receive the same or greater pay as Ward despite his experience, work record and qualification.

1286.   Ward and his similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. There were also drawings of Black workers hanging from nooses, as well as drawings of swastikas and racially offensive words such as "nigger." The bathrooms were constantly covered in racially offensive slurs and depictions, such as, "niggers have to go back to the Islands." Nothing was ever done in response to this kind of graffiti.

FIRST AMENDED COMPLAINT

1287.   Ward endured harassment and a racially hostile atmosphere, regularly overhearing White employees referring to Black workers as "niggers." In and around 2007, Ward's supervisor, Kenny Guibry made racial jokes continuously and called Ward a "nigger."

1288.   In and around 2007, Ward overheard his supervisors telling jokes about "lynching" Black people.  Ward reported this incident to Dudley Roy, who assured Ward he would take care of it; however, no disciplinary actions ensued. Turner consistently fails to take corrective action to protect their Black workers from racism and racial animus among workers and management.

1289.   In and around April of 2007, Ward needed time off to care for his sick wife. His supervisor, Kenny Guibry told him that he could not make a habit of it or else he would face termination; however, Guibry routinely let White employees leave early and miss days and without reprimand. Upon complaining about this unfair treatment, Ward was transferred to a different crew.

1290.   Ward worked for Turner Industries for ten years and was never placed in a foreman position, while newly hired White employees are hired and placed in foreman positions within a month or two with no experience and no prior qualifications.

1291.   After Ward's lay off in January of 2010, there was a particular job that he applied for in Texas. Mike Ashford was in charge of hiring employees for the job.  Ashford refused to hire Ward despite his qualifications and experience, ultimately choosing to send White employees instead. He sent between twenty and thirty White workers and no Black workers.

1292.   Upon reapplying for work in June of 2010, Turner's human resources department told Ward there were no positions available; however, Turner continued to hire White employees. Turner consistently hired White employees before hiring Black employees.

FIRST AMENDED COMPLAINT

*Roy Wiltz*

1293.  Wiltz is a Black male who was employed at Turner Industries in Lake Charles, Louisiana, as a helper in or around 1984. He was laid off on or about August 8, 2010 while working as a boilermaker.

1294.  While working at Turner, Wiltz and his similarly situated Black co-workers were subjected to racial statements and slurs. White employees referred to Black workers as "monkey" and "Black boy."

1295.  Wiltz and his similarly situated Black co-workers have been and continue to be subjected to racial graffiti and depictions throughout Turner facilities and job sites. The bathrooms were constantly covered in racially offensive slurs and comments such as: "niggers should not be here," "this is a White man's world," "White power," "niggers go back to Africa," and "KKK." There have also been drawings of nooses and Black people depicted as monkeys.

1296.  Wiltz reported the graffiti in the restroom to Superintendent Dudley and complained that Black workers were not being treated fairly. Dudley said that he would look into it, but nothing was done about either situation.

1297.  In 2000-2001 Wiltz saw a noose hung in the Turner work area at the CITGO site. Nothing was done to investigate the incident and the noose stayed up for approximately one week.

1298.  Wiltz and his similarly situated Black co-workers have been and continue to be subjected to prejudice when Turner disciplines workers. Wiltz has seen supervisors walk past White employees while they talk on the phone, but Black employees are fired if they are seen talking on the phone while working.

FIRST AMENDED COMPLAINT

1299.   Black employees are regularly given the more difficult and dirtier jobs at Turner. The White workers refuse to do work and their job then falls to the Black employees or else they are fired. When exchangers have to be broken down, the job is given to Black employees because it is generally a hard job.

1300.   Wiltz and his similarly situated Black co-workers have been and continue to be subject to more dangerous working conditions than White employees. On August 1, 2010 Wiltz was given the dirty work that White workers refused to do. He had to climb up on the fin fan to pull plugs by hand. He could not use tools and the White workers were supposed to help him but refused. They said they would not do "that type of work." Tom Sturgeon, a White supervisor, was supervising on the job and Wiltz was told that he would be fired if he did not do the job.

1301.   Wiltz was the only Black boilermaker on the night shift and the only boilermaker from the night shift who was laid off. The job they were working on was not yet complete. Turner transferred two White workers on the same night shift from which Wiltz was laid off.

1302.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. White employees were also given more opportunities than Black employees to get additional schooling or take tests to advance in the company.

1303.   Turner hired younger White employees with no experience and gave them craftsmen positions instead of offering those positions to the minority workers who were older and had more experience. An example is an 18 year old White employee right out of high school named Anthony. He should have been hired in a laborer position, but was working as a helper.

1304.   White workers continue to be promoted over Black workers. Several years ago, Wiltz asked for a promotion but never received a response.

FIRST AMENDED COMPLAINT

***Wesley Wiltz***

1305.   Wiltz was employed at Turner Industries in Lake Charles, Louisiana, beginning in or around January of 1994. He worked as a laborer making $7.40 per hour. He later became a boilermaker and was laid off in or around June of 2010.

1306.   Once, while getting into a pickup truck to go to another job site with several White workers, Wiltz was told by Superintendent Robert McVey, "You know where you belong." McVey was referring to the bed of the pickup truck.

1307.   Black workers were also segregated from White workers on several job assignments. Wiltz worked the night shift for two years and noticed that he was the only Black employee assigned that duty.

1308.   Wiltz and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory slurs and statements. For example, a White worker once called Wiltz a "light skinned Nigger" in or around 2000. Racist jokes were also heard frequently around job sites.

1309.   Wiltz and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the facilities at Turner. During his time at Turner and specifically after Obama was elected president, Wiltz saw "nigger," "niggers and Mexicans are wetbacks" in the restrooms.

1310.   On one occasion Wiltz asked a White superior why Black workers were not getting paid more and he was told by that White superior, "I gotta keep you hungry so that you keep working. Otherwise you'll get lazy and not work no more."

1311.   Wiltz and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

FIRST AMENDED COMPLAINT

1312.   For example, When Wiltz was laid off in June he noticed that Black workers were the first to be laid off, while White workers were sent to other job sites instead.

### *Kevin Young*

1313.   Young began his employment at Turner Industries in Lake Charles, Louisiana in May of 1996 as a pipefitter.

1314.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Young and his similarly situated Black employees.  Young worked from 1996 until 2002 as a pipefitter making $17 or $18 per hour. White pipefitters were making a few dollars more than Young. In 2002, Young worked as a general foreman from April to the beginning of June and was paid $20 per hour. However, White foremen were paid $26 or $27 per hour. In 2002, Young was laid off, but was rehired in August of 2009 and worked until March of 2010.

1315.   Although Young was a certified pipefitter in 2009, his salary started off at $22 per hour, while White pipefitters were making $25 per hour or more.  Young was given a raise after working for a few weeks, but White pipefitters were still making more than he was.

1316.   Out of approximately twenty pipefitters, Young was the only Black pipefitter.

1317.   Young and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of this are the regular use of racially offensive names such as "nigger" used by White employees aimed at minority employees. In and around 2001, Young's supervisor, Boudreaux, had Young and another Black co-worker moved from a particular job site because he did not want any "niggers" working for him.  Young reported this incident to the main office, but to his knowledge nothing was ever done in response.

FIRST AMENDED COMPLAINT

1318.   Young and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and pictures such as: "niggers," and images of Black men hanging from nooses.

1319.   Black employees are laid off in a disproportionate manner as compared to White employees. When Black employees are laid off, if they are rehired, they tend to be rehired in lower paying positions; whereas, when White employees are rehired they tend to be rehired in higher or top paying positions, regardless of experience or qualifications.

1320.   In and around August of 2010, Young called the main office to inquire about new openings. He was told that Turner was hiring. When he went into the office, he was told to put his name on a list, and that they were not hiring pipefitters at that time. However, White pipefitters were still being hired.

### *LAKE CHARLES/ SULPHER, LOUISIANA § 1981*

### *Hillary Arvie*

1321.   In 2005 Arvie began working for Turner Industries as a helper.  When Arvie first began working for Turner Industries, she was paid $15.88 an hour. She was laid off in November 2008.  She never received a raise.

1322.   Arvie has seen graffiti in the bathrooms that said "nigger," drawings of swastikas, confederate flags, and nooses. It is painted over, but new graffiti appears within days.

1323.   While at Turner, Black employees were called "boy" just about every day, sometimes in front of large groups of people. The White employees using the term tried to make it look like a joke, but everyone knew they were serious.

FIRST AMENDED COMPLAINT

1324.   As a helper, Arvie made $15.88 an hour, but White helpers who did the same work made about $20 an hour.

1325.   Arvie regularly did work above and beyond what her job called for and did not receive compensation. While she was paid as a helper, Arvie would help build scaffolds almost every day. Usually someone who works to build scaffolds is paid $23.75.

1326.   Arvie has never reported any of the discriminatory practices due to fear of losing her job. Once she asked why they never hired Black workers, but they acted like it was not true.

1327.   Arvie had three White supervisors, Chad Short, Russell Manuel, and Keith. They would give any sort of hard labor job to a Black employee.

1328.   Arvie was never been disciplined for lateness, but she had been warned. Although both White and Black employees are given warnings, she has seen times when offenses of a White employee have been overlooked.

1329.   Arvie was laid off because of "reduction in force" however, once Arvie and five other workers left, six White workers came back from doing turnaround work at another site and took their place.

1330.   Arvie has applied for work at Turner Industries as recently as August 12th, 2010. Despite these efforts, her experience, and other qualifications, she has not been rehired.

### *Bobby Batton*

1331.   Batton lives in Lake Charles, Louisiana and has never worked at Turner Industries.

1332.   Batton has attempted to apply for work at Turner approximately eight to ten times over the last eight years and has witnessed Turner blatantly discriminate against him and other minority applicants.

FIRST AMENDED COMPLAINT

1333.   Turner Industries has refused to allow Batton and other fellow minority applicants to fill out applications. He has been told they are not hiring even after hearing radio advertisements that they are. He has also been told that they are not hiring while other White men are sitting in the office filling out applications.

1334.   Most recently on May 10, 2010, Batton attempted to apply for the position of helper at Turner. He was told by Kelly, a worker at that Turner office, that there are no jobs available and that he could not fill out an application. Behind him were three White men that spoke with Kelly about applying for helper positions and Kelly gave all three of them applications and took them into the back for testing.

1335.   Batton is well qualified for the position of helper and has worked in construction for more than thirty years. Turner's refusal to consider him for employment cannot be based on his qualifications because they have refused to allow him to fill out an application or take any information from him.

1336.   Upon information and belief, Turner's refusal to consider Batton for employment can only be based on his race.

### *Daniel Bellard*

1337.   In 2007 Bellard began working for Turner Industries in Lake Charles, Louisiana, as a pipefitter helper during both day and night shift. When Bellard first began working for Turner Industries, he was paid $18 an hour. He was laid-off on Jan 7, 2009. His ending salary was $20.68 an hour.

1338.   Bellard saw graffiti in the restrooms. He saw things like "Turner needs to get rid of all the Blacks; it would be a better place to work.'" In fact, it was common for the graffiti to target specific employees. For example, he saw drawings of White guys with a picture of a Black

FIRST AMENDED COMPLAINT

woman and a penis. The Black woman was an employee at Turner and the drawing included her name. Another example would be Gallan. She was a Black employee at Turner who had been made a supervisor. They said she was sleeping with all the White supervisors to keep her job, but she was not doing that.

1339.   Bellard also saw Swastikas quite often. It was common for White employees to wear bandanas on their heads with rebel flags, rebel t-shirts and rebel hats.

1340.   Bellard was told to take Christmas break off and come back, but when he came back, he was given a pink slip saying he was laid off for reduction in force.

1341.   Bellard has applied for work at Turner Industries as recently as July 2010. Despite these efforts, his experience, and other qualifications, he has not been rehired.

### Clarence Bertrand

1342.   In 1999 Bertrand began working for Turner Industries as a laborer.   When Bertrand first began working for Turner Industries, he was paid $13 an hour. He was laid off on October 28, 2009. His ending salary was $17 an hour.

1343.   In February 2009, at the Turner worksite at WR Grace, Bertrand heard Turner employees saying "Black people do not want to work."  He also heard Turner employees say "that nigger thinks he is something," referring to a Black safety worker. In general, it is very common to hear the words nigger, Black boy, and monkey while at work.

1344.   In 2009, during a lunch break, a White worker Bertrand did not know made a noose in front of him, looking at Bertrand and laughing.

1345.   There is racially offensive graffiti in the restrooms. Bertrand saw "nigger go home," "niggers are lazy," "I hate niggers," "White power," and a drawing of a noose with someone being hung. This graffiti was up the whole time that Bertrand was working at Turner.

FIRST AMENDED COMPLAINT

1346.   While at Turner, Bertrand was training as a pipefitter but was not yet certified. However, he was qualified to be a pipefitter's helper. The experience would have helped him become certified in pipefitting, but Turner would only hire him as a laborer. Bertrand thought that it was unfair that White workers with less training and qualifications than he were hired as helpers. When Bertrand complained to Mike Ashford, Ashford told him that Turner would only hire him as a laborer.

1347.   It was much more difficult for Black employees to be hired in craft positions at Turner and the majority of people in those positions were White. Turner usually assigned Black employees to the areas outside in the field where it was hot and dirty.

1348.   When Bertrand worked at the WR Grace worksite, the crews were, for the most part, segregated. He was on an all Black crew and there were two other mostly Black crews and one mostly White crew.

1349.   At the Grace worksite in 2009, Bertrand saw a Black worker fired for talking on the phone, but a White worker who was talking on the phone at the same time was not fired.

1350.   Bertrand was paid at the low end of the pay scale for the work that he did. This was unfair because he had additional training as a pipefitter and he was doing the same work as White employees who were paid more.

### Ladray Bias

1351.   Bias began his employment at Turner Industries in Sulphur, Louisiana in and around June of 1990.  When he first began working for Turner, he was paid approximately $10.50 an hour.  He worked steadily for eighteen years and was laid off in 2008 making $21.68. He was rehired in and around October of 2009, but his pay was dropped down to $17.50 an hour. He was laid off in and around November of 2009.

FIRST AMENDED COMPLAINT

1352.   It was very common for White employees who were fairly new to be promoted over Black employees who had been employed at Turner for longer periods of time.

1353.   Newly hired White employees routinely received higher salaries than Black employees in the same positions.   When he was employed with Turner in 2009, he knew of White helpers who were making a couple of dollars more per hour than himself and other similarly situated Black helpers.

1354.   Bias saw racially offensive graffiti at Turner worksites that referred to Black people as "Niggers."

1355.   The level of discipline is much higher for Black employees.   Bias has witnessed fights between White and Black employees.   Typically, the Black employees are laid off and the White employees are not.

1356.   Once, Bias was told that he would be a lead man at a site and that he needed to do the set up.   After he set up, a White employee was sent to take over his position.

1357.   More experienced Black employees were usually sent to train new White employees.   Then, if there were layoffs, the more experienced Black employees were typically laid off instead of the new White employees.

1358.   If Black employees who were laid off came back to work for Turner, they usually came back on at a lower paying position.   This was never the case for White workers.

### *Kevin Ray Blue*

1359.   In or around March 2007, Blue began working for Turner Industries as a laborer in Lake Charles, Louisiana. When Blue first began working for Turner Industries, he was paid $15 per hour. He was laid off in or around November 2007.

FIRST AMENDED COMPLAINT

1360.   Blue was subjected to racial harassment while working at Turner Industries. For example, White employees would call him "boy." Blue asked them not to call him that, but they continued.

1361.   Blue saw offensive graffiti in and around the bathrooms at Turner. For example, he saw "Niggers," "all Black people suck penis," and depictions of Black men with nooses around their heads. This racially offensive graffiti was allowed to stay up for long periods of time.

1362.   Turner discriminated against Black employees by creating a disparity in pay and wage increases. Cement finishers were making $22-$23 per hour, and the majority of them were White. Blue was doing work required by a cement finisher, but was paid as a laborer at about $17 per hour.

1363.   When Blue first applied to work at Turner, Julie, in the hiring office, told him once they started pouring cement, he would be able to take the cement finisher test. His supervisor, "Big Mac" refused to allow him to take this test.

### Trudy Braxton

1364.   In 1999 Braxton began working for Turner Industries as a craft boiler maker.

1365.   A White worker cursed out Ethel Jones in front of Braxton. He called her a Black bitch.

1366.   Braxton have seen graffiti in the bathrooms that said "Niggers are just like Mexicans both are trash," "Niggers will always be slaves," "All a Black woman can do for me if is suck my dick" with a picture of Black woman on her knees.

1367.   In 2004 through early 2005, at the Turner site at Conoco in Westlake, LA, Braxton finished a Boilermaker job and was transferred as a Helper, even though there were

FIRST AMENDED COMPLAINT

positions available for Boilermakers. This also happened to Ethel Jones (Black) and Cheryl FaIola (Black).

1368.   In 2005, Braxton was on a Turner job in Sweeny, TX. The foreman said to her, "a Black woman should not be making that kind of money you make." Braxton called Turner and complained. They said they would take care of it. However, the foreman was not punished. Within a few days, she was moved to work at Lake Charles. There Braxton was assigned to the position of Helper, not Boilermaker. Her pay was reduced to $17 per hour.

1369.   There were segregated bathrooms at Turner. White women used inside restrooms and Black women were forced to use portable toilets with the men. Braxton complained many times so one Foreman, Daniel Scott (Black), arranged for a separate toilet for the ladies at his job site. Other supervisors said they would do something about this but never did.

1370.   In July 2006, Braxton was sent on a Job at an Energy plant. Turner asked her to go as a Helper and told Braxton there were no Boilermaker positions there. Braxton took the job, but when she got there, she found out there really were Boilermaker positions open.

### Jeffre Brown

1371.   Brown began working for Turner Industries in Lake Charles, Louisiana in June of 2005 as a painter blaster. He was laid off in March of 2009.

1372.   Turner discriminates against Black employees by creating a disparity in pay White workers on the same shift performing the same tasks were paid more money than Brown and similarly situated Black co-workers. As a painter blaster he was making $23 per hour, but similarly situated White employees were making $24 per hour.

1373.   Throughout Brown's employment he was subjected to racial graffiti and depictions throughout Turner facilities. The portable bathrooms were constantly covered in

FIRST AMENDED COMPLAINT

racially offensive slurs such as: "nigger" and "niggers." He also saw signs in the bathroom. For example, there was a drawing pointing in the toilet with writing that said "shortcut to Africa."

1374.   The level of discipline is also much higher for Black employees. Black employees were written up more often than White employees for absenteeism. White employees would take days off from work and not be written up. This occurred frequently during hunting season.

1375.   Turner also discriminates against Black employees through their hiring and firing process as well as in the assignment of work. When it came time for layoffs, Black employees were laid off in a disproportionate manner as compared to White employees. It did not matter who had seniority. White employees were typically placed in routine maintenance jobs that would last a year or longer, but Black workers were given shorter jobs on turnarounds that would last anywhere from one to four weeks.

### Katrina Calligan

1376.   In November of 2004 Calligan began working for Turner Industries in Lake Charles, Louisiana, as a hole watch-fire watch during the day shift.

1377.   Calligan often heard racist statements. She knew of a White employee who called another Black employee "nigger" and the White worker was not fired.

1378.   A combination of drawings and words were drawn and written all over the restrooms and picnic tables. Calligan saw things like nooses, monkeys, swastikas, the words "nigger", and "spook." She would paint over them because the supervisors did not do anything about it, but the graffiti would be up again the next day.

1379.   In a crew of five to ten workers, Calligan would regularly be the only Black employee. Only on occasion would there be another Black worker in her crew.

FIRST AMENDED COMPLAINT

1380.   Calligan constantly worked beyond what her job called for without receiving higher pay. As a hole watch-fire watch she also did the work of a helper, which includes cleaning up after the craftsmen and assisting.

1381.   Black employees would be given the harder jobs. Some Black welders were made to weld on the outside which exposed them to the sun and heat, whereas White welders would be inside which sometimes had air conditioning.

1382.   There was no formal way of finding out about job postings. The majority of the time workers would hear of an opening only by word of mouth. Turner would actively pursue White workers while laying-off Black employees at the same time.

1383.   During a large layoff, it was very common for only one or two White workers to lose their job while the rest of the employees losing their jobs were Black. In some cases, there would be one or two White workers transferred to another site, while only Black employees were laid off.

1384.   In March 2010, Calligan heard that the Turner office in the Baton Rouge/New Orleans area was hiring. When she arrived, all of the Black workers were waiting outside and only White workers were walking out with paperwork to do the job.

1385.   Calligan has applied for work at Turner Industries as recently as March 2010. Despite these efforts, her experience, and other qualifications, she has not been rehired.

### *Erely Carvin*

1386.   In 2001-2002 Carvin began working for Turner Industries as a boilermaker and pipefitter.

1387.   When Carvin first began working for Turner Industries, she was paid $23.75 an hour. She was laid off on March 3, 2007. Carvin was injured on the job and is now on disability.

FIRST AMENDED COMPLAINT

1388.   Carvin often heard racist jokes at Turner. Groups of White workers would laugh and make jokes about nooses, hangings, and an incident with a noose at a local school.

1389.   Carvin saw lots of graffiti in the restrooms such as "nigger", "niggers ain't worth nothing" and "niggers are lazy".

1390.   Beginning in or about 2002, Carvin saw less qualified White workers being hired over more qualified Black workers. Carvin saw White workers with no experience being hired as supervisors and foremen. Turner Supervisor Mike Ashford would tell Black workers that no work was available, but then immediately hire White workers.

1391.   Beginning in or about 2003, Carvin witnessed Superintendent Dudley Roy assigning minority workers the most dirty, dangerous, and difficult jobs. These jobs often included working in mud and/or oil. White employees were not assigned these jobs.

### Swiney Caesar

1392.   Caesar started at Turner Industries in Lake Charles, Louisiana in September 2006 as a cement finisher. Caesar was terminated by Turner on November 2, 2007.

1393.   Caesar and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries.

1394.   Throughout his time at Turner, Caesar's supervisor, Dale Corville made racist remarks but Caesar was too scared to complain because he feared losing my job.

1395.   Caesar and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, racial slurs like "nigger," "niggers are stupid" and "kill all niggers" were written all over the bathroom walls.

1396.   White employees were allowed to work a second job while on the clock at Turner. However, Black employees were not allowed to have a second job. If a Black employee had a

FIRST AMENDED COMPLAINT

side job, they were laid off and never called back to work. In or around 2006, Dale Corville said that if a Black employee "has a side job at another place, then I'll see to it that he'll permanently work there and not here anymore."

1397.  White workers with less experience consistently received promotions and wage increases over more qualified Black employees. Usually, a helper is promoted to a craft position and a craftsman is promoted to supervisor. After you are a craftsman, you are then promoted to supervisor. However, White helpers often skip over more qualified Black employees and were promoted to supervisory positions.

1398.  If there are White employees who have been terminated, have left for better paying jobs, or otherwise discontinued their employment with Turner, they are customarily rehired before or instead of any Black employees. However, Black employees were told that there were no open positions. Caesar and other similarly situated Black employees were even willing to relocate to a different plant for work but were not rehired.

### Shelby Celestine, Jr.

1399.  In June 1999, Celestine Jr. began working for Turner Industries in Lake Charles, Louisiana as a helper at a rate of $14 per hour. Although he worked for Turner for a number of years, he was not promoted. Celestine Jr.'s employment with Turner Industries ended on January 12, 2008.

1400.  Celestine Jr. attended ABC School for two years for heavy equipment operation training. Upon returning, he asked Jonny Howell to put him on an equipment operation assignment, but Howell said there were no openings. Many turnarounds required heavy equipment operators after that point and Howell always hired White workers instead of Celestine

FIRST AMENDED COMPLAINT

Jr. or his qualified Black co-workers. The only heavy equipment operations Howell would put a Black worker on was forklift driving.

1401.  Since Celestine Jr. began his employment with Turner, he has witnessed graffiti and racial depictions throughout Turner facilities and job sites. He has seen racial slurs on tables in break tents and in the bathrooms, including slurs and comments such as: "Nigger," "If I would have known it would be like this, I would have picked my own cotton," "We shouldn't hire any more monkeys," "Go back to Africa," "Ya'lI will never advance in this company," "I support the KKK," "I am the KKK." There were also drawings of Black people being killed by KKK members, with the KKK member urinating or ejaculating on the dead corpses.

1402.  Turner would skip Black, qualified workers with sufficient experience for promotions. White workers would be hired and trained in a short period of time and promoted to foremen over Black workers. Black workers were not promoted to supervisor or superintendent positions. On Celestine Jr.'s shift, there were no Black supervisors or superintendents and only two Black foremen.

1403.  One superintendent, Richard McVey, verbally abused Black workers, often referring to the Black men as "boy" without using their names. McVey would make Black workers do undesirable jobs outside the details of their craft, such as garbage pickup, shoveling and cleaning.

1404.  When Celestine Jr. finished attending college, Turner was running an advertisement in the Lake Charles American Press seeking workers for his position. When he applied for the job, he was told no work was available, yet White workers were hired for his position thereafter.

FIRST AMENDED COMPLAINT

1405.   Turner employees fostered a racially hostile atmosphere since Celestine Jr. began his employment there. Supervisors and co-workers used racially offensive language, including prevalent use of the words "nigger" and "monkey." White workers would tell extremely offensive jokes and say things such as "Niggers are stupid, we really shouldn't bother hiring any more of them."

1406.   Turner lays off a disproportionate amount of Black workers. When turnarounds end, Black workers are immediately laid off, whereas White workers are transferred to other positions to be retained. The only time Celestine Jr. or his similarly situated Black co-workers, would be hired is if a new turnaround started and a White worker vacated his position.

### Tasheena Celestine

1407.   In or around 1995 Celestine began working for Turner Industries in Lake Charles, Louisiana as a fire watch-hole watch.  When Celestine first began working for Turner Industries, she was paid approximately $17 an hour. She was laid off in or around 2009.

1408.   Celestine has frequently heard sexually offensive comments and statements at Turner Industries. In many cases, management witnessed and participated in the sexual harassment of its female employees. For example, during a company safety meeting conducted by management, female workers were openly harassed. When female workers spoke or participated in the meeting, male workers whistled and heckled them. For example, when the female environmental representative of Sasol addresses the safety meeting of Turner employees, they whistle at her as she approached the front of the meeting.

1409.  Celestine has been subjected to racially offensive graffiti in and around the bathrooms at Turner Industries. For example, she has seen explicit and offensive statements about women such as drawings of male genitals and drawings of men having sex with women.

FIRST AMENDED COMPLAINT

1410. In or around 2007 a noose was found hanging in a bathroom at Turner. Management did not appear to conduct any investigation and nobody was disciplined.

1411. Turner generally promotes White workers over Black workers. For example, Celestine has worked in safety and was qualified for a safety position at Turner. Each time she requested a job in the safety department, she was told they were not hiring. However, Celestine saw White men being hired at the time. Turner also refused to let her take the test to become a helper, and said it was because they were not hiring helper positions at the time. However, she saw White men taking the test, and being hired at this time.

1412. Celestine has been subjected to discrimination by Turner's firing policies. She was laid off in or around 2009 with a group of other Black workers as part of a reduction in force. Over the course of her employment with Turner, Celestine has been laid off approximately fifteen times by Turner. Often, she has seen Turner transfer White workers to other jobs, rather than lay them off. Celestine believes she was laid off that frequently because she is Black. Also, because she have been laid off so frequently, she has not received raises, vacations and other benefits that White employees received.

### *Brenda Citizen*

1413. In 2003 Citizen began working for Turner Industries and worked on and off as a laborer until she was laid off in January of 2009.  When Citizen first began working for Turner Industries, she was paid $13.50 even though she was told she would make $18.50 an hour. After she complained, nothing was done.

1414. Patricia Hantz, a White laborer, made $2.00 more than Citizen did.

1415. Citizen has seen racially derogatory phrases in the restrooms such as "nigger" and "niggers get to the back of the bus"

FIRST AMENDED COMPLAINT

1416.   When Citizen was laid off in July of 2008, a White woman was hired to take her place. In the years that Citizen has worked at Turner, the Black employees were generally the ones to be laid off first and not the White employees.

1417.   Layoffs are not based on work performance. Citizen has never missed work or received citations and she was laid off. However, Andy, a White employee who frequently misses work, has not been laid off.

1418.   When there are layoffs, all of the laid off workers line up at the gate and Citizen has seen that the majority of them are Black. Minorities are overrepresented in the layoffs compared to Turners workforce in general.

1419.   Turner only hires Black employees for turnaround jobs, meaning short term work, while more White employees are hired for long term positions.

1420.   Black employees are assigned the more dangerous jobs. Whenever there is work to be done on scaffolding, it is given to a Black employee. There was a Black woman who was afraid of heights who was told that she would lose her job if she did not work on the scaffolding. In contrast, White women are not forced to work on scaffolding.

1421.   There are segregated restrooms at Turner. The White laborers are allowed to use the restrooms inside; however, the Black female laborers are forced to use the portable restrooms that the men use. Citizen has tried to use the ones inside, but was told to get out. She complained and asked why the other White women could use the inside restroom, but never received a response.

FIRST AMENDED COMPLAINT

*Shawn Citizen*

1422.   In 2004 Citizen began working for Turner Industries in Lake Charles, Louisiana, as a lead abatement.  When Citizen first began working for Turner Industries, he was paid $12 an hour. He was laid off in 2005.

1423.   While at Turner, Citizen heard White workers say that Black people were illiterate.

1424.   In the bathrooms, Citizen saw offensive graffiti calling Black people niggers. He also saw graffiti including: "niggers suck ass", drawings of Black people with nooses and drawings of Black people climbing trees like monkeys.

1425.   It is very difficult for Black workers to get promoted at Turner. Citizen asked for a promotion several times. His supervisor said he would look into it but nothing happened.

1426.   When Citizen was laid off there were about 25-30 other workers laid-off. They were mostly minorities.

1427.   Because Citizen was working with lead, he had to take frequent showers at work. He was told by Otis, a White co-worker "we don't take showers with other people". Citizen complained to his supervisor about what Otis had said. Citizen was laid off a few weeks later. Upon information and belief, he was laid off in retaliation for complaining about Otis' comments.

1428.   Citizen and a group of other workers were sent on a job outside of Shreveport, Louisiana. The White workers were given hotel rooms with two workers to a room. The Black workers were given hotel rooms with four workers to a room. Half of the Black workers were forced to sleep on the floor while the White workers all had beds. While working on the job

FIRST AMENDED COMPLAINT

outside of Shreveport, he earned $12 an hour. The White workers doing same job earned $18-$20 an hour.

### Ronald Coleman

1429.   Coleman began working for Turner Industries in Lake Charles, Louisiana in May of 1992 as a laborer. He worked in this position for four years, making $8 per hour; he never received a wage increase. After this, he worked as a carpenter's helper for two years, making $10 to $11 per hour. Then, Coleman took a test to become a B-craft carpenter, passed the test and remained in this position, making approximately $14.85 per hour, for about a year. Following this, he tested to become a boilermaker, passed, and worked as a boilermaker, until he was laid off on May 3, 2008.

1430.   Throughout his employment at Turner, White employees were consistently given promotion opportunities over more qualified Black employees. While Coleman had to remain in a laborer position for four years before being promoted to helper, White employees would only be employed for a couple of months before being allowed to test for higher paying positions.

1431.   White employees would also be given assistance when taking tests to be promoted, but Black employees never received any help in passing.

1432.   Throughout his employment Coleman was subjected to racial graffiti and depictions throughout Turner facilities. The portable bathrooms were constantly covered in racially offensive depictions such as: "nigger," "KKK," drawings of nooses, and "White power."

1433.   When Coleman was working as a laborer, a White employee, who went by the name "Rerun," used to call him "boy" on a regular basis. He was a carpenter at the time, but is now a foreman.

FIRST AMENDED COMPLAINT

1434.   Turner also discriminates against Black employees through their hiring and firing process as well as in the assignment of work. When it came time for layoffs, Black employees were laid off in a disproportionate manner as compared to White employees. It did not matter who had seniority.

### *Dwayne Colston*

1435.   In September 2006 Colston began working for Turner Industries as a boilermaker and was paid $21 an hour.  Colston was laid off in March 2009.

1436.   Colston had overheard groups of White workers telling racially offensive jokes and innuendos.

1437.   Colston saw graffiti in the bathrooms that used the words "Nigger" and "KKK." He complained to his supervisor. Nothing was done. Colston's brother was an Operator at CITGO, working for CITGO not Turner. In a safety meeting between CITGO and Turner, his brother told Turner to remove the graffiti in Turner's restrooms.

1438.   Inexperienced White workers were promoted over more experienced Black workers. The rule was that a worker had to be with Turner four years to be considered Craft. The rule was not applied to White workers. Colston wanted to take a test for promotion, but David Pack would not allow it.

### *Trillis Danielson*

1439.   In 2003 Danielson began working for Turner Industries in Lake Charles, Louisiana. She held many positions including Sandblaster, Painter, Fire watch-Hole watch, and Boilermaker.  Danielson was laid off in 2008.

1440.   From 2005-2008 Danielson worked with Jeff Gillery, a White Painter. Gillery openly made racially offensive statements. He would say such things as, "Whites are superior,"

FIRST AMENDED COMPLAINT

"Whites are better workers" and "it's a Black thing" (when something was done incorrectly). These things were said in front of the Foreman Troy. At Turner's Sasol site, racial statements were an everyday occurrence.

1441.   In the restrooms Danielson saw graffiti that said "the KKK rules this place" and Black workers being called "Niggers."

1442.   In 2006, someone hung a noose at the work site. There was a meeting where management said that anyone caught would be punished. After the meeting, Danielson was in the blast yard with Jeff Gillery. He took a piece of rope and made it into a noose in front of Danielson, saying "I'll show you how to tie a knot" and then began laughing.

1443.   After the noose incident with Gillery, Danielson's work duties were changed. She was assigned to opening cans, cleaning up, or getting tools, instead of painting or doing more important jobs.

1444.   In 2007, Mike Ashford called Danielson and offered her a job as a hole watch-fire watch. She asked if they had any openings for a Boilermaker. He said that they did, but that he would only hire her for the hole watch-fire watch position for which she was overqualified.

1445.   Black workers are forced to do the dirty work. In 2008, Turner used an all Black crew to clean and paint the pipe racks. This is dangerous and difficult work because lead was involved.

1446.   Danielson was forced to paint fire hydrants in a muddy field. White workers would not have to do this. The White workers would get choose what jobs they wanted and the Black workers would have to do whatever was leftover,

FIRST AMENDED COMPLAINT

1447.  In 2007, Turner utilized segregated bathrooms at the CITGO site. The White women were allowed to use the restrooms inside the control room, but the Black women were forced to use the portable toilets.

1448.  Danielson has applied for work at Turner Industries many times since she was laid off. Several times Preston Jordan, a painter at Turner, told her they were hiring, and to call Grady Cooley. Every time she called Cooley, he told her they were not hiring. Despite these efforts, her experience, and other qualifications, Danielson has not been rehired.

### Marcus Doucette

1449.  Doucette began his employment with Turner in the summer of 1991 as a laborer in Lake Charles, Louisiana. Doucette was terminated by Turner in or around February of 2008.

1450.  Doucette and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries.

1451.  Doucette and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, racial slurs like "nigger" were written on the walls of the bathrooms. Nooses were also hung around Turner facilities.

1452.  Turner offers paid training and schooling to White employees but Black employees were not afforded the same opportunities. Doucette paid for training to become a pipe-welder. White employees would be promoted to pipe-welder after having learned the trade on the job. However, Black employees, unlike White employees, were required to complete school to become a pipe-welder. After Doucette completed the training, he was finally promoted to a pipe-welder in or around 1996.

1453. Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees. Qualified Black employees have been skipped in favor of promoting White employees even when the Black employees have passed qualifying procedures necessary for the promotion. In or around 2006, Doucette and other Black employees would teach new White co-workers how to complete a task and yet these White employees were promoted over them and given pay raises.

1454. Black employees are subjected to further discrimination by Turner's hiring, firing and work assignment policies. Black employees were generally assigned jobs that were dirtier and that White employees did not want to do. Black employees were often assigned to tasks which were outside their craft specialties while White employees were assigned easier, higher paying jobs.

1455. Black employees are terminated in a disproportionate manner as compared to White employees. Black employees who are eligible for reassignment are often told no positions are available, despite the fact that White new employees or other White employees from other areas of the company are given jobs instead of the Black employees.

### *Anitra Edwards*

1456. In January 1996 Edwards began working for Turner Industries in Lake Charles, Louisiana, and throughout her time there worked as a laborer and helper. When Edwards was laid off in October 2007, her ending salary was $15.75 an hour.

1457. Edwards has heard racially charged comments such as "niggers should not be on the job" by a Turner Employee and "Turner is a White man's company," as well as "Why do they hire all these niggers?"

FIRST AMENDED COMPLAINT

1458.   In the bathrooms, Edwards has seen racially derogatory words and phrases such as "nigger," "Blacks have to suck dick," and "White women we get what we want." She also saw drawings of nooses.

1459.   Edwards was working on a turnaround in an acid plant under supervisor Matt Thibodaux. James Gallery, a White male with less seniority than Edwards, was promoted over her to foreman of fire watch-hole watch. Edwards complained, but received no response.

1460.   Edwards also did pre-turnaround work, in which she would teach the new workers how to do turnarounds. When the turnaround started, the White workers that she had trained would be promoted over her.

1461.   At the coker plant, Black workers had to shovel coke in the heat while White works did not work at the coker plant.

1462.   Edwards was forced to work on scaffolding even though she did not want to, and White workers did not have to do it.

1463.   When Edwards would go to the Turner office seeking work, she would see that all the Black workers were told to wait in the front. The White workers were immediately taken into the back and interviewed and the Black workers would have to sit around and wait or were told to come back the next day.

1464.   When Black women would ask for the key to the women's restroom, sometimes they would say that it was lost or they would just refuse to give the Black women the key. However, this did not happen to White women. Some of the White women could even go into the office to use the restroom.

1465.   In October 2007, after working the turnaround night shift, Edwards left with several other women. They were riding in the back of a truck driven by Vicki Cochran, a White

FIRST AMENDED COMPLAINT

female, when she backed up into another vehicle. Cochran did not stop to make a report but instead kept on driving. When they got to the gate they reported it, and Edwards went to the hospital and was diagnosed with a sprained knee. When she returned for work a few days later, she was laid off, along with all of the rest of the Black women who had been riding in the back of the truck who had been hurt and taken off work. Cochran, on the other hand, was not disciplined and still works at Turner.

1466.   Edwards has applied for work at Turner Industries as recently as November 18th, 2007. Despite these efforts, her experience, and other qualifications, she has not been rehired.

### *Glenda Edwards*

1467.   Edwards started at Turner Industries in Lake Charles, Louisiana in 1989 as a fire watch- hole watch worker making $12 per hour.  Edwards was terminated by Turner in 2006.

1468.   Edwards and her similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries.

1469.   Edwards has heard the word "nigger" used on several occasions during her employment with Turner.

1470.   Also, other Black women were required to use the portable toilets outside while the White women were allowed to use the indoor restrooms.

1471.   Edwards and her other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, in the restrooms she saw things such as, "niggers suck dick," "I hate Black people," and "no niggers allowed on the job."

1472.   Turner discriminated against Black employees by creating a disparity in pay. White employees were paid higher wages for doing the same jobs as Black employees. For

FIRST AMENDED COMPLAINT

example, Edwards was denied overtime pay during the week and told that she could only receive overtime pay if she worked on the weekends. Edwards also did not receive the regular raises that other employees received. In her entire seventeen year employment with Turner she only received around one dollar in raises.

1473.   Black employees are subjected to further discrimination by Turner's hiring, firing and work assignment policies. Black workers at Turner get the more difficult and dirty assignments. Edwards, along with other Black workers, was often assigned to work around chemicals and White workers were not given these types of assignments.

1474.   Black employees are terminated in a disproportionate manner as compared to White employees. Minority employees were more frequently laid off, Edwards included, and often they would not even be told that they were laid off and would only find out when they would try to scan their cards at the gate and it wouldn't work. This was especially frustrating for Edwards because she lived forty eight miles from Turner. White workers were not treated with such disregard.

1475.   Edwards was one of six Turner workers riding in a truck, five Black and one White, when they were involved in a car accident. The impact threw Edwards and five other Black workers into the bed of the truck, injuring all of them. Vicky Cochran, the White woman driving the vehicle, did not report the accident and attempted to cover it up. When Edwards and her fellow workers reported the incident and complained that they had all been injured, they were all laid off. Turner did not show any concern for their health and safety and believe that they were laid off in order to help cover up for Cochran who was at fault for the accident.

1476.   Edwards last applied to work for Turner in July of 2010, but she has not been called.

FIRST AMENDED COMPLAINT

### *Donald Franklin*

1477.  In 1980 Franklin began working for Turner Industries as a boilermaker and carpenter.  When Franklin first began working for Turner Industries, he was paid $19 an hour. He was laid off in December 2007. His ending salary was $25 an hour.

1478.  Franklin's supervisor from 2004-2007 was Dempsey Martin. Dempsey Martin harassed him during lunch breaks with comments about fried chicken. Martin would ask Franklin if he was eating fried chicken or say "I betcha Donald brought fried chicken for lunch." Martin would laugh and loudly exclaim "Donald you love the fried chicken." This was racially offensive and embarrassing. The other workers on lunch break witnessed this and some would laugh.

1479.  Franklin was unaware of Dempsey Martin ever bringing in another Black worker on his crew other than himself. The workers Martin hired from Vidor, Texas were White men who spoke to Franklin in a racially derogatory way. Most of the time Martin spoke to Franklin it was to say something racially derogatory and demeaning.

1480.  There was a group of White workers that regularly made racially offensive jokes and comments. Jonathan Roger claimed that if he ever did anything illegal he would say a Black man did it and the cops would believe him. Franklin also heard Roger say that he thought all Black people had big lips.

1481.  In the bathrooms Franklin saw graffiti with many offensive things like, "I feel like hanging a nigger" and "when I die bury me face down so a nigger can kiss my ass". The offensive graffiti was allowed to stay up for long periods of time.

1482.  Franklin saw many workers displaying confederate flags. There were also workers with Nazi and KKK tattoos.

FIRST AMENDED COMPLAINT

1483.   During the presidential campaign in 2007, Martin said "I bet Donald will vote for Obama." Franklin told him that he had been a Democrat all his life and did not plan on changing now.

1484.   Franklin's supervisor, Dempsey Martin, was upset about Obama's candidacy. He made several derogatory comments about Obama. Once Obama won the election, Martin became hostile towards Franklin. Shortly thereafter, Martin told Franklin he had to leave the crew to work as a carpenter or be laid off. Carpenters earn around $19 an hour, six dollars an hour less than he was earning. Franklin did not accept the carpenter position and was laid off. The rest of the crew was White workers and no other workers in the crew were laid off or transferred.

1485.   Martin never offered Franklin a promotion even though he had been with Turner for years. After Franklin was laid off, Dempsey Martin promoted Josh Monceaux (White). Josh Monceaux had not been with Turner as long as Franklin.

1486.   Franklin complained to Andy Welch, Dempsey Martin's supervisor, that he believed his layoff was discriminatory. Andy Welch told Franklin that Dempsey Martin had gone over his head with the client and he could not get Franklin my job back, but he promised to get him another job in maintenance. He never fulfilled that promise. Chad Dietz and Blue, two members of Franklin's crew, also went to Welch and complained that his layoff was unfair.

1487.   Since Franklin was laid off in 2008, upon information and belief Turner has not hired any Blacks for permanent boilermaker positions at Westlake Petrochem. They have hired approximately 20-30 White boilermakers.

1488.   Franklin goes in to Turner's office every couple of weeks to look for work, but they usually tell him to call back later. In the Turner office, he sees mostly Black people waiting

FIRST AMENDED COMPLAINT

around for work. When Turner is hiring someone they call out their name so he can see they are hiring mostly White people. When Blacks are hired, it is usually for temporary positions.

1489.  Franklin has applied for work at Turner Industries as recently as August 2010. Despite these efforts, his experience, and other qualifications, he has not been rehired.

### Robert Freeman

1490.  Freeman is a Black male and began working for Turner Industries in Lake Charles, Louisiana, as a helper. He remained a helper until around 1996 when he was laid off. In 1995, he became a carpenter. Then in 2000, he was rehired as a carpenter and was laid off in 2006. Freeman was rehired by Turner as a carpenter and then was most recently laid off in December of 2009.

1491.  Freeman and his similarly situated Black co-workers have been subjected to racially offensive graffiti displayed in the restrooms at Turner. For example, he often saw "niggers" written on the walls and pictures of men hanging from nooses in the portable bathrooms on Turner job sites.

1492.  Turner further discriminates against Black employees by creating a disparity in pay. In 2007, Freeman became an iron rigger making approximately $23 per hour. However, he saw pay stubs of other White employees in his same position and they were making $2 per hour more than he was. Freeman encountered one White worker who was new to iron rigging and he was being paid $23 per hour, but after a period of observation his pay was increased to $25 per hour. Freeman asked to be observed on several occasions but no one would observe him. Some newly hired White employees were automatically paid $25 as iron riggers.

1493.  Freeman was laid off in or around December of 2009. He was told that he was being moved to another Turner location at WR Grace. However, when he arrived there he

FIRST AMENDED COMPLAINT

realized that he was being put to work as a helper when he was supposed to be working as an iron rigger. He also discovered that he was being paid less than the other workers. Freeman then called the Turner office from his cell phone and spoke to a woman who then called his supervisor. His supervisor drove to the plant to pick him up and told him me that he was being laid off for using his cell phone.

1494.   Freeman attempted to reapply to Turner once or twice, but was told that they were not hiring despite the fact he saw people being hired.

### *Tonya Frye*

1495.   In 2000 Frye began working for Turner Industries in Lake Charles, Louisiana as a laborer/helper. In 2008 she began working as a hole watch-fire watch.  When Frye first began working for Turner Industries, she was paid $9 an hour. She was laid off by Turner in or around December 2009. Her ending salary was $10.50 an hour.

1496.   Frye frequently heard a White supervisor use the word "Nigger." This supervisor also repeatedly told jokes in which he would say "Nigger" when referring to Black men.

1497.   A White male co-worker called Frye a "Black bitch." He was not punished.

1498.   Mike Ashford, a White male in charge of raises, would pay White workers about three to four dollars more per hour than Black workers in the same positions.

1499.   Frye saw a White woman's employment paperwork at her last orientation. Although they were both working in the same position, the White woman was receiving a higher salary.

1500.   White supervisors generally fire Black workers during layoffs, and White workers with less experience are retained. Black employees are also usually laid off after the completion of jobs, but White employees are transferred to another site.

FIRST AMENDED COMPLAINT

## *Camille Gobert*

1501.   Gobert began working for Turner Industries in Lake Charles, Louisiana on March 24, 2008 as a hole watch-fire watch worker. She was laid off on October 1, 2008.

1502.   White workers were given opportunities to test in order to be promoted, and they would receive help in passing tests. Gobert was never given the opportunity for additional schooling or testing to be promoted.

1503.   Throughout her employment at Turner, Gobert was subjected to racial graffiti and depictions throughout Turner facilities in the break rooms and bathrooms. There were racial slurs written on tables, benches, and in the bathrooms such as: "Fuck all niggers," "White power," "KKK." She also saw White employees with confederate flag stickers on their hard hats throughout the workplace.

1504.   The level of discipline is also much higher for Black employees. White employees may receive light discipline for instances that Black employees could be written up or terminated for.

1505.   In April of 2008, Gobert clocked out two minutes early and was written up by her supervisor, James Fontenot. Her sisters were also written up. However, on this same day, there were two White workers who left five minutes early and received no disciplinary action.

1506.   In September of 2008, Gobert was told by a supervisor, David Wing, to stay on the ground floor to do hole watcher duty. A small fire broke out, which was not unusual, and David Wing chastised Gobert for not knowing how to do her job.

1507.   Turner also discriminates against Black employees through their hiring, firing, and work assignments policies.

FIRST AMENDED COMPLAINT

1508.   Black workers were always given less desirable or more dangerous jobs. David Wing was the supervisor in charge of hole watch-fire watch assignments and he always gave the less desirable jobs to Black workers and grouped Black workers together.

1509.   If White workers were laid off, they would be brought back to another location, or simply transferred to another part of the refinery. Black employees were terminated in a disproportionate manner as compared to White employees and were not retained for employment or transferred elsewhere.

1510.   When Gobert was laid off in October of 2008, she reapplied for work and was told that there was no work. She was willing to travel in order to work, but was constantly told that no jobs were available. During this time new White workers were being hired.

### Nicole Gobert

1511.   In March of 2008 Gobert began working for Turner Industries in Lake Charles, Louisiana, as in the hole watch-fire watch position during both the day and night shifts. When Gobert first began working for Turner Industries, she was paid $13 an hour. She was laid off in November of 2009.

1512.   Gobert would hear Black employees called "boy" and "nigger" on a daily basis. Sometimes even a supervisor would call a worker a "nigger." On one occasion she heard a supervisor say "see how he is working like a nigger?  Gobert would report the harassment but nothing was ever done.

1513.   At the Turner site at Conoco there was graffiti in the bathrooms, lunch tables, and on the plastic sheds built to keep the hole watch-fire watch crew out of the rain. Some of the drawings were of swastikas and the Confederate flag.

FIRST AMENDED COMPLAINT

1514.   It would take a Black employee a long time before he/she could be promoted from hole watch-fire watch because one needed a recommendation before taking the test. As a Black employee, recommendations were very hard to get. A White employee working in the hole watch-fire watch position would usually make about $15 an hour.

1515.   Gobert has seen White workers hired during a "reduction in force." Turner tells Black workers that they are not hiring but a White worker is hired the same day.  Instead of laying-off White workers, Turner would transfer them to another site.

1516.  Gobert called Thomas Turner to complain about a mass layoff of Black employees but he never returned her calls.

1517.   Turner would actively pursue White workers while laying off Black employees. This was the case when Gobert was laid off less than a week into a job and they had a White crew come in to finish the job.

### *Odessa Gobert*

1518.   In March of 2004 Gobert began working for Turner Industries in the hole watch-fire watch position during the night shift.   When Gobert first began working for Turner Industries, she was paid $13.20 an hour. She was laid off on or about October 1, 2009. She never received a raise.

1519.   The graffiti in the restrooms and on the picnic tables said things like "no niggers allowed," "KKK," and "White people rule." There were also pictures of swastikas and Confederate flags on hard hats of Turner employees. The supervisors had to have known because they sat at picnic tables where the phrases and symbols were carved into the wood, but they never saw that it was cleaned up.

1520.   Gobert frequently overheard Black employees called "boy."

FIRST AMENDED COMPLAINT

1521.   At the W.R. Grace site in April of 2008, Turner supervisor David Wing gave the White women employees the easier jobs while the Black women employees had to pick up trash.

1522.   Gobert was written up along with her sister, Camille Gobert, for leaving the gate two minutes early, while most of the White workers had already left without any punishment. Later, a meeting was called just for Black workers and they were reprimanded for leaving early.

1523.   Job openings were not posted, but instead heard of by word of mouth.

1524.   Supervisors would transfer White employees instead of laying them off, while Black employees were laid off instead of transferred.

### *Terry Gobert*

1525.   Gobert began working for Turner Industries in Lake Charles, Louisiana in and around December of 2005 until November of 2008 as a carpenter's helper.

1526.   Throughout Gobert's employment with Turner he has been subjected to harassment and a racially hostile atmosphere. In and around 2005, a noose was hung in the work facility. The supervisor at the time, "Dickey", was informed of the incident. The noose was taken down, but nothing was done to determine who had hung it.

1527.   Throughout his employment Gobert was also subjected to racial graffiti and depictions throughout Turner facilities. The bathrooms and walls throughout the facility were constantly covered in racially offensive slurs including: "niggers you can leave," "niggers go home," "kill the niggers," "niggers need to go back to Africa."

1528.   Turner also discriminates against Black employees through their hiring and firing process. Black workers, regardless of their years of experience on the job, are laid off in a disproportionate manner as compared to White employees. Gobert was with Turner for four

FIRST AMENDED COMPLAINT

years, and a White employee who was hired after him got promoted when Gobert got laid off in November of 2008.

### Tommie Gobert

1529.   Gobert is a Black male, and he began working for Turner Industries in Lake Charles, Louisiana on January 27, 2004 until he was laid off in July of 2009.  Gobert was hired as a carpenter's helper, making $15.80 per hour. He worked the day shift, and out of a crew of twelve, Gobert was usually the only Black employee.

1530.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Gobert and his similarly situated Black co-workers. White helpers typically made about $20 to $21 per hour.

1531.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. Gobert was never given an opportunity for promotion or advancement. Throughout his employment at Turner, Gobert received one raise of twenty-five cents.

1532.   Gobert and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries. White employees openly referred to Black employees as "niggers."

1533.   Gobert and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, the bathrooms were constantly covered in racially offensive slurs including the use of "nigger" or "niggers." Gobert also saw drawings depicting Black men being hung by nooses.

FIRST AMENDED COMPLAINT

*Zavier Green*

1534.  Green is a Black male and he began working for Turner Industries in Lake Charles, Louisiana in and around 2001.  Green was hired to work as a forklift driver, and after about one year, he was moved up to work as a fuel truck driver. He was initially paid $14 per hour. When he started driving the fuel truck, his pay went up to $21.40 per hour.

1535.  Green remained on the fuel truck for two years, and then he was moved back to the forklift driver position. His pay remained at $21.40 for two weeks and then was dropped back down to $14 per hour.

1536.  Throughout Green's employment with Turner, he was subjected to harassment and a racially hostile atmosphere. White employees regularly used slurs such as "niggers" to refer to Black co-workers. In and around 2006, Green heard a White employee calling a Black co-worker a "nigger," and when he went to complain to the scaffold builder supervisor, Wesley Blancher, the White worker was moved to another crew but not written up for his conduct.

1537.  Green's supervisor, Joe Farque, made comments that Green was living better than him and he did not like this. In and around 2007, Green heard from his co-workers that Farque was trying to fire him. In an effort to avoid this he stopped driving the fuel truck and went back to the forklift driving position.

1538.  Throughout Green's employment with Turner Industries, he was also subjected to racial graffiti and depictions throughout Turner facilities and job sites. The bathrooms were constantly covered in racially offensive slurs and comments including the frequent use of "nigger" and "niggers." A noose was hung in the work unit in and around 2006. It was taken down, but there was no investigation.

FIRST AMENDED COMPLAINT

1539.   Green was subjected to further discrimination by Turner's hiring, firing, and work assignment policies. Black workers were always given the less desirable, dirtier jobs. White workers were always given the more desirable, higher paying positions.

1540.   Black workers were always laid off first when it came time for a layoff. However, when White workers requested to be laid off so that they could go to a better paying job, those requests would be granted. Green asked, Dudley Roy, the superintendent, for a layoff in May of 2008 because he had received a better job offer. He refused to lay him off and told him that he had to quit.

1541.   Green reapplied to work at Turner on October 4, 2010. He was told that he would get a call, but no one has gotten in touch with him.

### Charles Grier

1542.   Grier began working for Turner Industries in Lake Charles, Louisiana in and around September of 2005 as a blaster painter. He was laid off in November of 2006.

1543.   Approximately six weeks after Grier was hired, he was working in the lay down yard. He had to gather materials to put on the ground to be blasted. While he was doing this, several White employees were commenting on how he was doing his job. One White employee said that if he got enough paint on himself that it might help his color. When he went to his supervisor, Grady Cooley, later that day and explained what had happened, Cooley asked Grier if he had encountered any problems like this before. Cooley then said that the other workers like to "play" and if it was a problem that Grier would need to get another job.

1544.   In and around November of 2006, Grier got into a car accident and needed some time off of work to see a doctor. He went in to let the company know, and he was told to bring in

FIRST AMENDED COMPLAINT

doctor's papers. When he did, he was told that that he was laid off, and that Grady Cooley had put him on the list for layoffs.

1545.   Throughout his employment at Turner, Grier was subjected to racial graffiti and depictions throughout Turner's facilities. The portable bathrooms were constantly covered in racially offensive slurs and comments such as "nooses are meant for your Black asses."

1546.   In and around 2006, for approximately two weeks there were nooses hung in the bathrooms on a daily basis. A safety meeting was held pertaining to this issue, but no one was ever implicated or reprimanded.

1547.   Turner also discriminates against Black employees through their hiring and firing process. Black workers are terminated in a disproportionate manner as compared to White employees.

1548.   In and around 2008, Grier reapplied for work with Turner and he was told that there were no positions available; however, he had heard of new White employees being hired at this time.

### *Elliot Guillory*

1549.   Guillory began working for Turner Industries in Lake Charles, Louisiana on October 9, 2005 as a carpenter's helper. He was laid off on October 12, 2009.

1550.   White workers received promotions over qualified Black employees. White workers with less experience also consistently received promotions and wage increases over more qualified Black employees. In and around 2007, Guillory took a forklift driver test and passed, but a White worker was promoted for the position instead of him. He quit because he was frustrated, and then he was called back to work in August of 2007 as a helper.

FIRST AMENDED COMPLAINT

1551.  Throughout his employment Guillory was subjected to racial graffiti and depictions throughout Turner facilities. The portable bathrooms were constantly covered in racially offensive slurs and comments such as: "nigger," "niggers," "we're going to kill you nigger," "this nigger is not my president," "I hate niggers, go back to where you come from," "White power," "KKK" and "311," which stands for KKK. There were also drawings of monkeys and Black people being hung from nooses.

1552.  Turner also discriminates against Black employees through their hiring and firing process. Black workers are terminated in a disproportionate manner as compared to White employees. When a job was complete, Black workers would get laid off and White workers would get transferred to a different location.

1553.  On October 12, 2009, a White employee named Kelly Regan was supposed to be laid off with Guillory and other Black employees. Regan was allowed to continue working, but other Black employees including Guillory were laid off.

1554.  Black employees who are eligible for reassignment are often told that no positions are available, despite the fact that new White employees or White employees from other areas of the company are given jobs instead of Black employees.

1555.  Chad Short was the supervisor responsible for laying off and rehiring old workers or hiring of new workers. Guillory called Short numerous times after he was laid off to reapply for work, and he was told that there were no positions available. During this time, Short hired new White workers.

FIRST AMENDED COMPLAINT

### Kenneth Hanks

1556. Hanks started at Turner Industries in Lake Charles, Louisiana on December 24, 2005 as a utility hand on a fuel truck making $15.48 per hour plus a dollar incentive from CITGO if he was on time. Hanks was terminated by Turner on or about February 19, 2009.

1557. Hanks and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, graffiti of a man hanging from a noose and "Nigger" could be seen. They would be spray-painted over periodically.

1558. Turner discriminated against Black employees by creating a disparity in pay. White employees were paid higher wages for doing the same jobs as Black employees. For example, between 2008 and 2009 another White utility hand, who was going to school, made $20 per hour even though he had the same position as Hanks.

1559. Black employees are subjected to further discrimination by Turner's hiring, firing and work assignment policies. After being terminated, Hanks went back to Turner several times to put his name on the list to be called if work was available. He never received a call back from Turner. He would go into the office and see White workers being hired but no one would call him back. He eventually started calling and leaving messages to see if work was available and he still never received another call back. His most recent attempt to reapply at Turner was September 13, 2010.

### Reginald Harmon

1560. Harmon began his employment with Turner on or about July 17, 2005 as a sandblaster and industrial painter in Lake Charles, Louisiana. He was laid off due to a "reduction in force" on or about April 5, 2007.

FIRST AMENDED COMPLAINT

1561.   Harmon and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, racial slurs like "nigger," "wetback," swastikas, and confederate flags were written and drawn on the walls of the bathrooms.

1562.   In or around 2006, there was a noose hanging on the pipe rack. Harmon and other Black employees complained about the graffiti and the noose but the supervisors would just laugh it off.

1563.   Black employees were subjected to harassment and a racially hostile atmosphere by White co-workers who would carry lunchboxes with confederate flag and swastikas stickers on them. White co-workers would call Black employees racial slurs like "monkey," and "nigger."

1564.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. For example, there was a foreman position available but it was given to a less experienced, unqualified White employee even though Harmon had seniority and was more qualified.

1565.   If there are White employees who have been terminated, have left for better paying jobs, or otherwise discontinued their employment with Turner, they are customarily rehired before or instead of any Black employees. However, Black employees were told that there were no open positions.

1566.   Similarly, Harmon had over twenty years of experience as an industrial painter before he began working for Turner. However, in the two years he worked for Turner, he did not receive a pay raise and he was also up for a promotion which he never received. Rather, he was terminated on or about April 5, 2007.

FIRST AMENDED COMPLAINT

*Joseph Henderson*

1567.   Henderson is a Black male who was employed by Turner Industries in Lake Charles, Louisiana in or around 1984 as a welder/fitter.

1568.   Henderson was laid off in early 2009. At that time he was making between $22 and $25 an hour.

1569.   While working at Turner Henderson heard White employees make racial statements in passing and laugh at me.

1570.   Henderson has seen a depiction of a Black man being lynched in the restroom at Turner.

1571.   There have been racially derogatory statements in the restrooms such as "Obama is a nigger," "the Whitehouse is a Black house," "the KKK rules" and "the only good coon is a dead coon." The graffiti stays up for long periods of time, even though there are many complaints.

1572.   There are few Black workers hired at Turner. Those who are hired are the first to be laid off. When I started working in the Tank Farm, Henderson was one of three Black welders. Eventually, he was the only Black welder in the area.

1573.   When Henderson was laid off, he was told that they had done x-rays of the pipes and most of the repairs needed were in the area that he had worked on. Henderson was not the only employee to work on that section of pipe, but he was the only employee laid off. Henderson was replaced by a White worker.

1574.   When he first applied to Turner in the 80's, Henderson was told that there was no work available. He asked to talk with the welding coordinator and was told that he was not there. Then, a White worker walked in and asked about welding work and was taken to the back to

FIRST AMENDED COMPLAINT

meet with the coordinator. Henderson complained to Turner's main office about the incident and was then offered a job.

### *Mark Henry*

1575.   Henry began working for Turner Industries in Lake Charles, Louisiana on October 15, 2008 as scaffold builder helper making $15.45 per hour. His employment with Turner ended in April 2009, and at that time he was still employed as a scaffold builder helper and still had the same rate of pay.

1576.   White workers of the same position and seniority as Henry made more money than he did during his employment. White scaffold builder helpers made up to $2 more per hour.

1577.   Black workers are also given jobs that were more dangerous and less desirable. For example, one time Henry had to stand in a run-off ditch with gasoline and oil byproducts in it. He was not given a respirator to perform these duties even though these products were hazardous to his health.

1578.   Turner officials foster a racially hostile work environment. Turner supervisors on the job would refer to Black men as "boy" on a regular basis.

1579.   Turner did not hire Black workers into upper level positions. Turner would assign Black workers to laborer or helper positions and reserve the journeymen, craft and supervisory positions for White workers.

1580.   For example, Henry asked the Turner placement office for a fork-lift operator job. He was told there were no positions of that type available; however, three White workers were hired for that same position less than three weeks later. He asked again to be made a forklift operator but was again told there were no openings.

FIRST AMENDED COMPLAINT

1581.   Throughout his employment at Turner, Henry was subjected to racial graffiti and depictions throughout Turner facilities. The bathrooms always had racially offensive remarks covering the walls, such as: "Niggers go back to Africa," and racial, anti-Obama remarks. Also, racial symbols including swastikas, "KKK," and pictures showing the lynching of Black employees covered the inside of the bathrooms.

1582.   One time an actual noose was hanging in a bathroom, with writing next to it saying, "Nigger this could be you - remember Jasper, Texas" referencing the incident where a Black man was dragged behind a pickup truck after being chained to the back. Turner management knew about these occurrences and failed to take corrective action or to investigate the incident to find out who was responsible.

1583.   Turner disciplines Black employees much more harshly than White employees who commit similar infractions. Black workers are fired instantly for any infractions, whereas White employees are first warned, then suspended and possibly terminated, although termination was uncommon.

1584.   For example, Henry witnessed a drunk White worker who fell while working. Henry caught him as he fell and reported this behavior to the supervisor. The White employee was not disciplined or even sent home that day; he simply took an hour break and went back to work.

### *Michael John*

1585.   John began his employment with Turner in or around 2001 until 2003 as a cement finisher in Lake Charles, Louisiana. He again worked for Turner in or around 2006 to 2007 as a hydro-blaster.

FIRST AMENDED COMPLAINT

1586.   John and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries.

1587.   John and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, racial slurs like "fuck you nigger," "we hate niggers," KKK symbols, swastikas and depictions of a Black man painted with a noose around his neck were written and drawn on the bathroom walls. John did not complain about the graffiti because he was too scared of losing his job.

1588.   John and other similarly situated Black co-workers were further subjected to harassment and a racially hostile atmosphere by the White co-workers. Often times, when he would walk around the Turner facilities, he would hear the word "nigger."

1589.   Turner discriminates against Black employees by creating a pay disparity. As a Black cement finisher, he was paid $9 an hour while the regular rate of pay for a cement finisher is $14 an hour.

1590.   Similarly, in or around 2006, John was sent on a hydro-blasting project to the Virgin Islands. He was making $13 an hour while less experienced White employees were making $19 an hour. He and other similarly situated Black employees did not receive raises.

1591.   Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees. Qualified Black employees have been skipped in favor of promoting White employees even when the Black employees have passed qualifying procedures necessary for the promotion.

1592.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. Turner did not want us to learn or move up with the company. Turner hired White employees at a higher rate of pay then Black employees who

FIRST AMENDED COMPLAINT

were doing the same job. During John's time at Turner, there was only one Black employee who advanced to a supervisor position.

1593.   Black employees are subjected to further discrimination by Turner's hiring firing and work assignment policies. Black employees were always assigned jobs that were dirtier and White employees did not want to do. Black employees were often assigned to tasks which were outside their job duties while White employees were assigned easier, higher paying jobs. John and other similarly situated Black employees were too scared to refuse the tasks in fear of losing our jobs.

1594.   John worked both the day and night shift. Often he would start working the day shift and work overtime into the night shift. If they were on call, he would be beeped to do jobs that White employees did not want to do.

1595.   Turner discriminates against Black employees by disciplining them more than White employees. For example, if a Black employee showed up to work late, their pay would be deducted while White employees who were late were excused. White employees were allowed to take any time they wanted off but if a Black employee requested time off, their job would be on the line.

1596.   In or around 2001, a White employee took off because his dog passed away but John was not given off even though he had an unbearable toothache. Likewise, one Black employee was so scared of losing his job that he did not ask for time off. He was so ill but came into work and a little while later, the supervisor found him dead in his truck.

1597. Turner offers paid training and schooling to White employees but Black employees were not afforded the same opportunities. White employees were trained so that they

FIRST AMENDED COMPLAINT

could move up and advance with the company, but Turner wanted to keep all Black employees as common laborers and not let them advance.

1598.   Black employees are terminated in a disproportionate manner as compared to White employees. Black employees who are eligible for reassignment are often told no positions are available, despite the fact that White new employees or other White employees from other areas of the company are given jobs instead of the Black employees.

1599.   If there are White employees who have been terminated, have left for better paying jobs, or otherwise discontinued their employment with Turner, they are customarily rehired before or instead of any Black employees. However, Black employees were told that there were no open positions. If Black employees were rehired, they were give lower positions with lower pay.

1600.   In or around 2007, when John returned from the Virgin Islands, White employees were given forty to sixty hours a week to work while he and other Black employees had to beg to get eight to fifteen hours. He could no longer live off such little pay and he ended his employment with Turner.

### *Kevin Johnson*

1601.   In 1995 Johnson began working for Turner Industries in Lake Charles, Louisiana.

1602.   Johnson was laid off in 1998 for horseplay.

1603.   At the time that Johnson was fired, the entire crew was playing around and he was showing a fellow Black employee the supervisor's knife when he accidentally poked him in the hand with it. The other employee complained, believing it was intentional. Johnson's supervisor told him that he knew it was an accident, but he was fired anyway. He believes that if a White employee had been in his position he/she would not have been fired.

FIRST AMENDED COMPLAINT

1604.   In October of 2008, Turner considered Johnson for a job as a welder. At that time, Turner administered a drug test, and he was told that he failed the test, but those results were false because Johnson did not have any drugs in my system.

### Bryant Jones

1605.   In or around 2007 Jones began working for Turner Industries in Lake Charles, Louisiana doing hydro blasting.

1606.   When Jones first began working for Turner Industries, he was paid approximately $12 an hour. Jones last worked for Turner in or around April 2008.

1607.   Jones frequently heard White workers call Black workers "niggers," and "Black motherfuckers." He also heard White workers tell Black workers "get your ass to work nigger." This offensive language was even used by White supervisors and White foremen.

1608.   Jones often saw offensive graffiti in and around the Turner facilities. In one of the restrooms, he saw graffiti calling me a "no good Black motherfucker." He saw drawings of Black people hung by noose, derogatory pictures and statements about Black women. He even saw bulletin boards with offensive statements like "Black motherfuckers need to die," and graffiti expressing fondness for slavery.

1609.   Jones saw several nooses while working at Turner Industries. He saw them hanging in the cool down room, break room and in the tool room.

1610.   Jones experienced discrimination at the lunch tent at Turner. White workers were allowed to sit in the lunch area, while Black workers were not. White workers were also allowed longer lunch breaks than Black workers.

1611.   Black employees are subjected to further discrimination by Turner's hiring, firing policies. Jones was unable to get steady work from Turner and would work for about one month

FIRST AMENDED COMPLAINT

at a time before he was given a couple of weeks off. He observed Black workers being laid off, while White workers were not. Jones believes if he were White, he would not have been laid off so frequently.

1612.   Black employees are subjected to further discrimination by Turner's work assignment policies. Generally Black workers received the dirtier more difficult work assignments. Black employees were often assigned to dig in dirty areas in the heat. Most of the work assigned to Blacks could have been done with equipment that sits onsite at Turner. One time, another Black worker and Jones were told to spend all day digging with no equipment. At the end of the day, the digging was not completed, so the White supervisor used a backhoe that had been sitting out, and completed the digging within a few minutes. There was no need for the other Black worker and Jones to spend all day digging. Jones asked the White supervisor tor an explanation, but he just laughed and called me a "nigger."

1613.   Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees. For example, Jones trained several White workers who were promoted over me.

1614.   Jones was paid less than most White workers. He never received a raise, but saw that White workers were given raises every six months or so. He was also never given vacation time, while White workers were given off for vacation.

1615.   Jones and his Black co-workers have experienced discrimination in Turner's disciplinary policies. Generally Black workers were disciplined more harshly than White workers. Jones has seen Black workers fired for talking on the phone at work, while White workers are merely told to put down their phones, with no further disciplinary action.

FIRST AMENDED COMPLAINT

1616.  Jones complained of discrimination while working at Turner, but several supervisors told him to mind his own business, and nothing was done.

### *Melvin Jones*

1617.  Jones began working for Turner Industries in Lake Charles, Louisiana in and around 1994. He worked until 1996, and then went back in November of 2006 until June or July of 2008. He was rehired again in February of 2009 and stayed on the job for one week.

1618.  Jones started out as boilermaker helper making approximately $13 per hour. Then in 2006, he worked as a painter, making $24 per hour. In May or June of 2007 he was promoted to a foreman position and made $26 per hour, and then he was dropped back down to a painter in and around 2008. Jones wanted to return as a foreman in 2009, but Turner would not hire him as a foreman, and he was only making $22 per hour. For this reason, Jones left Turner after one week.

1619.  Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than similarly situated Black employees. White foreman were always paid at least a dollar more than Jones was being paid. They also received more hours than he did. Black employees were never asked to work overtime, but White employees were, so they received greater pay.

1620.  Jones has been subjected to harassment and a racially hostile atmosphere while working at Turner. When he worked as a foreman from 2007 until 2008, White employees often refused to take orders from him. In 2008, he was told that because work was slow, he was no longer needed as a foreman, but he was the only one who was demoted. Less qualified and inexperienced White employees remained in foreman positions when he was demoted.

FIRST AMENDED COMPLAINT

1621.   Throughout his employment Jones was also subjected to racial graffiti and depictions throughout Turner facilities. The bathrooms and lockers were constantly covered in racially offensive slurs including comments about "niggers." There were also "nigger" jokes on a daily basis. When Black employees complained to their foreman, nothing was ever done, the racial jokes continued.

1622.   In or about November 2006 Jones witnessed Jason Whitstein saying the word "nigger" and telling racist jokes in the ethylene control room at Sasol. Jones slapped him. Immediately afterwards, he said they should report the incident to management. Jones' supervisor refused to report the incident.

1623.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. There were many White employees who did not know the craft that they were working in and would receive top pay. White employees were also afforded more opportunities to get additional training and schooling in order to advance in the company.

1624.   Turner also discriminates against Black employees through their hiring and firing process. Black workers, regardless of their years of experience on the job, are laid off in a disproportionate manner as compared to White employees. Young, inexperienced White workers remained at Turner through these layoffs.

1625.   In and around 2005, Grady Cooley, a White foreman, did not want to hire Joseph West, a Black employee. Joseph West was hired when he went to the main office to apply for work and when he showed up at the job site, Cooley said, "I didn't request that you come on the job." Joseph West was the first to be laid off along with other similarly situated Black employees.

FIRST AMENDED COMPLAINT

### *Ronald Jones*

1626.   Jones began working for Turner Industries in Lake Charles, Louisiana in and around August of 2008 as a laborer. He was laid off in November of 2008.

1627.   As a laborer, Jones was paid $14.75 per hour. He was often asked to do helper work for the boilermakers, but he was still considered a laborer and paid the laborer rate. The majority of workers that Jones worked with were White. Out of ten workers on his crew, there were one or two other Black workers.

1628.   Throughout his employment with Turner, Jones was subjected to harassment and a racially hostile atmosphere. When speaking to Jones, his White co-workers would often refer to Black individuals as "your people." He was also given tasks that were meaningless, such as finding a tool that did not exist. When Jones was sent for such tasks, his White co-workers would laugh at him. Rebecca, a Black female co-worker, let Jones know that they were misleading him.

1629.   Throughout Jones' employment with Turner Industries, the port-a-potties contained racial slurs including language such as, "niggers," and "niggers suck this" with a drawing of a penis.

1630.   The level of discipline is also much higher for Black employees. White employees may receive light discipline for instances that Black employees could be terminated for. Jones missed a day of work because he had a doctor's appointment. He was told that if it happens again, he would be terminated. When White employees miss a day or days of work they are never threatened with termination or any discipline.

1631.   Jones was subjected to further discrimination by Turner's hiring, firing, and work assignment policies. After he was laid off, he tried reapplying for work. He was told that they were not hiring, but White applicants were hired when they applied for work during this time.

FIRST AMENDED COMPLAINT

1632.   In November of 2008, Jones was laid off and told that he would be sent to another turnaround. In order to go to the next turnaround, he needed to take a test. Jones went to the office the day after he was laid off and took the test on a computer. He was then told that he would have to call in and he would be notified what days he should report to work. When Jones called in, he was told to speak to Mike. He went into the office to speak to Mike and Mike told him that he did not get the job. Jones was not given any reason for not getting the job. However, he heard from other workers that Turner was hiring several new employees for this particular turnaround.

### *Terell Leblanc*

1633.   Leblanc started at Turner Industries in Lake Charles, Louisiana in 2005 or 2006 as a painter's helper making $12 per hour.  Leblanc was terminated by Turner in 2008.

1634.   Leblanc and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries. Leblanc frequently heard Black people compared to monkeys, racists jokes, and saw Black workers being mocked by White workers. For example, there was a Black worker named Bobby who would lead the Morning Prayer and the White workers would mock him with racist comments and innuendos.

1635.   White workers were also allowed to wear confederate flag bandanas at work.

1636.   In the lunch area, White workers would constantly making race based comments; often about Black women saying things like, "you know how the Black girls are." A White foreman named Robert Corville in particular would frequently make comments about Black women. He would say things like, "Brother, I got these Black girls. I'm gonna get laid tonight"

FIRST AMENDED COMPLAINT

and all the White workers would laugh. Leblanc was so offended by these comments that he and other Black workers stopped eating in the lunch area and instead ate outside.

1637.   Leblanc and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. Leblanc remembers witnessing Holiday, a fellow Black worker; complain about the graffiti to the lead painter, Jonathan. In response, Jonathan said that he was not from Africa and the graffiti didn't offend him and then walked away, dismissing the complaint.

1638.   Turner discriminated against Black employees by creating a disparity in pay. Leblanc never received a pay raise while he worked at Turner, but he saw White workers receiving frequent raises. Leblanc complained to Robert Corville and Graddy Coolly about this but no action was taken.

1639.   Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees. Leblanc frequently saw White workers promoted over more experienced Black workers. He recalls a man named Troy Jones who was a Black foreman that was very good at his job, had a great deal of experience, and had a college degree be demoted with no explanation. His position was given to a White worker, James Hights, who went by the nickname "Boar Hog," that had less experience and had been with Turner for much less time.

1640.   Black workers at Turner were not given the same opportunities for advancement as White workers. In 2007, Leblanc took and passed the test to become a painter but he needed to get a certification card from Turner in order to start work in that position. He requested the card several times, but he never received it. White workers did not have the same problems receiving certification cards.

FIRST AMENDED COMPLAINT

1641.  Black employees are subjected to further discrimination by Turner's hiring, firing and work assignment policies. Black workers received the worst assignments at Turner. The Black workers would have to work in tanks digging out sand while the White workers were assigned easier tasks like brushing and rolling out paint. On one occasion, Foreman Troy Jones complained in a meeting that Black workers were given the worst assignments at Turner, but Grady Coolly denied that was happening. Troy Jones was demoted shortly after that meeting.

1642.  Turner discriminates against Black employees by disciplining them more than White employees. For example, Grady Coolly regularly targeted Black workers and would punish them more severely than White workers. If a White worker left paint in the line, the workers would be pulled aside and talked to privately, but if a Black worker did this then he would be publically yelled at and embarrassed. If there was ever a mistake made, Coolly would blame the Black workers first.

1643.  Turner used its chain of command to limit a worker's ability to complain about discrimination. If a worker complained to a higher management about discrimination, then management would not listen and will ask the worker to take it up with their foreman. Leblanc complained to his foreman, Superintendent Preston Jordan, and the Chief Operator numerous times that Black workers were being treated unfairly. His complaints were always ignored.

*Harry Lemonier*

1644.  Lemonier began working for Turner Industries in Lake Charles, Louisiana in March 1992 as an entry level carpenter at the PPG site. His initial pay rate was $12.80 per hour. He retired around June of 2007, at which point he was still a carpenter.

1645.  Throughout his employment at Turner, Lemonier was subjected to harassment and a racially hostile atmosphere. Turner also punished Black employees to a greater degree in

FIRST AMENDED COMPLAINT

handling disciplinary issues. Co-workers would frequently refer to Black employees as "Niggers" in passing conversation. Once, a White male coworker nicknamed "Peanut" called Lemonier "Boy." When Lemonier stood up for himself for the use of this racially offensive language, Peanut reported Lemonier to a supervisor who wrote him up and suspended him for one day. Peanut received no disciplinary action.

1646.   Throughout his employment at Turner Lemonier was subjected to racial graffiti and depictions throughout Turner facilities. Confederate flags adorned the cars and clothing of co-workers throughout the entire facility. The bathrooms always had racially offensive remarks covering the walls, depicting swastikas, "KKK" and pictures showing the lynching of Black employees.

### Anthony Lily

1647.   Lily started at Turner Industries in Lake Charles, Louisiana in 1997 as a technician making $10 per hour.  Lily was terminated by Turner in 2007.

1648.   Lily and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries.  For example, Lily complained of discrimination at Turner to Supervisors Chris Jones, Steven Duval, Wayne Hardy, Kevin Rains, and Superintendent Harvey Nicks, yet no measures were taken to address the issue of discrimination.

1649.   Lily and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, in the restrooms he saw written "what is a butt load of Niggers going over a cliff? A good idea."

1650.   Turner discriminated against Black employees by creating a disparity in pay. White employees were paid higher wages for doing the same jobs as Black employees. For

FIRST AMENDED COMPLAINT

example, Lily was being paid $10 per hour as a technician and White technicians were being paid $13-$15 per hour.

1651.   There are some departments at Turner that do not hire Black people at all. Lily applied for a position as an Extractor Operator in the Extraction Department for which he was the senior candidate and was still not given the job. Despite Turner's policy favoring the promotion of current employees over hiring someone outside of the company, Lily was passed over in favor of hiring a new White employee. Upon information and belief, the only reason that he did not receive this job is because he is Black.

1652.   Lily is informed and believes, and based thereon alleges, that the reason the Extraction Departments did not hire Black people was because the people currently working in the department refused to work alongside Black people and that there had never been a Black employee in that department.

1653.   Black employees are subjected to further discrimination by Turner's hiring, firing and work assignment policies. For example, when Lily asked to be transferred to the Safety Department, which had never had a Black employee in it before; he was told "your job isn't worth it." He took this to mean that he might be fired in retaliation for applying to the position.

1654.   Turner discriminates against Black employees by disciplining them more than White employees. After not receiving a job in the Extraction Department, Lily complained, and for three weeks after that he was randomly selected for drug testing. No other workers were drug tested so often and it would be virtually impossible for the same employee to get selected for supposedly random drug tests three weeks in a row. Lily believes he was drug tested in retaliation for attempting to transfer into an all White department and then complaining about being passed over for the promotion.

FIRST AMENDED COMPLAINT

1655.   Black employees are terminated in a disproportionate manner as compared to White employees. After the third drug test Lily took he was told the test was positive for cocaine. It is impossible that his drug test results would have been positive because he does not take drugs, and he has a heart condition that would make taking cocaine extremely dangerous. He wrote a letter of complaint to the main office, but he never received a response.

### *Michael Malbrough*

1656.   Malbrough started at Turner Industries in Lake Charles, Louisiana in January of 1988 as a railroad worker making $6.65 per hour.  He was terminated by Turner on January 13, 2008.

1657.   Malbrough and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries.  For example, in or around 2000- 2001, a White employee called out Malbrough's name, and then another White employee threw a noose to another White employee. The White employees were trying to hide the noose from his sight.

1658.   When Malbrough worked for Turner and the company got new company trucks, they would always go to the White employees. In approximately 2001-2002 he was told by Warren Sillis: "Mike, I would tell you something, but you would have me on the carpet," meaning as long as Malbrough was Black, he would continue to get downgraded vehicles.

1659.   Turner discriminated against Black employees by creating a disparity in pay. White employees were paid higher wages for doing the same jobs as Black employees. For example, Malbrough was being paid $23.05 as a foreman and there were White foremen making $3 or $4 more than him per hour.

FIRST AMENDED COMPLAINT

1660.  When Malbrough asked Supervisor Jack Richard and Warren Sillis about his disparity in pay, they told him it was because of the line of work he was in. Malbrough knew this was not true because he did the same work as White employees.

1661.  Turner discriminates against Black employees through their hiring, firing, and work assignment policies.

1662.  As a foreman, there were several occasions when Malbrough would have to go out and work and the other White foremen did not. White foremen only supervised.

1663.  Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees. If you were doing your job well and you were White, you would get a pay increase after about 90 days, but Black workers had to fight for their pay increases. Sometimes it would be six months to a year before Black workers received increases. Malbrough asked about increases on multiple occasions and was told "we'll have to see what we can do about it" or "I'll get back to you later."

1664.  Black employees are terminated in a disproportionate manner as compared to White employees. Black employees were always the first to be laid off or sent somewhere else while the White employees stayed at their regular jobs.

1665.  The day Malbrough was laid off he was talking to Dennis Cormier, the site manager, when the Head Safety employee walked in at 5:20 pm and said, "We're getting rid of Mike, let's have ice cream and cake tomorrow." Both men were White.

### *Monica Malbrough*

1666.  In 2007 Malbrough began working for Turner Industries in Lake Charles, Louisiana, as a laborer.  When Malbrough first began working for Turner Industries, she was paid $6-$7 an hour. She was laid off 2-3 months after she was hired.

FIRST AMENDED COMPLAINT

1667. Malbrough frequently heard the word "nigger" used while working at Turner Industries. Once when Malbrough sat down at the lunch table to eat, a White male worker told her "no Niggers at this table."

1668. Malbrough saw offensive graffiti in the restrooms, including "kill the niggers" and "dirty Black trash."

1669. Malbrough was forced to use the portable toilets the men used. The White women were allowed to use the restrooms inside. They would simply ask for the key and it was given to them. She was refused the key to the restrooms and called a "Nigger bitch" for asking. Malbrough complained to a supervisor, but the supervisor ignored her, refusing to respond to or acknowledge her complaint.

1670. Malbrough was riding in the back of a truck with 5 other Black workers. The driver of the truck, a White female, struck another vehicle. The Black workers in back of the truck were thrown to the floor and suffered injuries. The driver of the truck did not stop or report the accident. The Black passengers, including Malbrough, were taken to the gate and left there. They asked for medical attention, but Turner refused. Then all of the passengers had to take themselves to the emergency room for treatment. Upon returning to work, the Black passengers were all immediately laid off. The White driver was not disciplined.

### Stacy McZeal

1671. In 1989, McZeal began working for Turner Industries in Lake Charles, Louisiana, as a Carpenter initially making $14 an hour. McZeal was laid off in February 2009.

1672. McZeal has heard workers called "Black boy," "wetback," and "nigger.'"

FIRST AMENDED COMPLAINT

1673.   In the restrooms McZeal has seen graffiti on the walls with many references to the KKK and White pride. He has also seen "I hate Niggers." There is a tube down to the bottom of a toilet that is called the "Mexican drinking straw." He has seen drawings of nooses and lynching.

1674.   McZeal was working in a refinery that had a noose, but did not see the noose. However, he has seen a noose hanging on a mirror in a car in the Turner parking lot.

1675.   It has been McZeal's experience that Blacks are laid off first, and when a White person's job ends they are usually transferred to another plant.

1676.   In 2007, McZeal was Lead Carpenter making $24 an hour and next in line to be Foreman. Foreman Rocky Prince, a White employee was leaving. Instead of promoting him to Forman, he was transferred out of the refinery to a short term job. Justin Crain, a White employee who was younger and less experienced, was brought in to the refinery and promoted to Foreman. After his short term job ended, McZeal was laid off.

1677.   Also, at the Westlake Petro-Chemical Plant, younger, less experienced White employees were allowed to work while McZeal was laid off in 2007. The supervisor at the time was Carlyn Richard.

### *Gregory Moore*

1678.   In January 2004, Moore began working for Turner Industries in Lake Charles, Louisiana, as a Carpenter.  Moore was laid off in or about March 2009.

1679.   Moore and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries.  Moore was informed and believes that his supervisor on the Shipping Dock, Russell Rogers (White) had used racial slurs.  In or about 2007, Moore heard Turner foreman David Hyatt say "get your Black ass to work."  This was reported to Turner management, and Hyatt was not disciplined in

FIRST AMENDED COMPLAINT

any way.  Moore also heard the word "nigger" and other racial slurs frequently, and heard the statement "all you Blacks are lazy."

1680.   Moore and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. In the restrooms Moore has seen graffiti on the walls with many references to "nigger" "go back to Africa" and derogatory things written about President Obama.  The graffiti was discussed at safety meetings, and Black Turner workers would stand up and complain about it and ask what management was going to do to stop it.  The graffiti would sometimes be painted over, but some graffiti would stay up a month at a time and nothing was done about it.

1681.   Moore also witnessed racial slurs written on lunch tables; Black workers would try to scratch out the slurs themselves.  Moore saw confederate flags on other Turner worker's hard hats.

1682.   Moore would see White Turner employees using ropes to make nooses.  When Moore would ask what they were doing, they would respond that they were "just playing with the rope."

1683.   Black employees are subjected to further discrimination by Turner's hiring, firing and work assignment policies.  In early 2009, Moore was working on a turnaround when he and two other Black workers were reassigned from a position that guaranteed significant overtime to a position with no overtime.  They were replaced by White workers.  When Moore inquired as to why he was being transferred, Supervisor Short informed him that he believed the transfer was racially motivated.

FIRST AMENDED COMPLAINT

### *Otis Moore*

1684.   In 1989 Moore began working for Turner Industries as a pipe welder.   When Moore first began working for Turner Industries, he was paid $23 an hour. He was injured and have been on disability since 2008.

1685.   Moore witnessed pervasive derogatory racial statements and slurs at Turner. Black people at Turner are sometimes referred to as "Ruddies." Often he heard things like "get the Ruddies to do it." He heard many "nigger jokes" at Turner.

1686.   Moore also heard jokes about "Blacktopping" after the dragging death of Black man in a nearby town. These jokes were told by White Turner employees Philip Stanly, Larry Blood, Jeffery Bowls and Joe McFarland.

1687.   In the 2000-2001 timeframe, Moore was sent on a job. When he arrived, Turner supervisor Red Austin said, "What are they doing sending that Nigger out as a welder? They know that Nigger is supposed to be Labor."  More complained to Dudley Roy, Frank Byrd and Mike Crosby. All three said they would look in to it, but nothing was done.

1688.   Moore frequently saw racially offensive graffiti. He recalls seeing things like "the White man will always be the boss", "we're going to Blacktop all you niggers", "KKK" and a depiction of a lynching. The graffiti was allowed to stay up for long periods of time.

1689.   Moore has seen several nooses at Turner. During the Jenna 6 time period, there was a lot of racial tension at Turner. More saw 5 or 6 nooses during that time. He saw one of them on a Supervisor's desk in the office.

1690.  Moore has seen young White workers will be hired out of high school and promoted over Blacks who had been with Turner for years. In 2004/2005, Tony Blanchard

FIRST AMENDED COMPLAINT

wanted to promote Moore, but Moore is informed and believes, and based thereon alleges, that upper management at Turner told Blanchard, "We will not promote that Nigger."

1691.   When work was slow, Mike Park would force Moore to work as a helper, earning $6-7 an hour less. White welders were not forced to work as helpers. Moore was a Certified Welder, and was more qualified than many of the White welders who were not forced to work as helpers.

1692.   Black helpers and laborers are given the more difficult tasks. On several occasions, Moore was taken off a job he was working on and sent to work in the Coke Shot where it was dirty and dangerous. White workers would then be given the job he had previously been working on.

### Anessa Papillion

1693.   Papillion began working for Turner Industries in Lake Charles, Louisiana in and around 1996 as a fire watch/hole watch worker.

1694.   When Papillion first began working for Turner Industries, she was paid approximately $13 - $14 an hour plus incentive.  She was laid off in or around June of 2009. Right before she was laid off, her pay was reduced to $13 an hour.

1695.   Papillion was subjected to offensive racial graffiti in and around the bathrooms at Turner.  For example, she saw "Nigger bitches," "Nigger," "KKK," and a picture of a Black person hung by a noose.

1696.   While working at Turner, she noticed that Black workers were given more difficult jobs than White workers.  For example, when the temperature was cold, many White fire watch workers would not relieve Black workers.

FIRST AMENDED COMPLAINT

1697.   In and around 2005, there was a bathroom that was kept locked so only tool room workers could use it.   There was another bathroom that other fire watch/hole watch workers used.  On one particular day, the bathroom for fire watch/hole watch workers was clogged to the rim, so Papillion could not use it.  She went to ask a White worker from the tool room for the key to their bathroom.  This White worker told her that she could not find the key.  Finally a White woman found a key and threw it at me across the counter.  When I returned, I threw the key back across the counter to the woman.  The White woman told my mother who was present with me, "Ruby, did you see what she did?" Ruby responded, "Well, she's not a dog, you don't throw something at her." The White lady responded, "You will never work in Citgo again."  Papillion was laid off a few weeks later.  Papillion believes that she was treated this way because of her race.  She was not rehired to work at Turner's Citgo plant until around 2007.

1698.   Papillion had been subjected to Turner's discriminatory firing policies.  Turner generally fires Black workers before firing White workers, or to make room for White workers. For example, in and around 2007, instead of laying off White workers from Unit 1, where their job had been completed, Turner laid off ten Black employees from Unit 2 and replaced them with the White workers from Unit 1.  Black workers from Unit 2 complained to their White supervisor who told them that he did not owe them an explanation.  Papillion witnessed this happen while working on the job at Citgo with her mother, Ruby Papillion.  Papillion was rehired for another job at Turner in and around April or May of 2008.

1699.   Black workers are generally not rehired as frequently or as quickly as White workers.  For example, Papillion's mother and Papillion went to the Turner office and put their names on the work rosters every day for two weeks.  Finally, they called Mike Ashford, a supervisor in charge of hiring out of Turner's Lake Charles office.  Mr. Ashford said, "Everyone

FIRST AMENDED COMPLAINT

wants to call for work, but nobody wants to come in." He said this even though both Papillion and her mother had been coming to the main office every day for two weeks straight.

1700.  When White women go to Turner's hiring office they are allowed right into Mike Ashford's office, but Black women are not allowed in.

1701.  White workers with no experience were frequently hired into top paying positions over more qualified Black workers. For example, a few White women who Papillion worked with cheated on their helper's test, allowing them to move up even though they did not know how to work in the helper position and had not earned the position.

1702.  Papillion was scared to complain of discrimination at Turner for fear of being laid off. Papillion knew of other Black female co-workers who were laid off for complaining of discrimination.

### Ruby Papillion

1703.  Papillion first began working for Turner Industries in Lake Charles, Louisiana in or around 1990 as a fire watch-hole watch making approximately $10 per hour. Papillion was terminated in or around 2009. Her ending salary was $10.50 per hour.

1704.  Papillion and her similarly situated Black co-workers were subjected to a racially hostile work environment. For example, White workers would harass Black workers by saying, "Nigger, because you are Black you aren't good enough."

1705.  Black workers were not allowed to use the same bathrooms as White workers. Most of the bathrooms were locked and the White employees were the only workers with the keys. The bathrooms that Black workers were allowed to use were filthy and unsanitary. Sometimes they would be filled with feces up to the rim of the toilet.

FIRST AMENDED COMPLAINT

1706.   Papillion and her similarly situated Black co-workers were also subject to racist graffiti. For example, in the bathrooms she saw racial slurs like "Nigger", "KKK", and drawings of men hanging from nooses.

1707.   Turner discriminated against Black employees by creating a disparity in pay. White workers in Papillion's same position would make approximately $15 to $16 dollars per hour while she was only making $10 per hour.

1708.   Black workers were consistently given the lowest paying jobs at Turner, or would not be hired at all in favor of hiring a White employee. Papillion went in and signed the "out-of-work" list after she was laid off, but even during times of high workload all she saw were White workers being hired.

1709.   White workers were consistently given better job assignments, while Black workers were called to do the jobs that no one else wanted to do. In or around 2007, Papillion was sent to a CITGO site for two weeks. She picked up trash for two hours per day to prepare the site. When the White workers arrived, the Black workers were laid off. During those two weeks, she was also given a job in a tool room. She was laid off, and Turner gave her position to a White employee.

*Joshua Pete, Jr.*

1710.   Pete Jr. started working at Turner Industries in Lake Charles, Louisiana in August of 2007 as a laborer making $15.48 per hour.  Pete Jr. was terminated by Turner in January of 2008.

1711.   Pete Jr. and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries.   White employees called Black employees "Nigger" or "Niggers" on a regular basis.  If Pete Jr. needed

FIRST AMENDED COMPLAINT

to use the restroom while he was working no one would cover for him. White workers were allowed to use the restroom and workers would cover for them, but Pete Jr. would sometimes have to wait hours to use the restroom.

1712.   In the summer of 2007, in either August or September, water was released from a drum on Pete Jr. while he was fifty feet in the air on a ladder. He almost slipped and had to hold on for his life. The White foreman that sent Pete Jr. up the ladder did not ask if he was alright, but instead was mad that he had not retrieved the tools that he was sent up the ladder to get.

1713.   Pete Jr. and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, "Nigger" and drawings of stick figures with nooses around their necks hanging from trees are frequently seen in the bathrooms.

1714.   Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees. In Pete Jr.'s experience White employees were promoted more frequently than Black employees. White employees were usually promoted within three to four weeks, many of which were new and inexperienced, over Black employees who had been employed with Turner longer.

1715.   Black workers were also not given the opportunity to take additional tests that would allow them to be promoted to a higher paying job. Pete, Jr. asked to take the helper test around November of 2007, but he was not allowed to. However, three or four other White men were allowed to take the test.

FIRST AMENDED COMPLAINT

### Joshua Pete, Sr.

1716.  Pete Sr. began working for Turner Industries in Lake Charles, Louisiana on or around October 6, 2006 as a helper making $18.86 per hour.  Pete Sr. was terminated by Turner in or around February of 2009.

1717.  Throughout his employment at Turner, Pete Sr. was subjected to harassment and a racially hostile atmosphere.  While working as a welder, Pete Sr. and other Black workers would be publically belittled. They would often be told that they are not welders and that they were not wanted to weld on jobs.

1718.  In and around the beginning of 2008, Pete Sr. learned that a Black Turner worker named Pepper was told by a White worker, "I don't need no nigger with a mind, I need a nigger with a strong back."

1719.  White workers would also refer to nooses as "nigger knots" and would hang nooses at worksites. In October of 2008, Pete Sr. saw a noose hanging in a trailer and he reported it to the operator running the turnaround, Joseph Leo Pete.

1720.  Throughout his employment at Turner, Pete Sr. was subjected to racial graffiti and depictions throughout Turner facilities. In the restrooms, Pete Sr. saw racial slurs and depictions such as: "Nigger," "we don't need Niggers out here," "niggers taking our jobs," and "niggers are monkeys." Pete Sr. saw these slurs in almost every portable bathroom on just about every worksite.

1721.  Turner also discriminates against Black workers by creating a disparity in pay. The highest wages Pete Sr. ever made was $25.87. White workers in his same position were making $27.28 per hour and would discuss it publically.

FIRST AMENDED COMPLAINT

1722.   White workers at Turner were consistently promoted over more qualified Black workers. For example, White helpers would be promoted over Pete Sr., to welder or supervisor positions, even when the White men being promoted had no welding experience.

1723.   Turner also discriminates against Black employees through their hiring and firing process. Pete Sr. observed Black workers being terminated at a disproportionate rate to White workers.

1724.   On one occasion, Pete Sr. was aware of a Black female worker who was hit in the head with a scaffold stand by a White worker who went by the name "Cowboy." She told him to watch it and he immediately responded with "fuck you." The statement "Cowboy" made would deem an automatic termination for a Black worker, but "Cowboy" was transferred to another site and the Black female worker who was hit was terminated.

1725.   Upon information and belief, the incident that led to Pete Sr.'s termination was racially motivated. Pete Sr. was on his way to work and a White employee tried to run him off the road. When he arrived at the plant, the White worker called Pete Sr. a "nigger" and punched him in the head. A White security guard came out and told Pete Sr. to leave the premises. There were several witnesses to this event, including his son, Joshua Pete Jr., Jamie Pete, Glenda Edwards, Hennan Moore, and Larry Tutson. When Pete Sr. called Turner to find out why he was not working, they said that he had pushed the White security officer and threatened his life. All the witnesses can attest that this did not happen. Pete Sr. then called the Turner office in Baton Rouge and they were supposed to conduct an investigation, but they never did.

1726.   Since Pete Sr.'s termination he has consistently reapplied to Turner and always signs the "out-of-work" list. Despite his efforts and qualifications, he has yet to be rehired.

FIRST AMENDED COMPLAINT

### *Roslyn Phillip*

1727.   In 2005 Phillip began working for Turner Industries in Lake Charles, Louisiana, as a carpenter's helper.   When Phillip first began working for Turner Industries, she was paid $15.60 an hour. She was laid off in April 2008.

1728.   Phillip heard Black workers being called niggers.  She also heard Supervisor Lenard Manual say there would never be a Black foreman on his crew.

1729.   Phillip saw offensive graffiti including: "If you want a nigger to suck your dick dial…" and then a phone number. Phillip was not allowed to use the inside toilets. White women were allowed to use the toilets inside the office building. Phillip had to use the portable toilet the men used outside.

1730.   In or around the time of the Jenna 6 incident, Phillip found a noose hung in one of the portable toilets. It was reported to Turner management, but to her knowledge, no one was disciplined.

1731.   Phillip saw White workers who were allowed to wear confederate flags at work. However, Black workers were not allowed to wear African colors or items referencing Africa.

1732.   While working at Turner, Phillip was harassed by a White coworker named Danny. When she was in the portable restroom, Danny placed a heavy can against the door to trap her inside. She complained about this to Foreman Roman and a supervisor. To her knowledge, Danny was not disciplined. Shortly after she complained, she was transferred to another crew. Danny remained on the old crew. Phillip believes she was seen as a "troublemaker" for complaining, and was transferred as a result.

FIRST AMENDED COMPLAINT

1733. Phillip inquired about taking the test to become a carpenter several times. Each time, Phillip's supervisor, Gerald Decker, told her she could not take the test at that time. White employees were allowed to take the test.

1734. Phillip was laid off with a group of mostly Black workers. There were Black workers that were laid off with her who had more experience than White workers who were not laid off. Decker told her that she was being laid off because she was not strong enough to do her job. This was not true. She never had a problem doing her job. Her supervisor questioned her strength because she was a woman, not because she was not strong enough or had failed to complete her work. Men were not subject to this type of scrutiny.

### Cavik Prudhomme

1735. In 2005 Prudhomme began working for Turner Industries in Lake Charles, Louisiana, as a laborer. When Prudhomme first began working for Turner Industries, he was paid $13 an hour. He worked on and off until November of 2008. Prudhomme worked with a crew of six to seven other laborers, and they were all Black.

1736. Prudhomme and his Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and comments such as: "nigger," "niggers," and depictions of Black men hanging from nooses.

1737. Prudhomme witnessed White workers and foremen wearing confederate flags tied around their heads.

1738. Three weeks after Prudhomme was hired, he was doing helper work, but was still only paid as a laborer. He asked his supervisor, David Wing (White), to take the helper test. Wing told him that he would get to take the helper test, but he was never given that opportunity.

FIRST AMENDED COMPLAINT

1739.   Prudhomme has been subjected to further discrimination by Turner's hiring, firing, and work assignment policies. Laborers tend to get laid off first, and the majority of laborers are Black. When Prudhomme was laid off, he was not aware of any White employees who were laid off at that time.

1740.   Prudhomme reapplied for work as recently as July of 2010. He spoke to Julie, a White Turner employee, in the main office. He was told that Turner was not hiring, but he saw White workers coming out with papers which explained their new work assignment. Despite these efforts, his experience, and other qualifications, he has not been rehired.

### *Donald Prudhomme*

1741.   In 1997 Prudhomme began working for Turner Industries in Lake Charles, Louisiana, as a helper.  He worked on and off until 2009.  Prudhomme was paid between $16 and $17 per hour, whereas White helpers were paid between $18 and $19 per hour.

1742.   Prudhomme and his Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and comments such as: "niggers," and depictions of Black men's heads next to pictures of male gentalia.

1743.   Prudhomme witnessed White workers telling "nigger jokes" and other making other racial comments.

1744.   Prudhomme reapplied for work as recently as 2010. He would put his name on the "out of work list."  Every time he would call he would be told that Turner was not hiring but he knew of other workers who were being hired.  Despite these efforts, his experience, and other qualifications, he has not been rehired.

FIRST AMENDED COMPLAINT

*Joseph Richard*

1745.  Richard worked for Turner Industries in Lake Charles, Louisiana from around 1989 until March of 2007. He left at that time because he was injured while on the job.

1746.  When Richard first applied for a job at Turner, he was told that there were no boilermaker positions available, only helper positions. He got out of the line, but a White applicant who was also in the line told him that there were boilermaker positions. The White applicant made a phone call to Turner, and on his recommendation, Richard was hired.

1747.  When Richard was sent to his first assignment, the other boilermakers, who were all White, did not believe he was a boilermaker. It was rare for a Black man to be hired into this position. Usually Black employees started at the very bottom of the payscale. The other boilermakers kept trying to send Richard to work as a helper.

1748.  White workers with less experience consistently received promotions and wage increases over more qualified Black employees. Richard initially started as a boilermaker, and made $18 per hour.  Many of the White helpers that worked for Richard, and who were much younger and inexperienced, were promoted to foreman positions while Richard was still working as a boilermaker.

1749.  Richard became a foreman in 2002, and then two years later he was promoted to supervisor. Many of the White workers that worked under him were promoted within one year.

1750.  In and around 2005, when Richard was acting as a supervisor, the superintendent left, and White workers who were working under Richard refused to take orders from him. There was nothing that Richard could do because if he complained, his position would be in jeopardy. He would have either been transferred or laid off.

FIRST AMENDED COMPLAINT

1751. Throughout his employment Richard was subjected to racial graffiti and depictions throughout Turner facilities. The bathrooms were constantly covered in racially offensive slurs including comments about "niggers," and drawings of Black people hanging from nooses, jokes about Black employees, and vulgar jokes about Black women.

1752. Turner also discriminates against Black employees through their hiring and firing process. Black workers are furloughed in a disproportionate manner as compared to White employees. When a job was complete, Black workers would get furloughed and White workers would get transferred to a different location.

### *Reginald Richard*

1753. In 2006 Richard began working for Turner Industries in Lake Charles, Louisiana as a hole watch-fire watch during the night shift. When Richard first began working for Turner Industries, he was paid $15 an hour. Richard was laid off in 2008. He never received a raise.

1754. Richard witnessed graffiti inside the portable bathrooms that read: "I hate Blacks," "you niggers," "I hate niggers," and "White power."

1755. When Richard was laid off, all four other Black employees on his crew were laid off too. They were not given any reason for being laid off. Richard had arrived to work on time everyday and did his work. Turner kept all the White workers.

1756. Richard kept reapplying after he was laid off. Richard would go to the office and put his name on the list. When Richard went inside, they said they were hiring, but he never got called back. However, White employees were still being hired at the time.

FIRST AMENDED COMPLAINT

### Norman Richards

1757.   Richards is a Black male and began his employment with Turner Industries in Lake Charles, Louisiana on January 15, 2007. He was initially hired as a helper at the CITGO plant, making $18 per hour. He was the only Black helper on his team.

1758.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks were paid more money than Richards and other similarly situated Black employees. White helpers were getting paid B-craft boilermaker pay, which was more than what Richards was paid as a helper. He knew they were getting paid more because they talked about their pay with him.

1759.   Richards remained in a helper position for about one year; however, two weeks after he was hired in January 2007, he was unjustly laid off. His supervisor, Tim Breassard, called Richards a "punk ass yankee ass nigger." Richards let Breassard know that he could not talk to him like that, and Richards was laid off a few days later.

1760.   Richards was hired back on and continued working as a helper. Then, in 2008 he was supposed to be making B-craft boilermaker pay, but his raise was held up for about one year. He then took the A -craft test on his own at an ABC school in March of 2008. Turner refused to pay him at an A-craft rate. White workers who test for A-craft positions are automatically given the A-craft pay rate. By mid-2008 Richards' pay increased to about $20 to $22 per hour, but White A-craft workers were making $25 to $26 per hour. Richards tried explaining to his supervisors that his pay was not correct and they always told him, "We'll look into it."

1761.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. A lot of new White employees were hired in

FIRST AMENDED COMPLAINT

with no experience and either given A-craft pay or given supervisor positions making top pay. Billy Bigs, a White employee, was hired at only age 18 or 19 and was made a supervisor.

1762.   Throughout his employment at Turner, Richards was subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of this include the regular use of racially offensive names such as, "nigger," "boy," and "Yankee ass nigger," directed at Richards and other Black employees.

1763.   Also throughout his employment at Turner, Richards was subjected to racial graffiti and racially offensive depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in comments such as, "niggers stay away," "we're gonna kill you niggers and rape your sister," and "KKK." He also saw nooses hanging off of scaffolds. One of Richards' supervisors made a noose right in front of him.

1764.   In May of 2009, while working at Conoco, Richards got injured on the job. His supervisor at the time was Mike Wing. He was working on a turnaround, working seven days, ten hours each day. A couple of days his team, which consisted of four workers in total, was asked to stay over to finish up a crucial job. This is when Richards was injured. His team was asked to disconnect launchers and set them on the ground. Launchers are like oversized hydrants that are extremely heavy. Richards did this as told and his team was not provided with any additional assistance to do this heavy lifting. Two days later Richards could not move. If any White employee had suffered this injury he would have immediately been taken the hospital, but Turner refused to take Richards to the hospital. Instead, on May 13, 2009, Kevin Fontaineau, a supervisor in the Safety Department, handed him a "piss test cup" to see if he was on drugs. Richards was then told that he could not come back to the facility until he had a doctor's note saying that he was okay to work again. He went to the emergency room on his own and the

FIRST AMENDED COMPLAINT

doctor released him for light duty. Richards was allowed to sit at work, but no incident report was written and upon information and belief, his accident was covered up until Turner renewed their contract with Conoco in July of 2009.

1765.   While Richards was injured, the superintendent, BK Kershaw went up to Richards and asked how he was. Richards explained that he felt sore, and Kershaw said, "you don't look sore." He then walked off. Another White employee approached Richards and said to him, "Don't mess around, just get your ass well or go get yourself another job."

1766.   After going to the hospital, Turner sent Richards to see Dr. Schlamp in Family Medical. Richards was under his care for one month, and then sent to Dr. Jay Perry, an orthopedist for Turner. In November of 2009, Richards got a call from Dr. Perry's office, releasing him to go back to work, but Richards reinjured his back upon his return. When Richards returned to see Dr. Perry, he told him that he had not released him and it was not his signature on Richards' release form.

1767.   Upon information and belief, Richards' injury was ignored because of his race.

### *Sherrvondalon Rolax*

1768.   Rolax began her employment with Turner Industries in the 1980's in Lake Charles, Louisiana.  She was employed up until March of 2009 as a laborer, making $12 an hour.

1769.   Rolax qualified to be a helper, and passed the test in 2008.  However, Turner refused to promote Rolax to a helper position, even though she was performing helper's work. David Wink, her supervisor, refused to pay her helper's pay and refused to explain why he would not give Rolax helper's pay.

1770.   Rolax and a similarly situated Black worker did not receive the same wage increases that White employees received.

FIRST AMENDED COMPLAINT

1771.  In March of 2009, Rolax was placed in a permanent position with Turner.  As a result, she should not have been subject to any layoffs, but she was in fact laid off, along with another Black employee who was working in a permanent position.  Rolax had not missed a single day of work, nor were there any problems with her performance.  Rolax believes she was laid off because of her race and gender, and in retaliation for refusing a foreman's sexual advances.

1772.  Rolax had been harassed by a foreman who exposed himself to her and attempted to force her to perform sexual favors.  Rolax refused and ran from the situation.  She was too frightened to inform upper management of what had happened because she feared that she would be retaliated against.  Within days of her foreman's attack on her, she began hearing comments about it from her co-workers.  She learned that the foreman was openly bragging and joking about what he had done to her, even admitting that it was not consensual.  Within weeks of the incident, she was laid off.

1773.  Rolax witnessed that Black employees were generally the first workers to be laid off, regardless of their qualifications.  She also saw that it was more difficult for Black employees and women to be hired, and to receive permission to take tests that were necessary to advance.

1774.  Also throughout her employment, Rolax was subjected to racially offensive graffiti, including the use of the word "nigger," drawings of nooses and jokes comparing African Americans to apes and monkeys.

311

### *Kenneth Ross*

1775.  In or around March 1, 2008 Ross began working for Turner Industries as a warehouse attendant. He worked the day shift in Lake Charles, Louisiana.  Ross was laid off in or around May 1, 2008.

1776.  He has seen offensive racial graffiti in the portable bathrooms at Turner Industries. For example, the word "nigger" was written on the walls.

1777.  Upon being hired, Ross was told his position was permanent. However, when the White Turner employee, Bouche, complained about wanting a permanent position, Ross was fired and Bouche filled his position.

### *Chris Ryan*

1778.  Ryan is a Black male and he began his employment with Turner Industries in Lake Charles, Louisiana in or around June of 1991. In or around 1996, Ryan was promoted from laborer to helper and worked as a helper until his termination in 2008. However, in his twelve years as a helper, he was not given a pay raise.

1779.  Ryan and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries.

1780.  Ryan worked both the day and night shifts while at Turner. When Ryan worked the day shifts, the majority of the employees working were White while most employees working during the night shifts were Black. Turner discriminates against Black employees by giving White employees preference over which shifts they want to work.

1781.  Ryan and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, "KKK," "kill all niggers," "fuck niggers," and "niggers suck" were written all over the bathroom walls. If a White

FIRST AMENDED COMPLAINT

female went on a date with a Black employee, "nigger lover" would be written on the bathroom walls. Sometimes Turner could spray paint over the graffiti, but the graffiti would return the next day.

1782.   Black employees were also subjected to harassment by White co-workers. White employees would often have their helmet, bandanas, and lunch boxes adorned with the confederate flag.

1783.   In or around November of 2008, Ryan was assigned to a crew of eight White employees. He was the only Black employee on that crew until a few days later when another Black employee was assigned to the crew. The new Black crew member was more experienced with the task at hand and tried to explain how to do the assignment to the White employees. An argument occurred because a White employee did not like being told what to do by the Black employee. The supervisors took the White employees' side and removed both Ryan and the other Black employee from the crew. Ryan was disciplined and required to perform the duties of a laborer, even though he was not involved in the incident, and even though the incident itself was racially discriminatory.

1784.   In or around December of 2007, when Ryan was working the night shift, a newly hired White employee was promoted to foreman. Despite having the qualifications and over fifteen years of experience over the new White employee, upon information and belief, Ryan was not promoted because of his race.

1785.   Ryan reapplied for a position at Turner on September 22, 2010 and was not rehired. Upon information and belief, this failure to hire was based on race.

FIRST AMENDED COMPLAINT

### Harold Savoy, Sr.

1786.   In March of 2004 Savoy Sr. began working for Turner Industries in Lake Charles, Louisiana as a Supervisor.  Savoy Sr. was paid $15-$16 an hour. He was fired in December of 2004.

1787.   Savoy Sr. heard Black workers referred to as "monkey" and "baboon." In particular, Savoy Sr. remembers D.J. Hetzle using racial slurs.

1788.   In the bathrooms, Savoy Sr. frequently saw "nigger" and many other racially offensive things written.

1789.   When Savoy Sr. was working at Turner there was only one other Black supervisor. Savoy Sr. was told that he was the lowest paid Supervisor.

1790.   There was a safety device, which Savoy Sr. setup correctly. A White worker, referred to as Pumpkin, cut the device and moved it. Pumpkin admitted that he had moved the device and both Pumpkin and Savoy Sr. were fired. Pumpkin was later rehired. Tom Stockton insisted that Savoy Sr. was fired even though his direct supervisor did not want to fire him.

1791.   Savoy Sr. has applied for work at Turner Industries as recently as August 10, 2010. That day he went to Turner looking for work. He saw two White applicants taken back for interviews, while another Black man and Savoy Sr. were told they were not hiring. Despite these efforts, his experience, and other qualifications, Savoy Sr. has not been rehired by Turner.

### Patricia Slidell

1792.   In the 1980's Slidell began working for Turner Industries in the position of hole watch fire watch.  Slidell was injured on the job in July of 2009 and has been on disability since. Her ending salary was $15.48 an hour.

FIRST AMENDED COMPLAINT

1793.   In 2009, while Slidell was getting a cup of coffee, Forman Frank Byrd said to her "I like my coffee like I like my women- Black."

1794.   Slidell has heard foremen referring to Black workers as "bubba" and "boy."

1795.   Slidell saw White Turner employees displaying confederate flags on bandannas and hats on a regular basis. One Turner employee had a bumper sticker on his car with a racially offensive statement about President Obama.

1796.   In the restrooms Slidell has seen graffiti such as "KKK" and "3-11."

1797.   Slidell was present at a safety meeting where management discussed finding a noose.

### Tyrone Steptore

1798.   Steptore began working for Turner Industries in Lake Charles, Louisiana on March 15, 2007 as a transport driver, earning $13 per hour. His employment with Turner ended in or around July 2007.

1799.   Steptore worked with one other employee, Jeanna (White), during his employment at Turner. Despite the fact that she had only been driving trucks for six months, Jeanna was Steptore's supervisor. With his 20 years of truck-driving experience, he was much more experienced than Jeanna. During the time that Jeanna was his "boss," Steptore had to teach her how to back up a truck, how to use the mirrors, and how to proceed at railroad tracks, among other basic truck-driving skills. Jeanna was paid a higher hourly wage, despite the fact that Steptore had at least nineteen and a half more years of experience than she did.

1800.   Steptore reported this racial discrimination to several supervisors, including the head supervisor in transportation, John LaFluer (White), another supervisor named John (White),

FIRST AMENDED COMPLAINT

and Will Shaffer (White). He was told that there was nothing that could be done because Jeanna was "more senior" than he was.

### Kenneth Stewart

1801.  Stewart began working for Turner Industries in Lake Charles, Louisiana in February 2006 until September 2009.

1802.  Stewart has been and continues to be subjected to harassment and a racially hostile atmosphere while working at Turner.  In 2006, Stewart and his Black co-workers were working as laborers for carpenters. All of the carpenters were White employees. At the end of a job, it is standard protocol for all employees to clean up, but only Stewart and his Black coworkers were required to clean up.  For example, in and around June of 2009, Stewart was working as part of a team and at the end of the job, the supervisor, Gary Stockman, indicated that all employees had to clean up. A White carpenter wanted only Stewart to clean up, but Stewart told him that Gary Stockman had told all the workers to clean. Stewart was ignored and began cleaning alone before a few other employees helped him. When he reported this to Gary, nothing was done.

1803.  Stewart and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and comments referring to: "Blacks," and "niggers." He also saw drawings of Black men hanging from nooses.

1804.  Stewart reapplied for work with Turner on August 3, 2010. He was told that things were slow at the time, but that something would probably come up within a couple of weeks. While he was at the office, he saw White applicants hired.

FIRST AMENDED COMPLAINT

***Leroy Stewart***

1805.   In 1991 Stewart began working for Turner Industries in Lake Charles, Louisiana as a Laborer.  When Stewart first began working for Turner Industries, he was paid $8 an hour. He was laid off in 1996.

1806.   In 1994, Stewart was working with another group of Black employees. He heard one White worker use the word "Nigger."

1807.   Stewart saw graffiti all over the bathrooms. There were words such as "Nigger" and "Nigger lover," degrading pictures, and feces coming out onto Black people. Nothing was ever done to stop this.

1808.   One White employee that came in the same day Stewart was hired was hired as a helper. He had no prior experience and skipped over the laborer position. He observed Whites with little or no experience frequently being hired for the higher paying positions.

1809.   The two White laborers who came in after Stewart were able to take the helper test before he could. They were there for about six months and then were allowed to test to become helpers. Stewart became a helper only after three years.

1810.   Stewart observed Black workers being laid off more frequently than White workers.

1811.   Stewart has applied for work at Turner Industries as recently as September 2010. Despite these efforts, his experience, and other qualifications, he has not been rehired.

***Joe Thomas, Jr.***

1812.   In or around 1993 Thomas Jr. began working for Turner Industries in Lake Charles, Louisiana as an A craftsman.   When Thomas Jr. first began working for Turner Industries, he was paid approximately $22.75 an hour. Shortly after starting at Turner, he was

FIRST AMENDED COMPLAINT

demoted to laborer and fire watch-hole watch, earning $13 an hour.  No explanation was provided.  He was laid off in or around November 2009.

1813.   Thomas Jr. was subjected to offensive graffiti in and around the Turner work sites. In the restrooms he saw "nigger" written with a picture of a Black person hanging by a noose from a tree. He has seen depictions of lynchings and saw a noose hanging in a trailer.

1814.   While working at Turner, Thomas Jr. has heard White workers telling racially offensive jokes, or saying that Black workers are only good for handing White workers their tools.

1815.   At Turner Industries, Thomas Jr. and his Black co-workers have been subjected to segregation. For example, there are two buses which take workers to the lunch tent. One is for White workers only. White workers are picked up first in their bus and then claim half of the cafeteria, because they generally refuse to sit with or talk to Black workers in the lunch tent. The bus for the Black workers arrives after the White workers and as a result, Blacks are given a shorter lunch break.

1816.   Black employees are subjected to further discrimination by Turner's hiring, firing and work assignment policies. While at Turner, Thomas Jr. has observed that Black workers are generally laid off first. For example, a Black foreman named Brenda Edwards was laid off without an explanation. This was unusual because there were very few Black foremen. He was laid off several times a year, even when Turner was hiring new White workers. Upon information and belief, had Thomas Jr. been White, he would not have been laid off as frequently.

1817.   Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees. It was common for Thomas Jr. to train White workers

FIRST AMENDED COMPLAINT

who were then promoted over him to supervisory positions. In some cases, White workers have been promoted over him, less than two weeks after he began training them. Thomas Jr. never received a promotion.

1818.   Thomas Jr. complained of discrimination many times to supervisors Robert Lenard, Emanuel Lenard and Robert Silderan, but nothing was done to remedy his complaint. Several times when he complained, he was told to keep quiet if he wanted to keep his job. Thomas Jr. went to the office approximately 15-20 times attempting to make a complaint. White workers were allowed to go in to the office without appointments and were not turned away. Thomas Jr. believes he was turned away because of his race.

### Keelye Tomlinson

1819.   Tomlinson started working at Turner Industries in Lake Charles, Louisiana on February 28, 1996 as a laborer making $10 per hour and she remained at this position her entire employment with Turner.  Tomlinson was terminated by Turner in or around February of 2006.

1820.   In 2006 Tomlinson's boss forced her to become a helper, without giving her higher pay. Helper was a higher paying position than laborer. Her supervisor made her take on the responsibilities of being a helper without allowing her to receive helper's pay.

1821.   Tomlinson and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, derogatory statements toward Black people and Hispanic people and other statements such as, "the best thing a Black woman can do is give head" have been written in the portable bathrooms.

1822.   Turner discriminated against Black employees by offering higher wages to White workers.  When Tomlinson started work at Turner, she made $10 per hour for the first three

FIRST AMENDED COMPLAINT

years while White workers were making $14 or $16 per hour. After she was promoted to scaffold builder she made $12.50 per hour.

1823.   The situation that led to Tomlinson's termination was in 2008. She had previously been reprimanded by a foreman, Seth, for using her cell phone, but a supervisor higher up did not think she should be punished for this because everyone uses their cell phones. After this, Seth said that he would never use Tomlinson as a laborer. One day, when none of Seth's laborers came in to work he asked Tomlinson if she would be a fire watch-hole watch for him and she said no. He became enraged and went to her supervisor. Tomlinson's supervisor came and asked her to work for Seth, so she agreed. Later, Seth saw her on her phone and turned her in. Dudley, another supervisor, said that she would be transferred to another site, but somehow her transfer got lost. Tomlinson talked to Dudley and he said that all he does is send the transfer and the office makes the final call for hiring.

1824.   Tomlinson was later told by a White woman named Jackie that she was fired because she didn't sleep with any White supervisors.

1825.   In July of 2010 Tomlinson went to the Turner office to see if there was any work available and she was told there was no work, but when she walked out she saw Turner was sending another White man out to work.

### Artigus Viney

1826.   Viney began working for Turner Industries in 1993.  When Viney was laid off on May 17, 2009 his salary was $22.50.

1827.   In 2008, Viney was called "nigger" by Supervisor Ernest Clement in front of five Foremen. It was witnessed by Joe Archua, Rusty Manual, Johnny Craig, Diane Waldrow and Blake Manual. Curt Sashion, a Project Manager, and Neil Gills, a supervisor, asked him not to

FIRST AMENDED COMPLAINT

complain because they did not want Clement to get into trouble. A lawyer named Susan from Turner came from Baton Rouge to talk with Viney and she seemed more concerned about Clement's job than what had happened to him. Viney said that he wanted to file an EEOC complaint but was told that Turner has its own EEOC and they would take care of it. Instead of being informed of the 300 day limit to file a charge of discrimination with the EEOC, Turner actively misled Viney.

1828.   Viney has been referred to as "boy" and has heard Ernest Clement and Tony Crowsha call other Black workers "monkeys."

1829.   Joe Archua, who is Native American, is called "chief" and other Turner employees make jokes about him and his race.

1830.   In the bathrooms there have been racially derogatory phrases and pictures such as, "nigger go back to Africa," "nigger go back to the motherland," and a stick man with an afro hanging from a noose drawn on the walls. The graffiti stays up for weeks before being painted over.

1831.   In or about February of 2009, Viney saw a noose in the ethane unit hanging off some scaffolding. In addition, over the years he has seen a few small nooses made out of wire left around different places at Turner.

1832.   When Viney goes to Turner's office looking for work he is told that there is none, even though he can hear them calling people on the phone and offering them jobs for which he is qualified. Viney also saw them interviewing White people first and offering them jobs.

1833.   Joe LeBlanc, John Gidery, and John Reed are White workers that Viney trained when they were hired years after he was, yet they were still promoted over him.

FIRST AMENDED COMPLAINT

1834.   Viney has worked at Turner for 15 years and was laid off every year, with the exception of 2008. The White Industrial Electricians that he worked with were not laid off, but instead work throughout the year.

1835.   Viney was hired to work in Beaumont. Ernest Clement, John Gigrick, Thomas Clement, John Reed and a few other White employees were also hired to work on the job. Once the other workers learned that they would have to share a room with Viney, his trip was canceled. Clement said to him, "nobody wants to sleep with a Black guy in the room." If Viney had gone on the trip he would have earned overtime and per diem benefits.

### Conrad Viney

1836.   Viney is a Black male, and he began working for Turner Industries in Lake Charles, Louisiana in and around 1989 for approximately two to three months. He worked again for Turner in 1992 for approximately forty to fifty days and then again from February 2008 until he was laid off in April of 2008.

1837.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks were paid more money than Viney and his similarly situated Black co-workers. Viney was hired as a laborer, doing fire watch-hole watch work on different turnarounds. He was initially paid $10 per hour. In 2008, he was paid approximately $12 per hour. Similarly situated White employees were getting paid a couple dollars more than Viney and his similarly situated Black co-workers.

1838.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. White employees were also given more opportunities than Black employees to get additional schooling or take tests to advance in the company. There were White employees who were promoted who did not know how to do the

FIRST AMENDED COMPLAINT

craft that they were promoted to over Viney and other Black employees who did have the experience and qualifications.

1839.   Viney and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries. White employees regularly told racist jokes and would call Black employees "bubba" or "boy."

1840.   Viney and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, the bathrooms were constantly covered in racially offensive depictions such as Black individuals with nooses around their necks, "KKK," swastikas, and confederate flags.

1841.   Viney and his similarly situated Black employees were also subjected to further discrimination by Turner's hiring, firing, and work assignment policies. When it came time for a layoff, Black employees were the first to be laid off.

### Conway Viney

1842.   In September 2006 Viney began working for Turner Industries as a helper and then moved to scaffolding and carpenter helper.  When Viney first began working for Turner Industries, he was paid $15 an hour. Viney stopped working for Turner in March 2007.

1843.   Viney heard many jokes including the words "nigger," "boy," and "wetback." He heard other workers called "boy" to their face by White workers. There were copies of home-made fliers with racially offensive jokes distributed at work. He never reported incidents to the supervisors out of fear of losing his job, but heard racial slurs on a daily basis.

1844.   Viney found graffiti on bathroom walls at Turner's CITGO and Conoco sites. Symbols on the walls included swastikas and confederate flags. Some employees had confederate flag tattoos.

FIRST AMENDED COMPLAINT

1845.   Viney's starting pay was $15 an hour plus a $1 incentive. If an employee arrives 15 minutes early for the safety meeting, he/she receives the $1 incentive pay. Other than the incentive, he never received a raise. However, less experienced, younger White workers were paid $18 to 19 an hour for the same job as him.

1846.   Viney applied for a boilermaker in 2006, but was told that there were no available positions. They told him he needed to pass a test, however he was not told when the test was being held. One week later, a White employee got a boilermaker job. The White employee who got the job told him that he did not have to take a test and that he did not know about the work. A boilermaker receives about $24-25 an hour.

1847.   Viney has applied at Turner several times since being fired but was told by Turner that they will call him back when needed. He has never received calls back. Others were getting hired while he was applying and he applied about every 2 weeks.

1848.   Viney's last application was in 2007. Despite these efforts, his experience, and other qualifications, he has not been rehired.

### Larry James Walker

1849.   In or around June 2000, Walker began working for Turner Industries as a boilermaker in Lake Charles, Louisiana.   When Walker first began working for Turner Industries, he was paid approximately $22- $24 per hour. He was laid off in or around 2008.

1850.   On Walker's shift there were approximately 18-20 boilermakers. About 16-18 of them were White and the remaining few were Black. Many of these White workers were under qualified and had no experience as a boilermaker.

1851.   Walker witnessed offensive racial graffiti in and around the Turner facilities. He saw written, "you ain't gonna get the job before us boy" and "Nigger." He also saw depictions of

FIRST AMENDED COMPLAINT

a Black man hanging with a rope around his head, and another one of a Black man hanging from a rope tied around his foot.

1852.   One time Walker took a break and when he returned to his seat, there was a noose in his place.

1853.   Walker has reapplied at Turner Industries and wrote his name on the "out of work" list many times in the past year. He has been told by Turner they are not hiring, but he has seen White workers being hired. He has witnessed White workers entering through the back of the Turner site saying, "Mike Ashford just called me to go to work." Despite these efforts, his experience, and other qualifications, he has not been rehired.

### *George Waters*

1854.   Waters began working for Turner Industries in Lake Charles, Louisiana in and around 2006 as a carpenter's helper until he was laid off on October 30, 2009. As a carpenter's helper, Waters made $19 per hour. White helpers were given wage increases to $20-$21 per hour and some of them had not worked for Turner for one year.

1855.   Waters was not a journeyman, but his supervisor, George, would make him do journeyman work and then when he was finished with a particular job, George would say things like, "No, that's not right, take it all down and do it again." He would also frequently say to Waters, "You don't know jack shit," and "I don't like you." When Waters complained to other supervisors, they told him to ignore George's comments.

1856.   George continuously harassed Waters on a daily basis, threatening that he would lose his job, and degrading him by saying things such as, "what are you doing here, you shouldn't be getting paid this much because you aren't worth it." He said that if it were up to him, he would

FIRST AMENDED COMPLAINT

pay Waters a quarter an hour. He also regularly said, "you mark my word, I'm gonna run you off."

1857.   A journeyman that Waters worked with named Joe used "nigger" frequently and said comments such as, "I don't like to work with niggers they're lazy."

1858.   Waters and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, racial slurs like "niggers go home," and drawings of Black men hung by nooses, and swastikas were all over the portable bathrooms. White workers also had confederate flag tattoos and confederate flags on their clothing and hats. No action was ever taken to address these incidents.

1859.   Waters and his similarly situated Black co-workers were also subjected to further discrimination by Turner's hiring, firing, and work assignment policies.  For example, there was one Black foreman on the job. He had a crew of about 20 workers who were all Black.  He was the only foreman who was not given a mule, a vehicle that carries equipment. All the White foremen had their own mules. The Black foreman always had to borrow one. There were about 20-30 White foreman on the job.

### *Jammie Watson*

1860.   In 1994 Watson began working for Turner Industries. Throughout his time at Turner, he worked as a helper, laborer and lead carpenter. Watson was laid off many times from 1994 through May 2007.

1861.   Watson heard racial slurs on a daily basis. They used the words "niggers," "spookies," "Black," and "taco-eating," "spot," "mooley," "shadow," "come here shadow," "come here boy." His superiors knew about the racial slurs, but did not do anything about it. In fact,

FIRST AMENDED COMPLAINT

Watson's supervisors and Foremen were also calling Black employees by the same racial names. Watson never reported this due to fear of losing his job.

1862.   Supervisor Leonard Manuel would cuss and call the Black employees all kinds of names, like "nigger." He would make Black jokes and he would talk to Black workers in the third person.

1863.   Watson saw graffiti everywhere on bathrooms and tables. There were drawings, words, scare tactics, pictures painted Black, "run Nigger run," Mexicans eating tacos and choking on them and also nooses. They never cleaned it up. They would even put names on some of the pictures. One time Watson found out that a supervisor had done this.

1864.   Watson has seen whites wear rebel bandanas to work and draw the confederate flag on their hats.

1865.   Watson has seen White employees hired when there is a "reduction in force."

1866.   Watson's pay rate as a laborer was $7.50 an hour. At the end, he became lead carpenter and received $22.50 an hour. However, he worked consistently beyond what was called for in his position without receiving higher pay. He picked up trash, did digging as laborer and took on boilermaker work as a carpenter. The pay rate of a White employee that worked as a laborer or carpenter was always a dollar or two or more than him.

### *Joseph Paul West, Jr.*

1867.   West Jr. began working for Turner Industries in Lake Charles, Louisiana in and around 1997 as a painter. He has worked on and off for Turner up until August of 2007. He reapplied for work in and around July of 2010.

1868.   Robert Coraville was a White foreman who helped West Jr. get a job initially, as well as about five or six other times when he was furloughed. Coraville was demoted when his

FIRST AMENDED COMPLAINT

supervisors discovered that he was bringing in new Black employees. Coraville is referred to as a "nigger lover" by other White workers.

1869.   As a painter, West Jr. made $21.75 per hour. White workers doing the same work were always paid a few dollars more than him.

1870.   There were approximately twenty workers on a shift and the majority of workers were White. Black workers were mainly hired for less desirable positions, such as working in areas with asbestos. White workers also threw asbestos onto work areas where West Jr. and other Black workers were working. West Jr. and other Black workers complained, but nothing was ever done.

1871.   Throughout his employment West Jr. was subjected to harassment and a racially hostile atmosphere. Grady Cooley, one of his supervisors, regularly referred to him as "spot" or "spook." Grady Cooley frequently talked about being a member of the KKK. On one occasion, a noose was hung up in the area where many Black employees ate lunch. Jeff Gillary, a White painter found this entertaining and funny. Jeff Gillary was eventually promoted to foreman.

1872.   Throughout West Jr.'s employment at Turner Industries, the portable bathrooms were constantly covered in racially offensive graffiti and depictions. "Nigger" was written all over the walls and there were pictures of stickmen hanging from nooses.

1873.   When White employees leave Turner Industries for other work, if they decide to come back they are hired immediately, but former Black employees have to call in and are usually told that there are no positions available. When West Jr. called in July of 2010, he called several times and left messages, but he never received a response.

FIRST AMENDED COMPLAINT

### Clarence Williams

1874.  In 1999 Williams began working for Turner Industries on the railroad maintenance crew during the day shift in Lake Charles, Louisiana.  He was laid off in 2008.

1875.  While employed by Turner Industries, Williams would often hear White Turner employees tell racist jokes.

1876.  Williams saw offensive graffiti everywhere in the bathrooms. It said "Niggers" and "all Niggers suck."

1877.  Williams' foreman, Michael Malbrough, a Black foreman, told him that Turner wouldn't give Black employees wage increases. Malbrough tried to get them raises, but his attempts were denied. Black employees had to take a skills test to get a raise, but White employees received raises every 90 days or every 6 months.

1878.  White workers were making $22-$24 in Williams' same position. He had been with Turner since 1999 and he was making a couple dollars less than White workers in the same position.

1879.  Williams was laid off in 2008. He reapplied multiple times and was told he would be called for a job. He went on a job for a day or two about a month after he was laid off, earning $12 per hour. Turner was hiring every day and orientation was going on at the time. However, only White employees were being hired.

### Morgan Williams

1880.  Williams began working for Turner Industries in Lake Charles, Louisiana in and around 1995 until March of 2009 as a helper.

1881.  Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than similarly

FIRST AMENDED COMPLAINT

situated Black employees. As a concrete finisher, Williams made $19 per hour. White concrete finishers made a few dollars more per hour than he did.

1882.   When laying concrete, many of the White workers would stand on the side and not work because they either did not know what to do or did not want to do any work. Throughout his employment, Williams was asked to do tasks for White employees that were not within the scope of his job title.

1883.   Throughout Williams' employment he was subjected to racial graffiti and depictions throughout Turner facilities. The bathrooms were constantly covered in racially offensive slurs about "Niggers," and comments such as "fuck you Niggers."

1884.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. White employees receive raises before Black employees who have been employed with Turner for a greater amount of time. White employees are also promoted within a few months; whereas it can take years for Black employees to be promoted. Williams was hired as a helper, and it took seven years for him to be promoted.

1885.   In March of 2009, Williams was injured on the job and left Turner.

### Oran Woods

1886.   Woods started working for Turner Industries in Lake Charles, Louisiana in or around 2004 as a laborer making approximately $14 to $15 per hour.  Woods was terminated by Turner in or around 2008.

1887.   Woods and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries. For example, White workers would call Black workers "boy."

FIRST AMENDED COMPLAINT

1888.   Woods and his Black co-workers have been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, there were drawings of monkeys, "Nigger" and "go back to Africa."

1889.   Turner discriminated against Black employees by creating a disparity in pay and wage increases. For example, when Woods was working at Turner as a laborer he made approximately $14 to $15 per hour. He later became a laborer for a scaffold builder and continued to make the same amount of money even though he was told he would receive a $1 per hour raise.

1890.   Black employees are subjected to further discrimination by Turner's hiring, firing, promotion and work assignment policies. For example, White workers who were hired by Turner would move up very quickly to supervisor positions. One White worker in particular started off as a hole watcher and became a supervisor within a few months of employment with Turner.

1891.   Black workers were also given more demeaning tasks than White workers. For example, Black workers were told to pick up trash or pick up cigarette butts, even though this was not the job they were hired to do. White workers were not treated in this manner.

1892.   Black workers were generally the first to be laid off at Turner, regardless of how long the Black worker had been working there. Woods was laid off for missing work after the death of his father in 2007. He explained his situation to Chad, his White supervisor, but he did not care.

### *PORT ALLEN/ BATON ROUGE, LOUISIANA TITLE VII & § 1981*

#### *Russell Batiste*

1893.   Batiste is a Black male who was employed at Turner Industries in Port Allen, Louisiana as a pipe rigger in November of 2008.

FIRST AMENDED COMPLAINT

1894.  Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Batiste and other similarly situated Black employees.  For example, Batiste worked the day shift and was paid $9 per hour. There were approximately twelve other pipe riggers who worked with Batiste and the majority of them were Black. In and around January 1, 2010, Batiste received a dollar raise, bringing his salary to $10 per hour. White employees in the same position as Batiste were paid $12 to $13 per hour.

1895.  Batiste and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of this are the regular use of offensive names such as "nigger" by White employees aimed at minority employees. For example, in and around 2009, Jim, a White employee, said directly to Batiste, "Some of ya'll niggers have more than I have. You know how you all got it, you stole it."

1896.  In and around October 2009, whenever Batiste went to get tools, Jim, who was in charge of giving out tools, would make Batiste wait, while White employees were not required to wait for their tools.

1897.  In and around October 2009, Jim pulled out his wallet and showed Batiste a badge. He told Batiste that he was a retired police officer, and said to Batiste, "If I was still a police officer I would shoot your Black ass off and get away with it." He continued to threaten and harass Batiste on a daily basis.

1898.  When Batiste reported this harassment to his supervisor, nothing was done in response.

1899.  Batiste left Turner Industries in and around January of 2010 because of the constant harassment and threats that he endured from White employees.

FIRST AMENDED COMPLAINT

*Isaac Bell*

1900.  Bell began his employment at Turner Industries in Baton Rouge, Louisiana in 2009 as an insulator mechanic. He was terminated on October 15, 2010.

1901.  Bell and his similarly situated Black co-workers were subjected to a racially hostile atmosphere at Turner. Bell's White supervisor, Brad Wells, often demonstrated hostility towards Bell and other Black employees by making racially offensive statements and jokes. For example, in 2010, Mr. Wells referred to Lionel West, a Black worker, as a "monkey." Mr. Wells also mocked Bell after his termination.

1902.  Bell wears a hoop earring and was told by Mr. Wells that he could not wear the earring.  White workers were allowed to wear earrings.

1903.  Turner treats Black workers differently than White workers. Mr. Bell was frequently assigned to work on jobs by himself, while White workers did not have to work on their own and were usually given helpers.

1904.  Bell and his similarly situated Black co-workers were subjected to discrimination through Turner's hiring and firing policies. White workers were usually allowed to miss work without being fired, but Black workers were not. Also, Bell observed that Turner hired fewer Black workers than White workers, and Black workers were much more likely to be laid off.

1905.  Bell believes he was wrongfully terminated due to his race.  Bell had a disagreement with a female helper, who in turn reported him to management.

1906.  On and around October 15, 2010, Bell had tied a rope to his scaffold, which he was using to bring materials up and down.  The female helper tried to untie his rope and when he saw her doing so, she then asked if she could take the rope. Bell told her that she could not.  The female employee started yelling and cussing at Bell.  Bell walked away.

FIRST AMENDED COMPLAINT

1907.   The Safety Supervisor was called over and Bell explained what happened.  While Mr. Bell was talking to the Safety Supervisor, the female employee's husband came over and attempted to punch Bell.  He was not reprimanded.

1908.   The female employee then told the Safety Supervisor that Bell cussed at her and without investigating the matter, Bell was terminated.

### Larry Bell

1909.   Bell is a Black male who has been employed as a pipefitter and a supervisor for Turner Industries in Port Allen, Louisiana. He was first employed by Turner in 1970 and has been laid off several times. He most recently began working for Turner in or around January 2008 and is still currently employed at Turner Industries.

1910.   Bell earned $26 per hour working as a pipefitter. He worked as a foreman on and off for six months with Turner. When Turner took over the contract a few years ago, there were very few Black men in higher paying positions. Thirty new workers were hired and none of them were Black.

1911.   Bell and his similarly situated Black co-workers have been subjected to offensive graffiti and a racially hostile atmosphere at Turner work sites. Bell has seen graffiti on the bathroom walls that says, "Nigger," and contains depictions of rebel flags and crosses representing the KKK. The bathroom walls were painted over on October 20, 2010. He also recently heard one White worker refer to Black workers as "monkeys." On October 20, 2010, a White employee who works under Bell said, "we had to wait for two monkeys to show up." He was referring to two Black employees.

1912.   In and around August of 2010, Bell also saw a White employee, Danny Farris, Sr., dressed as a KKK member on a job site. The worker had requested a White sheet so that he

FIRST AMENDED COMPLAINT

could dress as a KKK member. The White employee's actions were reported to the White superintendent, but he was not fired. Danny Farris, Sr. was transferred to another Turner site. Bell saw Farris' name on a work assignment sheet and was also told by Farris that he still works for Turner.

1913.   Turner has been hypocritical in its policies to prevent discrimination. Bell received a letter after the incident with the employee dressed as a KKK member saying that discrimination would not be tolerated at Turner and those who violated the policy would not work at Turner again. However, Danny Farris, Sr. is still employed at Turner.

1914.   Bell and his similarly situated Black co-workers have also experienced discrimination in Turner's hiring and salary policies. For example, Bell has observed that there are usually twenty to twenty-five White foremen, but there are only two Black foremen. For the last two years there has only been one other Black foreman, named James. Also, recently around thirty men were hired. None of them were Black.

1915.   White foremen are generally allowed to negotiate their salaries, while Black foremen generally are not. Bell has seen White foremen's checks, and they typically receive a couple more dollars per hour than Black foremen.

1916.   Bell has also noticed discrimination in firing at Turner. In around thirty years of working on and off for Turner, he has noticed a pattern that Black workers are usually fired before White workers.

### *Brandon Brisco*

1917.   Brisco is a Black male who began his employment with Turner Industries in Port Allen, Louisiana on January 13, 2005. He was terminated once in January of 2010, but was rehired in February or March of 2010 and is currently employed.

FIRST AMENDED COMPLAINT

1918.   Brisco was initially hired as a helper, making $9 per hour. He had taken a welding class, and wanted to be a welder, but he was told that he could not be hired as a welder until he practiced for two years.

1919.   Two years later, Brisco was promoted to a pipe checker on the night shift, but he was still not allowed to go to welding school to become a welder at Turner. As a pipe checker, Brisco makes $12 per hour, and his salary has remained the same for the past three years. Pipe checkers on the day shift make more than Brisco, even though Brisco was told that pipe checkers on the night shift should make $1 more than pipe checkers on the day shift.

1920.   Brisco has spoken to Danny Guillot, a White foreman, about going to welding school and getting a raise. Guillot has consistently denied Brisco a raise and the opportunity to go to welding school.

1921.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. White employees were also given more opportunities than Black employees to get additional schooling or take tests to advance in the company. Several White employees came in as tackers and remained in these positions for two to three months, and then they were sent to welding school. These White workers became welders.

1922.   The level of discipline is much higher for Black employees. White employees may receive light discipline for situations that Black employees could be terminated for.  For example, in January of 2010, Brisco was suspended by Danny Guillot for a few days for looking at his watch. White workers are allowed to look at their watches or talk on their cell phones while at work. However, Black workers are suspended or terminated for the same conduct.

1923.   Brisco and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The bathrooms were

FIRST AMENDED COMPLAINT

constantly covered in racially offensive slurs and comments such as: "monkeys," riddles about sending Black workers "back home," "KKK," and depictions of Black men hanging from nooses.

1924. Patrick Thibodaux, a White supervisor, gave several workers who drive motorcycles permission to park in a certain area. When Brisco parked his motorcycle in that area, he asked Thibodaux if it was all right, and Thibodaux said that it was. Thibodaux then left and when Danny Guillot saw where Brisco parked he sent Brisco home. White workers who parked their motorcycles in this area received no discipline.

1925.  In January of 2010, Brisco accidently took another worker's jacket home with him. When Brisco realized his mistake, he brought it back the next day. Danny Guillot had told the White worker whose jacket Brisco took that Brisco would be fired for taking the jacket. Guillot also told him that he wanted to get rid of Brisco anyway. Brisco was terminated for this incident.

1926.  Brisco was then rehired by a Black foreman, Brock Facione. The majority of Facione's crew is Black. Brisco is aware that Danny Guillot has told workers that he wants to get rid of Facione's crew.

### Michael Gold

1927.  Gold is a Jewish, White male who began working for Turner Industries in Baton Rouge, Louisiana off and on as a journeyman Pipefitter until he was fired on June 15, 2010. Gold was hired again by Turner on August 5, 2010 to work at the Honeywell plant in Geismar, Louisiana.  He was laid off on December 17, 2010.

1928.  Gold was subjected to racial statements and slurs. He heard the word "Nigger" on a daily basis. One particular employee who used the word is Barry Bourgeois. These slurs were

FIRST AMENDED COMPLAINT

directed at the Black pipefitters. At Rubicon Chemical Plant, Gold heard supervisor Billy Coreville tell a black employee Jonathan Davenport to "get your black ass to work."

1929.   Gold has been and continues to be subjected to racial and anti-Semitic graffiti and depictions throughout Turner facilities and job sites. Some of the pictures were of the rebel flag. Others said things like "the south will rise again" and "white is right." Another example of graffiti found in the restroom was a racist and anti-Semitic pornographic drawing.

1930.   The graffiti was not only in the restrooms, but also in two maintenance shops where the pipefitters work out of. In the East Shop, there were drawings of swastikas and "KKK will rise" carved into a table in the shop. A new drawing or phrase would appear on a fairly regular basis. These KKK and Nazi references were highly offensive to Gold.

1931.   Gold is subjected to further discrimination by Turner's hiring, firing, and work assignment policies. Gold has been laid off several times during his employment at Turner because of "reduction in force."  Each time he was laid off for "reduction in force," Gold, who is significantly more qualified to work as a Pipefitter than Iron Workers, was replaced with White Iron Workers.

1932.   Gold was re-hired in or around the end of August 2010, working for Turner at the Honeywell Chemical Plant in Geismer, LA.  He has noticed that there are not any Black employees working in supervisory positions.

1933.   When Gold was hired to work at the Honeywell Plant in Geismar, Louisiana on August 5, 2010, he observed that out of fifty workers at the plant, there were only two Black pipefitters.  The rest were White.

1934.   One of Gold's co-workers, Roberta McDominic, is a Black female pipefitter.  She was hired at the Honeywell Plant as a pipefitter.  Although she was hired as a pipefitter, for

FIRST AMENDED COMPLAINT

several days she was required to perform the duties of a laborer. While being forced to work as a laborer, her responsibilities included picking up trash. White pipefitters were never required to work as laborers. McDominic was also put on the night shift, without her consent.

1935. At the Honeywell plant, there were a number of cats that entered the plant and several workers, including Gold, the supervisor on nights, and operators on the day shift, all fed the cats. Prior to being terminated, Gold was informed by his co-worker, Roberta McDominic that the general foreman, Josh Dos Ramos, was discussing Gold being Jewish. Gold's foreman, Brian Hano made comments about "Jews causing a lot of problems." McDominic overheard Dos Ramos and Hano discussing a way to lay off Gold using his feeding the cats as pretext.

1936. On December 17, 2010, the acting foreman at the Honeywell Plant, Jasper Cole, approached Gold and told him he was being laid off.

### Joseph Gordon

1937. Gordon is a Black male who began his employment at Turner Industries in Port Allen, Louisiana as a helper on February 26, 2008. He later became a tack welder and pipe fitter.

1938. Gordon and his similarly situated Black co-workers have been and continue to be on unequal footing with respect to pay and job opportunities. While White pipe fitters start at $24.50 per hour, Gordon started at $17.50 per hour for the same position.

1939. Gordon did not receive his three-month scheduled raises as a pipe fitter for almost one year. White employees receive scheduled raises on time and without having to approach their superiors.

1940. Gordon has witnessed White employees arrive to work under the influence of drugs and/or alcohol and are simply sent home. Black employees have been immediately

FIRST AMENDED COMPLAINT

terminated for such behavior. Turner's drug testing policy is purportedly random but in fact targets Black employees.

1941. White co-workers wear coverings to simulate the look of Ku Klux Klan members in uniform. Black employees are forced to watch and be silent.

1942. Gordon and similarly situated Black employees have been exposed to racially offensive names, a racially hostile atmosphere and disparate treatment from White supervisors. White employees have previously adorned the confederate flag after being instructed not to do so. Management fails to take effective action to correct this behavior.

1943. Gordon and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. There was even a drawing of a Black co-worker hanging from a noose as well as drawings of swastikas and racially offensive words.

1944. Gordon was terminated on August 1, 2009, and given no reason for the cause of his termination. He was told by Patrick Thibodaux he could return to work in 90 days and upon doing so, Gordon was told he could not have his job back.

1945. Upon termination, Gordon was not paid his incentive check that was due and customarily paid out to employees upon their leaving Turner. Other White employees, for example Adam Leshea, did receive such pay upon ending their employment with Turner. This practice was customarily verbal, not written or recorded prior to the occurrence.

1946. As a result of his complaints, and the recent public exposure of this environment by Gordon and other co-workers, he and other similarly situated Black employees have been subject to retaliation and further harassment.

FIRST AMENDED COMPLAINT

### *Royal Harvey*

1947.  Harvey is a Black male who was employed at Turner Industries in Port Allen, Louisiana as a pipefitter in and around 2003 or 2004. He was laid off in June of 2010 and has applied for work with Turner on a weekly basis.

1948.  Harvey worked mostly during the day shift, but would work whatever shifts were available. He mainly worked on the maintenance crew, which consisted of approximately twelve workers. Two out of twelve workers on this crew were Black.

1949.  As a pipefitter, Harvey made $25 per hour. White employees who worked as pipefitters were routinely given more hours and overtime opportunities than Black employees. Harvey was also asked to perform supervisory work, but got the same rate of pay as a pipefitter, while White workers who were supervisors made more than $25 per hour.

1950.  White workers with less experience consistently received promotions and wage increases over more qualified Black employees. It would typically take a White employee about six months to be promoted to "lead man," the position right above pipefitter. It did not matter how long Black employees had been with Turner, they were never promoted to "lead man."

1951.  Harvey and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

1952.  Harvey and his similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive depictions and language. "Nigger" was written all over the walls, you would see an arrow pointing down at the toilet with the following written: "look down at your brother." White employees would wear rebel flags on their welding shields and construction hats.

341

*Larry Hinderson*

1953.   Hinderson is a Black male who began his at Turner Industries in Port Allen, Louisiana on October 20, 2006 as a crane operator. He is still employed at Turner.

1954.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Hinderson and his similarly situated Black employees. Hinderson was paid $15 per hour. White crane operators were making $17 or $18 per hour.

1955.   Hinderson and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The paint shop had drawings of swastikas, "KKK," and "nigger" written on the walls.

1956.   The level of discipline is also much higher for Black employees. White employees may receive light discipline for instances that Black employees could be terminated for.  For example, in and around September of 2008, Donald Bird, a White employee, was driving a Turner vehicle and hit another work truck and then hit a pole. Bird was taken for a drug test, and brought back to work one day later despite the fact that such accidents routinely warrant three days suspension.

1957.   In March of 2010, three Black employees, Darion Sims, Wesley Monroe, and Julius James, were terminated for using their cell phones while at work. However, Kelly Grey and Donald Leonard, two White employees, were not terminated for being on their cell phones while at work. White Turner Supervisor Richard Kelly would walk right past White employees using their phones and not say one word to them.

342

FIRST AMENDED COMPLAINT

1958.  Hinderson was told by Kelly that he would make an incentive pay of one dollar per hour if he was always on time and never missed any days. Every six months, Hinderson would be entitled to receive his incentive pay as a lump sum.

1959.  Hinderson was terminated on or around March 28, 2010. Incentive pay checks were due in May of 2010. Hinderson called Rhonda Blankwell in payroll to ask about receiving his incentive pay for the last five months that he worked. Blankwell told Hinderson that the only way he could receive his incentive pay was if he remained at work until the end of the sixth month.

1960.  Hinderson learned that White employees were receiving their incentive checks even when they had not worked the full six month period. Two White employees went to the office in and around August of 2010 to request a lay off and they received their incentive checks at that time.

### Cody Howard

1961.  Howard is a Black male who was employed at Turner Industries in Port Allen, Louisiana, as a journeyman pipefitter in and April 2007. He was laid off on June 25, 2010.

1962.  Howard and his similarly situated Black co-workers have been and continue to be subjected to racial statements and slurs at the Turner work place. One time in the lunch tent, workers were discussing who might have accidentally cut into a live pipe. Chris Swear said, "You know he wasn't White." This statement was reported to Turner, but nothing was done.

1963.  Howard and his similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The bathrooms were constantly covered in racially offensive slurs and drawings of Black people being chased by people in KKK outfits with pointed hats and comments such as "Whites only" written.

FIRST AMENDED COMPLAINT

1964.   Howard and other similarly situated Black employees are subjected to further discrimination by Turner's promotion policies. For example, in August 2008, Howard's supervisor, Jonny Lagrow, tried to have him promoted to Foreman. Turner would not allow him to be promoted. They said Howard had supposedly not been there long enough.

1965.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees. Qualified Black employees have been skipped in favor of promoting White employees even when the Black employees have passed qualifying procedures necessary for the promotion.

1966.   If there are White employees who have been terminated, have left for better paying jobs, or otherwise discontinued their employment with Turner, they are customarily rehired before or instead of any Black employees. In Turner's hiring office, Howard saw Black applicants waiting around hoping for work. The White applicants never had to wait; they were taken back and interviewed immediately.

1967.   Howard was laid off on June 25, 2010. While he and other minority workers were laid off, White employees were not. For example, two White employees named Justin Brand and David Thomas were not laid off despite the fact that there were more qualified Black employees who were laid off.

### *Lamont Jack*

1968.   Jack is a Black male who began his employment with Turner Industries on January 30, 2008. He is still employed with Turner as a pipe checker.

1969.   White employees tend to be given greater and more frequent wage increases than Black employees. Jack has requested wage increases several times from his foreman, Brock

FIRST AMENDED COMPLAINT

Facione. Facione has put in raises with Patrick Thibodaux, the main supervisor, but Thibodaux routinely denies Jack's raises. When Jack was granted a fifty cent raise, White employees were given a $2.50 raise. Another Black employee, Rodriguez Hendricks, who works on Brock Facione's crew, has worked for Turner for five years and has never received a raise. All his wage increase requests have been denied.

1970.   Workers at Turner are also segregated by race by being placed into different crews. Facione's crew was predominately Black.

1971.   When Jack first applied to work at Turner, he was told by his foreman, Scott Landrey, that he needed a minimum of two years on the table doing pipefitter work before he could be given a pipefitter position, even though he had already gone to school for pipefitting. Jack then talked to another foreman, Brock Facione, and he told Jack that he needed a helper in his department. This is where Jack started. It was the lowest paying position in the shop.

1972.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. For example, Clayton Lane, a White employee, was hired as a hydro worker. His starting pay was $10 per hour. He was moved to a pipe checker position, but he did not even know how to check pipes. When he was given this position, he received a $2.50 raise within two weeks. It took Jack longer to receive a $3.00 raise. White workers who were hired after Jack have been promoted above Jack and are making top pay. It could take as little as six months for new White workers to be hired and making more money than Jack, who has been there for three years.

1973.   Jack and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner. Jack has heard White employees using racial slurs towards other Black employees. Danny Guillot, a White foreman on

FIRST AMENDED COMPLAINT

the night shift, told Gideon Williams, a Black employee, "don't let the night pass you by." When Mr. Williams asked what was meant by this statement, Guillot responded, "T-Pat told me to start cracking the whip." Mr. Williams found this racially offensive.

1974.   Danny Guillot routinely follows Black employees to the bathroom, giving each worker a time limit in the bathroom.

1975.   Jack and his similarly situated Black co-workers have also been subjected to racial graffiti and racially offensive depictions throughout Turner facilities and job sites. Jack has seen "3-11," which symbolizes KKK, the eleventh letter of the alphabet, three times. Jack has also seen comments such as: "go back to Africa," "Black people don't belong here," and "Black people are monkeys," written in the bathrooms, around the shop, on chairs, and on work boxes.

1976.   The level of discipline is also much higher for Black employees. He will give Black workers write-ups for conduct that White workers do not get written up for. In and around February of 2010, Jack was written up for using his cell phone while at work. Clayton, a White similarly situated co-worker, has used his cell phone numerous times, but has never been written up.

### *Crandal Jackson*

1977.   Jackson is a Black male who began his employment at Turner Industries in Port Allen, Louisiana on June 26, 1999 as a helper. He was promoted to pipefitter in and around 2002 and is presently working for Turner Industries.

1978.   In and around 2000, Jackson quit because he wanted to be a pipefitter, but the only way he would be allowed to be a pipefitter was if he worked the night shift. He went to school and when he came back two years later, fully qualified to be a pipefitter, he was hired as a tacker, which is a lower paying position than pipefitter.

FIRST AMENDED COMPLAINT

1979. White workers with less experience consistently received promotions and wage increases over more qualified Black employees. Jackson became a pipefitter in 2002, but did not make top salary as a pipefitter until 2007. White employees are typically promoted to top salary after six months or less.

1980. In and around 2004, Jackson requested to be put on the day shift. Although Jackson had seniority, approximately eight White employees were placed on the day shift before Jackson was. Jackson was finally placed on the day shift in 2008.

1981. In and around 2004 or 2005, Jackson was furloughed for two and one half weeks. He was doing pipefitter work at the time and was the only Black employee doing this kind of work who was furloughed. When he came back two and one half weeks later he was hired as a tacker. At the same time, two White employees were hired at top salary as pipefitters.

1982. In and around 2008, Jackson was placed on the day shift with two other White workers who were making top salary as pipefitters. The White employees were placed to work on Jackson's table and they did not know how to tack, which is a skill that pipefitters must learn before becoming pipefitters. Jackson had to teach them how to do everything.

1983. A White employee, Jason Creal, had been working on the night shift with Jackson. He quit when Jackson was placed on the day shift and he was not. Once Jackson was moved back to the night shift, Creal came back to Turner and took the day shift spot. Creal also was given top salary.

1984. In and around 2008, while Jackson was on the day shift, he got sick. Jackson was taken off the day shift and told by Superintendent Patrick Thibodaux that he was only given "one shot."

FIRST AMENDED COMPLAINT

1985.   Jackson currently works the night shift, and the majority of workers on this shift are Black.

1986.   Jackson and his similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of this are the regular use of racially offensive names such as: "monkeys," and "niggers."

1987.   Jackson and his similarly situated Black co-workers have also be subjected and continue to be subjected to racial graffiti and offensive depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in drawings of Black people being hung by nooses. Jackson has also seen many rebel flags on cigarette lighters, lunch boxes, and trucks of White employees.

1988.   In and around 2009, on Martin Luther King, Jr. Day, some Black workers wore Martin Luther King, Jr. shirts to work. They were told that they had to turn their shirts inside out.

1989.   Jackson and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

1990.   When Black employees apply for work, they are often told that there is no work, but they see White employees being hired. A former Black co-worker of Jackson's, Gregory Dorsey, was laid off and continues to apply for work, but Turner will not rehire him. White workers are still being hired.

### Shelia Jackson

1991.   Jackson began her employment at Turner Industries in Baton Rouge, Louisiana in or around 1997. She has been laid off multiple times, and was last laid off on August 6, 2010 after injuring her back on the job.

FIRST AMENDED COMPLAINT

1992.  Jackson was employed at Turner Industries as a laborer and hole watch/fire watch earning approximately $16.50 per hour. On her last job she worked mostly the night shift, but has worked both the day shift and the night shift over the years.

1993.  Jackson and her similarly situated Black co-workers have been subjected to a racially hostile atmosphere at Turner. For example, she has heard White workers refer to Black workers as "boy" and "gal." White workers were not referred to by these names.

1994.  In early 2010, she complained to Sandra, her supervisor, that she was being given more work than other workers.  Sandra did nothing to address her complaint. Next she complained to Ted Mayon, Sandra's Supervisor.  Ted Mayon and Sandra then threatened to fire her for complaining and for going over her supervisor's head.  She believes she was given more work because of her race and gender.  She also believes that her complaints were ignored because of her race and gender and that ultimately she was retaliated against for complaining. She has also complained to the union representative.

1995.  In early 2010, she went to her car to retrieve medication. She was reprimanded for this.  She saw that there were white workers and male workers who were not treated this way. She does not believe that if she were White she would have been reprimanded.

1996.  Black employees have been subjected to racially offensive graffiti in the portable toilets at Turner Industries. For example, approximately eleven years ago, Jackson saw "Niggers suck my dick," KKK and Nazi symbols all over the portable toilets at the Exxon location.

1997.  It is generally more difficult for Black workers and female workers to receive pay increases at Turner Industries.  For example, Jackson began working for Turner Industries in or around 1997, but did not receive a wage increase until March 2010. When she finally did receive

FIRST AMENDED COMPLAINT

a wage increase, it was only 75 cents. Jackson believes she would have received a wage increase much earlier if she were a White male.

1998.  Less qualified White employees were promoted over more qualified Black employees at Turner Industries. Jackson often observed White employees receive promotions after only couple of months; however, she did not see any Black employees receive promotions.

1999.  Jackson observed White employees were provided more opportunities for additional job training, while Black employees were not informed of these opportunities.

2000.  Jackson observed that Black workers were disciplined more harshly than White employees at Turner Industries. For example, when a White employee committed an offense, they were generally sent home for a few days and then allowed to return to work. However, Black employees were generally terminated for those same offenses committed by White employees who were not fired.

2001.  Black employees are laid off in a disproportionate manner as compared to White employees. For example, Jackson observed Turner lay off Black employees, but transfer White employees. In the time that Jackson worked for Turner, she was laid off on many occasions, some of which were for extended periods of time. She does not believe she would have been so frequently laid off if she were White.

2002.  Turner has a practice of claiming that Black workers quit, when in reality they were fired. Jackson believes this was done to her and to her Black co-worker Priscilla Kinchen in August of 2002.

FIRST AMENDED COMPLAINT

### *Shaun Jones*

2003.   Jones began his employment with Turner Industries in Port Allen, Louisiana in or around 2005 or 2006.  He was laid off in January of 2010 and began working for Turner again on October 4, 2010.

2004.   Turner discriminates against Black employees through their hiring, firing, and work assignment policies.  Every time Jones went into the hiring office to apply for a job, he was told that Turner was not hiring, or that he would need a recommendation before getting hired.  White employees would go into the hiring office and be given jobs immediately.

2005.   When Black workers are hired, they are given short duration jobs lasting only a couple of weeks.  White workers are given long-term job assignments.

2006.   White workers are also given higher paying positions, such as craft positions, even if they have no experience in that particular craft.

2007.   At Turner, white drivers are only required to have a chauffeur's license whereas Black drivers are required to have a CDL license.

2008.   When Jones was a driver, all white drivers were given passes and only one Black driver out of four was given a pass.

2009.   Black drivers are terminated for petty things and are replaced by White drivers.  Meanwhile, white drivers will consistently violate company policies will keep their jobs.

2010.   In or around September 6 or 7 of 2010, a White pipefitter went into the hiring office to apply for a pipefitter position.  There were no pipefitter positions at that time and so he was allowed to test for a boilermaker position.  Upon taking the test, he was immediately hired as a boilermaker.  However, there were Black boilermakers waiting to be hired who were turned away that day.

FIRST AMENDED COMPLAINT

2011.  Jones is qualified in multiple craft positions.  When he applied for work in and around July 30, 2010, he informed the hiring office that he worked for several years and was qualified in multiple crafts, but he was told that the only position available for him was a truck driving position.  He filled out paperwork for the truck driving position, took a drug test, turned in his paperwork, did the orientation and training, but never got called back for this particular job. Turner said he never showed up. No reason was given for this.

2012.  Jones worked at Turner for many years as a laborer, truck/bus driver, and boilermaker; always only a few weeks at a time. When he applied for work within Turner for a permanent maintenance position, he was always denied even though there are at least eight plans owned by Turner within a 30 mile radius. The maintenance positions are always given to White employees.

2013.  When Jones was fired in May of 2009, he was replaced by a White employee.

### Earl Price

2014.  Price began working at Turner Industries in Port Allen, Louisiana as a boilermaker and pipefitter helper in and around 1994 or 1995 and was last laid off on or around January 20, 2011.

2015.  He worked at the Georgia Gulf Plant for about three days; Dow and Taft on and off since about 2004; Shelly Norco in 2008; and Shintech in May and June of 2010. He earned $23-$25 per hour as a boilermaker, and $18 as a pipe fitter helper.

2016.  White employees are promoted and given wage increases over more qualified Black employees. For example, Price frequently observed White employees start out as helpers and be promoted to foremen within just a few weeks. However, Black workers are frequently

FIRST AMENDED COMPLAINT

placed in positions they are over qualified for and have to work much harder than White workers to achieve a promotion.

2017.   Turner discriminates against Black employees by creating a disparity in pay. White workers were often paid an hourly wage of approximately $5.00 more than Black workers doing the same job. White workers were also frequently paid an additional per diem of $65.00-$75.00 per day at the Dow and Taft plants. Price worked at those plants on and off from 2004 to 2010 and never received an hourly wage increase. In addition, he only once received per diem while working for Turner. Price knows about this disparity in pay because employees at these plants talked about their pay. He also observed White workers were given two separate checks; their hourly check, and their per diem check.

2018.   Turner permits a racially segregated work environment. For example, Price observed that Black employees generally did not receive jobs in maintenance, while White workers did receive maintenance jobs.

2019.   Throughout his employment at Turner Industries, Price worked both the day shift and night shift with about sixteen or seventeen other workers. The vast majority of employees on his shift were White.

2020.   Price and his similarly situated Black co-workers have been subjected to racially offensive statements at Turner Industries. For example, years ago in the lunch tent, Price heard White employees saying racially offensive things, comparing Black people to monkeys.

2021.   Price and his similarly situated Black co-workers have been subjected to racially offensive graffiti displayed in the restrooms at Turner. Mr. Price often saw "Nigger," and derogatory references to Mexicans. He most recently saw this graffiti in or around November or December 2010.

2022.  Price and other similarly situated Black employees were subjected to further discrimination by Turner's work assignment policies. Black employees were given the less desirable, dirtier jobs. For example, foremen would choose Black workers over White workers to do jobs that involved handling acid.

2023.  Turner discriminates in terms of how employees were disciplined if they came back from breaks late, or showed up to work late, missed days, or made any mistakes on the job. For example, Mr. Price often observed White employees were excused from such incidents more frequently than Black employees. White workers were also allowed to take longer breaks than Black workers.

2024.  Price and other similarly situated Black employees were subjected to further discrimination by Turner's hiring and termination policies

2025.  Black employees are laid off in a disproportionate manner as compared to White employees. Not only did Price observe Black employees laid off more frequently than White employees, but most of these layoffs were not even based on work experience or quality of work. Typically, it is the responsibility of the foreman and superintendent to decide who is laid off and who stays.

2026.  In January 2011, Price was injured on the job and laid off a few days later. A hose pipe blew up and hit him in the face, cutting open his eyebrow and chipping his tooth. Price had recurring headaches as a result of these injuries. He was sent to Turner's doctor for treatment and was not given any work restrictions. The next time he showed up to work, he was told he was being laid off. Price was able to perform light duty work at the time and believes that if he were White, Turner would have assigned him to light duty work rather than laying him off.

FIRST AMENDED COMPLAINT

2027.  Throughout his employment at Turner, Price was laid off approximately twenty-five to thirty times. He believes he would not have been laid off as frequently, if he were White.

2028.  When applying to Shell at Norco in 2006, Price was told there were no boilermaker positions available, so he took a pipefitter helper position. The following day, he saw Turner hire several White boilermakers. He was only employed in this position for about three to four weeks before Turner laid him off again.

2029.  Price has gone to Turner's office in Baton Rouge every Monday, Wednesday and Friday to apply for work since he was laid off. Every time he has been told there were no jobs available, but he often saw White workers leave through the back door with job assignments. He last reapplied at the Turner office on February 14, 2011 and again was told there were no jobs available. However, he saw Turner hire three to four White workers that same day, and saw their referral slips.

### Freddie Queen

2030.  Queen is a Black male who began his employment in Port Allen, Louisiana in 2000. In 2002 he was laid off, but then returned in 2005 for six months. Queen was employed with Turner again in 2006 until he was terminated in February of 2010.

2031.  Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Queen and his similarly situated Black employees. Queen was hired as a helper for a pipe cutter. He remained in this position for about one year, and was paid between $8.50 and $9.50 per hour. White helpers were paid approximately $11.30 per hour.

2032.  When Queen returned in 2006 he was hired as a tack welder and was paid $12.50. He remained in this position until August or September of 2009. Then, Queen became a

FIRST AMENDED COMPLAINT

pipefitter. He started out at $16.50 per hour. Top pay for this position was $23.50. He was supposed to get a dollar raise every month. His foreman was giving him dollar raises, until a new foreman came in. Queen's pay went up to $20 per hour and then when Randy Breaux, a White male, became his foreman in September or October of 2009, Queen no longer received any raises. Queen asked Breaux about his raise every month, and he told Queen, "As long as you are working under me, you will not get a raise." When Queen went to speak to Patrick Thibodaux, the supervisor over Randy Breaux, Thibodaux said to Queen, "Maybe you don't deserve it."

2033.   Queen and his similarly situated Black co-workers were subjected to harassment and a racially hostile atmosphere while working at Turner. Randy Breaux told Queen that if it were up to Breaux he would take all the cruise ships in the world, get all the Black people in the world on them, and give them a cruise to Africa, let them off, then blow the ships up and leave them there. In and around 2009, Raymond Ackerman, another Turner foreman, told Queen and other Black workers, "I won't hire another Black worker ever again." Queen reported these incidents, and Raymond Ackerman resigned, but he was rehired in thirty days.

2034.   After Ackerman resigned, Queen was subjected to further harassment by White co-workers. White workers were calling Queen a "nigger," and calling the White worker who worked directly with Queen a "nigger lover."

2035.   Queen and his similarly situated Black co-workers were also subjected to racial graffiti and depictions throughout Turner facilities and job sites. The bathrooms were constantly covered in racial slurs including "nigger," and "niggers."

2036.   In and around February of 2010, Queen had his car stolen. He called in to notify Randy Breaux that it would take a few days to get another car, and that he had the police report

FIRST AMENDED COMPLAINT

to show that his car was stolen. Breaux said, "If you can't get to work, I'll fire your ass." Queen was terminated as a result. When White employees have to miss a day of work, this is ignored.

### *Gralin Robinson*

2037.   Robinson is a Black male who began his employment at Turner Industries in Port Allen, Louisiana in and around 2005. He is still employed at Turner.

2038.   Robinson was initially hired as a pipe cleaner, making $9 per hour. In and around 2007, Robinson went to tacker school for five weeks, took the tacker test, and passed. He received tacker pay of $14.50 for one week, and then the following week; his pay went back down to $9 per hour. When Robinson complained in the payroll office, he was told by Rhonda Blankwell that Robinson's supervisor, Alerick Delahoosey, had told Blankwell to hold back his pay. Robinson's pay was corrected after speaking with Blankwell. He is currently making $15.25 per hour as a tacker.

2039.   Robinson started working on the night shift in and around 2009. On this shift there are about ten pipefitters, and ten tackers. The majority of tackers are Black and the majority of pipefitters are White.

2040.   Robinson has three years of experience tacking, and his pipefitter, Frank Wilson, wanted to teach Mr. Robinson how to fit. However, Robinson's foreman, Danny Deal, refused to let any of the Black tackers practice fitting. Chris, a White tacker for a White pipefitter, Jimmy, is allowed to practice fitting while on the job.

2041.   Robinson and his similarly situated Black co-workers have been subjected to a racially hostile atmosphere while working at Turner. A White pipefitter, Steven, has called Robinson's cousin a "nigger."

FIRST AMENDED COMPLAINT

2042.   Robinson and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The bathrooms were constantly covered in racially offensive slurs such as "nigger," and "niggers."

2043.   The level of discipline is much higher for Black employees. White employees may receive light discipline for situations that Black employees could be terminated for. For example, Chris, Jimmy's tacker, disappears for hours while on his shift, but he is never reprimanded for this. Danny Deal ignores the White workers and tends to only watch Black employees to catch any mistakes that they may make.

2044.   Robinson and his similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies. When Black workers are laid off, if they are rehired, they are routinely rehired with lower pay. For example, Crandal Jackson, a Black pipefitter, was laid off and then rehired as a tacker, making tacker pay.

2045.   On August 29, 2010, Robinson was scheduled to work, but his fitter, Frank Wilson could not come in that day. When Robinson showed up to work, he worked for two hours and then was told by Danny Deal to leave. However, Chris was not supposed to be working that day. His pipefitter was not there and Chris was allowed to continue working.

### Alvin Roussell

2046.   Rousell is a Black male who was employed at Turner Industries in Port Allen, Louisiana, as a mechanic in March 2008. He was laid off on March 12, 2010.

2047.   Rousell and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory statements.  A White Turner worker known as "High-low" made a racist statement to a Black worker.  "High-low" was transferred to a different

FIRST AMENDED COMPLAINT

location for a few months. He has returned to the old location, and has been promoted to Supervisor.

2048.  Rousell and his similarly situated Black co-workers have witnessed discrimination in the hiring and firing process at Turner. When jobs end at Turner, the Black workers are laid off and the White workers are transferred to other jobs. Turner will fill jobs with White workers that are not qualified or trained, when they have Black workers who are qualified. For example, Larry Edward, a Black worker was laid-off and his position was filled by Guy Netherville, an unqualified White worker. Vinnie Presion, a White worker was hired for a position for which he was not qualified. Rousell was qualified for that position, but was not hired.

2049.  When Rousell was laid off, there was a mechanic position available with Turner. Another mechanic was terminated for cause the week before he was laid off.  That position remained open. Turner would not allow Rousell to fill it.

2050.  Rousell was laid off in retaliation for supporting another Black worker. A Black worker named Wesley Boudreaux filed a complaint with OSHA. Turner targeted Boudreaux for this. Boudreaux was fired for alleged poor performance. Mat Ehrbert asked Rousell to lie regarding the Boudreaux's performance. Rousell refused and told OSHA what had happened. When White workers file OSHA complaints, they are not fired. Upon information and belief, Boudreaux would not have been fired or lied about if he had been White.

### Larell Route

2051.  Route is a Black male who was employed at Turner Industries in Port Allen, Louisiana, as a helper and a welder from November 2006 to January 2010.

FIRST AMENDED COMPLAINT

2052.   Route and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory statements. White employees at Turner would refer to Black employees as "niggers" and "porch monkey." In one instance, a supervisor said "that is why I do not hire those niggers" and was suspended for 2 weeks. He quit because he thought that Turner was sticking up for Black employees, but was eventually brought back as a welder in another shop.

2053.   Route and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the restrooms at Turner depicting "KKK" or pictures of a man hanging from a noose. It was only cleaned up if a worker complained about it. Then, more graffiti would be up the next week.

2054.   Route and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, pay disparities and work assignment policies.

2055.   Turner is discriminates when they promote employees. A foreman position came up and Route asked his supervisor about it. He was told that he supposedly had not been working at Turner long enough to get the job. Instead, a White employee who had only been working for one year got the job. When Route asked why the White employee got the job, he was told that the White employee was qualified.

2056.   Turner does not pay its employees at the same rate. White welders often start at an hourly wage of $23. It took Route a year to get a raise to $23 an hour.

### *Varlon Route*

2057.   Route is a Black male who began working for Turner Industries in Port Allen, Louisiana in or around November 1, 2008. Route was hired as stress relief on the day shift doing

FIRST AMENDED COMPLAINT

primarily helper work at a pay rate of $9.50 per hour. Route left in June of 2009 because Turner would not give him a raise. He last applied for work with Turner in May of 2010.

2058.   Route's position as a stress relief mainly entailed filling in for workers wherever there was a deficiency in the workforce. Route filled in for White employees who received higher pay rates than him for performing the exact same duties; however, his rate of pay remained the same.

2059.  Turner discriminated against Black workers in hiring employees and assigning shifts. The majority of workers during the day shift were White. Out of approximately forty employees, only seven were Black.

2060.  In or around December of 2008, Route requested on numerous occasions to be placed in tacking school, only to be told by Dewy Breaux, the welder's foreman, that things were slow and that the school was all filled up. Route found out from another Black co-worker Edwin Franklin, however, that White employees were still being placed in tacking school even after he was told that the school was filled. Some of these workers had only been employed at Turner for one month.

2061. Turner further discriminates against Black workers in their promotion of employees. Route was told he would not be promoted nor given any more raises. White employees were often promoted after only being employed for one month, while Black employees were often told that there were no open positions. Also, whenever Route asked Breaux about a raise, he was told that there was a freeze on wage raises.

2062.  Paul, a White employee of the same position and performing the same duties as Route, received raises in dollar increments and was instructed not to make his raises known to other employees. He received a raise approximately every sixth months.

FIRST AMENDED COMPLAINT

### Thomas Rucker, Jr.

2063.  Rucker Jr., a Black male, was employed by Turner Industries in Port Allen, Louisiana in and around June 1, 2007. He was laid off on July 7, 2010.

2064.  Rucker Jr. was hired as a pipe welder. When he was hired, he was told that he would be paid $25 per hour; however, he was paid $23 per hour. White workers doing the same work were paid $25 per hour. No reason for the difference in pay was ever given to Rucker Jr.

2065.  In and around April of 2010, about fifty employees were working for Turner in Specialty Wellness Services, known as "Special Side." Only two of these workers on the day shift were Black. On the night shift, only one employee was Black. The starting pay for these positions is $30 per hour. It was rare for Black employees to be given these jobs, even though many were qualified.

2066.  Rucker Jr.'s direct supervisor was John Hudbord. He would send Rucker Jr. on different jobs. In and around May or June of 2010, Hudbord told Rucker Jr. that the only way he would be placed on another job was if the supervisor for the particular job selected him. Supervisors routinely chose White employees over Black employees for new jobs.

2067.  In and around January of 2010 I heard a White employee tell a Black employee, "Do you know what the American dream is?" The Black employee said, "No." The White employee then said, "A Mexican running back across the border with a nigger on each arm."

2068.   Rucker Jr. and his similarly situated Black co-workers have also been subjected to racial graffiti throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and comments such as: "F these niggers," "fuck these niggers," "Mexicans need to go back across the border," and "Obama is the anti-Christ."

FIRST AMENDED COMPLAINT

2069.   Rucker Jr. and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies. Black employees are laid off in a disproportionate manner as compared to White employees, and when White employees are laid off, they are immediately rehired.

2070.   For example, in and around July of 2010, after Rucker Jr. had been laid off, he went back to the main office to apply for work. He waited forty-five minutes and then was told that there was no work. Rucker Jr. then saw four White applicants walk into the office and they were given work.

### *Carletta Sebro*

2071.   Sebro is a Black female who began her employment at Turner Industries as a bus driver and eventually became a certified pipefitter. Sebro was most recently laid off on October 9, 2009.

2072.   In June 2008, Sebro worked with another White employee while driving a bus to transport Turner employees. The White worker argued with the dispatcher about picking up an employee at a different location, but upon arriving back from her route, a foreman named Mouton took only Sebro's radio for arguing, while the White employee retained her radio. Turner disciplined Sebro without investigation for something she did not do, while the White worker who committed the infraction received no adverse employment actions. Sebro and a witness approached her supervisor, Mike Aberhart, to explain that she was not the party at fault, but Aberhart simply told her he had already dealt with the situation.

2073.   In response to this incident, Turner management officials tried multiple times to demote Sebro to a hole watch/fire watch position, but she spoke up and proved her status as a

FIRST AMENDED COMPLAINT

certified Pipe Fitter to prevent the demotion. Sebro, however, was the only bus driver laid off two weeks later.

2074. Turner discriminates against Black employees by failing to promote or educate Black workers for advancement purposes. Turner instead offers these opportunities to less qualified White employees. Turner intentionally skips qualified Black employees in favor of promoting White employees despite the White employees' short tenure at the company. Sebro witnessed Turner promote White employees from helpers to foreman in a span of less than 8 months. Conversely, Black workers rarely receive the same treatment with regards to advancement opportunities.

2075. Sebro and her similarly situated Black employees have faced discriminatory practices in worker selection at Turner Industries. On February 16, 2009, Sebro and a bus full of workers were separated by race upon arrival at the Marathon Plant by Willie Hunt, who ordered all Black workers back on the bus. Hunt selected no Black workers to work, while all White employees were taken to the plant and given jobs. Willie Hunt made no inquiry into the specializations of each worker and selected workers strictly based on their race, not on the specific craft needed for the project's completion. When asked by a Black employee what crafts were needed, Hunt gestured toward the bus and said "I don't need none of these people," referencing all the Black workers on the bus. Upon information and belief, all Black workers scheduled to work at Marathon that day were replaced by White workers and all Black workers received assignments far below their qualifications and outside of their craft responsibilities, including trash pickup and warehouse cleanup. Black employees reported this incident, but Turner failed to take any disciplinary measures. These Black workers were kept on warehouse duties for months before being given work within their crafts.

FIRST AMENDED COMPLAINT

2076.   In April 2009, Turner promoted a White employee named Rachel, a White employee, to a higher position than Sebro even though Sebro had more work experience and even trained Rachel before the promotion. Sebro was extremely well versed in her job duties and established a system of how to properly organize the materials needed for her job; Sebro still did not receive the promotion.

2077.   Also in April 2009, Raymond Easley, a general foreman at Turner Industries, told Sebro "All you Monkeys need to go back to where you came from." A worker stuck up for Sebro, but Easley fired the employee on the spot and had Sebro escort him off the premises. Turner officials did not reprimand Easley for this incident whatsoever.

2078.   It was common for only one or two workers out of a crew of 20 to be Black workers; at one point Sebro was the only Black worker in an entire crew of 50.

2079.   Sebro and her similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. There were drawings of Black co-workers hanging from nooses as well as drawings of swastikas and racial slurs. Sebro encountered many racially offensive statements and drawings, such as "All Niggers should go back to Africa," swastikas and KKK symbols. Sebro also saw racially offensive drawings and language regarding the President of the United States, including the President hanging from a noose and the statement "No Nigger will ever be my President."

### Louis Smith

2080.   Smith is Black male who is employed as a tack welder and pipe fitter at Turner Industries in Port Allen, Louisiana.

2081.   Smith and his similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of

FIRST AMENDED COMPLAINT

this are the regular use of racially offensive names such as "nigger" and "wet back" used by White employees aimed at minority employees.

2082.   Smith and other Black co-workers have also been subjected to and have witnessed other workers using racially offensive slurs with regard to Turner's hiring of new employees. For instance, Raymond Ackerman, a foreman at Turner, told Freddie Queen "I'm not hiring no more niggers like y'all." Freddie Queen filed a complaint with the EEOC and was later terminated by another foreman, Randy Breaux.

2083.   Smith and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. There was even a drawing of Smith hanging from a noose as well as drawings of swastikas and racially offensive words.

2084.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Smith and other similarly situated Black employees.

2085.   The foremen on Smith's shift have constantly harassed him. Foreman Danny Guillot, spies on Smith while using the restroom. Smith reported this four times but nothing was done. Supervisors told him that reporting to the supervisors would be futile.

### *Joshua Stewart*

2086.   Stewart is a Black male who began his employment at Turner Industries in Port Allen, Louisiana in and around May 31, 2007. He was fired multiple times and ultimately terminated on May 28, 2010.

2087.   Dewey Breaux was Stewart's foreman when he worked as a helper. Brian Huvall was his foreman when he worked as a tack welder, and when he worked the night shift, Phillip

FIRST AMENDED COMPLAINT

Ortego was his foreman. Danny Styles was the day supervisor and Danny Guillot and Patrick Thibodaux were also supervisors. All of Stewart's supervisors were White.

2088.   It was common for White employees to be placed in positions where they had no experience or knowledge of how to do the tasks. For instance, White tackers who did not know how to tack were allowed to do helper work, but still got paid tacker pay.

2089.   In and around 2008, Stewart requested to go to tacker school and was denied several times. The reason he was given was because his father and brother were welders. Whenever White employees requested additional schooling they were granted these requests.

2090.   When Stewart became a tacker in and around 2008, he started tacking for David Mayoo, a pipefitter. Mayoo would spend long periods of time on his phone without any repercussions. Stewart pulled out a phone one day and was fired. Mayoo has since been promoted.

2091.   In and around 2008, Stewart was promised that if he worked for four months on the night shift without coming in late or missing any days he would be sent to welding school. Five and one-half months later he asked about going to welding school. Stewart was told that they were having problems with welding school and that not many workers were being sent there. After this he asked again and his supervisor just shook his head and walked off. Throughout these months that Stewart waited, White employees were sent to welding school.

2092.   The level of discipline is much higher for Black employees. White employees may receive light discipline for things that Black employees may be terminated for. White employees would miss days of work, or come in late to work and never be disciplined. Black employees would be suspended or terminated for these or similar offenses.  For example, in and around 2008, Stewart was fired by Brian Huvell for being three minutes late.

FIRST AMENDED COMPLAINT

2093.   The rehiring process works differently for Black employees and White employees. The last time Stewart went back to Turner, before getting rehired he waited seven months before he could get back on a job. Meanwhile, Stewart's father and brother were working for Turner and reported that White employees were being hired as tackers and helpers during this time.

2094.   Stewart and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of this are the regular use of racially offensive names such as "nigger" used by White employees aimed at minority employees. It was also common to see rebel flags on employee vehicles and on their license plates.

### *Calvin Stewart, Jr.*

2095.   Stewart Jr., is a Black male who was employed at Turner Industries in Port Allen, Louisiana, as a welder from 2001- 2004 and 2005-2010.

2096.   Stewart Jr. and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory statements. Stewart Jr. often heard the word "nigger" used at Turner.

2097.   Stewart Jr. and his similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in and around the facilities at Turner Industries. In the restrooms and time clock alley, he has seen "KKK power" and "niggers don't belong here." Stewart Jr. has also seen offensive jokes comparing Black people to monkeys. He complained to Jimmy Herrin and was told "if it was not said to you, don't worry about it."

2098.   Stewart Jr. and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies. For example, it is much

FIRST AMENDED COMPLAINT

easier for Whites to get jobs with Turner than Blacks. There have been several occasions where Stewart Jr. has heard that Turner was hiring. He would tell his friends who are Black. They would come to Turner to apply. They would be told that Turner was not hiring. Stewart Jr. would later see that Turner filled the openings with White workers.

2099.   White workers are allowed to go to welding school at Turner. Black workers have to learn on their own time. Stewart Jr. had to learn on his own. He asked Dewy Bro and Patrick Thibodaux several times for permission to go to welding school. He was always told the school was full, but White employees were granted admission.

2100.   Black employees have little chance of being promoted to foreman. For example, in October 2009, there was an opening for foreman. Russell, a White welder, was promoted. He had been with Turner less than ten years. However, there were at least four Black welders who had been with Turner for fifteen years and they were not promoted.

2101.   Turner is more likely to write up Black employees than White employees for the same behavior. Stewart Jr. has been unfairly written up and reprimanded several times. On one occasion, he was written up for being five minutes late. There were other White workers who arrived later than he did and they were not written up. On another occasion, Stewart Jr. was written up for not reheating a pipe after a break, which was a common practice at Turner. White workers are not written up for this. One time, Stewart Jr. missed work because he was sick and Turner would not accept his Doctor's note. Upon information and belief, a White worker would not have been treated that way.

FIRST AMENDED COMPLAINT

### *Calvin Stewart, Sr.*

2102.   Stewart Sr. is Black male who has been employed as a helper, tacker, and welder with Turner Industries in Port Allen, Louisiana, since the early 1990s, most recently having worked continuously since 2005 as a welder.

2103.   Stewart Sr. and his similarly situated Black co-workers have been and continue to be subjected to a racially hostile atmosphere and unequal payment as compared to their White counterparts.

2104.   When Stewart Sr. confronted foreman "Russell" about vacant foreman positions and asked why no Black workers were offered positions, Stewart Sr. was told the company needed to be "comfortable' with those individuals occupying foreman positions and that a foreman needs to be "trustworthy."

2105.   White employees are paid more and given better treatment on the job than Black employees. Less qualified White employees are often promoted over Black employees who are better suited for the promotion.

2106.   While working at Turner during the O.J. Simpson trial, a group of employees adorned White sheets, mimicking the Ku Klux Klan, and called Stewart Sr. into the office to frighten and intimidate him. The White employees were not terminated.

2107.   Stewart Sr. and his similarly situated Black co-workers have been subjected to offensive graffiti, including statements such as "Niggers expect everything" and other slurs often posted on bathroom walls. Turner's management has full knowledge of the graffiti but consistently fails to take corrective action.

2108.   To Stewart Sr.'s knowledge, no one, from either outside or inside the company, has ever spoken about diversity, sensitivity, or discrimination in the workplace.

FIRST AMENDED COMPLAINT

2109.   Stewart Sr. and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. There was a drawing of one Black co-worker hanging from a noose as well as drawings of swastikas and racially offensive words.

### Franklin Wilson

2110.   Wilson is a Black male who began working for Turner Industries in Port Allen, Louisiana, on approximately May 22, 2007. Wilson is still employed at Turner.

2111.   Wilson is a pipe-fitter on the night shift and receives $23.50 per hour. White pipe-fitters currently make $24.50 per hour and receive preferential treatment from Turner with regard to compensation and re-hiring. For example, Jimmy Couzillion, a White pipe-fitter, had quit prior to Wilson becoming a pipe-fitter in 2008, but upon his return to Turner, Couzillion returned and immediately received the top pay of $24.50.

2112.   In and around May and June of 2007 Wilson tried to practice tacking on the job after finishing his assigned work. White employees are routinely allowed to practice tacking while on the clock, whereas Black employees are not. During this time period, Wilson began staying late after hours to practice tacking, but was threatened with termination even though he was off the clock on his own time.

2113.   Wilson became a tacker in the end of 2007. Wilson was supposed to go on the table to become a fitter, but his supervisor, Scott Landry, did not permit him to begin pipe-fitting. Standard procedure at Turner included allowing tackers to fill in for absentee pipe-fitters, but Landry would never let Wilson perform these tasks.

2114.   The shops were divided by race. All the White employees worked together and all the Black employees worked together.

FIRST AMENDED COMPLAINT

2115.   Wilson and his similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner. Examples of this are the regular use of racially offensive names such as "nigger" and "wet back" used by White employees aimed at minority employees. White employees also specifically targeted Wilson. For example, one White employee named Daryl would refer to Wilson as "boy." Wilson reported this to his supervisor, Landry, but he also referred to Wilson as "boy." Turner management consistently failed to correct this atrocious behavior and even partook in it.

2116.   Wilson and his similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites. There were also drawings of Black workers hanging from nooses, as well as drawings of swastikas and racially offensive words. Wilson saw "311" written on the walls, which symbolizes KKK since K is the eleventh letter in the alphabet, confederate flags and swastikas around the facility. This kind of racial graffiti has existed since Wilson started working Turner. Only starting in May or June of 2010 did the bathrooms start getting spray painted over.

2117.   Turner discriminates against Black employees by administering harsher discipline on Black workers than White workers. For example, on August 2, 2010, Wilson was written up for messing up a fit. Wilson spoke to a supervisor, Pat Thibodaux, who assured Wilson it was not going to be a big issue because Wilson rarely messes up on the job.

2118.   In contrast, on August 10, 2010, while working the night shift, Wilson saw Jimmy Couvillion, a White employee, working on a four-inch bend, having messed up on both sides of the pipe. Couvillion got mad and cut his thumb. George Smith, a Hispanic employee and a pipe-checker, walked up to Jimmy. A fight ensued and Couvillion said to Smith, "Fuck you" and "go suck your fucking balls dry." Jimmy started slapping the pipe and knocked Smith's bottle out of

FIRST AMENDED COMPLAINT

his hands, then picked up a jack and threw it across the room. This was all in clear view of Danny Guillot, the General Foreman for the night shift. Couvillion told Guillot he could give him three days off or fire him because he didn't give a "fuck." A week earlier, Guillot told Wilson if he cursed towards somebody and they felt threatened, or if he touched someone while talking to them, that he would be terminated immediately. Couvillion was not even written up for messing up the pipe, nor was anything else done to reprimand him for his violent actions. Since August 10, 2010, Couvillion has incorrectly completed seven or eight other fits and has never received any disciplinary actions.

2119.  On September 1, 2010, Wilson began practicing stick-welding at his table after completing his assigned tasks. Danny Guillot informed Wilson he could not do this, and in response, Wilson asked why Guillot's friend Shannon, a White employee, could practice on the clock. Guillot replied he had also told Shannon he could not practice on the clock. Wilson told Guillot that the rules ought to apply to all workers equally, and Guillot replied "well, y'all always break the rules."  Upon information and belief, Guillot was referring to Black workers when he said "y'all."

### *Derrick Wicker*

2120.  Wicker is a Black male who began his employment at Turner Industries in and around 1994 or 1995. He worked on and off for Turner. Most recently, Wicker was employed by Turner on May 3, 2010. He was laid off on June 18, 2010.

2121.  Wicker and his similarly situated Black co-workers were subjected to harassment and a racially hostile atmosphere while working at Turner. In and around 2005, a White co-worker told Wicker to "go back where you come from."

FIRST AMENDED COMPLAINT

2122.   The level of discipline is also much higher for Black employees. White employees may receive light discipline for situations that Black employees could be terminated for. Wicker was on the same job with a group of White employees who missed days, and came in late, but they never got disciplined. When Black employees missed days or came in a couple of minutes late, they would either be suspended or terminated.

2123.   Wicker and his similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies. Black employees are terminated in a disproportionate manner as compared to White employees. Black employees are also the first to be terminated or laid off.

2124.   For example, in and around June of 2010, Wicker called in to notify his supervisor that he would have to miss work because he was sick and on medication. Two days later he received a call that he was terminated. When Wicker received his pink slip, there were a number of reasons for his termination, none of which were true. The reasons given on the pink slip included: unsatisfactory work, tardiness, and not wearing a long sleeve shirt. Wicker never received any warnings related to these accusations.

### Gideon Williams

2125.   Williams began working for Turner Industries in Port Allen, Louisiana in and around 1997 as a laborer.  He was laid off after one month.  Then, he was hired as a helper on June 25, 2008 and was employed with Turner up until December of 2010.

2126.   Williams worked as a helper for one month and a half.  He then passed the tacker test.  He originally was making $15.25 per hour, and he got about a one dollar raise a year later.

2127.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees.   White employees were also given more

FIRST AMENDED COMPLAINT

opportunities than Black employees to get additional schooling or take tests to advance in the company.  After Williams took his tacker test, he wanted to weld.  Williams was not allowed to practice welding while on the clock; however, White employees were allowed to practice welding while on the clock.  Then, White workers who were allowed to practice would be able to take the welding test and get promoted.

2128.  In November of 2009, Williams went in before work and spoke to Patrick Thibodaux ("T-Pat") about going to welding school. T-Pat told Williams to "keep practicing and I'll get you in there."  The welding school was then closed down, but White workers were still allowed to practicing welding while on the clock and then they became welders.

2129.  Williams worked as a tacker for two years and four months.  He wanted to advance in the company, but was never given the opportunity.  New White workers were hired in as pipefitters or welders, getting paid $20 an hour, and they do not even know how to weld or fit.

2130.  Williams was subjected to harassment and a racially hostile atmosphere while working at Turner.  In and around April of 2010, Danny Guillot, a White foreman who worked the night shift, regularly singled out Black workers.  One night Williams was looking at some pipes to figure out which pipe to start working on and Mr. Guillot said to Williams, "Don't let the night pass you by."  Williams then asked him what he meant by this and he said, "T-Pat said it's time to crack the whip."

2131.  Throughout his employment with Turner Industries, Williams and his similarly situated Black co-workers have been subjected to racial graffiti and depictions throughout Turner facilities and job sites.  The bathrooms are constantly covered in racially offensive depictions including "KKK," and Arian symbols.

FIRST AMENDED COMPLAINT

2132.  Danny Guillot also cut the stall doors in half so that he could watch Black workers when they went to use the bathroom.  Whenever a Black worker went to use the bathroom, Mr. Guillot would time them.  After five minutes he would enter the bathroom to let any worker know that he was there.

2133.  The level of discipline is also much higher for Black employees.  White employees may receive light discipline for instances that Black employees could be terminated for.  White workers would never get written up for not completing a work assignment.  Williams was written up for not completing an assignment in and around August of 2010.  In and around December of 2009, Williams was written up for messing up a sketch.  He signed off on a sketch that was wrong, and T-Pat wanted to suspend Williams for a whole week, but his foreman, Brock Facione, who is a Black male convinced T-Pat to suspend Williams for only three days.  When White workers mess up a sketch, they do not get suspended at all.

2134.  In and around April of 2010, after Williams had come back from Easter break, a supervisor, Phillip, who goes by the name "Big Daddy," wanted to put Williams with "Jimmy Cougion so he could slave drive" him, meaning he would work Williams like a slave.

2135.  In and around 2010, a White worker was found sleeping on the job.  Danny Guillot was aware of this and the worker did not receive any discipline.

2136.  In and around 2010, a new point system was developed for disciplining workers.  Three points against a worker warrants a verbal warning, and six points warrants a verbal and written warning that you must sign off on.  Seven points warrants a three days suspension.  The points system is being implemented in a discriminatory manner.  White employees often do not receive points for conduct that Black workers receive points for.

FIRST AMENDED COMPLAINT

### PORT ALLEN/ BATON ROUGE, LOUISIANA § 1981

### Edward Blake

2137.   Blake began working for Turner Industries in Port Allen, Louisiana in or around June 2007 as a packer.

2138.   White employees received preferential treatment in choosing which shifts they wanted to work. As a result, Blake and similarly situated Black employees were forced to work the night shift.

2139.   Blake and other similarly situated Black employees have been subjected to racial graffiti and depictions throughout Turner facilities. There were racial slurs, drawings, and graffiti all over the bathroom walls. In or around 2007, White co-workers would have nooses in their toolboxes.

2140.   In or around the winter of 2008, a White employee moved Blake's toolbox towards a very hot pipe and my toolbox burned. He complained to the foreman and his toolbox eventually was replaced but the employee was not reprimanded.

2141.   In or around 2008, Turner discriminated against Black employees by creating a disparity in pay. Blake and other similarly situated Black co-workers were paid $14.50 an hour while White employees Blake was training were being paid $23 an hour.

2142.   In or around 2008, one of Blake's Black co-workers had a noose hung on the mirror of his truck.

2143.   Blake and other similarly situated Black employees were subjected to racial graffiti and depictions at Turner facilities and job sites. For example, there would be drawings of nooses with Black men hung from it and "nigger" was written all over the bathroom walls. Blake

FIRST AMENDED COMPLAINT

never heard a supervisor or shift leader tell the employees not to draw the racial graffiti and depictions.

### *Gita Brown*

2144.   Brown began working for Turner Industries in Port Allen, Louisiana in March 2007 in the tool room making $11 per hour. Brown remained in this position and rate of pay until her employment with Turner ended in August of 2009.

2145.   White workers of the same position and seniority made more money than Brown did during her employment. John David worked in the tool room with her and made $1.50 more per hour than she did even though he had less experience than Brown, they started around the same time, and he did not have better performance reviews than Brown.

2146.   Throughout Brown's employment at Turner, she was subjected to racial graffiti and depictions throughout Turner facilities. The bathrooms were constantly covered in racially offensive slurs and comments. White workers wore shirts with swastikas and confederate flags on them, but if a Black worker wore a shirt depicting Martin Luther King, Jr., Turner officials would tell them they could not wear such clothes.

2147.   If White employees came in late or missed a day of work, Turner would only warn them or hand out suspensions; whereas, Black workers who came in late or missed a day of work would be terminated. One Black co-worker, Derrick LeMar, was laid off for 30 days for missing one day of work. The foremen on this job, Raymond Ackerman and Dewey Johnson, would single out minority workers for disciplinary actions. Both would also use the word "nigger," regularly.  Mr. Ackerman said in June 2008 that he wanted to put all the Black workers on a boat to Jamaica.

FIRST AMENDED COMPLAINT

2148.   Dewey Breaux, the tool room foreman, would come into Brown's workspace in the tool room and harass her about how she completed her job duties. He once moved her out of the tool room to pick up garbage and sweep. Danny Styles, the general foreman, would also give her meaningless tasks as a way to harass her and stop her from completing her work. Styles would also write her up for the way she organized tools even though it was the only way things would work.

### *Alcide Davis*

2149.   Davis began working for Turner Industries in Port Allen, Louisiana in March 2008 as a helper making $9.50 per hour. Davis remained in this position and rate of pay until his employment with Turner ended in March 2009.

2150.   Davis and his similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.  For example, Davis was written up by Randy Brown for taking a break a few minute earlier than his assigned time. However, Davis has seen White workers take the same action and not receive a reprimand from Brown.  Davis also saw White workers with less experience promoted over Black workers with more experience.

2151.   Turner discriminated against Black employees by creating a disparity in pay. When Davis complained that he was not being paid the same as White workers who were in his same position, he was told by William Pope and Brown that he was entitled to a raise.  However, he never received the raise.

2152.   Davis and his similarly situated Black co-workers were subjected to harassment and a racially hostile atmosphere while working at Turner.  Davis heard a White Turner worker

FIRST AMENDED COMPLAINT

call another Black Turner worker named Eric a "nigger."   Eric was terminated, but the White worker was not disciplined.

### Henry Dogan

2153.   In 1992 Dogan began working for Turner Industries in Port Allen, Louisiana as a night janitor and he earned $7.00.  He now makes $10.20 an hour.

2154.   Dogan and his similarly situated co-workers were subjected to harassment and a racially hostile atmosphere while working at Turner.   Dogan knew a Vietnamese Turner employee who was harassed and called a "gook" by his foreman Bruce Green.  The man filed a complaint with the EEOC and two Black women came to Turner and interviewed Green for several hours. After the interview, Green told Dogan "those Black bitches wore me out." The Vietnamese man has stopped working for Turner, but Green continued to work for Turner for several years.

2155.   Throughout Dogan's employment at Turner, he was subjected to racial graffiti and depictions throughout Turner facilities. He complained to the President of Turner and he went to look at one of the restrooms. While the graffiti is occasionally painted over, it always returns within a couple days.

2156.   Dogan and his similarly situated Black co-workers were subjected to harassment and a racially hostile atmosphere while working at Turner.  Dogan knew of a Black employee who had a noose placed on his work box.

### Gregory Dorsey

2157.   On August 25, 2005 Dorsey began working for Turner Industries as a helper and moved his way up to pipefitter.  When Dorsey first began working for Turner Industries, he was paid $19.75 an hour. He was laid off in March of 2009. He never received a raise.  If Dorsey

FIRST AMENDED COMPLAINT

were to have received the standard raise that White pipefitters were given, he would have been earning $22.50 an hour when he was laid off.

2158.   Dorsey and his similarly situated Black co-workers were subjected to harassment and a racially hostile atmosphere while working at Turner.   Dorsey has heard many racist statements and comments in the break room involving the word "nigger" and "boy."

2159.   Many White Turner employees display confederate flags. On Martin Luther King Jr. Day, about half of the White workers wore confederate flags or put stickers on their hats. Even Dorsey's boss, Scott Lander, wore a confederate flag.

2160.   Dorsey has seen graffiti drawings of confederate flags and swastikas at Turner.

2161.   The welding shop, where forty other employees and Dorsey worked is segregated. The Black workers are forced to work in the stainless steel side of the shop, which is very hot. The White workers work on the alloy side, which is much cooler.

2162.   Black workers in the Stainless steel side the shop are subject to harassment and dangerous pranks while the workers on the White side are not. For instance, tool boxes on the side with all of the Black employees have been burned and have had snakes placed in them. When the perpetrators are caught, they are not punished. Chris, a White pipe inspector, was caught placing helium balloons in the pipes on the Black side. If he had not been discovered, the helium balloons would have caused a loud explosion when the pipes were heated for welding. Chris was never disciplined.

2163.   Dorsey was fired because David Wright falsely claimed that he was "sleeping while standing up." He was not given a warning, time off, or any paperwork. Instead he was only told to leave.

FIRST AMENDED COMPLAINT

2164.   In the time Dorsey was there, he saw Wright fire four Black workers, but did not see Wright fire any White workers. On many occasion, White workers violated the rules and were not disciplined. A White employee, Brad, violated numerous rules, came late, had unexplained absences, and was insubordinate to his superiors. He was not punished.

### *Larry Edwards*

2165.   Edwards began working for Turner Industries in Port Allen, Louisiana in and around 1989 as a laborer.  As a laborer, Edwards was initially paid $6 per hour. A couple years later, he became a helper, making $7 per hour. White helpers were always paid a few dollars more than Black helpers. Edwards remained a helper for about five years. He then became a foreman over equipment operators. He worked as a foreman and supervisor off and on over the next five years. As a foreman he made $18-$19 per hour. As a supervisor, he made $22-$23 per hour.

2166.   In and around 2007 or 2008, Edwards worked at a job in Marathon, Louisiana. He was the only Black supervisor on the job over all the equipment operators. He was given no foremen to assist him. All the White supervisors were provided with foremen on the job. For example, T.J. Herbert, a White supervisor, had three foremen working for him. Edwards requested from his superintendent, Jimmy Rogers, to be given foremen and he was told that he did not need any help. Edwards supervised approximately 200 operators by himself.

2167.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. Guy Netterville, a White employee, had been employed by Turner for approximately 18 months and when he came to the Marathon job site. Edwards was told that he had to take orders from Netterville.

FIRST AMENDED COMPLAINT

2168.  Edwards and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries. Superintendent Jimmy Rogers has said, "I'm tired of Black people trying to run my job." At another job site at which Edwards worked, Ronnie Ferguson, a White supervisor, said after telling his workers to finish the job the next day, "If y'all want to work like a bunch of niggers, you go ahead and do it – I ain't gonna work like them."

2169.   Edwards and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, the portable bathrooms were constantly covered in racially offensive slurs and had "nigger" written all over the walls. Edwards has also seen graffiti directed at him, including, "Boss man thinks he's White, he needs to keep his nigger ass in his place."

2170.   Black employees are subjected to further discrimination by Turner's hiring, firing and work assignment policies.  Edwards was terminated in February of 2008.  Guy Netterville and two White employees who were hired two months before he was terminated took over his job responsibilities

### Shannon Facione

2171.  Facione has worked for Turner on and off since approximately 1996. He most recently started in 2008 and worked as a pipe fitter. He was fired in January 2009.

2172.  Facione and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries. Facione has been called "boy", "Bubba" and "hand" (work hand) at Turner. He has also heard other Black employees called "boy." He has been told that an employee told Patrick Thibodaux that Turner

FIRST AMENDED COMPLAINT

was a racist place. Thibodaux responded, "Yeah what are you going to do about it?" The day shift supervisor, Raymond Ackerman, said he would "not hire any more niggers."

2173.   Facione and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. Facione saw "KKK" and "311" written in the bathroom stalls. The graffiti would stay up for months before it would be cleaned off. He has seen lightning bolts and a KKK symbol on the blinds at Turner.

2174.   During the Obama presidential campaign "nothing but porch monkeys" was written in the bathroom and stayed up for months. Also during the campaign, Black workers were told they could not wear Obama t-shirts to work. Similarly, Black employees were not allowed to wear t-shirts promoting Black History Month. Lorezo Johnson, a Black Turner employee, was forced to change a shirt he was wearing that had a picture of Martin Luther King, Jr. on it.

2175.   Conversely, numerous Turner employees regularly display confederate flags. Scott Lander, a former Supervisor, regularly wore a hat with a confederate flag. Swanson has a confederate flag tattooed on his arm. Many other employees wear belt buckles, bandanas and welding hats that display the flag.

2176.   Facione saw a noose made of rope in Bay 3 of the main shop in 2006.

2177.   Turner discriminated against Black employees by creating a disparity in pay. When Facione was originally hired, he was told that he would be making $13 an hour. However, when he received his paycheck, he was only getting $10 an hour. Facione also found out that a White Turner employee, Lester, was being paid $17 an hour for the same job Facione was doing. When he complained, Danny Stiles said, "If you don't like it, hit the road."

FIRST AMENDED COMPLAINT

2178.   Turner has a bonus incentive program, every 6 months employees receive a $1 per hour bonus for the hours they have worked in past 6 months. However, Turner looks for any minor reason to prevent a Black employee from receiving the bonus. For example, Turner will fire Black employees right before the bonus is due and then hire them back shortly thereafter. The employees lose the bonus and vacation time. This is not done to the White employees. When a White employee, Jason Crill quit and then decided he wanted to return, he was given the bonus and his vacation time as if he never left.

2179.   Facione has applied for work at Turner Industries. Despite these efforts, his experience, and other qualifications, he has not been rehired.

### Edwin Franklin

2180.   Franklin began working for Turner Industries in Port Allen, Louisiana in and around January 2005 and was hired as a helper. He made $9 per hour, but never received a raise. He was terminated in and around November 30, 2009.

2181.   Franklin and his similarly situated Black employees are subjected to discrimination by Turner's hiring, firing, and work assignment policies.  In and around 2006, Franklin wanted to take a test to become a tack welder, but the supervisor in the front office, Stephen Mays, said that everyone could take the test, except Franklin. He was the only Black employee that wanted to take the test.

2182.   In and around July 2006, Franklin took the tack welder test, without Mays' knowledge, and passed. Upon hearing Franklin had taken the test without his knowledge and passed, Stephen Mays said to me, "I got your ass. I got your ass."

2183.   After passing the carbon steel test, Franklin made $13 or $14 dollars per hour. However, he was not placed in a tack welder position. He was placed in the power bay, where he

FIRST AMENDED COMPLAINT

was under the supervision of Stephen Mays' roommate, Ronnie Bankston. Bankston placed Franklin in the alloy shop, even though he did not have any experience with stainless steel.

2184.   In and around August 2007, Franklin received papers in the mail notifying him that he was fired. He went to the superintendent's office after he had been fired. Patrick Thibodeaux, the superintendent, told Franklin that he had told Ronnie Banks not to fire him, and that Banks had said he would not fire Franklin. Thibodeaux moved Franklin to the main shop.

2185.   After calling the EEOC, Thibodeaux found out that Franklin had contacted the EEOC. A few days later, he was rehired. He was told that he was fired for welding an unlabeled pipe with the wrong metal, but two White employees did the same thing and they did not get fired.

2186.   Franklin and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries. In and around 2008, supervisor Raymond Ackerman made a remark that he would not hire anymore Black people.  Franklin often heard White employees calling Black workers, "boy," or "Black boy." Ackerman used "nigger" on multiple occasions.

2187.   In and around 2008, Jeffrey Juyro, "J.K.", was in the front break room when Franklin walked in to get a cold drink and on his way out he heard Juyro say "damn niggers" and continued to mumble something else.

2188.   There were daily employee meetings where Franklin and other Black employees were told by foreman, Jimmy Haring, not to wear Obama t-shirts. White employees were allowed to wear shirts and hats that had confederate flags on them.

2189.   Franklin and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. Throughout the facilities at

FIRST AMENDED COMPLAINT

Turner Franklin has seen "KKK," and a confederate flag drawn on the bathroom walls in the main shop. He has also seen phrases such as, "I hate niggers," "we need to get rid of niggers," and "all niggers leave," written on the bathroom walls. These racial comments and depictions would be spray painted and then be put back up on the walls by others. Franklin also saw a picture showing a Black man and a White man holding a noose with the words, "run run" next to it.

### *Darryl Freeman*

2190.  Freeman began working for Turner Industries in Port Allen, Louisiana in or around 2006 as a tack welder.  Freeman was terminated by Turner in or around August of 2009.

2191.  Freeman and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries. In or around 2007, Freeman learned that Chris, a White employee, had created a gas bomb by filling a balloon with gas used in welding. Once lit on fire, it is very dangerous. Chris placed the gas bomb in the area that Freeman was working. He complained to his supervisor about the gas bomb and Chris was asked to dispose of it. However, he was not punished for making such a dangerous gas bomb.

2192.  In or around 2009, Freeman saw a noose hung in Bay 1, which is the main shop. Turner did not investigate or make any attempt to find out who hung the noose.

2193.  Freeman and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, racial slurs like "nigger," "KKK," and "311" were written on the bathroom walls.

FIRST AMENDED COMPLAINT

2194.   White co-workers would have trucks with confederate flags on them and "311" written on their welding gloves. "311" symbolizes KKK, the eleventh letter of the alphabet three times.

2195.   Freeman and other Black employees complained about the graffiti during safety meetings. While the graffiti would be painted over, it would return a few days later.

2196.   In or around August of 2009, Freeman requested a day off from work. His supervisor, who was known as "Big D," told him that he could leave early that day at 10 P.M. At 10 P.M., Freeman checked in again with his supervisor who said "I'll see you tomorrow."

2197.   The next day Freeman was told by General Manager Thibodaux that he had been fired. Freeman's supervisor told Thibodaux that he had given Freeman permission to leave early but Thibodaux said that he was teaching Freeman a lesson. He told Freeman to come back in a few months to look for work. However, Freeman has gone back several times since then and have not been given his job back.

### *John Freeman*

2198.   In 2006 Freeman began working for Turner Industries.  Freeman was laid off in August of 2009. His ending salary was $15.25 an hour.

2199.   Freeman and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites.  In the restrooms at Turner, there was a lot of graffiti that covered the walls. Some of the things written were "KKK" and "3-11."

2200.   Freeman and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries. While at Turner, Freeman saw employees with rubber Confederate Flags on their welding caps.

FIRST AMENDED COMPLAINT

2201. In 2009 Freeman saw a noose in bay 1 in the main shop. Turner did not investigate or make any attempt to find out who placed it there.

2202. In 2007 Freeman learned that Chris, a White employee at Turner, had created a very dangerous gas bomb to use against him. A gas bomb is created by filling a balloon with gas used in the welding department and lighting it on fire. Freeman did not know Chris, but he was the only Black employee working in the area. He believed that the gas bomb was racially motivated and told his supervisor about it. He made Chris dispose of the bomb, but he was not punished in any way.

2203. In August of 2009, Freeman requested a day off. He talked to my supervisor Big D, who told him that he could leave early at 10 p.m. At that time, he checked back with his supervisor who said "I'll see you tomorrow." The next day, Freeman was told that General Manager Patrick Thibodaux had fired him even though Big D. said that he had told Thibodaux that Freeman had permission to leave. When Freeman went to speak with Thibodaux, he told him that he was teaching me a lesson and to come back in a few months to look for work. Freeman has gone back several times but has never been given his job back.

### Marcus Green

2204. In 2006 Green began working for Turner Industries in Port Allen, Louisiana as a helper for eight months. He then worked as a tacker for four months. When Green first began working for Turner Industries, he was paid $10 per hour as a helper. As a tacker, he made $13.50 per hour. He was laid off in December 2007.

2205. Green and his similarly situated Black employees are subjected to discrimination by Turner's hiring, firing, and work assignment policies. Green worked the night shift, which was made up of mostly Black workers. Workers on this shift were separated by their race. Black

FIRST AMENDED COMPLAINT

employees would all work together in the Main Shop, which contained harder work. White employees worked in the Alloy section, which contained easier work.

2206.   When Green applied to work for the day shift, he was told that he would first have to talk to the night foreman, then the office, and then the supervisors on the day shift. White applicants and workers did not have to go through so many people to be given a position on the day shift.

2207.   In and around Christmas time, all White workers left their shift to watch the Cowboys/Saints game. Green left with everyone else, and when he returned on Monday, he was the only one fired out of ten workers. Of these ten workers, eight were White.

2208.   In and around the summer of 2007, Green would practice tack welding on his breaks. He was not allowed to practice on the clock, but White workers were allowed to practice on the clock.

2209.   Freeman and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites.  In and around the winter of 2007, Green saw "3-11" written on Josh Swanson's work gloves. Swanson is a White employee at Turner. Swanson also had a rebel flag on his truck in the liner and rebel flags tattooed on his arms. When Green told his supervisor, Scott Ladner, about this, he said it was related to a rock group. "3-11" was also written on hard hats, and it was common to see White workers wearing bandanas with confederate flags. Green later learned that "3-11" referred to 3 of the 11th letter in the alphabet which means KKK.

2210.   In and around the winter of 2007, Scott Ladner wore a hat with confederate flags. Workers complained and the superintendent had a meeting with Ladner to make him stop wearing the hat.

FIRST AMENDED COMPLAINT

2211.   Throughout Green's employment with Turner Industries, the portable bathrooms contained racial slurs including language such as, "I hate niggers," "go back to Africa fucking niggers," and "KKK." Green also saw drawings and racial depictions in the port-a-potties including drawings of monkeys depicting Black people, nooses, and swastikas. When these incidents were reported to management at safety meetings, the portable bathrooms would be painted over, but the slurs and racial depictions would return days later.

2212.   Green was subjected to further discrimination by Turner's hiring, firing, and work assignment policies. After he was laid off, he tried reapplying for work. He was told that they were not hiring, but White applicants were hired when they applied for work during this time.

2213.   Black applicants would be told that only lower paying positions were available and they would take these jobs just to have work.

2214.   Green has applied for work at Turner Industries as recently as January 1, 2010. Despite these efforts, his experience, and other qualifications, he has not been rehired.

### *Cortney Harden*

2215.   Harden began working for Turner Industries in Port Allen, Louisiana in the early March of 2008, as a yard man making $8 per hour. He was then transferred to the Fusion Bonding department. He received a raise to $11 per hour when he was transferred to Fusion Bonding. He then became a loader and his ending salary when he was laid off in June of 2009 was $11 per hour.

2216.   Harden and his similarly situated Black co-workers were subjected to racially offensive graffiti and depictions throughout Turner facilities and job sites. The bathrooms were constantly covered with anti-Obama comments, "KKK," and depictions of nooses.

FIRST AMENDED COMPLAINT

2217.   White workers with less experience consistently received promotions and wage increases over more qualified Black employees. Harden's supervisor, Bob Couldron, a White male, would not give Harden a raise. He was supposed to get a raise every year. When he asked Couldron about a raise, he said he would not give it to Harden. Couldron also refused to send Harden for additional schooling, and he felt that he could not report this to anyone for fear of losing of his position.

2218.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift performing the same tasks are paid more money than Harden and other similarly situated Black employees.

2219.   The level of discipline is also much higher for Black employees. White employees may receive light or no discipline for situations that Black employees could be suspended or terminated for. Black workers were never allowed to use their cell phones, but White workers were allowed to use their cell phones.

2220.   Harden witnessed a White employee trying to drive tractors back and forth. He was influenced by drugs at the time and the supervisor told him to take a drug test. The White employee refused. He was kept on the job and not disciplined in any way.

2221.   Harden and his similarly situated Black employees have also been subjected to discrimination by Turner's hiring, firing, and work assignment policies. It is extremely rare to see Black workers in high paying positions.

2222.   Black workers are disproportionately laid off compared to White employees. When Black workers reapply for positions they are told that no positions are available, but White workers who apply for work are given positions immediately.

FIRST AMENDED COMPLAINT

*Alisha Howard*

2223.   Howard began working for Turner Industries in the Baton Rouge Corporate Office in August of 2008 as a billing clerk. She was one of four Black employees in the Accounting Department. There were over one hundred employees in the entire department.

2224.   Throughout Howard's employment with Turner Industries, she was responsible for billing, looking up pay rates of hourly employees, and seeing how many hours employees worked.

2225.   Howard has a Bachelors degree in Business Administration and was placed in a position for which she was overqualified. As a billing clerk, she made $16.50 per hour.

2226.   As a billing clerk, Howard had access to all hourly wage employees' pay rates. She saw clear disparities in pay between Black employees and White employees in the same position. White employees made more than Black employees who were in the same position and had the same title.

2227.   From the employees that Howard knew, she saw that Black employees with more experience than White employees were making less than those less experienced White employees.

2228.   Of the Black employees listed in Turner's computer system, Howard did not see any making top salary.

2229.   Howard also had access to the database of employees who had been terminated. Next to Black employees who had been fired she saw written in red, "Do not rehire," with no reason given. For White employees who were designated "do not rehire," there were reasons given such as "failed drug test."

FIRST AMENDED COMPLAINT

2230.   One of Howard's direct supervisors, Cody Henry, has a Bachelors degree in General Studies. He made several degrading comments to Howard, including telling her that her body was not suitable for the clothes she was wearing. He told Howard she could not wear capris to the office. However, other women who were White employees were allowed to wear capris.

2231.   When Howard spoke to the main supervisor in the office, Jimmy Sylvestor, and told him how Cody Henry was treating her, he told her that he would take care of it. Nothing in Henry's behavior towards Howard changed.

2232.   When President Obama was elected into office, Melanie Godson, a White employee and one of Howard's supervisors in the corporate office, was talking to another White employee. Godson said that on the way to work she heard on the radio that "a lot of Black people were not going to work because Obama won the election." Godson then said, "I wish someone would pull that here."

2233.   Howard and her similarly situated Black employees have also been subjected to discrimination by Turner's hiring, firing, and work assignment policies. In and around the beginning of February of 2009, the son of Lester Griffon, Vice President of Accounting, was hired and Howard was asked to train him. Griffon's son was a waiter before coming to Turner. In and around February 28, 2009, after she finished training Mr. Griffon's son, Howard went into the office and spoke with Melanie Godson and Cody Henry. They told her to leave and get out. Howard was fired on the spot and did not receive a pink slip. Mr. Griffon's son took over her position.

FIRST AMENDED COMPLAINT

### *Chauncey Jackson*

2234.   In 2006 Jackson began working for Turner Industries as a pipefitter and my supervisor was Scott Lander.  When Jackson first began working for Turner Industries, he was paid $14 an hour. He was laid off in June of 2009. His ending salary was $22 an hour.

2235.   Jackson and his similarly situated Black co-workers have been subjected to harassment and a racially hostile atmosphere while working at Turner Industries. Jackson knew that the word "nigger" was used by White employees working at Turner. Once he heard a foreman say something derogatory and he was fired, but the foreman was later rehired and moved to another location.

2236.   Jackson and his similarly situated Black co-workers were subjected to racially offensive graffiti and depictions throughout Turner facilities and job sites. In the restrooms, on ball caps and on helmets, there were pictures of the Confederate flag and swastikas.

2237.   Black employees were also told that we could not wear shirts depicting Black history or heritage during Black history month. For example, if they were to wear a Martin Luther King shirt, they were told to flip their shirts inside out.

2238.   On the wood of the restroom stall, Jackson saw "KKK" carved into the door. Jackson felt like there was no need to report the graffiti because the foremen used the same restrooms as them so they saw the graffiti. The graffiti in the bathroom would eventually be cleaned up every 6 months or so, but it was back the very next day.

### *Rick James*

2239.   James is a Black male who began employment at Turner Industries in Port Allen, Louisiana, as a pipe cleaner in June 2004. He was terminated in July of 2009.

FIRST AMENDED COMPLAINT

2240.   James and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory statements. James constantly heard racial slurs from other Turner employees. Nick, a White employee from Shreveport on a work release program, would constantly use the word "nigger." While at work, groups of White employees would walk by laughing and making racist comments.

2241.   Ronnie Banks, a White foreman, frequently addressed James as "boy." James eventually told Banks that he was not a boy and asked Banks to stop calling him that. Afterwards, Banks targeted James and subjected him to additional scrutiny.

2242.   James and other similarly situated Black co-workers have been and continue to be subjected to racially offensive graffiti displayed in the restrooms at Turner including derogatory references to President Obama, the Black race, the word "nigger," and a depiction of a Black man being lynched. James has also seen numerous Confederate flags displayed on welding hats.

2243.   James and other similarly situated Black employees are subjected to further discrimination by Turner's hiring, firing, and work assignment policies. For example, James was once written up for getting a glass of water. To his knowledge, this has never happened to a White employee.

2244.   James has applied for work at Turner Industries as recently as February of 2010. Despite these efforts, his experience, and other qualifications, he has not been rehired.

### *Lorenzo Johnson*

2245.   Johnson began working for Turner Industries in Port Allen, Louisiana in and around 2003 as a helper. Johnson's employment with Turner ended in June 2008.

2246.   Turner discriminated against Black employees by creating a disparity in the treatment of its workers with regard to pay. After Johnson's promotion to tacker, it took months

FIRST AMENDED COMPLAINT

for his pay to increase accordingly and he also had to ask several times for the increase. The same practice occurred when Johnson was promoted to pipefitter. This is not the case for White workers at Turner.

2247.   Throughout his employment at Turner Industries, Johnson has been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The portable bathrooms were constantly covered in racially offensive slurs and had "nigger" written all over the walls. There were also approximately 100 confederate flags that Johnson saw around the facility. Nothing was ever done to remove the offensive flags.

2248.   In or around the month of February, Johnson wore a shirt in support of Black History Month. Johnson was asked by Scott Ladner, the foreman of the night shift, "Why in the hell would you wear that shirt?" He responded that no one comments about the rebel flags flown around the facility or on workers' clothing and that Ladner should not comment on what he was wearing.

2249.   Johnson and his similarly situated Black co-workers have been and continue to be subjected to various racially derogatory statements. Johnson was accused of selling drugs because he was Black. Foreman Brian Huvall asked "I never had such nice stuff in my life, what else you got goin' on besides working here?" alluding to him selling drugs. They attached a false label on Johnson because of his race.

2250.   Once, Johnson went to the Payroll Department. The woman in payroll, named Ashley Walker, had mentioned Johnson's brother in conversation. A White employee turned to Johnson and asked "aren't all of y'all brothers?"

FIRST AMENDED COMPLAINT

2251.   Johnson was very outspoken and would consistently complain despite the threat of termination. However, his complaints would never be addressed and ultimately he was terminated in retaliation for his complaints.

### Kenneth Wayne Judson

2252.   Judson began working for Turner Industries in Port Allen, Louisiana May 1988 as a pipe fitter. Judson last worked for Turner in July 2002.

2253.   Judson and other similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, racial slurs like "nigger," "the only good nigger is a dead nigger," "White power, "KKK" and swastikas were written on the bathroom walls. There were also sexually explicit remarks referring to Black females as "nigger bitches."

2254.   Judson and other Black employees complained about the graffiti during safety meetings. While the graffiti would be painted over, it would return a few days later.

2255.   Judson and other similarly situated Black co-workers have also been subjected to discrimination and harassment by White co-workers. White co-workers would wear hard hats with confederate flags on them.

2256.   Turner discriminates against Black employees by not promoting them in favor of promoting less qualified White employees. Qualified Black employees have been skipped in favor of promoting White employees even when the Black employees have passed qualifying procedures necessary for the promotion.

2257.   There was a crew of Black male employees who were separated from White employees. They were called the "Bull Ganging" crew. If an employee was assigned to this group, they knew that they would be assigned the worst tasks at the site.

FIRST AMENDED COMPLAINT

2258.  If there are White employees who have been terminated, have left for better paying jobs, or otherwise discontinued their employment with Turner, they are customarily rehired before or instead of any Black employees. However, Black employees were told that there were no open positions. Judson and other similarly situated Black employees were even willing to relocate to a different plant for work but were not rehired.

2259.  Judson he reapplied for a job at Turner from 2006 to 2009 but has not been rehired.

### *Sheldon Melton*

2260.  Melton began working as a pipefitter for Turner Industries in Port Allen, Louisiana from March of 2007 to December of 2009. He worked for Turner at the Marathon Oil refinery in Garyville, Louisiana.

2261.  Melton and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. For example, comments referencing President Obama like "they picked the wrong nigger to run the White house," "KKK rules," "Black people's gumbo" pointing to the toilet and Nazi symbols, swastikas, and KKK symbols were written and drawn all over the bathroom walls. The graffiti was also directed at Mexican employees. On the bathroom walls would be a sign stating "Mexican border" and it would point to the toilet pipe.

2262.  Melton complained about the racist graffiti. Turner would take a long time to come to clean the walls and when they would, the graffiti would go back up the very next day.

2263.  Melton and his similarly situated Black co-workers were also subjected to discrimination by their White co-workers. For example, White co-workers would constantly address Melton as "boy."

FIRST AMENDED COMPLAINT

2264.   When employees are divided into crews, they are segregated by race. Black employees are assigned to work with Black employees and White employees are assigned to work with White employees. Sometimes, Turner would place one Black employee with an all White crew to work as a helper.

2265.   In or around September of 2009, Melton was out sick and came back with a Doctor's note. However, he was terminated upon his return. White employees are allowed to take off to go hunting and fishing and upon return are not terminated.

2266.   Turner discriminated against Black employees by creating a disparity in the treatment of its workers with regard to pay. Melton was paid $23 an hour but other White pipefitters were paid $24-$26 an hour. Both the Black pipefitters and the White pipefitters were doing the same job but the White pipefitters were paid more.

2267.   Melton has reapplied for a position at Turner on numerous occasions but he was told that there are no openings or that he needed to be recommended for the position.

### Jamarrio O'Bear

2268.   O'Bear began working for Turner Industries in Port Allen, Louisiana in and around June of 2007 as a pipe cleaner and then a pipefitter helper. He was terminated at the end of November of 2009.

2269.   Turner discriminated against Black employees by creating a disparity in the treatment of its workers with regard to opportunities for training and advancement. O'Bear worked as a pipefitter helper. He asked Patrick Thibodaux, known as "T-Pat," the head foreman of the entire shop that he worked in, if he could take on more responsibilities, take tests to advance, and take additional schooling. Thibodaux kept denying him these opportunities.

FIRST AMENDED COMPLAINT

However, Thibodaux allowed new White employees, who came in after O'Bear, to go to welding school.  Those White employees received top pay.

2270.   Black employees were subjected to harassment and discrimination from White co-workers.  It was common for White co-workers to use racial slurs in passing.  O'Bear felt he could not complain to management about it.

2271.   O'Bear and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions throughout Turner facilities and job sites. The bathrooms were constantly covered in racially offensive slurs directed at minorities. In the bathrooms, there were racial slurs written on the walls and offensive comments directed at specific Black employees. In particular, one comment was directed at "Jimbo," about how he was going to start a career as a rapper.

2272.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift, performing the same tasks, are paid more money than O'Bear and other similarly situated Black employees.

2273.   Newly hired White employees would be promoted to top pay much faster than Black employees who had been there for years. White workers received top pay within a few months of joining a craft, whereas Black workers were kept at entry-level pay over several months.

2274.   Turner discriminates against Black employees by disciplining them more than White employees. White employees may receive light discipline for instances that Black employees could be terminated for.

FIRST AMENDED COMPLAINT

2275.  O'Bear observed that when Black workers came back from lunch five to ten minutes late they received a three-day suspension. When White workers came back from lunch ten minutes late, their lateness was overlooked.

2276.  O'Bear and his similarly situated Black co-workers were subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

2277.  Black employees are terminated in a disproportionate manner as compared to White employees. Black employees who are eligible for reassignment are often told no positions are available, despite the fact that White new employees or other White employees from other areas of the company are given jobs instead of the Black employees.  Rather than laying off White workers when a job was complete, they would be transferred to a new job site.

2278.  O'Bear was terminated at the end of November 2009 because of an incident where a White employee was staring at him. He asked why he was staring. This employee went to the foreman and told him that O'Bear threatened him. The foreman, known as "Big Daddy," took the other employee's side and O'Bear was terminated.

2279.  O'Bear reapplied for a position with Turner but was told that there were no openings and that Turner was not hiring. However, he knew there were openings because he spoke to White workers in the shop, but he was still told by the main office that there were no positions.

### Marcus Payne

2280.  Payne began working for Turner Industries in Port Allen, Louisiana in and around March 1999 as a helper. He worked for Turner until March 2008.

2281.  Turner discriminated against Black employees by creating a disparity in the treatment of its workers with regard to opportunities for training and advancement. During his

FIRST AMENDED COMPLAINT

five months as a helper, Payne learned tacking. In or around August of 1999, White employees were allowed to learn and practice tacking during work hours and Black employees were not allowed to do so. Foreman Kenny Klin told him that he was not allowed to practice while he am on the clock. When Payne asked why White employees were allowed to practice during work and Black employees were not, he did not answer his question and told Payne to get back to work.

2282.   Turner had a welding school in or around 1999, after Payne gained tacking experience, he asked his supervisor Patrick Thibodaux if he could join the welding school. However, every time he asked him, he was told to go back to work.

2283.   White employees with less experience consistently received promotions over more qualified Black employees. Although admission into the welding school was supposed to go by seniority, less experienced and less senior White employees were allowed to skip more experienced Black employees like Payne and become welders.  In or around 2007, Payne was denied the opportunity to become a welder despite his eight years of experience as a tacker.

2284.   Turner discriminates against Black employees by creating a disparity in pay. Finally in or around June 2007, Payne was allowed to go to Turner's welding school. However, he was not given the pay raise he was supposed to receive. As a tacker he made $14.35 an hour and as a welder he was supposed to make $22.50 an hour plus a one dollar raise each month. However, Black employees would only get forty or fifty cent raises while White employees would receive their full pay raise.

2285.   Turner discriminates against Black employees by disciplining them more than White employees. In or around January 2008, Payne's mother passed away. He requested a few days off to care for his father but Thibodaux refused to allow Payne a few days off. He told

FIRST AMENDED COMPLAINT

Payne that if he did not want to work, he could leave. White employees were allowed to take off whenever they wished and were always accommodated if there was a family emergency.

2286.   Payne complained to foreman David Wright and requested that he have a couple of days off after his mother passed away. Wright told Payne that if he wanted to take time off, he could quit. Payne asked him why they were treating him this way when he has worked for them for so long but received no response.

2287.   In or around March 2008, Payne asked Thibodaux and Wright if he could change his shift to the day shift so that he could care for his sick father at night. He was told that he could either continue working at night or leave. Payne had no choice but to leave so that he could care for his father.

### Carl Richard

2288.   In March of 2007, Richard began working for Turner Industries in Port Allen, Louisiana as a welder's helper, making $14.95 per hour on the night shift.

2289.   Turner discriminates against Black employees by disciplining them more than White employees. In May of 2007, after finishing his work-related duties, Richard began to read the Turner handbook to make sure he was familiar with the policies and code of behavior at Turner. His supervisor, David Wright, about whom Richard had been warned because of Wright's racial animus toward Black employees, terminated him on the spot while five other White employees were playing darts.

2290.   After Wright fired Richard, he approached Patrick Thibodaux to see if he could get his job back. Thibodaux told him to wait 30 days and he would receive a call inviting him back to work. Richard never received a call back for this position.

FIRST AMENDED COMPLAINT

2291.   Richard and his similarly situated Black co-workers have also been subjected to racial graffiti and depictions at Turner facilities and job sites. Since Richard began his employment with Turner, he has witnessed graffiti and racial depictions throughout Turner facilities and job sites. He has seen confederate flags, "KKK," "White Power," and the word "Nigger" written all over the bathroom walls. Although sometimes Turner would have the graffiti cleaned, it would resurface within days and remain on the walls for months.

### Delvechio Williams

2292.   Williams began working for Turner Industries in Port Allen, Louisiana on October 13, 2003 as a welder's helper. He was paid $7.75 per hour. He remained in this position for three months. He then went back to school and returned to Turner as a helper in and around 2005. Williams was laid off in and around 2007.

2293.   Turner discriminated against Black employees by creating a disparity in the treatment of its workers with regard to opportunities for training and advancement. White workers with less experience consistently received promotions and wage increases over more qualified Black employees. Williams would train new White helpers, and then after they worked for about one month, they were promoted up to tacker positions.

2294.   In and around the beginning of 2006, Williams was told by his foreman, Scott Ladner that he had to work as a tacker for at least one year before being promoted to pipefitter. When he mentioned how White tackers were promoted only after a couple of months, he told Williams to mind his own business.

2295.   Throughout William' employment at Turner Industries, he has been subjected to harassment and a racially hostile atmosphere while working at Turner. In and around 2006, he was working with his pipefitter, who is a White male. Scott Ladner walked by and said, "Where I

FIRST AMENDED COMPLAINT

come from Blacks and Whites are not allowed to talk to each other." He then said, "They're not good for anything," referring to Williams and other similarly situated Black individuals.

2296.   Williams has also been subjected to racial graffiti throughout Turner facilities and job sites. The bathrooms were constantly covered in language such as: "Go back to Africa," "monkeys," "apes," and "niggers go home."

2297.   In and around 2007, on Martin Luther King, Jr. Day, Williams wore a shirt that said, "I have a dream." He was told by Scott Ladner that he would have to change it or go home for the day. Williams changed into another shirt. The following day, Scott Ladner came to work wearing a shirt with a confederate flag and a bandana on his head that had a confederate flag on it.

2298.   Williams tried reapplying in 2008 through the main office in Baton Rouge, Louisiana. When he was at the office, he was told that he had been "Blackballed" and could never work for Turner again. Williams was not provided with any other explanation for why he would not be rehired.

### *MONROE, LOUISIANA TITLE VII & § 1981*

### *Elmer Burns*

2299.   Burns began his employment at Turner Industries in Monroe, Louisiana in June of 2007.  He is currently employed at Turner.

2300.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift, performing the same tasks are paid more money than Burns and his similarly situated Black employees.  Burns was hired as a tech, and was initially paid $11 an hour. After working for about a year, Burns requested a raise, and he was told over and over that he would get the raise, but did not receive a raise until in and around June or July of 2010.

FIRST AMENDED COMPLAINT

He received a dollar raise, which was still not up to the pay standard that White employees were given.  Many White employees were hired in at $13.80 or $14 an hour, doing the same exact work as Burns.  Additionally, many of these workers would take frequent breaks or not actually do the work that was required of them.

2301.  Burns was often asked to do assignments that were beyond the scope of his job description.  Black workers are often given the more difficult, less desirable job assignments; whereas, White workers are given easier, more desirable job assignments.  White workers get out of doing assignments, claiming that they "did not bring their rubber boots" or they do not have the proper equipment for the work.  They are excused in these situations.  Black workers would be disciplined for the same conduct.

2302.  White workers with less experience consistently receive promotions and wage increases over more qualified Black employees.  White employees who have either been terminated or left for better paying jobs, will return to Turner at higher paying positions than Black employees who are still employed at Turner.

2303.  Burns and his similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner.  Examples of this include White co-workers and supervisors using racial slurs, including the word, "Nigger."

2304.  Terrel Stanley, a White employee at the Monroe plant, used the word "Nigger" and called a White employee, Derrick Prince, a "Nigger lover" in Burns's presence.  Mr. Stanley then turned to Burns and said, "No offense." Burns explained to Mr. Stanley that he did not like hearing the "N-word."

2305.  Burns and his similarly situated Black co-workers been subjected to a racially hostile atmosphere. For example, on October 19, 2010, Don Fetherston, the Vice President of

FIRST AMENDED COMPLAINT

Specialty Services was angry over some broken equipment and wanted to layoff some worker. Burns's project manager, Jimmy Watkins, was sticking up for the Black employees and in response Mr. Fetherston said to Mr. Watkins, "You're a stupid mother fucker because these Niggers don't give a damn about you."  This was said in front of two other White workers, a receptionist, Tara Taylor, and a mechanic, John.  Mr. Watkins, Ms. Taylor, and John were all offended by Mr. Fetherston's comments.

2306.  Burns and his similarly situated Black co-workers are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

2307.  Black employees often receive greater discipline for situations that White employees receive light or no discipline for.  In May of 2009, a White worker was told by Jimmy Watkins to take a company truck and go to a particular job site to pick up his father.  The worker ran into someone's car and tore the back bumper off, resulting in damage amounting to $2,200. The White worker did not have a driver's license.  Jimmy Watkins paid for the damage and the White worker was not disciplined.  However, when a Black driver, who did not have a CDL license, was driving a flat bed truck and hit a deer that ran in front of his truck.  The deer tore something off the front of the truck and this worker was terminated.

2308.  Terrel Stanley has had numerous car wrecks and accidents while working for Turner, but he is still employed.

### David Butler

2309.  Butler is a Black male who began his employment with Turner Industries in Monroe, Louisiana in and around February of 2009 as a CDL licensed driver.

2310.  When Butler was offered the position, he was told that he would be paid $15 an hour. However, Butler only got paid $14 an hour. He received a fifty cent raise in March of

FIRST AMENDED COMPLAINT

2010. While Butler has worked for Turner for two years and only received a fifty cent raise, he knows of White employees who have either left the company and were rehired, have not been there for two years, or were fired from the company and then rehired and they received two dollar raises.

2311.   Butler and his similarly situated Black co-workers are subjected to a racially hostile atmosphere.  For example, Terrel Stanley was a supervisor at the Monroe plant who was demoted to a tech. He has a company car, a company cell phone, and has referred to Black workers as "niggers" several times. Butler last heard Stanley last call a Black employee a "nigger" in and around June or July of 2010.

2312.   Black workers are generally disciplined more harshly than White workers. Butler was written up in March or April of 2010 for dropping a little liquid on the ground and was suspended for an entire week. Terrel Stanley almost caused a major explosion at the plant and was only suspended for two days.

2313.   In and around October of 2010, a White employee who goes by the name "Papa Bundy," dropped chemicals on the ground. He was not written up despite the fact that an entire team had to come in the next day to clean up the spill.

2314.   Butler and his similarly situated Black co-workers been subjected to a racially hostile atmosphere. For example, on October 19, 2010, Don Fetherston, the Vice President of Specialty Services was angry over some broken equipment and wanted to layoff some workers. Butler's project manager, Jimmy Watkins, was sticking up for the Black employees and in response Fetherston said to Watkins, "You're a stupid mother fucker because these Niggers don't give a damn about you." This was said in front of two other White workers, a receptionist, Tara

FIRST AMENDED COMPLAINT

Taylor, and a mechanic, John. Watkins, Taylor, and John were all offended by Fetherston's comments.

2315.   In response to Fetherston's offensive comment, several employees, including Butler, signed a petition declaring their disappointment and requesting that immediate action be taken in response to such racist remarks, especially given Fetherston's position in the company. This petition was sent to Human Resources in Baton Rouge, but not a single employee who signed the petition received any response back from anyone in the Baton Rouge office.

2316.   On November 11, 2010, a mandatory meeting was called for all employees in the Monroe Plant. Senior Vice President Dwight Brewer explained to Butler and his similarly situated co-workers that Fetherston had been suspended for two weeks and would return to his position as Vice President of Specialty Services on Monday, November 15, 2010. Butler's co-worker Frederick Canady said that he and others did not feel comfortable with Fetherston being involved with the day-to-day operations at the plant. In response, Brewer said, "This is not an election. We don't care what you have to say, this is how we do it. If you don't like it, then you better learn to love it."

2317.   This statement was made after the Chairman and CEO of Turner Industries, Roland  M. Toups sent a "High Priority Important Policy Reminder," which was issued on September 15, 2010, stating, "Turner policy further expressly prohibits offensive graffiti and jokes which disparage any worker or class of workers, racial epithets, and gestures meant to threaten, intimidate, or demean anyone. This prohibition extends to but is not limited to use of the "N-word." In the event any Turner worker is found to engage in any of these practices, his or her employment shall be immediately terminated."

FIRST AMENDED COMPLAINT

2318.   On December 8, 2010, a number of employees met to discuss the discrimination that they have encountered at the Monroe plant. Some of these employees decided to pursue their claims against the company, while others did not. All employees who decided to pursue their claims have not been called back to work. Butler is one of those workers who was not been called back to work.

### Frederick Canady

2319.   Canady is a Black male who began his employment at Turner Industries in Monroe, Louisiana as an operator and technician in 2008 in the Monroe Plant. He was employed for eleven months. He then reapplied and began working for Turner again in September of 2009 and is currently employed by Turner.

2320.   Turner discriminates against Black employees by creating a disparity in pay. As an operator and technician, Canady started working at $12 per hour in 2008 and when he started again in September 2009 he was paid $13 an hour. He has heard White workers in his same position that started at the same time or after him talk about their paychecks and some of them are making $18 to $20 an hour.

2321.   Black workers generally do not receive promotions and wage increases, while White workers usually do receive the promotions and pay increases. Canady was told that he is entitled to a wage increase each year, but he has not yet received one.

2322.   Black workers are generally disciplined more harshly than White workers. In and around 2009 a Black Turner employee, was in a car accident. He was suspended for one week and had to get tested for drugs and alcohol. Around the same time, a White Turner worker was in a car accident. He was not disciplined and not tested for drugs and alcohol.

FIRST AMENDED COMPLAINT

2323. Canady and his similarly situated Black co-workers are subjected to a racially hostile atmosphere. For example, on October 19, 2010, Don Fetherston, the Vice President of Specialty Services was angry over some broken equipment and wanted to layoff some workers. Canady's White project manager, Jimmy Watkins, was sticking up for the Black employees and in response Fetherston said to Watkins, "You're a stupid mother fucker because these Niggers don't give a damn about you." This was said in front of two other White workers, a receptionist, Tara Taylor, and a mechanic, John. Watkins, Taylor, and John were all offended by Fetherston's comments.

2324. In response to Fetherston's offensive comment, many employees—both Black and White—signed a petition declaring their disappointment and requesting that immediate action be taken in response to such racist remarks, especially given Fetherston's senior position in the company.

2325. On November 11, 2010, a mandatory meeting was called for all employees in the Monroe Plant. Turner Senior Vice President Dwight Brewer explained to Canady and his similarly situated co-workers that Fetherston had been suspended for two weeks and would return to his position as Vice President of Specialty Services on Monday November 15, 2010. Canady said that he and others did not feel comfortable with Fetherston being involved with the day-to-day operations at the plant. In response, Brewer said, "This is not an election. We don't care what you have to say, this is how we do it. If you don't like it, then you better learn to love it."

2326. This statement was made after the Chairman and CEO of Turner Industries, Roland M. Toups sent a "High Priority Important Policy Reminder," which was issued on September 15, 2010, stating, "Turner policy further expressly prohibits offensive graffiti and

FIRST AMENDED COMPLAINT

jokes which disparage any worker or class of workers, racial epithets, and gestures meant to threaten, intimidate, or demean anyone. This prohibition extends to but is not limited to use of the "N-word." In the event any Turner worker is found to engage in any of these practices, his or her employment shall be immediately terminated."

### *Kenneth Walker*

2327.   Walker began his employment at Turner Industries in Monroe, Louisiana in March of 2010.  He is currently employed at Turner.

2328.   Turner discriminates against Black employees by creating a disparity in pay. White workers on the same shift, performing the same tasks are paid more money than Kenneth and his similarly situated Black employees.  Walker was hired as a tech, and is paid $12 an hour. White employees hired as techs are started off at $13 or 14 an hour.

2329.   White workers with less experience consistently receive promotions and wage increases over more qualified Black employees.  White employees who have either been terminated or left for better paying jobs, will return to Turner at higher paying positions than Black employees who are still employed at Turner.

2330.   Walker and his similarly situated Black co-workers have been and continue to be subjected to harassment and a racially hostile atmosphere while working at Turner.  Examples of this include White co-workers and supervisors using racial slurs, including the word, "Nigger." Terrel Stanley, a White employee at the Monroe plant, used the word "Nigger" in March of 2010.

2331.   Walker and his similarly situated Black co-workers been subjected to a racially hostile atmosphere. For example, on October 19, 2010, Don Fetherston, the Vice President of Specialty Services was angry over some broken equipment and wanted to layoff some worker.

FIRST AMENDED COMPLAINT

David's project manager, Jimmy Watkins, was sticking up for the Black employees and in response Mr. Fetherston said to Mr. Watkins, "You're a stupid mother fucker because these Niggers don't give a damn about you."  This was said in front of two other White workers, a receptionist, Tara Taylor, and a mechanic, John.  Mr. Watkins, Ms. Taylor, and John were all offended by Mr. Fetherston's comments.

2332.   Walker and his similarly situated Black co-workers are subjected to further discrimination by Turner's hiring, firing, and work assignment policies.

2333.   Supervisor Gardner Smith, segregates workers into crews by their race.

In terms of Turner's hiring process in Monroe, new White applicants are called in for work before Black employees who have previously worked for Turner.

## CAUSES OF ACTION

### Title VII and 42 U.S.C. § 2000e *et. seq. of the Civil Rights Act of 1964, as amended and 42 U.S.C § 2000e et. seq.*

2334.   Each Plaintiff repeats and re-alleges the allegations contained in the paragraphs above, as if fully set forth herein.

2335.   The conduct alleged herein violates Title VII and 42 U.S.C. § 2000e *et. seq* as Defendant has engaged in the practice of discrimination and retaliation against the Plaintiffs named herein who have asserted such claims.

2336.   Plaintiffs' requests for relief are set forth below.

### 42 U.S.C. §1981

2337.  Each Plaintiff repeats and re-alleges the allegations contained in the paragraphs above, as if fully set forth herein.

FIRST AMENDED COMPLAINT

2338.   The conduct alleged herein violates Section 1981 of the United States Code as the Defendant has engaged in the practice of discrimination and retaliation against the Plaintiffs named herein who have asserted such claims.

2339.   Plaintiffs' requests for relief are set forth below.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs demand judgment against the Defendants as follows:

A.      Preliminary and permanent injunctions against the Defendants and their officers, agents, successors, employees, representatives, and any and all persons acting in concert with them, from engaging in each of the unlawful practices, policies, customs, and usages set forth herein;

B.      A judgment declaring that the practices complained of herein are unlawful and in violation of the Civil Rights Act of 1871, as amended, 42 U.S.C. § 1981 et seq.; the 1991 Civil Rights Act, as amended, 42 U.S.C. § 1981a et seq.; Title VII of the Civil Rights Act of 1964, as amended and 42 U.S.C. § 2000e et seq.

C.      Granting an order restraining Defendants from any retaliation in any form against Plaintiffs for participation in this litigation;

D.      Plaintiffs seek injunctive relief, including but not limited to:

1.   Training on the subject of employment discrimination for all Turner employees;

2.   Diversity training for all Turner managers conducted by reputable outside vendors;

3.   Hire Human Resources representative for all locations, including off site facilities;

415

FIRST AMENDED COMPLAINT

4.   Supervisory discipline up to and including termination for any supervisor who engages in unlawful discrimination;

5.   Active monitoring of the work areas to ensure compliance with discrimination policies;

6.    All promotional opportunities posted on all employee bulletin boards; and

7.   Monitoring by the Court or a Federal Agency to ensure that Turner complies with all injunctive relief.

E.      All damages which Plaintiffs have sustained as a result of Defendants' conduct, including back pay, front pay, general and special damages for lost compensation, and job benefits they would have received but for Defendants' discriminatory practices, and for emotional distress, humiliation, embarrassment, and anguish;

F.      Front pay to the Plaintiffs until such time as they can be placed into the same position, title and grade they would now occupy but for Defendants' discriminatory practices;

G.      Exemplary and punitive damages in an amount commensurate with Defendants' ability and so as to deter future malicious, reckless and/or intentional conduct;

H.      Awarding Plaintiffs their costs and disbursements incurred in connection with this action, including reasonable attorneys' fees, expert witness fees and other costs;

I.      Pre-judgment and post-judgment interest, as provided by law; and

J.      Granting Plaintiffs other and further relief as this Court finds necessary and proper.

FIRST AMENDED COMPLAINT

Respectfully submitted,

Eric M. Albritton
Texas Bar No. 00790215
ema@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@dpelaw.com
Stefanie T. Scott
Texas State Bar No. 24061617
sscott@dpelaw.com
**DiNovo Price Ellwanger & Hardy LLP**
7000 North MoPac Expressway
Suite 350
Austin, Texas  78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

T. John Ward, Jr.
State Bar No. 00794818
jw@jwfirm.com
**Ward & Smith Law Firm**
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

FIRST AMENDED COMPLAINT

OF COUNSEL:

James A. Vagnini
Robert M. Valli, Jr.
Sara W. Kane
Deborah L. Rubin
**Valli Kane & Vagnini, LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: (516) 203-7180
Facsimile: (516) 706-0248

**ATTORNEYS FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 30th day of March 2011.

Eric M. Albritton

FIRST AMENDED COMPLAINT