UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NINA TAYLOR, ET AL., | CIVIL ACTION |
| | NO. 3:11-cv-00471 |
| VERSUS | CHIEF JUDGE JACKSON |
| TURNER INDUSTRIES GROUP, LLC, ET AL. | MAG. JUDGE RIEDLINGER |

ORDER OF DISMISSAL

Considering the foregoing Motion for Discovery Sanctions and Exhibits [Rec. Doc. No. 131] and the Notice of Non-Compliant Plaintiffs filed by Defendants Turner Industries Group, LLC and Turner Industrial Maintenance, LLC,

**IT IS HEREBY ORDERED** that the claims of the following fourteen (14) Plaintiffs are **DISMISSED WITH PREJUDICE** and in their entirety due to their failure to comply with this Court's Orders of October 20, 2011 [Rec. Doc. No. 84], March 12, 2012 [Rec. Doc. No. 123], and June 27, 2012 [Rec. Doc. No. 157]:

| | | |
|---|---|---|
| Derrick L. Clark | Alcide O. Davis | Darryl A. Freeman |
| Kevin J. Goodwin | Marcus T. Green | Lionel J. Harrison |
| Anessa Y. Papillion | Ruby N. Papillion | Freddie L. Queen |
| Victor Schlessinger, Jr. | Joshua J. Stewart | Kennith R. Walker |
| Jonathan T. Williams | Lacy A. Williams | |

Baton Rouge, Louisiana, August 7, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BA MLL01 52217 v3
2913706-000005 07/13/2012