UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NINA TAYLOR, ET AL., | * | CIVIL ACTION |
| Plaintiffs, | * | NO. 3:11-cv-00471 |
| VERSUS | * | CHIEF JUDGE JACKSON |
| TURNER INDUSTRIES GROUP, LLC, ET AL. | * | MAG. JUDGE RIEDLINGER |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs and Defendants in the above-captioned matter hereby jointly notify the Court that they have reached an agreement to amicably resolve the above-entitled and numbered civil action and respectfully move this Honorable Court for entry of a 60-day order of dismissal, dismissing without prejudice all claims in the above-captioned matter, reserving the right of any party to reopen this matter within 60 days hereof to enforce the settlement or if settlement is not consummated.

WHEREFORE, PREMISES CONSIDERED, the parties pray that the Court enter a 60-day order of dismissal without prejudice, reserving the right of any party to reopen this matter within 60 days hereof to enforce the settlement or if settlement is not consummated.

Respectfully submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

By: _s/Phyllis G. Cancienne_
PHYLLIS G. CANCIENNE, T.A.(La. Bar 19605)
CHRISTOPHER G. MORRIS (La. Bar 28847)
M. LEVY LEATHERMAN (La. Bar 33235)

1

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
Chase North Tower
450 Laurel Street, 20th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7000
Facsimile: (225) 343-3612
E-mail: pcancienne@bakerdonelson.com
cmorris@bakerdonelson.com
lleatherman@bakerdonelson.com

AMELIA W. KOCH (La. Bar 2186)
STEVEN F. GRIFFITH, JR. (La. Bar 27232)
KATHLYN G. PEREZ (La. Bar 30668)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
E-mail: akoch@bakerdonelson.com
sgriffith@bakerdonelson.com
kperez@bakerdonelson.com

BROOKS EASON (MSB No. 5286)
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: 601-351-2400
Facsimile: 601-351-2424
E-mail: beason@bakerdonelson.com

**and**

*Admitted Pro Hac Vice:*

Elizabeth H. Emmett (La. Bar 27493)
**OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.**
639 Loyola Avenue, Suite 2550
New Orleans, Louisiana 70113
Telephone: (504) 648-3840
Facsimile: (504) 648-3859
E-mail: Elizabeth.emmett@ogletreedeakins.com

2

Michael D. Mitchell, T.A. (Texas Bar 00784615)
Stephen E. Hart (Texas Bar 00793911)
James R. Staley (Texas Bar 24008071)
Flyn L. Flesher (Texas Bar 24059756)
Martin A. Rodriguez (Texas Bar 24071129)
**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**
500 Dallas Street, Suite 3000
Houston, Texas  77002
Telephone:  (713) 655-0855
Facsimile:  (713) 655-0020

Mark N. Stubley (SC Bar 11867)
Matthew K. Johnson (SC Bar 12284)
**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**
300 N. Main Street, Suite 500
Houston, Texas  77002
Telephone:  (864) 271-1300
Facsimile:  (864) 235-8806

**ATTORNEYS FOR THE DEFENDANTS**

AND

By: ____*s/Pamela W. Carter*_____
PAMELA W. CARTER (LA Bar 24048)
**CARTER LAW GROUP, LLC**
1055 St. Charles Avenue, Suite 222
New Orleans, Louisiana  70130
Telephone:  (504) 527-5055
Facsimile:  (504) 527-5056
Email:  pcarter@carterlawgroupllc.com

*Of Counsel:*

JAY D. ELLWANGER (TX Bar 24036522)
STEFANIE T. SCOTT (TX Bar 24061617
**DiNOVO PRICE ELLWANGER & HARDY, LLP**
7000 North MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone:  (512) 539-2626
Facsimile:  (512) 539-2627
Email:  jellwanger@dpelaw.com

3

JAMES A. VAGNINI (NY Bar 2958130)
**VALLI KANE & VAGNINI, LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: (516) 203-7180
Facsimile: (516) 706-0248
Email: jvagnini@vkvlawyers.com

**ATTORNEYS FOR THE PLAINTIFFS**

CERTIFICATE OF SERVICE

    I hereby certify that on June 17, 2013, I caused to be electronically filed the foregoing pleading and attachments with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

                        s/ Phyllis G. Cancienne
                        PHYLLIS G. CANCIENNE

4

Case 3:11-cv-00471-BAJ-SCR   Document 248   06/17/13   Page 4 of 4

BA MLL01 67769 v2
2913706-000005  06/17/2013