UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NINA TAYLOR, ET AL. | CIVIL ACTION |
| VERSUS | |
| TURNER INDUSTRIES GROUP, LLC, ET AL. | NO.: 11-00471-BAJ-SCR<br>13-00381-BAJ-SCR<br>13-00382-BAJ-SCR<br>13-00383-BAJ-SCR<br>13-00384-BAJ-SCR<br>13-00385-BAJ-SCR<br>13-00386-BAJ-SCR<br>13-00387-BAJ-SCR |

## SIXTY DAY DISMISSAL ORDER

IT IS ORDERED that the parties' **Joint Motion for Order of Dismissal Without Prejudice (Doc. 248)** is **GRANTED**.

IT IS FURTHER ORDERED that the above-captioned matters are **DISMISSED**, without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Baton Rouge, Louisiana, this 18th day of June, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA